| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **TEMBLOR PETROLEUM COMPANY, LLC** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **95-4580018** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **5201 California Avenue, Suite 340**<br>**Bakersfield, CA 93309**<br>Number, Street, City, State & ZIP Code | **8 Wistar Road**<br>**Villanova, PA 19085**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kern**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
| --- | --- | --- |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **TEMBLOR PETROLEUM COMPANY, LLC** | | Case number (*if known*) | |
| | Name | | | |

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**        Case number (*if known*) _____
       Name

---

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

         What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____

                     Number, Street, City, State & ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes.   Insurance agency _____

               Contact name _____

               Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**     .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **TEMBLOR PETROLEUM COMPANY, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 9, 2020
MM / DD / YYYY

X /s/ Philip Bell                              **Philip Bell**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

X /s/ Leonard K. Welsh                          Date  April 9, 2020
Signature of attorney for debtor                          MM / DD / YYYY

**Leonard K. Welsh 097954**
Printed name

**Law Office of Leonard K. Welsh**
Firm name

**4550 California Avenue, Second Floor**
**Bakersfield, CA 93309**
Number, Street, City, State & ZIP Code

Contact phone   661-328-5328        Email address   lwelsh@lkwelshlaw.com

**097954 CA**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re  **TEMBLOR PETROLEUM COMPANY, LLC**                    Case No. _____
_____                     Chapter  **11**
                            Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ................................................    $    See attached
      Prior to the filing of this statement I have received ................................    $    See attached
      Balance Due ...............................................................................    $    See attached

2.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

April **9**, 2020                          /s/ Leonard K. Welsh
_____                    **Leonard K. Welsh 097954**
Date                                       *Signature of Attorney*
                                           **Law Office of Leonard K. Welsh**
                                           **4550 California Avenue, Second Floor**
                                           **Bakersfield, CA 93309**
                                           **661-328-5328   Fax: 661-760-9900**
                                           **lwelsh@lkwelshlaw.com**
                                           *Name of law firm*

## ATTACHMENT

Debtor agreed to pay the Law Offices of Leonard K. Welsh a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

| | |
|---|---|
| Leonard K. Welsh | $350.00 per hour |
| Legal Assistants | $125.00 per hour |

plus costs.

Debtor paid a retainer of $30,000.00 to the Law Offices of Leonard K. Welsh before the filing of Debtor's Voluntary Petition Under Chapter 11. The Law Offices of Leonard K. Welsh applied $10,359.50 of the retainer to fees and costs incurred before the filing of Debtor's Chapter 11 case. The balance of the retainer received from Debtor is on deposit in the Law Offices of Leonard K. Welsh's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's Chapter 11 case.

All fees and costs incurred by the Law Offices of Leonard K. Welsh after April 9, 2020, will be paid after an Application for Allowance of Attorneys Fees and Costs is approved by the Bankruptcy Court as a part of Debtor's case.

Fill in this information to identify the case:

Debtor name **TEMBLOR PETROLEUM COMPANY, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 9, 2020     X /s/ Philip Bell   *Phlp F Bell*
Signature of individual signing on behalf of debtor

**Philip Bell**
Printed name

**Managing Member**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **TEMBLOR PETROLEUM COMPANY, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ **12,688,376.15**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ **12,688,376.15**

**Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **5,373.56**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$ **12,193,538.13**

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                 $ **12,198,911.69**

| Fill in this information to identify the case: |
|---|

| Debtor name | **TEMBLOR PETROLEUM COMPANY, LLC** |
|---|---|

| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
|---|---|

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Business Bank** | **Business Checking** | 8591 | **$22.97** |
| 3.2. | **Citizen's Business Bank** | **Checking** | 3084 | **$1,250.10** |
| 3.3. | **Citizens Bank** | **Business Savings** | 2332 | **$0.00** |

4.     Other cash equivalents *(Identify all)*

5.     Total of Part 1.                                                                                              **$1,273.07**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:          Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:          Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

| Debtor | **TEMBLOR PETROLEUM COMPANY, LLC** | Case number *(If known)* |
| | Name | |

■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **2,010,834.51**    -                        **0.00**  = ....        **$2,010,834.51**
                                 face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                     **$2,010,834.51**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.     Mutual funds or publicly traded stocks not included in Part 1
        Name of fund or stock:

15.     Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,
        partnership, or joint venture
        Name of entity:                                        % of ownership
        **Temblor-Gatchell, LLC**

        **Temblor Petroleum Company, LLC has a**
        **1.67341% interest in Temblor-Gatchell, LLC.**
15.1.   **The value of Debtor's interest is $28,556.00**     **1,67341**  %                              **$28,556.00**

        **Genautica Oil Holdings, LP, LLC**

        **Temblor Petroleum Company, LLC has a**
        **0.3122% interest in Genautica Oil Holdings**
        **LP, LLC.  The value of Debtor's interest is**
15.2.   **$98.990.00**                                       **0.3122**  %                               **$98,990.00**

16.     Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
        Describe:

17.     **Total of Part 4.**                                                                    **$127,546.00**
        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**              Case number *(if known)* _____
          Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>**Office Equipment and Furniture**<br>**See attached Exhibit "1"** | $0.00 | | $2,000.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**                                                                                $2,000.00
Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery, Fixtures, and Equipment** | | | |
| **See attached Exhibit "2"** | $0.00 | | $5,223,706.57 |

| Debtor | **TEMBLOR PETROLEUM COMPANY, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**51.**    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $5,223,706.57 |
|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

**Part 9.**    **Real property**

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

---

**Part 10.**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   Patents, copyrights, trademarks, and trade secrets | | | |
| **61.**   Internet domain names and websites | | | |
| **62.**   Licenses, franchises, and royalties<br>Conditional Use Permit No. 3544 | | | |
| County of Fresno<br>Department of Public Works & Planning<br>2220 Tulare Street, Sixth Floor<br>Fresno, 93721 | $0.00 | | $0.00 |
| Conditional Use Permit No. 3581 | | | |
| County of Fresno<br>Department of Public Works & Planning<br>2220 Tulare Street, Sixth Floor<br>Fresno, 93721 | $0.00 | | $0.00 |
| Authority to Construct Permit No. XX48-1-1 | | | |
| San Joaquin Valley Air Pollution Control District<br>1990 E. Gettysburg Avenue<br>Fresno, CA 93726 | $0.00 | | $0.00 |

---

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**                    Case number *(if known)* _____
          Name

**Authority to Construct Permit No. XX48-14-0**
_____

**San Joaquin Valley Air Pollution Control District**
**1990 E. Gettysburg Avenue**                              $0.00                              $0.00
**Fresno, CA 93726**

**Authority to Construct Permit No. XX48-13-0**
_____

**San Joaquin Valley Air Pollution Control District**
**1990 E. Gettysburg Avenue**                              $0.00                              $0.00
**Fresno, CA 93726**

**Authority to Construct Permit No. XX48-12-0**
_____

**San Joaquin Valley Air Pollution Control District**
**1990 E. Gettysburg Avenue**                              $0.00                              $0.00
**Fresno, CA 93726**

**Resolution No. 12629-Initial Study Application No. 7190 and Unclassified Conditional Use Permit Application No. 3544**
_____

**County of Fresno**
**Department of Public Works and Planning**
**2220 Tulare Street, Sixth Floor**                        $0.00                              $0.00
**Fresno, CA 93721**

**Resolution No. 12701-Initial Study Application No. 7319 and Unclassified Conditional Use Permit Application No. 3581**
_____

**County of Fresno**
**Department of Public Works and Planning**
**2220 Tulare Street, Sixth Floor**                        $0.00                              $0.00
**Fresno, CA 93721**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                 $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?
       ■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TEMBLOR PETROLEUM COMPANY, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
   **General Liability Insurance**
   **Property Insurance**
   **Umbrella Insurance**

   **St. Paul Fire & Marine Insurance Company**
   **Policy No. XX-19-N4**                                                                               $0.00

   **Workers Compensation Insurance**

   **Travelers Propertry Casualty Company of America**
   **Policy No. XXN4-G**                                                                                 $0.00

   **Wells Bonds**

   **See attached Exhibit "3"**                                                                          $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   **Working Interest in Witter Field**

   **Temblor Petroleum Company, LLC ("Temblor") has a 48.56% working interest in Witter Field. The value of Temblor's working interest is $1,519,909.00**                                       $1,519,909.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**    Case number *(if known)* _____
            Name

**Working Interest in Lynch Canyon Field**

Temblor Petroleum Company, LLC ("Temblor") has a
14.91% working interest in Lynch Canyon Field. The
value of Temblor's working interest is $3,703,797.00                          $3,703,797.00

**Working Interest in Hangman Hollow Field**

Temblor Petroleum Company, LLC ("Temblor") has a
24.44% working interest in Hangman Hollow Field. The
value of Temblor's working interest is $9,315.00                              $9,315.00

**Working Interest in Los Alamos Field**

Temblor Petroleum Company, LLC ("Temblor") has a
57.23% working interest in Los Alamos Field. The value
of Temblor's working interest is $69,819.00                                   $69,819.00

**Working Interest in Lander Avenue Prospect**

Temblor Petroleum Company, LLC ("Temblor") has a
45% working interest in Lander Avenue Prospect. The
value of Temblor's working interest is $20,176.00.                            $20,176.00

78.    **Total of Part 11.**                                          $5,323,016.00
       Add lines 71 through 77, Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor     **TEMBLOR PETROLEUM COMPANY, LLC**                Case number *(If known)* _____
           Name

| Part 12 | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,273.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,010,834.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $127,546.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,223,706.57 | |
| 88. **Real property.** *Copy line 56, Part 9...............................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,323,016.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,688,376.15  + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                    $12,688,376.15

EXHIBIT "1"

Storage Room

9 – Lateral File Cabinets (4-drawer)

3 – Blueprint carts

Shana's Office

1 – Desk

1 – Lateral File Cabinet (4-drawer)

2 – Storage Consoles

1 – Server

2 – Computer Monitors

2 – Chairs

Mike's Office

1 – Desk

1 – Table

1 – Chair

2 – Curved Computer Monitors

Phil's Office

1 – Desk

1 – Lateral File Cabinet (2-drawer)

1 – Geologist Desk

1 – Lateral File Cabinet (4-drawer)

1 – Chair

1 – Computer Monitor

Common Area

1 – Table

4 – Chairs

1 – Rolling 2-shelf cabinet

1 – Whiteboard

2 – Lateral File Cabinets (4-drawer)

1 – Standing Metal Cabinet


Reception Area

3 – Chairs

1 – Storage Console


Break Room

1 – Coffee Machine

1 – Small Fridge


Phone System (3 wireless phones, 1 conference phone and 1 reception phone)

EXHIBIT "2"

**Witter Field - Listing of Fixed Assets**

| | |
|---|---:|
| Pipe | 30,618.66 |
| Surface Casing | 184,025.94 |
| 1st Intermed Casing | 30,999.74 |
| Production Casing | 76,464.42 |
| Liner | 4,055.85 |
| Tubing | 148,688.68 |
| Casing Accessories | 2,539.21 |
| Csg Flange, Valves, Fittings | 87,571.13 |
| Csg Spool, Valves, Fittings | 704.16 |
| Tbg Head, Valves, Fittings | 10,373.19 |
| Christmas Tree | 2,585.17 |
| Csg Head, Valves, Fittings | 850.69 |
| Packers, Sleeves, Nipples | 2,640.64 |
| Blast Jts./Anchors, Drains | 11,333.92 |
| Rods | 8,882.41 |
| Safety Equipment | 268.49 |
| Miscellaneous | 2,086.29 |
| Couplings, Unions, Valves | 7,189.06 |
| Line Pipe | 20.68 |
| Pumping Unit, Engines, Power E | 51,115.96 |
| Miscellaneous | 29,915.88 |
| Tanks, Vessels, Wells | 291,827.85 |
| Heaters, Treaters, Seperators, | 54,972.12 |
| Manifold, Pipe | 6,141.34 |
| Ladders, Stairs, Walkways | 46,410.64 |
| Instrumentation, Controls | 186,678.17 |
| Scrubbers, Lact | 32,808.59 |
| Shacks | 12,565.00 |
| Fencing, Signage | 51,070.22 |
| Machinery & Equipment | · 3,969.68 |
| TEMBLOR GATCHELL TANGIBLES | 107,972.00 |
| TAMBLOR GATCHELL FACILITES | 29,784.00 |
| FIVE POINTS PROSPECT | 27,636.06 |
| INVEST - TEMBLOR GATCHELL | (24,856.48) |
| | |
| Total | 1,519,909.36 |

**Lynch Canton - Listing Fixed Assets by well**

| | |
|---|---:|
| 102E - 1 | 20,042.21 |
| 102R | 3,553.32 |
| 102R - 1 | 1,878.23 |
| 102-S | 19,467.95 |
| H1 | 1,120.48 |
| H2 | 9,012.73 |
| H3 | 7,879.57 |
| H4 | 31,614.06 |
| H5 | 43,819.11 |
| H6 | 40,414.66 |
| H7 | 37,499.08 |
| H8 | 31,757.27 |
| H9 | 32,892.89 |
| HSBC-1 | 21,876.21 |
| HSD-2 | 111,288.98 |
| HSE - 2 | 40,884.97 |
| HSF - 2 | 58,863.60 |
| L/C H10 | 10,863.65 |
| L/C W/D WELL #3 | 17,440.61 |
| L/C WATER DISPOSAL #4 | 368.09 |
| L/C WX | 11,377.69 |
| LANAGAN 136T | 32,692.18 |
| LANAGAN 204 | 5,525.70 |
| LANIGAN 108 | 227.93 |
| LANIGAN 110 | 153.15 |
| LANIGAN 142 | 153.15 |
| LANIGAN 174 | 153.15 |
| LANIGAN 305 | 11,106.47 |
| LANIGAN CD1 | 31,424.64 |
| LYNCH CANYON - 102A | 118,879.82 |
| LYNCH CANYON - 102B | 106,538.63 |
| LYNCH CANYON - 102C | 60,618.02 |
| LYNCH CANYON - 102T | 46,950.74 |
| LYNCH CANYON - 102U | 57,510.26 |
| LYNCH CANYON - 102V | 130,593.84 |
| LYNCH CANYON - 102W | 88,155.79 |
| LYNCH CANYON - 102X | 116,608.59 |
| LYNCH CANYON - 102XY | 41,714.12 |
| LYNCH CANYON - 102Y | 81,948.97 |
| LYNCH CANYON - 102Z | 174,784.67 |
| LYNCH CANYON - AZ-1 | 36,138.03 |
| LYNCH CANYON - AZ-2 | 35,632.74 |
| LYNCH CANYON - AZ-3 | 34,589.67 |
| LYNCH CANYON - O'CONNER | 72,423.52 |
| LYNCH CANYON 106ST | 7,958.85 |
| LYNCH CANYON FACILITY | 1,735,013.95 |
| LYNCH CANYON TANGIBLE | 54,914.51 |
| LYNCH CANYON W/E #3 | 38,829.97 |
| LYNCH CANYON WD#2 | 20,940.14 |
| NLC - 1 | 368.09 |
| O'CONNOR #2 F/W WELL | 7,332.56 |
| Total | 3,703,797.21 |

# EXHIBIT "3"

## WELL BONDS

1.   Oil and Gas Bond
     State of California Natural Resources Agency
     Department of Conservation
     Amount: $10,000.00
     Account No.: XX-01515
     Well:  Castillo-Ross & Howe 1-19

2.   Oil and Gas Bond
     State of California Natural Resources Agency
     Department of Conservation
     Amount: $30,000.00
     Bond No.: 3-53
     Well:  Castillo-Ross & Howe 1-19

3.   Oil and Gas Bond
     State of California Natural Resources Agency
     Department of Conservation
     Amount: $10,000.00
     Account No.: XX-00597
     Well:  Castillo-Ross & Howe 2-19

4.   Oil and Gas Bond
     State of California Natural Resources Agency
     Department of Conservation
     Amount: $30,000.00
     Bond No.: 3-65
     Well:  Castillo-Ross & Howe 2-19

5.   Oil and Gas Bond
     State of California Natural Resources Agency
     Department of Conservation
     Amount: $25,000.00
     Bond No.: 05-182
     Well: Harnish-McCormick No. 2

6.      <u>Oil and Gas Bond</u>
        State of California Natural Resources Agency
        Department of Conservation
        Amount: $25,000.00
        Bond No.: 05-183
        Well:  Harnish-McCormick No. 3

7.      <u>Oil and Gas Bond</u>
        State of California Natural Resources Agency
        Department of Conservation
        Amount: $25,000.00
        Well:  Harnish-McCormick No. 5

8.      <u>Oil and Gas Bond</u>
        State of California Natural Resources Agency
        Department of Conservation
        Amount: $25,000.00
        Well:  Harish-McCormick Water Disposal No. 1

9.      <u>Oil and Gas Bond</u>
        State of California Natural Resources Agency
        Department of Conservation
        Amount: $25,000.00
        Well:  Harnish-McCormick Water Disposal No. 1

10.     <u>Oil and Gas Bond</u>
        State of California Natural Resources Agency
        Department of Conservation
        Amount: $40,000.00
        Bond No. 4-881
        Well:  KCDL No. 2 – 019-25961

Fill in this information to identify the case:

Debtor name     **TEMBLOR PETROLEUM COMPANY, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name **TEMBLOR PETROLEUM COMPANY, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,373.56 | $5,373.56 |

**2.1** Priority creditor's name and mailing address
**Franchise Tax Board**
**Special Procedures Section**
**P.O. Box 2952**
**Sacramento, CA 95812**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Fee and Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**aAAA Quality Services, Inc.**
**P.O. Box 535**
**Farmersville, CA 93223**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,386.70

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Equipment Rental**

Is the claim subject to offset? ■ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
**Anthem Blue Cross**
**P.O. Box 54587**
**Los Angeles, CA 90054**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$213.64

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Insurance Premium**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**       Case number (if known) _____
_____
     Name

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169.80**
---|---|---|---

**Anthem Blue Cross RX**
**P.O. Box 5283**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Insurance Premium**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,340.34**
---|---|---|---

**Blue Shield of California**
**P.O. Box 749415**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Insurance Premium**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,293.00**
---|---|---|---

**Bright & Brown**
**550 North Brand Blvd., Ste. 2100**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Attorneys fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242.08**
---|---|---|---

**Brighthouse Networks**
**P.O. Box 51013**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Broadband services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,918,274.73**
---|---|---|---

**California Energy Exchange Corporation**
**Attn: Timothy O. Wise**
**2981 Gold Canal Drive**
**Rancho Cordova, CA 95670**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim: Five Points Pipeline Expansion Project**
**Supplemental Funding**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,769.74**
---|---|---|---

**Cardmember Services**
**P.O. Box 19048**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Credit Card Purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,339.00**
---|---|---|---

**CIPA**
**1001 K Street, 6th Floor**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Producer Membership Dues**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,352,219.05**

Commercial Trade, Inc.
c/o Sandra Kuhn McCormack
5330 Office Center Court, Ste. C
Bakersfield, CA 93309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Complaint - Kern County Superior Court Case No. BCV-19-103173 Judgment entered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$382.00**

County of Santa Barbara
123 Eat Anapamu Street
Santa Barbara, CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Idle Well Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$485,089.00**

CW Bell TUW Res Tr FBO Barbara
10909 Baronet Road
Owings Mills, MD 21117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$485,089.00**

CW Bell TUW Res Tr FBO Christy
4211 Westland Lane Southport
Southport, NC 28461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$485,089.00**

CW Bell TUW Res Tr FBO Evan
3140 N. Morning Drive
Billings, MT 59102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$485,089.00**

CW Bell TUW Res Tr FBO Martha
375 Star Light Drive
Fort Mill, SC 29715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$485,089.00**

CW Bell TUW Res Tr FBO Philip
8 Wistar Road
Villanova, PA 19085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **TEMBLOR PETROLEUM COMPANY, LLC**          Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$1,086.91** |

**John Linford**
**200 New Stine Rpoad, Suite 171**
**Bakersfield, CA 93309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$198,322.88** |

**Key Energy Services, LLC**
**c/o Will Rutledge, Esq.**
**Dore Rothberg McKay**
**17171 Park Row, Suite 160**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Complaint-Harris County Judicial District Case No. 2019-43534/Court 281**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$125.00** |

**Maria Chavez**
**6201 Victor Street, #B**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cleaning Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$225.00** |

**Montrose Environmental Group**
**P.O. Box 741137**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Inspections**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$2,595.00** |

**OGSys**
**5801 Edwards Ranch Road, Suite 200**
**Fort Worth, TX 76109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Software Maintenance Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$274,000.00** |

**Patriot Environmental Services, Inc.**
**c/o Jeff J. Astarabadi, Esq.**
**Much Shelist, PC**
**2 Park Plaza, Suite 1075**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Complaint-Los Angeles County Superior Court Case No. 19STCV40778**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$240.00** |

**PC Solutions**
**9809 Casa Del Sol Drive**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Computer Montoring**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **TEMBLOR PETROLEUM COMPANY, LLC**          Case number (if known) _____
      Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$706,923.73** |
|---|---|---|---|

**3.24** Nonpriority creditor's name and mailing address
**Phillip Bell**
**8 Wistar Road**
**Villanova, PA 19085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans**

Is the claim subject to offset? ■ No  ☐ Yes

**$706,923.73**

---

**3.25** Nonpriority creditor's name and mailing address
**Redline Directional Services**
**c/o Nathan M. Hodges**
**Hodges Law Group**
**1925 G Street**
**Bakersfield, CA 93301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fresno County Superior Court Case No. 19CECG03157**

Is the claim subject to offset? ■ No  ☐ Yes

**$167,838.54**

---

**3.26** Nonpriority creditor's name and mailing address
**Unwired Broadbank, Inc.**
**215 W. Fallbrook Avenue, Ste. 203**
**Fresno, CA 93711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Broadband services**

Is the claim subject to offset? ■ No  ☐ Yes

**$369.99**

---

**3.27** Nonpriority creditor's name and mailing address
**West Coast Land Service**
**1230 Chester Avenue**
**Bakersfield, CA 93301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,482.10**

---

**3.28** Nonpriority creditor's name and mailing address
**Willis of Texas, Inc.**
**P.O. Box 731739**
**Dallas, TX 75373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Compensation Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,597.50**

---

**3.29** Nonpriority creditor's name and mailing address
**z**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **The following are creditors relating to the Witter Field Project**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.30** Nonpriority creditor's name and mailing address
**zAAA Quality Services, Inc.**
**P.O. Box 535**
**Farmersville, CA 93223**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,386.70**

Debtor  **TEMBLOR PETROLEUM COMPANY, LLC**                    Case number (if known) _____
        _____
        Name

| | | |
|---|---|---|

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,921.93**

**zAce Pump, Inc.**
848A W. Century Street
Santa Maria, CA 93455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Purchase of Parts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$207.60**

**zAmerican Geophysical Corporation**
5271 South Quebec Street
Englewood, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Storage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,823.87**

**zB&L Equipment Rental, Inc.**
P.O. Box 22260
Bakersfield, CA 93390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equipment rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,110.00**

**zBG Oil Tool, LLC**
P.O. Box 22704
Bakersfield, CA 93390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,827.26**

**zBlack Gold Valve Company, LLC**
P.O. Box 283
135 Commercial Street
Princeton, CA 95970

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Water disposal**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,055.29**

**zBright & Brown**
550 North Brand Blvd, Suite 2100
Glendale, CA 91203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153,101.91**

**zBurke**
4747 Mariah Mesa Court
Paradise, CA 95969

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equipment rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **TEMBLOR PETROLEUM COMPANY, LLC**          Case number (if known)
         Name

| | | |
|---|---|---|
| 3.38 | Nonpriority creditor's name and mailing address | **$39,937.91** |

**3.38** Nonpriority creditor's name and mailing address
zC. Case Company, Inc.
7010 W. Cerini Avenue
Riverdale, CA 93656

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address          **$2,448.00**
zCampos EPC, LLC
1401 Blake Street
Denver, CO 80202

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address          **$28,042.83**
zCanary Productions Services
14904 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address          **$58,319.35**
zCasing Specialties
12452 Snow Road
Bakersfield, CA 93314

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address          **$440.58**
zChris P. Smith
6673 Avenida De Las Pescas
La Jolla, CA 92037

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address          **$18,323.10**
zCoastline Technologies
P.O. Box 729
Avila Beach, CA 93424

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address          **$1,362.11**
zCore Laboratories, LP
P.O. Box 841787
Dallas, TX 75284

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Testing services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**                    Case number (if known) _____
          Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,323.90 |

**zCRACO**
P.O. Box 13261
Bakersfield, CA 93389

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,769.00 |

**zDriltek**
901 Tower Way, Ste. 102
Bakersfield, CA 93309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,829.91 |

**zEarth Cycles Exploration, LLC**
364 Bayan Court
Castle Rock, CO 80104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Geologic consulting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,834.72 |

**zEnergy Tubulars**
3010 Old Ranch Parkway, Suite 400
Seal Beach, CA 90740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,865.50 |

**zGazelle Transportation, LLC**
34915 Gazelle Court
Bakersfield, CA 93308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equipment rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268,532.34 |

**zGeo Drilling Fluids**
P.O. Box 1478
Bakersfield, CA 93302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,974.40 |

**zGeodril Services**
9530 Hageman Road, Suite B
Bakersfield, CA 93312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**          Case number (if known) _____
          _____
          Name

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54,556.00 |
|------|---|---|---|

**3.52** Nonpriority creditor's name and mailing address
**zGeoguidance Drilling Services**
**P.O. Box 42647**
**Bakersfield, CA 93384**

As of the petition filing date, the claim is: *Check all that apply.*          $54,556.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Drilling services**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
**zGeolog**
**P.O. Box 4406**
**El Dorado Hills, CA 95762**

As of the petition filing date, the claim is: *Check all that apply.*          $3,832.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Mud Logging services**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
**zHalliburton**
**P.O. Box 301341**
**Dallas, TX 75303**

As of the petition filing date, the claim is: *Check all that apply.*          $223,701.11
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services rendered**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address
**zInternational Reservoir Technology**
**300 Union Blvd., Suite 400**
**Denver, CO 80228**

As of the petition filing date, the claim is: *Check all that apply.*          $74,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Field Evaluation**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address
**zJD Rush Company**
**5900 East Lerdo Highway**
**Shafter, CA 93263**

As of the petition filing date, the claim is: *Check all that apply.*          $122,355.09
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Purchase of materials**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** Nonpriority creditor's name and mailing address
**zJohn B. Linford**
**200 New Stine Road, suite 171**
**Bakersfield, CA 93309**

As of the petition filing date, the claim is: *Check all that apply.*          $555.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Legal services**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
**zKey Energy Services**
**P.O. Box 4649**
**Houston, TX 77210**

As of the petition filing date, the claim is: *Check all that apply.*          $17,151.77
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services rendered**
Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**          Case number (if known) _____
          Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,484.60 |

**zMid Valley Disposal**
P.O. Box 12385
**Fresno, CA 93777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Disposal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153,764.00 |

**zN.C. Brun & Son**
25692 N. Cherokee Lane
**Galt, CA 95632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,106.93 |

**zNational Oilwell Varco**
P.O. Box 202631
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,482.60 |

**zOilfield Safety Anchor Service**
13061 Rosedale Highway
**Box 115**
**Bakersfield, CA 93314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,214,415.00 |

**zPaul Graham Drilling**
P.O. Box 669
**Rio Vista, CA 94571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.20 |

**zPensinger Trailer Rental, Inc.**
1770 Golden State Avenue
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trailer services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,597.54 |

**zPrimoris Services Corporation**
P.O. Box 90022
**Baton Rouge, LA 70879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Compressor Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**        Case number (if known) _____
          Name

| | |
|---|---|
| **3.66** Nonpriority creditor's name and mailing address<br>**zQuality Tong Service, Inc.**<br>**P.O. Box 91**<br>**Rio Oso, CA 95674** | As of the petition filing date, the claim is: *Check all that apply.*        **$63,050.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Purchase of materials** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.67** Nonpriority creditor's name and mailing address<br>**zRandy's Trucking, inc.**<br>**1050 Wood Street**<br>**Taft, CA 93268** | As of the petition filing date, the claim is: *Check all that apply.*        **$1,550.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Tank storage** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.68** Nonpriority creditor's name and mailing address<br>**zResolute Production & Drilling**<br>**6241 Oasis Avenue**<br>**Bakersfield, CA 93307** | As of the petition filing date, the claim is: *Check all that apply.*        **$10,539.30**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Services rendered** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.69** Nonpriority creditor's name and mailing address<br>**zSmith Inernational, Inc.**<br>**P.O. Box 732136**<br>**Dallas, TX 75373** | As of the petition filing date, the claim is: *Check all that apply.*        **$6,913.26**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Purchase of materials** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.70** Nonpriority creditor's name and mailing address<br>**zTiger Cased Hole Services, Inc.**<br>**P.O. Box 733368**<br>**Dallas, TX 75373** | As of the petition filing date, the claim is: *Check all that apply.*        **$48,543.75**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Services rendered** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.71** Nonpriority creditor's name and mailing address<br>**zTRB Oilfield Services**<br>**7657 Downing Avenue**<br>**Bakersfield, CA 93308** | As of the petition filing date, the claim is: *Check all that apply.*        **$29,599.21**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Services rendered** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.72** Nonpriority creditor's name and mailing address<br>**zTyrion Integration**<br>**3300 Patton Way, Ste. 1**<br>**Bakersfield, CA 93308** | As of the petition filing date, the claim is: *Check all that apply.*        **$22,305.51**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Services rendered** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **TEMBLOR PETROLEUM COMPANY, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00**

zVector Environmental, Inc.
P.O. Box 10447
Bakersfield, CA 93389

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Compressor modification**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,140.23**

zWeatherford US
Chase Bank of Texas
L.P.P.O. Box 301003
Dallas, TX 75303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,878.29**

zWest Coast Land Service
1230 Chester Avenue
Bakersfield, CA 93301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,155.00**

zZalco Laboraories, Inc.
4309 Armour Avenue
Bakersfield, CA 93308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Testing services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Pros Incorporated**<br>P.O. Box 20996<br>Bakersfield, CA 93390 | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 5,373.56 |
| 5b. Total claims from Part 2 | 5b. + $ | 12,193,538.13 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 12,198,911.69 |

---

Fill in this information to identify the case:

Debtor name　　**TEMBLOR PETROLEUM COMPANY, LLC**

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases　　　　12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.　**Does the debtor have any executory contracts or unexpired leases?**
　　☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

　　■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Commercial Lease Description: 5201 California Avenue, Suite 340 Bakersfield, CA 93309 Terms: $2,953.00 per month for three years Beginning Date:11/1/2018 Debtor's Interest: Lessee** | |
| State the term remaining | |
| List the contract number of any government contract | **Beretta Investment Group P.O. Box 9116 Bakersfield, CA 93309** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Copier Lease Descripton: Terms: $1,040.70 per month for forty months Beginning Date:1/8/2018 Debtor's Interest: Lessee** |
| State the term remaining | |
| List the contract number of any government contract | **Canon Financial Services, Inc. 14904 Collections Center Drive Chicago, IL 60693** |

Debtor 1   **TEMBLOR PETROLEUM COMPANY, LLC**       Case number *(if known)* _____

<small>First Name      Middle Name      Last Name</small>

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Equipment Lease Description: Compressor and related equipment Terms: 36 months / $9,835.00 per month Beginning Date: 2/17/2018 Debtor's Interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | | **Primoris Services Corporation P.O. Box 90022 Baton Rouge, LA 70879** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor holds leases associated with the "Witter Field Project" See attached Exhibit "1"** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **See attached Exhibit "1"** |

## GATCHELL #2
### PROSPECT (08-78)
### FRESNO COUNTY, CA

## WEST COAST LAND SERVICE
### FLOWSHEET
### AS OF 8-2-19

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 5 (cont) | Neel D. Wright and Rebecca Wray, husband and wife | 22.9176% | | 44.32400 | $20.00 | -10% | 5 yrs | $366.68 | 4/29/2019 |
| | Vickie E. Dresser | 8.3300% | | 6.664.000 | $10.00 | 10% | 5 yrs | $66.64 | 2-1-1i14 |
| 6 | Westlands Water District | 100.0000% | $0.00 | 60.000000 | $27.50 | -10- | 3 yrs | $2,700.00 | 2-1-1i14 |
| 7 (4) HBP | Westlands Water District | 50.0000% | 150.12 | 75.060000 | $32.50 $125.00 | 10% | 3 yrs 5 yrs | $2,644.15 $28,147.50 (5yrs pd) | New Lease 5.31-4.019 |
| | Nancy Carl Gaebler, deceased 2 Heirs; (16.6675%) Bonnie L. Komukoia | 8.3340% | | 12.510000 | $15.00 | 10% | 5 yrs 10 yrs 15 yrs | $187.68 | 2-1- Amended 1-29-10 Amended 11-15-13 Amended 2-8-16 |
| | Mark Gaebler | 8.3330% | | 12.510000 | $15.00 | 10% | 5 yrs 10 yrs 15 yrs | $187.68 | 05/19/17/22 |
| | Douglas D. Jensen, Trustee for Lynell McAvoy Trust; P3708442  (16.6675%) (15.02 net acres) | | | | | | | | 2-1-00/ 1/17/20 Amended 1-29-10 Amended 11-15-13 Amended 2-8-16 |

# WEST COAST LAND SERVICE
## FLOWSHEET
### AS OF 8-27-19

**GATCHELL #2**
**PROSPECT (09-76)**
**FRESNO COUNTY, CA**

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| UD1<br>T (C/2)<br>HDP | Frederick Louis Smith, Trustee | 8.3330% | | 12.510000 | $15.00 | 1/8 | 5yrs<br>10 yrs<br>13 yrs<br>15 yrs | $187.68 | 2-1-<br>05/15/17/20<br>Amended<br>1-26-10<br>Amended<br>11-16-13<br>Amended<br>2-6-16<br>Amended<br>* * * |
| | Brandon McAvey, Trustee | 8.334% | | 12.510000 | $15.00 | 1/8 | 5yrs<br>10 yrs<br>13 yrs<br>15 yrs | $187.68 | 2-1-<br>05/15/17/20<br>Amended<br>1-26-10<br>Amended<br>11-16-13<br>Amended<br>2-6-16<br>Amended<br>* * * |
| | Jody Laidie | 8.333% | | 12.510000 | $15.00 | 1/8 | 5 yrs<br>10 yrs<br>13 yrs<br>15 yrs | $187.68 | 2-1-<br>05/15/17/20<br>Amended<br>1-15-10<br>Amended<br>11-16-13<br>Amended<br>2-6-16<br>Amended<br>* * * |
| | ELIZABETH A. GARDNER, also known as Elizabeth Gardner, who acquired title as Betty A. Gardner | 8.3330% | | 12.510000 | $15.00 | 1/5 | 5 yrs<br>10 yrs<br>13 yrs<br>15 yrs | $187.68 | 2-1-<br>05/15/17/20<br>Amended<br>1-15-10<br>Amended<br>11-8-13<br>Amended<br>2-6-16<br>Amended<br>* * * |
| 3 (5) | Chris J. Lessford and Tammy Lynn Lessford<br>Tender - 100.00% | 50.0000% | 25.00 | 12.500000 | $50.00 | 1/5 | 5 yrs | $671.50 | 8-16-13/15/23<br>Olson |

**CONCLUSION:**
Tender - 100.00%

**TOTAL** 100.0000% 　 50.0000% 　 25.00 　 12.500000 　 $50.00 　 $671.50

Nancy Carl Gardner, deceased, 2 Heirs (16.667%) (4.4167 net acres)

5

# WEST COAST LAND SERVICE
## FLOWSHEET
### AS OF 8/27/19

**GATCHELL #2**
**PROSPECT (08-78)**
**FRESNO COUNTY, CA**

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 8 (Cont) | Brenea L. Koznaski | 8.3340% | | 2.2283.40 | $15.00 | | | $33.59 | 11-CSV/17/20 |
| | Isak Gardner | 8.3330% | | 2.233300 | $15.00 | 1/6 | 6-yrs 10-yrs 13-yrs 15-yrs | $33.59 | 2-1-CSV/17/20 Amended 1-20-10 Amended 11-19-13 Amended 2-8-16 Amended 2-1-05 / 15/17/20 Amended 1-20-10 Amended 11-19-13 Amended 2-8-16 |
| | Douglas E. Jensen, Trustee for Lyndel McAvoy Trust Distributed /15.60775114.4707 net acres Fredrecck Lucas Shandl, Trustee | 8.3330% | | 2.233350 | $15.00 | 1/6 | 6-yrs 10-yrs 13-yrs 15-yrs | $33.50 | 2-1- Amended 1-20-10 Amended 11-19-13 Amended 2-8-16 Amended |
| | Brandon McAvoy, Trustee | 8.3340% | | 2.233350 | $15.00 | 1/6 | 6-yrs 10-yrs 13-yrs 15-yrs | $33.50 | 2-1- CSV/2/17/20 Amended 1-20-10 Amended 11-19-13 Amended 2-8-16 Amended |
| | JUrj Lattoo | 8.3330% | | 2.233300 | $15.00 | 1/6 | 6-yrs 10-yrs 13-yrs 15-yrs | $33.59 | 2-1- CSV/16/17/20 Amended 1-25-10 Amended 11-19-13 Amended 2-8-16 Amended |

Filed 04/09/20     Case 20-11367     Doc 1

GATCHELL #2
PROSPECT (09-78)
FRESNO COUNTY, CA

WEST COAST LAND SERVICE
FLOWSHEET
AS OF 8-27-19

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 3 (Cont) | ELIZABETH A. GARDNER, also known as Elizabeth Gardner, who acquired title as Betty A. Gardner | 6.3300% | | 2,228,300 | $15.00 | 1/6 | 5 yrs 10 yrs 13 yrs 15 yrs | $33.59 | 2-14-09 Amended 15/17/09 Amended 1-20-10 Amended 11-16-13 Amended 2-5-10 Amended *.. .. |
| | | TOTAL: | 100.0000% | | | | | | |
| 9 | Manuel A. Carberry, who acquired title as Manuel A. Smith | 6.3334% | 160.00 | 10.133400 | $30.00 | ~3/16 | 5 yrs | $210.92 | 2-4-1116 |
| | Thomas J. Carberry and Maridee G. Carberry, husband and wife, THOMAS J. CARBERRY AND MARIDEE G. CARBERRY FAMILY TRUST | 6.3333⅓ | | 10.333400 | $30.00 | ~3/16 | 5 yrs | $402.62 | 1-31-1116 |
| | Daniel B. Carberry | 8.3333% | | 13.333300 | 5.30.00 | 3/16 | 5 yrs | $309.99 | |
| | Edna Leonard DeLangwin, deceased 3 Heirs | | | | | | | | |
| | Amanda Hosaka | 6.2500% | | 10.000000 | | | | | |
| | Betsy Pavich | 6.2500% | | 10.000000 | | | | | |
| | Jimmie Lee Vincing | 6.2500% | | 10.000000 | | | | | |
| | Betsy Jane Kizes, Jimmie Lee Vincing, Betsy Pavich and Amanda Hopkins, Trustees of the Betsy Jane Kizes Trust | | | | | | | | |
| | Trust dated April 17, 19 1750), Jimmie Lee Vincing, as a Beneficiary of the Betsy Jane Kizes Trust | 6.2500% | | 10.000000 | | | | | |
| | Amanda Hosaka, as a Beneficiary of the Betsy Jane Kizes Trust | 6.2500% | | 10.000000 | | | | | |
| | Betsy Pavich, as a Beneficiary of the Betsy Jane Kizes Trust | 6.2500% | | 10.000000 | | | | | |
| | Everett H. Adair | 9.3750% | | 15.000000 | | | | | |
| | Katherine L. Glatzmaine | 9.3750% | | 15.000000 | | | | | |
| | Pamela Barlow | 9.3750% | | 15.000000 | | | | | |
| | Scott Heanics | 9.3750% | | 15.000000 | | | | | |
| | | TOTAL: | 100.0000% | | | | | | |
| | | | 50.0000% | 40.000000 | $150.00 | 1/6 | 5 yrs | $2,000.00 | |
| 10 (2) | Jeanne Neely | | | | | | | | |
| 10 (Cont) | Douglas Eldon Bettis, deceased 1 Heir | | | | | | | | |

CONCLUSION:
Tentative : 100.00%

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (08-78)
FRESNO COUNTY, CA.

| PARCEL NO. | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| | McDaniel L. Berta | 13.3334% 14.167% | | 26.6667 11.3333 | $15.00 | 1/6 | 5 yrs 10 yrs 12 yrs 15 yrs | $400.00 $170.01 | 2-1- 05/10/17/20 Amended 1-25-10 Amended 11-18-12 Amended 1-25-10 Amended 7L,14,13 |
| | Patricia Ann Caprioli Patricia Ann Caprioli and Linda A. Curran, Trustees of The Patricia A. Caprioli Revocable Trust, dated 11-23-10 | 13.3334% 14.167% | | 26.6667 11.3334 | $15.00 | 1/6 | 5 yrs 10 yrs 12 yrs 15 yrs | $400.00 $170.00 | 2-1- 05/10/17/20 Amended 1-25-10 Amended 11-18-12 Amended 1-25-16 Amended 7-18-16 |
| | Patricia Ann Caprioli, Linda Ann Curran and Craig Corelli, Successor Co-Trustees of the Trust created for Glenn W. Berta Jr., under the Will of Edna Evats, deceased. | 33.3333% 14.166% | | 26.6666 11.3333 | $15.00 | 1/6 | 5 yrs 10 yrs 12 yrs 15 yrs | $400.00 $170.01 | 2-1- 05/10/17/20 Amended 1-25-10 Amended 11-18-13 Amended 1-25-16 Amended 7-18-16 |
| | June P. Triol, as the emancial legatee of the Estate of M. Curran W/d, Deceased, pursuant to Court Order by the Court dated August 27, 1913 in Fresno County Clerk No. 47796 | 1.2509% | | 1.000000 | $50.00 $150.00 | 1/6 | 5 yrs. | $50.00 $750.00 (5yrs pd) | 8C/4/2015/21 |

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATSHELL #2
PROSPECT (09-78)
FRESNO COUNTY, CA

| PARCEL LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|
| 10 (Cont) Alan D. Christensen, deceased 3 Heirs (1.25%) | 1.2500% | | | | | | | |
| Jeffrey Alan Christensen, deceased 1 heir — Jo-Ann Christensen, as the Executrix of the Estate of Jeffrey A. Christensen, deceased, an heir and Devisee of the Estate of Alan D. Christensen, deceased | 0.4167% | | 0.33333 | $150.00 | 1/6 | 5 yrs | $251.25 (5 yrs pd) | 3-19-18/21 |
| John P. Christensen | 0.4167% | | 0.33333 | | | | | |
| Julie M. Sumner | 0.4166% | | 0.33330 | | | | | |
| Robert G. Carter, deceased 1 Heir (1.25%) | 1.2500% | | | | | | | |
| Jean Carter | 1.2500% | | 1.00000 | $49.00 | -/6- | 5 yrs | $49.00 | |
| Jack M. Tyson, deceased 4 Heirs (1.25%) | 1.2500% | | | | | | | |
| Kathryn Lynn Heen | 0.3125% | | 0.25000 | | | | | |
| Ilubrov Tyson | 0.3125% | | 0.25000 | | | | | |
| Christofer Tyson | 0.3125% | | 0.25000 | | | | | |
| Jona Tarikh | 0.3125% | | 0.25000 | $50.00 | 1/6 | 6 yrs | $60.00 | |
| Robert L. Marsh, deceased 1 Heir (1.25%) | 4.9840% | | | | | | | |
| Carol Marsh | 1.2500% | | 1.00000 | $120.00 | 3/16 | 5 yrs | $1,000.00 (5 yrs pd) | 7-25-16/21 |
| Earl A. Weepley Peter Gordon Bawden | 0.6250% | | 0.50000 | $100.00 | 3/16 | 5 yrs | $1,000.00 (5 yrs pd) | 5-1-03/16 Amended 3-30-13 |
| Gregory Arthur Bawden | 0.6250% | | 0.50000 | $50.00 | 3/16 | 5 yrs | | 6-2-16/21 |
| **TOTAL:** | **100.0000%** | | | | | | | |
| 11 (1) HHP  Sipan P...JoComoLo and Barbara Slavey-Trustees of the Arnold-P-J&ComoLo-Trust  Trenchor Petroleum Co. LLC. 45.4187% | 50.00000000% | 316.00 (180.00 (SE1/4)) | 50.00000000 | $16.00 | -/6- | 5 yrs 8 yrs | $41,481.62 | 5-1-03/16 Amended 3-30-13 |

**CONCLUSION:**
Petro-Lud, Inc.  54.5333%
Trenchor Petroleum Co. LLC.  45.4187%

DISTRIBUTION: (originally) owned 50%, 80 mil, but distributed 50.00%, 80.032% net) Re-distributed 9-15-18 to equal 4 terms
Patricia Slate, deceased
3 Heirs

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TOTAL:** | **100.0000%** | 1.1000000000 | (157.5/8) 1.733325 | | | | | |

Filed 04/09/20     Case 20-11367     Doc 1

**CATCHELL #2**
**PROSPECT (09-78)**
**FRESNO COUNTY, CA.**

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 9-27-19**

| PARCEL NO. | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 11 (Cont) HBP | Kathleen M. Rice | 0.36000000% 0.37333334% | | 0.637776 0.596250 | $15.00 | 1/6 | 11 yrs | $8.80 a.b-$8.87 $8.82 | 5-1-00/10/19 Amended 3-16-16 7-7-L-16 |
| | Nancy S. Tedford | 0.36000000% 0.37333334% | | 0.637776 0.596250 | $15.00 | 1/6 | 11 yrs | $10.80 a.b-$8.87 $8.82 | 5-1-00/10/19 Amended 3-16-16 7-7-L-16 |
| | Stephen P. Siles | 0.36000000% 0.37333334% | | 0.637776 0.596250 | $15.00 | 1/6 | 11 yrs | $9.80 a.b-$8.67 $8.82 | 5-1-00/10/19 Amended 3-16-16 7-7-L-16 |
| ~~Brown~~ -deceased | | 1.00000000% | | 1.760000 | $16.00 | 1/6 | 5 yrs 8 yrs | $28.40 | 5-1-00/16 Amended 3-30-13 |
| 3 Heirs: Roger A. Brown | | 0.36000000% 0.37333334% | | 0.637776 0.596250 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $8.80 a.b-$8.67 $8.82 | 5-1-00/10/19 Amended 3-16-16 7-7-L-16 |
| W. G. Brown | | 0.36000000% 0.37333334% | | 0.637776 0.596250 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $8.80 a.b-$8.67 $8.82 | 5-1-00/10/19 Amended 3-16-16 7-7-L-16 |
| | Oral H. Brown | 0.36000000% 0.37333334% | | 0.637776 0.596250 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $8.80 a.b-$8.67 $8.82 | 5-1-00/10/19 Amended 3-16-16 7-7-L-16 |
| | Ruth Curdett, deceased 1 Heir: Darrell E. Crandell, Trustee | 1.40000000% 1.20000000% | | 4.293325 1.764340 | $15.00 | 1/0 | 6 yrs 8 yrs 11 yrs | $26-40 a.b-$26.00 125.47 | 5-1-00/10/19 Amended 3-30-13 |
| | Robert Siles | 1.40000000% 1.20000000% | | 4.293325 1.764340 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $20-40 a.b.$25.00 $20.47 | 5-1-00/10/19 Amended 3-30-13 |
| | Pete D. Jensen, deceased 4 heirs (1.662%) (2.62362575 ref ec.) | 0.55000000% | | 0.888000 | $15.00 | ~1/6~ | 6 yrs 8 yrs 11 yrs | $39.60 $20.47 | 5-1-00/10/10 Amended 3-30-13 |
| | Josephine Jensen - (wife) | 0.55000000% | | 0.888000 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $13.32 | 5-1-00/10/19 Amended 3-30-13 4-20-16 |

44

# WEST COAST LAND SERVICE
## FLOWSHEET
### AS OF 8-27-19

**GATCHELL #2**
**PROSPECT (08-78)**
**FRESNO COUNTY, CA**

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 11 (Cont) HBP | Robyn Jensen | 0.37000000% | | 0.592000 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $8.88 | 5-1-08/16/19 Amended 3-30-13 2-35-16 |
| | Eric Jensen | 0.37000000% | | 0.592000 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $8.88 | 5-1-08/16/19 Amended 3-30-13 |
| | Elise Jensen | 0.37000000% | | 0.592000 | $15.00 | 1/6 | 6 yrs 8 yrs | $8.80 | 5-1-08/16 Amended 3-30-13 |
| | Alpha Jensen, Deceased (14650%) | 4.66889000% | | 2.464000 | $16.00 | 1/6 | 6 yrs 8 yrs | $39.66 | 5-1-09/16 Amended 3-30-13 |
| | 4 Heirs Douglas Jensen, deceased Conservator Margaret Ann Jensen | 0.41625000% | | 0.65600037 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $9.84 | 5-1-09/16/19 Amended 3-14-16 7-27-16 |
| | Linda Houck | 0.41625000% | | 0.655000 | $15.00 | 1/5 | 6 yrs 8 yrs 11 yrs | $9.84 | 5-1-09/16/19 Amended 3-14-16 7-27-16 |
| | Deborah Franck | 0.41625000% | | 0.655000 | $15.00 | 1/5 | 6 yrs 8 yrs 11 yrs | $9.84 | 5-1-09/16/19 Amended 3-14-16 7-27-16 |
| | Jennifer Snijden | 0.41625000% | | 0.655000 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $9.84 | 5-1-09/16/19 Amended 3-14-16 7-27-16 |
| | Robert Leigh, Jr. | 4.66250000% 1.66250000% | 2.6736875 2.6736230 | | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $39.40 $39.35 | 5-1-09/16/19 Amended 3-16-16 |
| | Judy Kinderman, who acquired title as Judy Soxey | 1.15000000% | | 1.784478 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $27.24 a/o $26.83 | 5-1-09/16/19 Amended 3-30-13 3-9-16 |
| | William Soxey | 1.15000000% | | 1.784478 | $15.00 | 1/5 | 6 yrs 8 yrs 11 yrs | $27.24 a/o $26.83 | 5-1-09/16/19 Amended 3-30-13 3-9-16 |

11

GATCHELL #2
PROSPECT (08-78)
FRESNO COUNTY, CA

WEST COAST LAND SERVICE
FLOWSHEET
AS OF 8-27-19

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES REPLACED | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 11 (Gatch) HBP | Gary Levine | 1.35000000% | | | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $231.24 | 5-1-08/16/19 Amended 3-9-16 |
| | Carol Levine | 1.35000000% | 1,780476 | 1.780476 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $231.24 | 5-1-08/16/19 Amended 3-30-13 |
| | Clayton D. Vyzralek and Patricia E. Vyzralek, as Trustees of the Clayton D. and Patricia E. Vyzralek Trust, dated March 31, 2008 (Vera Owner) | 1.12500000% | 1,780476 | 1.780476 | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $486.27 $587.16 $290.78 | 5-1-08/16/19 Amended 3-30-13 3-25-16 |
| | Analee Cohen | 0.60000000% 0.28000000% | 0.915450 0.441210 | | $15.00 $591.00 | 1/6 | 5 yrs 8 yrs 11 yrs | $14.10 $464.23 $290.76 | 5-1-08/16/19 Amended 3-24-16 |
| | Lucy Wright | 0.60000000% 0.28000000% | 0.915450 0.441210 | | $15.00 $591.00 | 1/6 | 5 yrs 8 yrs 11 yrs | $14.10 $464.23 $290.76 | 5-1-08/16/19 Amended 3-24-16 |
| | Benjamin Frank Nabozki, Jr., who acquired title as Benjamin Franck Nabozki, Jr. | 0.60000000% 0.28000000% | 0.915450 0.441210 | | $15.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $14.10 $14.10 $6.62 | 5-1-08/16/19 Amended 3-30-13 3-25-16 |
| | Rebecca Bacon | 0.60000000% 0.28000000% | 0.915450 0.441210 | | $15.00 $500.00 | 1/6 | 6 yrs 8 yrs 11 yrs | $14.10 $472.23 $220.61 | 5-1-08/16/19 Amended 3-30-13 3-16-16 |
| | Analee Cohen, as Conservator of the Estate of Roger Durrant, deceased | 1.00000000% 1.12000000% | 1.233325 1.764640 | | $15.00 $591.00 | 1/6 | 5 yrs 8 yrs 11 yrs | $26.00 $1,040.15 $1,043.00 | 5-1-08/16/19 Amended 3-30-13 3-23-16 |

12

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (09-79)
FRESNO COUNTY, CA

| PARCEL LOT | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 11 (Cont) HBP | Kick Kolbert, Trustee of the Dorothy J. Randsan Trust (Need to identify Heirs + Daughter or Daughter's son) | 1.1400000% / 1.1200000% | | 7.713323 / 1.784840 | $15.00 / $381.00 | 1/8 | 6 yrs / 8 yrs / 11 yrs | $26.60 / $1,624.16 lot $1402.42 / $1,043.01 | 5-1-09/16/19 Amended 3-30-13 Amended 3-23-16 |
| | Douglas Moyer | 1.1250000% | | 1.772119 | $15.00 | 1/6 | 6 yrs / 8 yrs / 11 yrs | $25.60 | 5-1-09/16/19 Amended 3-30-13 |
| | Christine Maclam | 1.1250000% | | 1.772119 | $15.00 | 1/6 | 6 yrs / 8 yrs / 11 yrs | $25.60 | 5-1-09/16/19 Amended 3-30-13 Amended 3-14-16 |
| | Betsy Ann Taylor who acquired title as Betsy Hitt Taylor | 1.1250000% | | 1.772119 | $15.00 | 1/3 | 6 yrs / 8 yrs / 11 yrs | $25.60 | 5-1-09/16/19 Amended 3-30-13 Amended 3-14-16 |
| | Donna Hill | 1.1250000% | | 1.772119 | $15.00 | 1/6 | 6 yrs / 8 yrs / 11 yrs | $23.60 | 5-1-09/16/19 Amended 3-30-13 Amended 3-14-16 |
| | David Durham | 0.5000000% | | 0.787875 | $15.00 / $417.00 | 1/3 | 6 yrs / 8 yrs / 11 yrs | $11.82 / $328.55 | 5-1-09/16/19 Amended 3-30-13 Amended 3-15-16 |
| | David Durham | 0.5000000% | | 0.787875 | $15.00 | 1/3 | 5 yrs / 8 yrs / 11 yrs | $11.82 | 5-1-09/16/19 Amended 3-30-13 Amended 3-15-16 |
| | Dale Durham | 0.5000000% | | 0.787875 | $15.00 / $417.00 | 1/3 | 5 yrs / 8 yrs / 11 yrs | $15.00 | 5-1-09/16/16 Amended 3-30-13 |
| | Dianne Clark | 0.5000000% | | 2.363625 | $15.00 | 1/5 | 6 yrs / 8 yrs | $35.45 | 5-1-09/16/16 Amended 3-30-13 |
| | Janet Gable, who acquired title as Janet Gabel | 1.5000000% | | 2.363525 | $15.00 | 1/5 | 6 yrs / 8 yrs | $35.45 | 5-1-08/16 Amended 3-30-13 |
| | Lois Ruedsan | 1.5000000% | | 2.369525 | $15.00 | 1/5 | 6 yrs / 8 yrs | $35.45 | 5-1-08/16 Amended 3-30-13 |

47

Filed 04/09/20     Case 20-11367     Doc 1

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (69-78)
FRESNO COUNTY, CA.

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 10 (C#1) HBP | Buadi Blazey | 1.8500000% | | 2.970268 | $15.00 | 1/5 | 6-yrs<br>8-yrs<br>11 yrs | $45.62<br>$44.91<br>$44.91 | 5-1/09/10/19<br>Amended<br>3-30-13 |
| | Shawn McCormick, Jr. | 1.8500000% | | 2.970268 | $15.00<br>$125.00 | 1/5 | 6-yrs<br>8-yrs<br>11 yrs | $45.62<br>$44.91<br>$1,650.00 | 5-1/09/10/19<br>Amended<br>3-31-13<br>Next 5 yrs 6/5 |
| | Sara McCormick | 1.8500000% | | 2.970268 | $15.00 | 1/5 | 5-yrs<br>8-yrs<br>11 yrs | $44.64<br>($5 yrs pd)<br>$44.64<br>$44.65 | 5-1/09/10/19<br>Amended<br>3-30-13 |
| | Jack McCormick | 1.410000% | | 2.221607 | $15.00 | 1/5 | 6-yrs<br>8-yrs<br>11 yrs | $33.60<br>$33.33<br>$33.33 | 5-1/09/10/19<br>Amended<br>3-30-13 |
| | Ann M. Creo, who acquired title as Ann Creo | 1.4100000% | | 2.221607 | $15.00 | 1/5 | 6-yrs<br>8-yrs<br>11 yrs | $33.60<br>$33.33<br>$33.33 | 5-1/09/10/19<br>Amended<br>3-30-13 |
| | Debra E. McCormick, who acquired title as Debra Gregory | 1.4100000% | | 2.221607 | $15.00 | 1/5 | 6-yrs<br>8-yrs<br>11 yrs | $33.60<br>$33.33<br>$33.33 | 5-1/09/10/19<br>Amended<br>3-9-16 |
| | Henry McCormick | 1.4100000% | | 2.221607 | $15.00 | 1/8 | 5-yrs<br>6-yrs<br>11 yrs | $33.60<br>$33.10<br>$33.33 | 5-1/09/10/19<br>Amended<br>3-9-16 |
| | Robert L. Dorszynski, Personal Representative for the Estate of David Bell McCormick, deceased | 5.6400000% | | 8.853078 | $15.00<br>$500.00 | 1/5 | 5 yrs<br>6-yrs<br>11 yrs | $134.42<br>$4,964.00<br>$132.48 | 5-1/09/10/19<br>Amended<br>3-30-13<br>Amended<br>4-29-16<br>Amended<br>7-12-16 |

Filed 04/09/20     Case 20-11367     Doc 1

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 6-21-19**

### GATCHELL #2
### PROSPECT (09-78)
### FRESNO COUNTY, CA

| PARCEL No. / LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|
| 11 (Cont.) HBP / Nancy Van Gelder | 5.00000000% 5.50000001% | | 8.672290 8.932078 | $16.00 | 1/6 | 5 yrs 8 yrs a/a 11 yrs | $134.40 $132.37 $132.46 | 5-1-08/10/19 Amended 3-30-13 Amended 3-9-16 |
| Pine Rock Investors, LLC | 16.00115300% | | 26.602501 | $16.00 $30.00 $50.00 | 1/6 | 5 yrs 8 yrs 16 yrs 20 yrs | $293.44 $766.38 $1,330.16 | 7-15-10 Amended 6-10-11 Amended 6-15-15 Amended 7-15-16 |
| **Total 50.00%** | | | | | | | | |
| Lyday Broker-Harding, Successor Trustee of the Cherry A. Etheer Revocable Trust established July 31, 1990 | 12.27010000% | | 19.511250 | $16.00 $30.00 $50.00 | 1/6 | 5 yrs 8 yrs 18 yrs 20 yrs | $292.97 $866.54 $976.64 $1,200.64 | 7-26-07/15/17 Amended 6-1-05 Amended 11-21-07 Amended 7-15-10 |
| Hannah-Five Points, Inc. | 8.66023400% 2.92968710% | (316.16) | 9.235609 4.687500 | $16.00 $50.00 $65.00 | 1/6 | 5 yrs 8 yrs 9 yrs 11 yrs | $140.63 $446.64 $609.38 | 11-21-07/16/18 Amended 11-17-12 Amended 8-18-14 Amended 3-11-16 Amended 10-27-16 |
| Briz, Inc. | 2.92968710% | | 4.687500 | $75.00 | 1/6 | 7 yrs | $351.57 | Amended 6-14-13 Amended 6-19-15 Amended 10.71.16 |
| 11 (Cont.) HBP / The Schultholz Foundation | 3.12500000% | | 4.687500 | $15.00 | 1/6 | 8 yrs 5 yrs pd 11 yrs (3 yrs paid) | $238.65 $442.19 | 4-4-03/16/19 Amended 3-31-13 Amended 3-9-16 Amended 11-16-16 |

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (69-78)
FRESNO COUNTY, CA.

| PARCEL NO. | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| | Lloyd Ekhatr Pascual, who acquired title as Lloyd Ekhatr | 2.1972660% | 3.516826 | 3.516826 | $16.00 $20.00 $60.00 $60.00 | 1/6 | 6 yrs 6 yrs 16 yrs 18 yrs 20 yrs | $52.24 $104.62 $105.76 $229.52 | 7-28-97/13/17 Amended 6-1-05 Amended 11-21-07 Amended 7-15-10 Amended 6-14-13 Amended 6-19-15 Amended 10-27-16 |
| | Lisley Brecs-Harding | 2.1972660% | | 3.516525 | $16.00 $20.00 $60.00 $105.00 | 1/6 | 6 yrs 8 yrs 16 yrs 18 yrs 20 yrs | $62.24 $104.62 $143.26 $229.52 | 7-28-97/13/17 Amended 11-21-07 Amended 7-15-10 Amended 6-14-13 Amended 6-19-15 Amended 10-27-16 |

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

CATCHELL #2
PROSPECT (#08-78)
FRESNO COUNTY, CA

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|--------|--------|----------|-------------|-----------|-----------------|---------|------|--------------|------------|
| 101 HBP | 11 (Cont'l) Hall J Hannah, deceased (1.9531250%) | 1.9531250% | | | | | | | |
| | Gwen H. Carrigan | 1.9531250% | 3.124500 | | $15.00 $20.00 $50.00 | 1/6 | 6 yrs 8 yrs 16 yrs 20 yrs | $46.83 $62.49 $156.24 | 7-29-97/15/17 Amended 11-21-07 Amended 7-15-10 Amended 6-18-13 Amended 6-18-15 |
| | | | | | | | | | |
| | Lucile L. Force, deceased (1.9531250%, 3.124502 net ac) Robert G. Force | 0.48828125% | 0.781248 | | $15.00 $20.00 $50.00 | 1/6 | 6 yrs 8 yrs 16 yrs 20 yrs | $11.72 $23.44 $39.07 | 7-29-97/15/17 Amended 11-21-07 Amended 7-15-10 Amended 6-24-13 Amended 6-17-15 |
| | Donna R. Force | 0.48828125% | 0.781248 | | $15.00 $20.00 $50.00 | 1/6 | 6 yrs 8 yrs 16 yrs 20 yrs | $11.72 $23.44 $39.07 | 7-29-97/15/17 Amended 11-21-07 Amended 7-15-10 Amended 6-24-13 Amended 6-17-15 |
| | Jane E. Anderson and Mark H. Anderson | 0.9765625% | 1.562499 | | $15.00 $20.00 $50.00 | 1/6 | 6 yrs 8 yrs 16 yrs 20 yrs | $23.44 $46.88 $78.12 | 7-29-97/15/17 Amended 11-21-07 Amended 7-15-10 Amended 6-19-13 Amended 6-15-15 |
| | Glen C. Hannah, Jr., deceased (1.9531250%) (Quitclaimed) Glen C. Hannah, II | 1.9531250% | 3.124502 | | $15.00 $20.00 $50.00 | 1/6 | 6 yrs 8 yrs 16 yrs 20 yrs | $46.88 $93.76 $156.24 | 8-25-97/15/17 Amended 11-21-07 Amended 7-15-10 Amended 6-19-13 Amended |

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (89-78)
FRESNO COUNTY, CA

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 11(con't) HBP | Ruth Hansen Hansen, deceased, Trustee of the Ruth Hansen Hansen 1983 Living Trust dated April 21, 1988 (1.9531254)(1.1249 net acres) Richofard T. Hansen Vicente R. Hansen | 0.6104170% | | 1.041664 | $16.00 $30.00 $50.00 | 1/6 | 6 yrs 8 yrs 16 yrs 20 yrs | $16.63 $31.26 $52.09 | 7-28-07/16/17 Amended 11-21-07 Amended 7-15-10 Amended 6-21-13 |
| | Peter A H. Hansen | 0.6104170% | | 1.041667 | $16.00 $30.00 $50.00 | 1/6 | 6 yrs 8 yrs 16 yrs 20 yrs | $15.63 $31.26 $52.09 | 7-28-07/16/17 Amended 11-21-07 Amended 7-15-10 Amended 6-29-13 |
| | David W. Hansen | 0.6104160% | | 1.041666 | $16.00 $30.00 $50.00 | 1/6 | 6 yrs 8 yrs 16 yrs 20 yrs | $16.63 $31.26 $52.09 | 7-28-07/16/17 Amended 11-21-07 Amended 7-15-10 Amended 6-26-13 |
| - | State of California-Reserved Statutory Interest (6.25%) | | | | | | | | 10-3- |
| 12 (2) HBP | Kings County Development Limited | 100.0000000% | 120.00 | 120.00000 | $14.00 $26.00 $100.00 $150.00 | 1/5 | 3 yrs 5 yrs 7 yrs 8 yrs 10 yrs 11 yrs 12 yrs | $12,000.00 | 03/10/16/17 Amended 7-22-06 Amended 10-3-10 Amended 9-10-12 Amended 9-15-14 Amended 8-25-15 Amended |

Lessor State P (McCormac), etc. Trustee, conveyed out 50.00% when he w/o total 50.00(%) - Subsequently the such Deed located 9-13-16, corrected he percentages, the 5 previous Deeds did not correct the issue.

**CONCLUSION:**
Tiember - 100.00% HBP
Total Lease by Prem-Lst -3.00%

**CONCLUSION:**
Tiember - 100.00%

18

Filed 04/09/20     Case 20-11367     Doc 1

WEST COAST LAND SERVICE
FLOWSHEET
AS OF 8-27-19

GATCHELL #2
PROSPECT (08-78)
FRESNO COUNTY, CA

| PARCEL NO. | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Licky Drake-Harbing, as Successor Trustee of the Stanley A. Brinker Revocable Trust established July 31 1990 | 24.64666002½H 21.33750001½ | 80.00 | 20.84666000 17.06600000 | $35.00 | 3/16 | 5 yrs | $727.63 $598.01 | 11-20-15/20 |
|  | Pine Rock Investors, LLC | 24.11200000½ 19.44444000% |  | 19.30666000 15.55555000 | $35.00 | 3/16 | 5 yrs | $623.72 $544.45 | 11-20-15/20 |
|  | Adene F. Hansen, deceased 3 Rex II 1130-9050⅓ Daniel V. Hylte, as an heir and Devisee of the Estate of Adene F. Hansen, deceased | 2.76300000½ 5.12516660% |  | 2.21040000 4.25014033 | $35.00 | 3/16 | 5 yrs | $105.27 $149.11 | 11-20-15/20 |
|  | Harvey Hylte, as an heir and Devisee of the Estate of Adene F. Hansen, deceased | 3.76300000½ 5.32516660% |  | 2.21040000 4.25014033 | $35.00 | 3/16 | 5 yrs | $165.27 $149.11 | 6-10-16/21 |
|  | Johny Hansen Hylte, as an heir and Devisee of the Estate of Adene F. Hansen, deceased | 2.76300000½ 5.32516671% |  | 2.00640000 4.25014033 | $35.00 | 3/16 | 5 yrs | $105.27 $149.11 | 11-20-15/20 |
|  | Lloyd Broker Paxina, who acquired title as Lloyd Broker | 4.68750000% 7.03125007% |  | 2.74500000 5.62500000 | $35.00 | 3/16 | 5 yrs | $131.25 $196.88 | 11-20-15/20 |
|  | Licky Broker-Harbing | 4.68750000% 7.03125007% |  | 2.74500000 5.62500000 | $35.00 | 3/16 | 5 yrs | $131.25 $196.88 | 11-20-15/20 |
|  | Hansen-Five Posts, Inc., a corporation | 6.25000000% |  | 5.00000000 | $35.00 | 3/16 | 5 yrs | $175.00 | 11-20-15/20 |
|  | Glen C. Hansen, Quitclaimed; Gen C. Hansen, IJ | 4.16000000% |  | 3.33200000 | $35.00 | 1/6 | 5 yrs | $583.10 (mini exit) | 12/7/15/20 |
|  | Wence R. Hansen | 1.33840000% |  | 1.11072000 | $35.00 | 1/6 | 5 yrs | $38.88 | 12/7/15/20 |
|  | Gwen H. Carrigan, who also acquired title as Gwen Harban Gurman | 4.16000000% |  | 3.33200000 | $35.00 | 1/0 | 5 yrs | $583.10 (mini exit) | 12/15/15/20 |
|  | Robert G. Force | 1.04125002% |  | 0.83300000 | $35.00 | 1/6 | 5 yrs | $29.16 | 12-9-15/20 |
|  | Corree R. Force | 1.04125002% |  | 0.83300000 | $35.00 | 1/6 | 5 yrs | $29.16 | 12-9-15/20 |
|  | Jaee E. Anderson and Mark H. Anderson | 2.08250000% |  | 1.66600000 | $35.00 | 1/6 | 5 yrs | $58.31 | 12-9-15/20 |
|  | Britz, Inc., a California corporation, successor by merger to Britz Chemical Company | 6.25000000% |  | 5.00000000 | $135.00 | 1/5 | 5 yrs | $875.00 | 3-7-12/17/22 † |
|  | Peter A. H. Hansen, also known as Peter A. Hansen | 1.33840000% |  | 1.11064000 | $35.00 | 1/6 | 5 yrs | $38.88 | 12-9-15/20 |
|  | David W. Hansen | 1.33840000% |  | 1.11064000 | $35.00 | 1/6 | 5 yrs | $38.80 | 12-9-15/20 |
|  | TOTAL: | 135.50000% 100.000000% |  | 1.11064000 |  |  |  |  |  |

**CONCLUSION:**
Trentise – 54.07481334%
Open – 5.3251667

Filed 04/09/20     Case 20-11367     Doc 1

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (08-78)
FRESNO COUNTY, CA

| PARCEL NO. | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 13A | Leroy Buster Hastings, as Successor Trustee of the Chalay A. Battle Revocable Trust, established June 21, 1992 | 26.0160000% 21.3570000% | 80.00 | 20.8560000 11.6160000 | $160.00 | 3/16 | 5 yrs | $3,133.40 $2,762.50 | 6-24-1621 |
| | Free Rock Investors LLC | 14.1220000% 10.4444470% | | 16.9260000 15.6865500 | $160.00 | 6 yrs | | $2,818.84 $2,533.41 | 6-17-1621 |
| | Alond A. Hanish, deceased —(Keith J. Hanish)— —Daniel V. Hyde-an-she-and-Denise— —deceased | 3.7600000% 5.3251846% | | 3.0104000 4.2901433 | $150.00 | 3/16 | 5 yrs | $451.56 $630.92 | 6-17-1621 |
| | Steven H. Hyde, deceased, also known as Steven Henry Hyde, as in her and Devisee of the Estate of Alene F. Hanish, deceased | 3.7600000% 5.3251846% | | 3.0104000 4.2901433 | $150.00 | 3/16 | 5 yrs | $451.56 $639.90 | 6-17-1621 |
| | —Jeffery Hanish-Hyde, as an heir and Devisee of the Estate of Alene F. Hanish, deceased | 2.3600000% 5.3251846% | | 2.0016000 4.2901433 | $160.00 | 3/16 | 5 yrs | $451.44 $630.92 | 6-17-1621 |
| | Lloyd Buster Hastings who acquired title as Lloyd Buster | 4.6470000% 7.0312650% | | 3.7656000 5.6250000 | $160.00 | 3/16 | 6 yrs | $902.80 $842.76 | 6-16-1621 |
| | Leroy Buster Hastings | 4.6470000% 7.0312650% | | 3.7656000 5.6150000 | $160.00 | 3/16 | 6 yrs | $602.80 $842.76 | 6-21-1621 |
| | Hamoha Fuel Pacific, Inc., a corporation | 6.2500000% | | 5.0000000 | $160.00 | 3/16 | 6 yrs | $760.00 | 6-24-1621 |
| | Gwen C. Hamish, Jr. Disclaimed: Geri C. Hamish, III | 4.1500000% | | 3.3120000 | $35.00 | 1/6 | 5 yrs | $116.62 | |
| | Victoria R. Hansen | 1.3864000% | | 1.1107000 | $35.00 | 1/6 | 5 yrs | $38.88 | |
| | Gwen H. Campian, who also acquired title as Gwen Hamish Camian | 4.1600000% | | 3.3320000 | $35.00 | 1/6 | 5 yrs | $116.62 | |
| | Robert G. Force | 1.0412500% | | 0.8330000 | $35.00 | 1/6 | 5 yrs | $29.16 | |
| | Connie R. Force | 1.0412500% | | 0.8330000 | $35.00 | 1/6 | 5 yrs | $29.16 | |
| | John E. Andresen and Linda H. Andresen by mesne to Skits Chemical Company | 2.0825000% | | 1.6660000 | $100.00 | 1/6 | 5 yrs | $166.60 | 6-16-1621 |
| | Brtz, Inc., a California corporation, successor | 6.2500000% | | 5.0000000 | $135.00 | 1/6 | 5 yrs | $675.00 | 3-7-1217/72 |
| | Peter A. H. Hansen, also known as Peter A. Hansen | 1.3850000% | | 1.1106000 | $135.00 | 1/6 | 5 yrs | $35.85 | |
| | (Dave W.) Hansen | | | 1.1106000 | $35.00 | 1/6 | 5 yrs | $38.80 | |

**CONCLUSION:**

Tender - 6.25%
Paid-Up - 14.5775%
Own - 78.1125%

TOTAL    100.0000000%

TOTAL    1.3850000%

WEST COAST LAND SERVICE
FLOWSHEET
AS OF 8-27-19

**GATCHELL #2**
**PROSPECT (88-78)**
**FRESNO COUNTY, CA.**

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1/1 14 | Susan F. McCormick, Jr., as Successor Trustee of the Agnes M. McCormick Trust ~~DISTRIBUTED~~ Patricia Siers, deceased 40 net, but distributed 50.02%, 49.01% each Kathleen M. Rice | ~~1.00000000%~~ 0.50000000% 0.37333333% | 80.00 | 0.80000000 0.40000000 0.29866672 | $35.00 $35.00 $35.00 | 1/6 1/6 1/6 | 5 yrs 5 yrs (5 yrs paid) | $30.08 $51.30 $51.30 | 3/16/20/16/21 3/16/20/16/21 |
| | Nancy S. Tedford | 0.37333333% | | 0.29866664 | $35.00 | 1/6 | 5 yrs (5 yrs paid) | $51.45 | 3/16/20/16/21 |
| | Stephen P Siles | ~~0.38600000%~~ 0.37000000% | | ~~0.31200000~~ 0.29600000 | $35.00 | 1/6 | 5 yrs (5 yrs paid) | $51.30 | 3/16/20/16/21 |
| | Jean Brown, deceased | ~~1.00000000%~~ | | ~~0.48000000~~ | ~~$35.00~~ | ~~1/6~~ | ~~5 yrs~~ | ~~$30.08~~ | |
| | 3 Heirs Roger A. Brown | 0.36700000% 0.37333333% | | 0.29300000 0.29866672 | $35.00 | 1/6 | 5 yrs (5 yrs paid) | $51.30 $51.45 | 3/16/16/21 3/16/16/21 |
| | Vi G. Brown | 0.37333333% | | 0.29460054 | $35.00 | 1/6 | 5 yrs (5 yrs paid) | $51.45 | 3/16/16/21 |
| | Orvel H. Brown | ~~0.36600000%~~ 0.37333333% | | ~~0.42300000~~ 0.29860064 | $35.00 | 1/6 | 5 yrs (5 yrs paid) | $51.30 | 3/16/16/21 |
| | Ruth Crandall, deceased Darrel E. Crandall, Trustee | 1.10000000% | | 0.80000000 | $35.00 | 1/6 | 5 yrs (5 yrs paid) | $154.00 | 3/16/16/21 |
| | 1 Heir Richard Siles | 1.00000000% | | 0.80000000 | $35.00 | 1/6 | 5 yrs (5 yrs paid) | $154.00 | 3/16/16/21 |
| | Philip Jensen, deceased 4 Heirs (1.66500%) Josephine Jensen- w/c | ~~1.66500000%~~ 0.55000000% | | ~~1.33200000~~ 0.44000000 | $35.00 | 1/6 | 5 yrs | $154.43 $11.66 | 3/16/16/21 |
| | Rozyn Jensen | 0.41650000% 0.37000000% | | 0.33200000 0.29600000 | $35.00 | 1/6 | 5 yrs | $11.66 | |
| | Eric Philip Jensen | ~~0.41650000%~~ 0.37000000% | | ~~0.33200000~~ 0.20000000 | $35.00 $100.00 | 1/6 | 5 yrs | $149.00 (5 yrs pd) $11.66 | 7-25-16/21 |
| | Elisa Jensen | ~~0.41650000%~~ 0.37000000% | | ~~0.33200000~~ 0.29600000 | $35.00 | 1/6 | 5 yrs | $11.66 | |
| | Maria Jensen, deceased 4 Heirs DeOndra Jensen | ~~1.66500000%~~ 0.41650000% | | ~~1.33200000~~ 0.33300000 | $35.00 $100.00 | 1/6 | 5 yrs 5 yrs (5 yrs pd) | ~~$66.62~~ $168.50 (5 yrs pd) | 7-15-16/21 |
| | Commodore Jin Manuel Ann Jensen | 0.41650000% | | 0.33300000 | $35.00 | 1/6 | 5 yrs (5 yrs pd) | $58.30 $99.30 (5 yrs pd) | 3-11-15/21 |
| | Lesa Howak | 0.41650000% | | 0.33300000 | $35.00 | 1/6 | 5 yrs (5 yrs pd) | $58.30 | 3/11/16/21 |
| | Deborah Franck | 0.41650000% | | 0.33300000 | $35.00 | 1/6 | 5 yrs (5 yrs pd) | $58.30 | 3/11/16/21 |
| | Jennifer Smith | 0.41650000% | | 0.33300000 | $35.00 | 1/6 | 5 yrs (5 yrs pd) | $231.00 (5 yrs pd) | 12-16-15/20 |
| | Robert Leigh, Jr. Judy Kalbshauben, who acquired Life est.Judy Storey | 1.66500000% 1.66500000% 1.15000000% | | 1.33100000 1.33100000 0.90000000 | $35.00 $35.00 | 5 yrs 5 yrs | $156.00 12-30-15/20 | |

GATCHELL #2
PROSPECT (08-78)
FRESNO COUNTY, CA

WEST COAST LAND SERVICE
FLOWSHEET
AS OF 8-27-19

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | RENTAL | ROYALTY | TERM | TOTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| ¼ (Cont) | William Stacey | 1.15000000% | | 0.05060000 | $35.00 | | 1/6 | 5 yrs. | $155.00 (5 yrs sol) | 12-30-15/20 |
| | Gary Levine | 1.15000000% | | 0.06000000 | $35.00 | | 1/6 | 5 yrs. | $158.90 (5 yrs sol) | 12-30-15/20 |
| | Carol Levine | 1.15000000% | | 0.09000000 | $35.00 | | 1/6 | 5 yrs. | $158.90 (5 yrs sol) | 12-30-15/20 |
| | Clayton D. Vyzralek and Patricia E. Vyzralek, as Trustees of the Clayton D. and Patricia E. Vyzralek Trust, dated March 31, 2003 (New Owner) | 1.12000000% | | 0.08900000 | $50.00 | | 1/6 | 3 yrs. | $134.40 (3 yrs pd) | 3-30-19/22 |
| | Anaele Cohen | 0.40000000% 0.28000000% 0.62000000% 0.28000000% 0.42000000% 0.28000000% | | 0.40000000 0.22400000 0.44000000 0.22400000 0.44000000 0.22400000 | $591.00 $591.00 | | 16% 1/6 1/6 | 5 yrs. 5 yrs. 5 yrs. | $1,418.40 (5 yrs sol) $1,418.40 384.00 (5 yrs pd) | 9-23-16/21 8-9-16/21 3-25-16/21 |
| | Lucy Kooye | | | | $35.00 | | 1/6 | 5 yrs. | | |
| | Benjamin Frank Nichels, Jr., who acquired title as Benjamin Frank Nichols, Jr. | 0.40000000% 0.20000000% | | 0.40000000 0.22400000 | $500.00 | | 1/6 | 5 yrs. | $1,200.00 (5 yrs pd) | 7-5-16/21 |
| | Rebecca Bazon | 0.40000000% 0.20000000% | | 0.40000000 0.24400000 | $591.00 | | 18% | 5 yrs. | $1,418.40 (5 yrs pd) | 9-23-16/21 |
| | Avalive Cohen, as Conservator of the Estate of Roger Durham | 4.40000000% 1.12000000% | | 0.88000000 0.22800000 | $2011.00 | | 1/6 | 5 yrs. | $2,000.00 (5 yrs pd) | |
| | Dorothy Jane Rakston ,who acquired title as Dorothy Durham Rakston, trustee | 4.40000000% 1.12000000% | | 0.88000000 0.22800000 | | | 1/6 | 5 yrs. | | |
| | Dwayne Dayer | 1.12500000% | 0.90000000 | 0.90000000 | $35.00 | | 1/6 | 5 yrs. | $31.50 | |
| | Constance Marcum | 1.12500000% | 0.90000000 | 0.90000000 | $35.00 | | 1/6 | 5 yrs. | $157.50 (5 yrs pd) | 12-28-16/21 |
| | Betsy Ann Taylor, who acquired title as Betsy Hill Taylor | 1.12500000% | 0.90000000 | 0.90000000 | | | 1/6 | 5 yrs. | $157.50 (5 yrs pd) | 1-6-16/21 |
| | Donna Hall | 0.50000000% | 0.40000000 | 0.40000000 | $417.00 | | 1/6 | 5 yrs. | $157.50 534.00 (5 yrs sol) | 12-28-16/20 6-21-16/21 |
| | David Durham | 0.50000000% | 0.40000000 | 0.40000000 | $35.00 | | 1/6 | 5 yrs. | $84.00 | 6-21-16/21 |
| | Dale Durham | 0.50000000% | 0.40000000 | 0.40000000 | $100.00 | | 1/6 | 5 yrs. | $200.00 (5 yrs pd) | 4-27-16/21 |
| | Dianne Clark | 0.50000000% | 0.40000000 | 0.40000000 | $100.00 | | 1/6 | 5 yrs. | $42.00 | |
| | Janet Gazda, who acquired title as Janet Gabel | 1.12500000% | 1.20000000 | 1.20000000 | $35.00 | | 1/6 | 5 yrs. | $200.00 (5 yrs pd) | |
| | Lois Ruenwart | 1.50000000% | | 1.20000000 | $35.00 | | 1/6 | 5 yrs. | $210.00 (5 yrs pd) | 12-16-15/20 |
| | Shula Bailey | | | 1.42000000 | $35.00 | | 1/6 | 5 yrs. | $210.00 1206.00 | 12-28-15/20 |
| | Susa McCormick, Jr. | | | 1.42000000 1.58000000 | $122.00 | | 1/6 | 5 yrs. | 1196.00 $60.00 | 6-4-16/21 |
| | Sara McCormick | 1.85000000% | | 1.50000000 | $35.00 | | 1/6 | 5 yrs. | 1060.00 (5 yrs sol) | 12-28-15/20 |
| | Utah McCormick | 1.85000000% | | 1.50000000 | $35.00 | | 1/6 | 5 yrs. | 1060.00 | 12-28-15/20 |
| | Ann M. Circa, who acquired title as Ann Circa | 1.41000000% | | 1.20000000 1.20000000 1.41000000 | $35.00 | | 1/6 | 5 yrs. | $33.23 $190.00 (5 yrs pd) | 12-22-15/20 12-17-15/20 |

56

Filed 04/09/20            Case 20-11367            Doc 1

GATCHELL #2
PROSPECT (68-78)
FRESNO COUNTY, CA

WEST COAST LAND SERVICE
FLOWSHEET
AS OF 8-21-19

| PARCEL NO. | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 14 (Cont) | Nancy Van Gelder | 6.40000000% 5.00360000% | 8.2816 16.6016000% | 2.6212 13.2812504 | $35.00 | 1/6 | 5 yrs. | $313.60 $414.85 | 12-16-15/20 11-20-15/29 |
| | Pine Rock Investors, LLC | 12.20700000% | 9.7550249 | 2.3437000 | $35.00 | 3/16 | 5 yrs. | $341.80 | 11-20-15/20 |
| | Liskey Bonk-Harding, as Successor Trustee of the Liskey A. Binkler Revocable Trust established July 31, 1990 | 2.92968750% | 2.3437000 | | $35.00 | 3/16 | 5 yrs. | $82.03 | 11-20-15/20 |
| | Bintz, Inc., a California corporation, successor Hamish-Five Points, Inc., a corporation by merger to Bintz Chemical Company | 2.92968750% | 2.3437000 | 2.3437000 | $135.00 | 25% | 5 yrs. | $316.40 | 5-7-12/17/21 |
| | The Sanctuary Foundation The Boston Foundation, an Illinois corporation | 3.12500000% | 2.5000000 | | $35.00 | 1/6 | 5 yrs. | $87.50 | 12-16-15/20 |
| | Lloyd Binker Paschal, who acquired title as Lloyd Binker | 2.19726000% | 1.7578125 | 1.7578126 | $35.00 | 3/16 | 5 yrs. | $61.52 | 11-20-15/20 |
| | Liskey Binker-Martine | 2.19726000% | 1.7578128 | 1.7578128 | $35.00 | 3/16 | 5 yrs. | $61.52 | 11-20-15/20 |
| | Nrd., J. Hamel, deceased (1.95312%) Gretn Hamish Carmah title as Gretn Hamish Carmah | 1.95312500% | 1.5625000 | 1.5625000 | $35.00 | 1/6 | 5 yrs. (9.79 years old) | $273.45 | 12/15/15/20 |
| | Marye L. Force, deceased (1.95312%) 3 Heirs Robert G. Force | 0.48828125% | 0.3906250 | 0.3906250 | $35.00 | 1/6 | 5 yrs. | $13.66 | 12-9-15/20 |
| | Cones R. Force | 0.48828125% | 0.3906250 | 0.3906250 | $35.00 | 1/6 | 5 yrs. | $13.66 | 12-9-15/20 |
| | Jane E. Anderson and Karl H. Andersen | 0.91856250% | 0.7812500 | 0.7812500 | $35.00 | 1/6 | 5 yrs. | $27.35 | 12-8-15/20 |
| | Ruth Hamish Hansen, deceased (1.95312%) 3 Heirs Vreneja R. Hansen | 0.65104166% | 0.5208333 | | $35.00 | 1/6 | 5 yrs. | $18.23 | 12/7/15/20 |
| | Peter A. H. Hansen, also known as Pctzr A. Hansen | 0.65104177% | 0.5208333 | | $35.00 | 3/16 | 5 yrs. | $18.23 | 12-9-15/20 |
| | David '177' Hansen | 0.65104177% | 0.5208330 | | $35.00 | 1/6 | 5 yrs. | $18.23 | 12-9-15/20 |
| | Gwen G. Hamish, Jr. D.J. Giamel, Glen C. Hamish, III | 1.95312500% | 1.5625000 | 1.5625000 | $35.00 | 1/6 | 5 yrs. (9.79 years old) | $273.45 | 12/7/15/20 |
| | State of California-Reserved Statutory Interest (6.25%) | 100.00000000% | (Lessor conveyed out 50.01%, when he only held 50.00%) Subsequently the sixth Deed recorded 9-1-14, corrected the percentages. The 5 previous Deeds did not correct the issue | | | | | | |

GATCHELL #2
PROSPECT (09-78)
FRESNO COUNTY, CA

| PARCEL NO | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE | MAN | LEASE COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|

**CONCLUSION:**

Tronsfer - 88.875%
Perp-Lse - 2.66%
Ozen - 8.155%

28

**GATCHELL #2**
**PROSPECT (67-78)**
**FRESNO COUNTY, CA**

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 6-27-19**

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 14A | J/D | | 65.00 | | | | | | |
| | Stage 1: McCormick, husband Trustee of the James H. McCormick Trust ESTABLISHED (property owned 50%, 40 net, but distributed 50.07%, 40.616) | 1.00000000% | | 0.65000000 | $35.00 | 1/6 | 5 yrs. | $35.68 | |
| | Patrick Silas, deceased 3 Heirs: | | | | | | | | |
| | Patrick Silas Jr. | 0.33000000% | | 0.21450000 | $35.00 | 1/6 | 5 yrs. | | 5-31-16/21 |
| | Kathleen M. Rice | 0.33333334% | | 0.29656672 | $35.00 | 1/6 | 5 yrs. | $109.90 (5 yrs pd) | 5-31-16/21 |
| | Nancy S. Tedford | 0.34700000% | 0.3733333% | 0.29400000 0.29656664 | $35.00 | 1/6 | 5 yrs. | $110.25 (5 yrs pd) | 5-31-16/21 |
| | Stephen P. Silas | 0.34600000% 0.37000000% | | 0.24900000 0.29600000 | $75.00 | 1/6 | 5 yrs. | $109.90 (5 yrs pd) | 5-31-16/21 |
| | Joan Durant, deceased | 1.00000000% | | 0.85000000 | $35.00 | 1/6 | 5 yrs. | $35.68 | |
| | 3 Heirs: Roger A. Brown | 0.36000000% 0.37333334% | | 0.24000000 0.29656672 | $75.00 | 1/6 | 5 yrs. | $129.90 (5 yrs pd) | 5-31-16/21 |
| | V.G. Brown | 0.34000000% 0.37333334% | | 0.24000000 0.29656664 | $75.00 | 1/6 | 5 yrs. | $110.25 (5 yrs pd) | 5-31-16/21 |
| | Orvil U. Brown | 0.34000000% 0.3733333% | | 0.24000000 0.29856684 | $75.00 | 1/6 | 5 yrs. | $110.25 (5 yrs pd) | 5-31-16/21 |
| | Ruth Crandell, deceased 1 Heir: | 1.00000000% | | 0.85000000 | $75.00 | 1/6 | 5 yrs. | $330.00 (5 yrs pd) | 5-26-16/21 |
| | Daniel E. Crandell, Trustee Robert Stire | 1.00000000% | | 0.85000000 | $75.00 | 1/6 | 5 yrs. | $330.00 (5 yrs pd) $48.62 | 5-26-16/21 |
| | Philip Jensen, deceased 4 Heirs (1.6605%) Josephine Jensen (Wife) | 1.66000000% 0.55000000% | 1.32000000 0.44000000 | | $35.00 | 1/6 | 5 yrs. | $11.66 | |
| | Robyn Jensen | 0.41666640% 0.37000000% | 0.33000000 0.29600000 | | $35.00 | 1/6 | 5 yrs. | $11.66 | |
| | Eric Philip Jensen | 0.41666640% 0.37000000% | 0.33000000 0.29600000 | | $35.00 | 1/6 | 5 yrs. | $149.00 (5 yrs pd) | 7-25-16/21 |
| | Elisa Jensen | 0.44666640% 0.37000000% | 0.33666000 0.29500000 | | $35.00 | 1/6 | 5 yrs. | $11.66 | |
| | Marie Jensen, deceased 4 heirs Douglas Jensen | 1.66000000% | 1.32000000 | | $35.00 | -1/6- | 5 yrs. | $48.62 | |
| | Deceased: Manuel Ann Jensen | 0.41525002% | 0.33000000 | | $150.00 | 1/6 | 5 yrs. | $165.50 (5 yrs pd) | 7-15-16/21 |
| | Linda D. Nowak, also known as Linda Nowak | 0.41525002% | 0.33000000 | | $150.00 | 1/6 | 5 yrs. | $240.75 (5 yrs pd) | 6-28-16/21 |
| | Deborah Franck | 0.41525002% | 0.33000000 | | $150.00 | 1/6 | 5 yrs. | $240.75 (5 yrs pd) | 6-28-16/21 |
| | Jennifer Smailan | 0.41525002% | 0.33000000 | | $150.00 | 1/6 | 5 yrs. | $240.75 (5 yrs pd) | 6-28-16/21 |
| | Robert Leigh, Jr. | 1.66000000% 1.66000000% | 1.32000000 1.33000000 | | $100.00 | 1/6 | 5 yrs. | $660.00 (5 yrs pd) | 6-2-16/21 |

29

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (68-79)
FRESNO COUNTY, CA

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 14A (Cont) | Jody Ketelsman, who acquired title as Jody Sberry | 1.1500000% | | 0.90800000 | $75.00 | 1/6 | 5 yr. | $340.50 (5 yrs pd) | 5-26-16/21 |
| | William Sberry | 1.1500000% | | 0.90800000 | $75.00 | 1/6 | 5 yrs. | $340.50 (5 yrs pd) | 5-26-16/21 |
| | Gary Levine | 1.1500000% | | 0.90800000 | $75.00 | 1/6 | 5 yrs. | $340.50 (5 yrs pd) | 5-26-16/21 |
| | Carol Levine | 1.1500000% | | 0.90800000 | $75.00 | 1/6 | 5 yrs. | $340.50 (5 yrs pd) | 5-26-16/21 |
| | Clayton D. Vyzralek and Patricia E. Vyzralek, as Trustees of the Clayton D. and Patricia E. Vyzralek Trust, dated March 31, 2008 (new Owner) | 1.1200000% | | 0.89500000 | $50.00 | 1/6 | 3 yrs. | $134.40 (3 yrs pd) | 3-10-19/22 |
| | Avaline Cohen | 0.6000000% | | 0.48000000 | $591.00 | 18% | 5 yrs. | $1,418.40 (5 yrs pd) | 9-23-16/21 |
| | Lucy Inouye | 0.2800000% | | 0.22400000 | $591.00 | 1/6 | 5 yrs. | $1,418.40 (5 yrs pd) | 8-9-16/21 |
| | Frank B. Nichols, Jr., also known as Benjamin Frank Nichols, Jr., who acquired title as Benjamin Frank F.Nichols, Jr. | 0.4000000% 0.2800000% | | 0.48000000 0.22400000 | $591.00 | 1/6 | 5 yrs. | $1,418.40 (5 yrs pd) | 8-31-16/21 |
| | Rebecca Bazzel | 0.6200000% 0.2100000% | | 0.49600000 0.16800000 | $500.00 | 1/6 | 5 yrs. | $1,200.00 (5 yrs pd) | 7-5-16/21 |
| | Aveline Conrad, as Conservator of the Estate of Royal Durham | 0.5200000% 0.4000000% 0.1200000% | | 0.48600000 0.48000000 0.09600000 | $591.00 | 18% | 5 yrs. | $31,200.00 (5 yrs pd) $34.00 (5 yrs pd) | 9-23-16/21 |
| | Dorothy Jane Rainburn, who acquired title as Dorothy Durham Rainburn, deceased | 1.4000000% 1.1200000% | | 0.89600000 0.89000000 | $591.00 | 1/6 | 5 yrs. | $32,500.00 (5 yrs pd) | |
| | Deeptia Moyer | 1.1250000% | | 0.00000000 | $33.00 | 1/6 | 5 yrs. | $31.50 | |
| | Cristina Maroam, who acquired title as Cristina Maroam | 1.1250000% | | 0.90000000 | $150.00 | 1/6 | 5 yrs. | $675.00 (5 yrs pd) | 7-7-16/21 |
| | Betsy Ann Taylor, who acquired title as Betsy Hill Taylor | 1.1250000% | | 0.90000000 | $100.00 | 1/6 | 5 yrs. | $450.00 (5 yrs pd) | 6-3-16/21 |
| | Donna Hill | 1.2500000% | | 0.90000000 | $100.00 | 1/6 | 5 yrs. | $450.00 (5 yrs pd) | 6-3-16/21 |
| | David Durham | 0.5000000% | | 0.40000000 | $417.00 | 1/6 | 5 yrs. | $450.00 1834.00 (5 yrs pd) | 6-21-16/21 |
| | Dale Durham | 0.5000000% | | 0.40000000 | $35.00 | 1/6 | 5 yrs. | 834.00 (5 yrs pd) | |
| | Diane Clark, who acquired title as Diane Clark | 0.5000000% | | 0.40000000 | $417.00 | 1/6 | 5 yrs. | 834.00 (5 yrs pd) | 6-2-16/21 |
| | Janet Gable, who acquired title as Janet Gable | 1.5000000% | | 1.20000000 | $35.00 | 1/6 | 5 yrs. | $42.00 | |
| | Lois Rueckert | 1.5000000% | | 1.20000000 | $35.00 | 1/6 | 5 yrs. | $210.00 (5 yrs pd) | |
| | Bracia Bailey | 1.6000000% | | 1.42000000 | $100.00 | 1/6 | 5 yrs. | $710.00 (5 yrs pd) | 6-3-16/21 |
| | Susan McCormick, Jr | 1.8500000% | | 1.50000000 | $125.00 | 1/6 | 5 yrs. | $920.00 (5 yrs pd) | 6-6-16/21 |
| | Sara McCormick | 1.8500000% | | 1.50000000 | | 1/6 | 5 yrs. | $760.00 (5 yrs pd) | 6-3-16/21 |
| | Mark McCormick | 1.4100000% | | 1.12500000 | $75.00 | 1/6 | 5 yrs. | $420.00 (5 yrs pd) | 5-27-16/21 |

## WEST COAST LAND SERVICE
### FLOWSHEET
### AS OF 8-27-19

**GATCHELL #2**
**PROSPECT (68-78)**
**FRESNO COUNTY, CA**

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 14-A (Cox) | Ann H. Cox, who acquired title as Ann Cox | ~~1.4100000%~~ 1.4100000% | 1.1200000 | 4.1100000 1.1200000 | $75.00 | 1/6 | 5 yrs. (5 yrs pd) | ~~$420.00~~ $420.00 (5 yrs pd) | 5-27-15/21 |
|  | Dela E. McCormick, who acquired title as Dela Gregory | ~~1.4100000%~~ 1.4100000% | 1.1200000 | 1.1200000 | $75.00 | 1/6 | 5 yrs. | $420.00 (5 yrs pd) | 5-27-15/21 |
|  | Henry McCormick | ~~1.4000000%~~ 1.4100000% | | 1.1200000 | $75.00 | 1/8 | 5 yrs. | $420.00 (5 yrs pd) | 5-27-15/21 |
|  | ~~Russell L. Donahue Jr., Personal Representative for the Estate of David Bell, McCormick, deceased~~ | ~~1.4100000%~~ ~~8.4600000%~~ 8.4600000% | | ~~1.1200000~~ ~~4.4100000~~ 4.4800000 | ~~$75.00~~ $600.00 | ~~1/6~~ 1/6 | ~~5 yrs.~~ 5 yrs. | ~~$4,400.00~~ (2 yrs pd) | 7-8-16/21 |
|  | ~~Nancy Van Galder~~ | ~~8.4600000%~~ 5.6000000% | | 4.4800000 | $75.00 | 1/6 | 5 yrs. | $672.00 (2 yrs pd) | 6-27-16/21 |
|  | Fide-Nicks Investors, LLC | ~~8-2/3~~ 16.6016026% | 7.6112 12.2641504 | 7.6112 13.2841504 | $75.00 | 1/6 | 5 yrs. | $523.24 $466.1 | 6-27-16/21 |
|  | Lizzy Benson Hartley, as Successor Trustee of the Stanley A. Benson Revocable Trust established June 3, 1969 | ~~12.2074209%~~ 12.2074209% | 0.76552480 | 0.76552480 | $75.00 | 1/6 | 5 yrs. | $732.49 | 6-27-16/21 |
|  | Hawaii Five 2 Guilds, Inc., a corporation | 2.6246682% | 2.36466000 | 2.36466000 | $75.00 | 1/6 | 5 yrs. | $175.28 $384.07 | 6-27-16/21 |
|  | Briz, Inc., a California corporation, successor by merger to Briz Chemical Company | 2.9290020% | 2.34260220 | 2.34260220 | $135.00 | 20% | 5 yrs. | $316.40 | 3-7-16/17/22 |
|  | The Charles Foundation - The Station Foundation, an Illinois corporation | 2.6160000% | 2.60000000 | 2.60000000 | $70.00 | 1/6 | 5 yrs. | $176.66 | 6-16-16/21 |
|  | Lloyd Quisell-Paschall, who acquired title as Lloyd Bisher | 2.4622660% | 4.75013280 | 4.75013280 | $75.00 | 3/16 | 5 yrs. | $131.84 | 6-27-16/21 |
|  | Linda Bisher-Herring | 2.4622660% | 1.66310000 | 1.66310000 | $75.00 | 3/16 | 5 yrs. | $131.84 | 6-25-16/21 |
|  | Held as Hannah, deceased (1.65312254) Gweth H. Corrigan, who also acquired title as Gweth Hannah Corrigan | 1.6531625% | 1.66310000 | 1.66310000 | $75.00 | 3/16 | 5 yrs. | $117.18 (5 yrs pd) | 6-25-16/21 |
|  | Marcella Forde, deceased (1.65312254) 3 Heirs: Russell G. Forde | 0.4858312% | 0.50620400 | 0.50620400 | $75.00 | 1/6 | 5 yrs. | $29.30 | 6-24-16/21 |
|  | Donna R. Forde | 0.4858312% | 0.50620400 | 0.50620400 | $75.00 | 1/6 | 5 yrs. | $29.30 | 6-24-16/21 |
|  | Jane E. Anderson and Mark H. Anderson | 0.9766620% | 0.78125000 | 0.78125000 | $100.00 | 1/6 | 5 yrs. | $78.13 | 6-31-16/21 |
|  | Glen C. Hannah Jr. Quitclaimed Glen C. Hannah III | 1.6531250% | 1.66250000 | 1.66250000 | $75.00 | 1/6 | 5 yrs. | $117.16 | 6-31-16/21 |
|  | Ruth Hannah Hansen, deceased (1.55312254) | | | | | | | | |
|  | 3 Heirs: Wanda R. Hansen | 0.5510410% | 0.50083330 | 0.50083330 | $35.00 | 1/6 | 5 yrs | $18.23 | 6-26-16/21 |

Filed 04/09/20          Case 20-11367                                      Doc 1

**GATCHELL #2 (J8-78)**
**PROSPECT, CA**
**FRESNO COUNTY, CA**

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

| PARCEL NO. | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 14A (Cont.) | ~~Isaac L. + Isabelle Sick Isaksen as Feder~~ | ~~0.48214137%~~ | 0.50203343 | $35.00 | | 1/6 | 5 yrs | $18.23 | 5-31-1421 |
| | ~~A. Hansen~~ | | | | | | | | |
| | David W. Hansen | 0.01681771% | (Lessor, Sloan P. McCormick, etc. Trustees, conveyed out 50/6%'s when he only held 50.00%) Subsequently the such Deed recorded 9-13-18, corrected the percentages. The 5 previous Deeds did not correct the issue. | | | | | | |
| | 100.000000% | | | | | | | | |
| 15 | State of California-Reserved Statutory Interest (6.25%) | | 100.00 | 444.72000000 | $75.00 | 1/6 | 5 yrs | $3,125.40 $2,562.50 | 6-27-1421 |
| | **CONCLUSION:** Tentative - S.B.2907534 Open - SB.2084417% | | | | | | | | |
| | Lesley Brinton Harding as Successor Trustee of the Charley L. Brinton Revocable Trust established July 21, 1999 | 26.04000000% 21.53173000% | 444.72000000 34.17200000 | | | | 5 yrs | $462.50 $2,562.50 | 6-27-1421 |
| | Five Nook Investors LLC | 24.43200001% 16.44444000% | 38.44120000 31.11116402 | | | | 5 yrs | | 6-30-1421 |
| | ~~Donald W. Hyde~~-as-Admin. of the ~~Estate of Aileen F. Hansen, deceased~~ | 3.76500000% 5.23166631% | 6.02100000 8.92029846 | $75.00 | | 1/6 | 5 yrs | $451.53 $839.00 | 6-30-1421 |
| | ~~James H. Hyde-as-known as-Stephen-James-Hyde-as-survived-Devisee of the Estate of Aileen F. Hansen, deceased~~ | 3.76500000% 5.23166631% | 6.02100000 8.92029846 | $75.00 | | 1/6 | 5 yrs | $451.53 $839.00 | 6-30-1421 |
| | ~~Jeffrey Jerome Hyde as an heir and Devisee of the Estate of Aileen F. Hansen, deceased~~ | 3.76500000% 5.23166631% | 6.02100000 8.92029873 | $75.00 | | 1/6 | 5 yrs | $451.53 $839.00 | 6-30-1421 |
| | ~~Lloyd Brinton Harding as the surviving Joint-Tenant~~ Lloyd Brinton | 2.64000001% 7.03128600% | 3.66000000 11.26000000 | $75.00 | | 1/6 | 5 yrs | $462.50 $843.75 | 6-27-1421 |
| | Lesley Brinton Harding | 4.68750000% 7.03128600% | 7.50000000 11.25000000 | $75.00 | | 1/6 | 5 yrs | $462.50 $843.75 | 6-27-1421 |
| | Hansen Five Stocks Inc., a corporation | 6.25000000% | 40.00000000 | $75.00 | | 1/6 | 5 yrs | $750.00 | 5-27-1521 |
| | Glen C. Hansen, Jr. ~~Dual-interest~~ ~~Glen C. Hansen, III~~ | 4.16500000% | 6.66000000 | $75.00 | | 3/16 | 5 yrs | $465.80 | 6-26-1421 |
| | Wendel R. Hansen | 1.38400000% | 2.22000000 | $75.00 | | 3/16 | 5 yrs | $465.80 | 6-26-1421 |
| | ~~Gwen H. Carlyle who is also subjected out as~~ Gwen Hansen Carlson | 4.16500000% | 6.66000000 | $75.00 | | 3/16 | 5 yrs | $465.80 | 6-26-1421 |
| | Robert G. Force | 4.16125000% | 6.66000000 | $75.00 | | 1/6 | 5 yrs | $324.65 | 6-26-1421 |
| | Carlos R. Force | 4.16125000% | 4.66000000 | $75.00 | | 1/6 | 5 yrs | $324.65 | 6-26-1421 |

62

Filed 04/09/20                    Case 20-11367                    Doc 1

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (08-78)
FRESNO COUNTY, CA

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 15 (Cont.) | Jane E. Andersen and Main H. Andersen | 2.083300% | | | | | | | |
| | Britz, Inc., a California corporation, successor by merger to Britz Chemical Company | 6.250000% | 10.00000000 | 10.00000000 | $135.00 | 1/5 | 5 yrs | $1,350.00 | 3-7-12/17/22 |
| | Peter A. H. Hansen, also known as Peter A. Hansen | 1.388300% | 2.42100000 | | $100.00 | 1/6 | 5 yrs | $222.10 (5 yrs. est.) | 6-31-16/21 |
| | David W. Hansen | 1.388300% | 2.21000000 | | | | | | |
| | **CONCLUSION:** Tender = 6.25% Petro-Lud = 2.77671% Dash = 90.9725% TOTAL 100.000000% | 100.000000% | | | | | | | |
| 16 | Jefferson D. Danner, deceased 1 heir Lyle A. Danner, deceased 2 heirs Cheri Woodridge, Guardian for Life Anthony Danner, Jr., a minor, as an Heir and Devisee of the Estate of Lyle A. Danner, deceased, said heir and Devisees of the Estate of Jefferson D. Danner, deceased | 50.00000000% | 20.00000000 | 20.00000000 | $45.00 | 1/6 | 5 yrs | $900.00 | 9-7-16/21 |
| | Cheri Woodridge, Guardian for Samantha Nicole Danner, a minor, as an Heir and Devisee of the Estate of Lyle A. Danner, deceased, said Heir and Devisee of the Estate of Jefferson D. Danner, deceased | 50.00000000% | | | | | | | |
| | **CONCLUSION:** Tender = 100.00% | | | | | | | | |
| 17 | Lucia A. Timme | 25.0000% | 10.00000000 | 10.00000000 | $50.00 | 1/6 | 5 yrs | $500.00 | 9-7-16/21 |
| | Hazel I. Hobbs | 25.0000% | 10.00000000 | 10.00000000 | $50.00 | 1/6 | 5 yrs | $500.00 | |
| | Genevieve E. Smith | 25.0000% | 10.00000000 | 10.00000000 | $50.00 | 1/6 | 5 yrs | $500.00 | |
| | Lee J. Danner, who also acquired Life as Lee Jackson Danner | 7.5002% | 3.00000000 | | $50.00 | 1/6 | 5 yrs | $150.04 | |
| | Velma L. Danner, deceased —Heir— Sylvia Danner | 5.4420% | 2.16800000 | | $75.00 | 1/6 | 5 yrs | $162.60 (1 yr. est.) | 9-14-16/24 |
| | Constance A. Bailey, as Successor Trustee of the Constance Bailey Revocable Trust initially created on September 20, 1960 | 2.7083% | 4.28340000 | | $100.00 | 1/6 | 5 yrs | $321.60 (5 yrs. est.) | 6-17-16/21 |
| | JoAnn L. Garner | 2.7083% | 1.08340000 | | $50.00 | 1/6 | 5 yrs | $54.17 | |
| | Lloyd A. Danner | 3.3326% | 1.33260000 | | $50.00 | 1/6 | 5 yrs | $66.64 | |

30

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (03-78)
FRESNO COUNTY, CA

| PARCEL NO. | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 17 (Cont.) | Verna Mae B. Dwyer | | | | | | | | |
| | Various — Open - 100.00% | | | | | | | | |
| 18 | Jeanne Hacy | 50.00001% | 80.00 | 43.00000000 | $50.00 | 1/6 | 5 yrs | $2,000.00 | |
| | Patricia A. Curotto and Linda A. Curran, as Trustees of the Patricia A. Curotto Revocable Trust, under declaration of Trust Agreement dated November 23, 2010 | 14.16170% | | 11.33340000 | $50.00 | 1/6 | 5 yrs | | |
| | ~~Douglas E. sDelucia-deceased~~ ~~Estate to Curran~~ | 14.16670% | | 11.33330000 | $100.00 | 1/6 | 5 yrs | $41,133.30 | 6-10-16/21 |
| | Lucca Ann Curran and Craig Covelli, Co-Trustees of the Trust Created for Eileen W. Bonta, Jr. by the WD of Dick Evens, Deceased, or Trust | 1.2500% | | 11.33330000 | $150.00 | 1/6 | 5 yrs | $752.00 (5 yrs pd) | |
| | June P. Vest, as the residual legatee of the Estate of H.L. Gordon Vest, Deceased, pursuant to Court Order by that Court dated August 27, 1973 in Fresno County Case No. 47756 | 4.2500% | | 4.00000000 | $50.00 | 1/6 | 5 yrs | $425.00 | |
| | Alan D. Christensen, deceased, 3 heirs (1.25%) | 4.2500% | | 4.00000000 | $50.00 | 1/6 | 5 yrs | $425.00 | |
| | Jeffrey Alan Christensen, deceased, 1 heir; Jeffrey Alan Christensen, as the Executor of the Estate of Jeffrey A. Christensen, deceased, as Heir and Devisee of the Estate of Alan D. Christensen, deceased | 0.41667% | | 0.333340 | $150.00 | 1/8 | 5 yrs | $25/1.25 (5 yrs pd) | 3-18-16/21 |
| | Jack P. Christensen | 0.41667% | | 0.333330 | | | | | |
| | J Lee H. Summer | 0.41667% | | | | | | | |
| | Robert G. Curran, deceased, 1 heir (1.25%) | 1.2500% | | 4.00000000 | $50.00 | 1/8 | 5 yrs | $40.00 | |
| | Jack Carter | 1.2500% | | 1.00000 | | | | | |
| | Jack M. Tipton, deceased, 4 heirs (1.25%) | 4.2500% | | 4.00000000 | $50.00 | 1/8 | 5 yrs | $40.00 | |
| | Kathy Lynn Hein | 0.3125% | | 0.250000 | | | | | |

**CONCLUSION:**

TOTAL: 3.3333% / 100.0000%

64

DATCHELL #2
PROSPECT (09-78)
FRESNO COUNTY, CA

WEST COAST LAND SERVICE
FLOWSHEET
AS OF 8-27-19

| PARCEL | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL $/PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 18 (Cont) | Matthew Titzton | 0.3125% | | 0.250000 | | | | | |
| | Cristopher Titzton | 0.3125% | | 0.250000 | | | | | |
| | Jana Titzton | 0.3125% | | 0.250000 | | | | | |
| | Robert L. Marzz, deceased 1 Heir (1.25%) | 1.4166% | 4.000000000 | 4.000000000 | $60.00 | 1/6 | 5 yrs | $60.00 | |
| | Carol Marzz | 1.2500% | | 1.000000 | $60.00 | 1/6 | 5 yrs | | |
| | Eula-L. Wheeley Peter Gordon Bazden | 0.6250% | | 0.500000000 | $420.00 | 3/16 | 5 yrs | $1,000.00 (5 yrs def) | 7-25-16/21 |
| | Gregory Arthur Bazden | 0.6250% | | 0.500000000 | $420.00 | 3/16 | 5 yrs | $1,000.00 (5 yrs def) | 6-24-16/21 |
| | TOTAL | 100.0000% | | | | | | | |
| | **CONCLUSION:** | | | | | | | | |
| | Petro Lud, Inc. - 82 GI.6N; Textor Petroleum Co. LLC - 2.916/7% Diem - 14.187% | | | | | | | | |
| | (14.187% Lease not recorded until after Lessor changed the Petro Trust. Diem's are aboable by acquire 6/24/29 Ave from Trust. Excess $1/143.00 rental made by us contract.) | | | | | | | | |
| 19 | Livey Bock-Nadelay-Jo-Susan-Lois-Trustee of the Livey C. Bock-Revocable Trust 512-514-9/4/00 | 4.687500% 16.667000% 21.354543% | 160.00 | 7.500000000 26.667220000 34.167240000 | $160.00 | 3/16 | 5 yrs | $1,125.00 $4,000.00 $5,166.66 | 6-24-16/21 |
| | Free-Bock-Nadelay-LLC | 33.334000% | 53.334200000 | | $100.00 | 3/16 | 5 yrs | $6,500.00 | 6-24-16/24 |
| | Livey-Bocken-Nadine | 7.6113500% | 11.20000000 | | $160.00 | 3/16 | 6 yrs | $1,637.50 | 6-24-16/24 |
| | Nadelay/Five-Palmer-Jo-a-corporation | 6.20000000% | 10.000000000 | | $160.00 | 3/16 | 6 yrs | $1,600.00 | 6-24-16/21 |
| | Gee-C.-Nadelay-Jr. --- Conclusion --- Gee C. Titzton, III | 4.166500% | 6.666410000 | | | | | | |
| | Wanda R. Hansen | 1.3888/07% | 2.7274/000 | | | | | | |
| | Gwen H. Culligan, who also acquired 6/e as-Gwen-Hansen-Culligan | 4.166500% | 6.666400000 | | | | | | |
| | Robert G. Force | 1.041663% | 1.664/0000 | | $160.00 | 3/16 | 6 yrs | $250.00 | 6-23-16/21 |
| | Connie R. Force | 1.041663% | 1.664/0000 | | $160.00 | ~1/6~ | 6 yrs | $250.00 | 6-23-16/21 |
| | Jean E. Andersen and Alan H. Andersen | 2.083125% | 3.333/0000 | | $160.00 | ~1/6~ | 5 yrs | $460.00 | 6-23-16/21 |
| | Peter A. H. Hansen, also known as Peter A. Hansen | 1.388583% | 2.2213000 | | $160.00 | ~1/6~ | 5 yrs | $150.00 | |
| | David W. Hansen | 1.388583% | 2.2213000 | | $150.00 | ~1/6~ | 5 yrs | $150.00 | |
| | Lloyd Booker-Realtor-who-acquired-side-as-Lloyd Booker | 7.031250000% | 11.250000000 | | | | | | |
| | Shirley-Kentala-Booker-(16.67%) | 16.667000% | 26.667000000 | | | | | | |

GATCHELL #2
PROSPECT (08-78)
FRESNO COUNTY, CA

WEST COAST LAND SERVICE
FLOWSHEET
AS OF 8/27/19

| PARCEL 10 (Cont) | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| | David Britz and Marilyn Britz, as Trustees of the David and Marilyn Britz 2004 Living Trust dated February 6, 2004 | 0.3975000% | | 0.6200450 | $35.00 | 1/6 | 5 yrs | $21.71 | 6-24-16/21 |
| | Karen Britz, as Trustee of the Karen Britz 2004 Living Trust, dated October 21, 2004 | 0.3975400% | | 0.6200450 | $35.00 | 1/6 | 5 yrs | $21.71 | 6-24-16/21 |
| | Robert Glassman and Linda Glassman, as Trustees of the Robert and Linda Glassman 2004 Living Trust dated April 20, 2004 | 0.3975400% | | 0.62008420 | $35.00 | 1/6 | 5 yrs | $21.71 | 6-24-16/21 |
| | Russell Maturenos, as Trustee of the Jennifer Britz Trust, dated August 21, 2003 | 0.8475000% | | 1.3566000 | $35.00 | 1/6 | 5 yrs | $47.49 | 6-24-16/21 |
| | Russell Maturenos, as Trustee of the Jamie Britz Trust, dated December 30, 1990 | 0.8475000% | | 1.3566000 | $35.00 | 1/6 | 5 yrs | $47.49 | 6-24-16/21 |
| | Russell Maturenos, as Trustee of the Rodney Glassman Trust dated November 15, 1979 | 0.8475000% | | 1.3566000 | $35.00 | 1/6 | 5 yrs | $47.49 | 6-24-16/21 |
| | Russell Maturenos, as Trustee of the Jeremy Glassman Trust dated December 30, 1980 | 0.8475000% | | 1.3566000 | $35.00 | 1/6 | 5 yrs | $47.49 | 6-24-16/21 |
| | Russell Maturenos, as Trustee of the Carson Michael Britz Trust dated November 1, 1989 | 0.8478000% | | 1.3566000 | $35.00 | 1/6 | 5 yrs | $47.49 | 6-24-16/21 |
| | Russell Maturenos, as Trustee of the Brett Brisker Britz Trust dated April 1 1990 | 0.8475000% | | 1.3566000 | $35.00 | 1/6 | 5 yrs | $47.49 | 6-24-16/21 |
| 20 | Russell Maturenos — Prep List – 14.5922(5)% — Own – 85.417.2.5% | 26.0450000% / 21.3525000% | 160.00 | 41.6472000 / 34.1720000 | $150.00 | 1/6 | 5 yrs | $6,250.80 | 6-24-16/21 |
| | Liney Bprokenhanding, as Successor Trustee of the Gurley Al-Butler-Revocable-Trust established July 31, 1994 | 24.1920000% / 42.4444400% | | 35.6414000 / 31.1110400 | $150.00 | 1/6 | 5 yrs | $5,731.88 | 6-24-16/21 |
| | Liney Bprokenhanding | 4.4818000% / 2.2313880% | | 2.4500000 / 11.2660000 | $150.00 | 1/6 | 5 yrs | $1,125.00 | 6-24-16/21 |
| | Harold-Five-Gelds-Inc – a corporation | 6.2300000% | | 18.0000000 | $150.00 | 1/6 | 5 yrs | $1,500.00 | 6-24-16/21 |
| | Gwen C. Hamlin w/h / Ozzie2rwe2. Gwen C. Hamlin, III | 4.1650000% | | 9.6640000 | $150.00 | | | | |
| | Winole R. Hansen | 1.3880000% | | 2.2210000 | | | | | |
| | Gwen H. Carrigan, who also acquired title as Gwen Hamlin Carrigan | 4.1650000% | | 9.6640000 | | | | | |
| | Robert G. Force | 4.0410500% | | 1.6690000 | | | | | |

CONCLUSION:

| | TOTAL | 10.0000000% | | 1,466000000 | | | | | |

Filed 04/09/20    Case 20-11367    Doc 1

**WEST COAST LAND SERVICE**
**FLOWSHEET**
**AS OF 8-27-19**

GATCHELL #2
PROSPECT (68-78)
FRESNO COUNTY, CA

| PARCEL NO. | LESSOR | INTEREST | GROSS ACRES | NET ACRES | RENTAL PER ACRE | ROYALTY | TERM | TOTAL RENTAL | LEASE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 20 (Cont) | Cotton-Rimstad | 4.04125000% | 6.4640000 | | $150.00 | 1/6 | 5 yrs | $969.60 | 6-24-4421 |
| | Jens E. Andersen and Lars H. Jacobsen | 2.08750000% | 3.3320000 | | | | | | |
| | Peter A. H. Hansen, also known as Peter A. Hansen | 1.38830000% | 2.2210000 | | | | | | |
| | David W. Hansen | 1.38830000% | 2.2210000 | | | | | | |
| | Lloyd Sinclair Faucett, who acquired title as Lloyd Bakker | 4.68760000% / 7.63190400% | 7.5000000 / 11.5600000 | | $150.00 | 1/6 | 8 yrs | $1,125.00 | 6-24-4421 |
| | Britz, Inc., a California corporation, successor by merger to Britz Chemical Company | 6.25000000% | 10.0000000 | | $135.00 | 1/5 | 5 yrs | $1,350.00 | 3-7-12/17/22 |
| | Alene F. Hamish, deceased 3 Heirs (11.7895%) | 3.78300000% / 6.32184800% | 6.0530000 / 8.6260406 | | $150.00 | 3/16 | 5 yrs | $533.05 | 6-24-4421 |
| | — Cortez-Estate-of-Alene-F.-Hamish, —deceased | 3.46300000% / 5.32518700% | 6.0203000000 / 8.52053866 | | $150.00 | 3/16 | 5 yrs | $903.05 | 6-24-4421 |
| | — Jeffrey-Hamish-Hyde, as an Heir-and- —Devisee-of-the-Estate-of-Alene-F.- —Hamish-deceased | 3.46300000% / 6.32184800% | 6.0203000000 / 8.62014066 | | | | | | |

CONCLUSION:
Tensleir - 6.25%
Petro-Lud - 6.6775%
Open - 79.1725%

TOTAL ............ 100.00000000%

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TEMBLOR PETROLEUM COMPANY, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Mountain Energy, LLC** | c/o Rock Creek Oil, Inc. 2100 McKinney, #1550 Dallas, TX 75201 | **California Energy Exchange Corporation** | ☐ D ____ ☑ E/F __3.7__ ☐ G ____ |
| 2.2 | **Rock Creek Oil, Inc.** | c/o Travis Teague 2100 McKiney, #1550 Dallas, TX 75201 | **California Energy Exchange Corporation** | ☐ D ____ ☑ E/F __3.7__ ☐ G ____ |
| 2.3 | **Stephens Production Company** | 623 Garrison Avenue Fort Smith, AR 72902 | **California Energy Exchange Corporation** | ☐ D ____ ☑ E/F __3.7__ ☐ G ____ |
| 2.4 | **Trio Petroleum, Inc.** | 5401 Business Park South, Suite 115 Bakersfield, CA 93309 | **California Energy Exchange Corporation** | ☐ D ____ ☑ E/F __3.7__ ☐ G ____ |
| 2.5 | **Vern Jones Oil & Gas Corp** | 2981 Gold Canal Drive Rancho Cordova, CA 95670 | **California Energy Exchange Corporation** | ☐ D ____ ☑ E/F __3.7__ ☐ G ____ |

Debtor     **TEMBLOR PETROLEUM COMPANY, LLC**          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

Fill in this information to identify the case:

Debtor name    **TEMBLOR PETROLEUM COMPANY, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | **For prior year:**<br>From   **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $1,396,240.00 |
   | **For year before that:**<br>From   **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $2,260,980.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **COMMERCIAL TRADE, INC.** vs. **TEMBLOR PETROLEUM COMPANY, LLC** BCV-19-103173 | Complaint | **Kern County Superior Court 1415 Truxtun Avenue Bakersfield, CA 93301** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **REDLINE DIRECTIONAL SERVICES, a California Limited Liability Company** vs. **TEMBLOR PETROLEUM COMPANY, LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive 19CECG03157** | Complaint | **Fresno County Superior Court 1100 Van Ness Avenue Fresno, CA 93724** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **PATRIOT ENVIRONMENTAL SERVICES, INC., a California corporation** vs. **TEMBLOR PETROLEUM COMPANY, LLC, a Delaware limited liability company; and DOES 1 to 20, inclusive 19STCV40778** | Complaint | **Los Angeles County Superior Court Central District 111 North Hill Street Los Angeles, CA 90012** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC** _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.4. | **KEY ENERGY SERVICES,<br>LLC<br>vs.<br>TEMBLOR PETROLEUM<br>COMPANY, LLC<br>2019-43534** | **Complaint** | **In the 281st Judicial District<br>Court<br>of Harris County, Texas<br>201 Caroline Street, 5th<br>Floor<br>Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for<br>example, from insurance, government compensation, or<br>tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule<br>A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property<br>lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**        Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | Debtor paid a retainer of $30,000.00 to the Law Offices of Leonard K. Welsh before filing Chapter 11. The Law Offices of Leonard K. Welsh applied $10,359.50 of the retainer to fees and costs incurred before the filing of the Chapter 11 case. The balance of the retainer is on deposit in the Law Offices of Leonard k. Welsh's Attorney-Client Trust Account and will be used to pay fees and costs incurred in Debtor's Chapter 11 case | 1/31/2020 - $140.00 1/31/2020 - $1,327.50 2/28/2020 - $2,717.50 3/31/2020 - $2,517.50 4/9/2020 - $3,657.00 | |
| Law Offices of Leonard K. Welsh 4550 California Avenue, Second Floor Bakersfield, CA 93309 | | | $10,359.50 |

Email or website address
lwelsh@lkwelshlaw.com

Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**         Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**        Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

     ■ No.
     ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

     ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **Temblor Petroleum Company, LLC**<br>**5201 California Avenue, Suite 340**<br>**Bakersfield, CA 93309** | **Oil and Gas** | **Dates business existed**<br>EIN:     **95-4580018**<br><br>From-To   **5/15/1996 to Present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Philip Bell**<br>**8 Wistar Road**<br>**Villanova, PA 19085** | **2007 to Present** |

  — skip

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**      Case number *(if known)* _____

| Name and address | Date of service From-To |
| --- | --- |
| 26a.2.    **Clint W. Baird** <br> **Brown Armstrong** <br> **4200 Truxtun Avenue, Suite 300** <br> **Bakersfield, CA 93309** | **2017 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.    **Philip Bell** <br> **8 Wistar Road** <br> **Villanova, PA 19085-4000** | |
| 26c.2.    **Clint W. Baird** <br> **Brown Armstrong** <br> **4200 Truxtun Avenue, Suite 300** <br> **Bakersfield, CA 93309** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **See attched Exhibit "1" for Members** | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **TEMBLOR PETROLEUM COMPANY, LLC**                    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **TEMBLOR PETROLEUM COMPANY, LLC**          Case number *(if known)* _____

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 9, 2020**

**/s/ Philip Bell**                                      **Philip Bell**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

LLC Members

**Temblor Petroleum Company LLC**
Unit Holders

2017 Capital

EXHIBIT "H"

| PTR # | Initial Group | PARTNER'S NAME | Address | Total Units | 2017 Regular Units | 2004 Preferred Units | 2013 Preferred Units | 2015 Preferred Units | 2017 Preferred Units |
|---|---|---|---|---|---|---|---|---|---|
| 1.0 | Winter | George and Mary Winter Family Trust | 6528 Cáceyres Plaza Charlotte, NC 28211 | 261.6777 | 237.1200 | 17.860 | | | 6.4977 |
| 2.0 | Smith | Cameron O. Smith | PO Box 8 Sharon, CT 06069 | 13.8200 | 13.8200 | 13.800 | 0.900 | | |
| 3.0 | Thamer | Sarah Thamer-Halford | 3046 17th Street Sacramento, CA 95818 | 32.6407 | 31.0200 | 31.0200 | 1.5197 | | |
| 3.0 | Thamer | James Thamer | 2890 Lincoln Seaside, CA 93955 | 32.5407 | 31.0200 | 31.0200 | 1.5197 | | |
| 4.0 | Mills | MJ Mills | 8020 Stockdale Hwy. Suite A110-350 Bakersfield, CA 9331 | 8.5900 | 8.5900 | 8.5900 | | | |
| 5.0 | Burns | Elaine John Burns | 3212 25 Street Calgary Canada | 221.800 | 144.6000 | 7.390 | | | |
| 6.0 | Burns | Paul H Dudley Jr | 60230 Takampe RD Bend, OR 97702 | 16.5742 | 12.6000 | 0.900 | 0.6636 | 1.6606 | |
| 7.0 | Dudley | Samuel & Mimi Ingham | 444 Southa Flower Street Los Angeles, CA 90071 | 10.0000 | 10.0000 | 10.000 | | | |
| 8.0 | Ingham | Matthew Glaser | 7103 Range Ave Plaza Del Ray, CA 90293 | 18.6100 | 18.8100 | 18.8100 | 2.5549 | | |
| 9.0 | Glaser | Estate of GF Baker c/o Maria Osnanaki | 919 Third Ave New York, NY 10022 | 18.9682 | 12.8500 | 5.460 | 5.295 | | |
| 10.0 | Baker | Osprey Nominee Trust (GP P Wittenring) | 501 Congress Street Suite 640 Boston, MA 02109 | 7.5200 | 7.5200 | 7.5200 | 1.9962 | | |
| 11.0 | Osprey | JB Thompson Jr | 130 Shore Road No. 119 Port Washington, NY 11050 | 21.5609 | 19.8100 | 19.8100 | 0.750 | 1.0069 | |
| 11.0 | Thompson | HA Wittenring | 158 Bassett Creek Trail Hobe Sound FL 33455 | 25.3010 | 19.2500 | 19.2500 | 9.835 | | |
| 11.0 | Wittenring | Marilyn Klaus | 158 Chambers Street New York NY 10007 | 25.5509 | | | | | |
| 11.0 | Klaus | Barbara Hansen | 7820 Mills Drive Bakersfield CA 92305 | 25.5000 | 19.2500 | | | | |
| 14.0 | Hansen | Frank Browning | 1970 Aureole Pl Woodland Hills, CA 91364 | 43.1440 | 43.1440 | | | | 14.1483 |
| 15.0 | Browning | Weigand Fam Trust c/o Don Weigandj | 9677 Bella Citta St Las Vegas, NV 89178 | 0.0000 | 0.0000 | | | | 29.0000 |
| 17.0 | Weigand | R. J. Dankanyin Trust | 922 Enchanted Way Pacific Palisades CA 90272 | 7.4782 | 1.0000 | 1.0000 | 6.130 | 0.3492 | |
| 18.0 | Abrams | Steven Abrams | 7070 Credonck Way Apt 213 Columbia MD 21045 | 94.2225 | 73.1440 | 12.862 | 4.2125 | 4.0000 | |
| 18.0 | Abrams | CW Bell Jr. Non Mar Trust | 290 King of Prussia #106 Radnor PA 19087 | 10.0000 | 0.0000 | 10.000 | | | |
| 20.0 | Bell | Equity Trust Co (Bozzay IRA) | 1421 Calle Redondo Lane Escondido CA 92026 | 9.4722 | 1.0000 | 1.0000 | 8.020 | 0.4422 | |
| 21.0 | Bozzay | Thomas Coetzer | 125 U.S.C. First St Marina Del Rey CA 90292 | 3.3777 | | 3.220 | | 0.1577 | |
| 22.0 | Coetzer | M Janet Corsaglia TR | 22966 Valhalla Drive Murrieta CA 92562 | 5.4601 | | 5.295 | | | |
| 22.0 | Corsaglia | Donna Crevier | 253 Skyatt Drive Boise ID 83702 | 15.3100 | 15.3100 | 15.3100 | 5.5133 | 7.9972 | |
| 23.0 | Corsaglia | R.J. Dankanyin Trust | 2070 Boundary Road Malibu Ca 90265 | 86.9247 | 18.1442 | 53.133 | | | 7.6643 |
| 23.0 | Crevier | | | 5.8500 | 0.0000 | 5.8500 | 5.395 | | |
| 25.0 | Dankanyin | William M. Durfee | 13600 Marina Pointe Drive #507 Marina Del Ray CA 90292 | 10.4000 | 0.0000 | 10.4000 | 10.405 | | |
| 26.0 | Durfee | Yamaura File | 790 East Colorado Blvd Pasadena CA 91104 | 13.9912 | 13.9912 | 13.870 | 12.443 | 0.0112 | |
| 27.0 | File | Glenn E. Fisher | 2367 N Calabasas Road #116 Calabasas CA 91302 | 13.8700 | 13.8700 | 13.870 | 12.443 | 0.7470 | |
| 27.0 | Fisher | John V Garacochea | 3874 Crescent Blvd Senate Barbara, CA 93110 | 16.0400 | 13.870 | 13.870 | 11.344 | | |
| 28.0 | Garacochea | Thomas Adams | 5658 Engineer Drive Huntington Beach CA 92649 | 26.2525 | 14.8450 | | 9.815 | | 19.3229 |
| 30.0 | Adams | Klaus Enterprises | 140 South Lave Ave Suite 201 Pasadena CA 91101 | 42.6778 | 12.9064 | | 2.000 | 0.0421 | |
| 32.0 | Klaus | Shirley Gunther | 16711 Casaway Lane Huntington Beach CA 92649 | 2.000 | 0.0000 | 0.0490 | 0.810 | | |
| 33.0 | Gunther | Joyce Haight | 3615 122th Place Issaquah WA 98029 | 0.9011 | 0.0000 | 0.0490 | 0.810 | | |
| 33.0 | Haight | Wilmore E Holbrow III | 1022 Harcatt St Pacific Palisades CA 90272 | 3.4700 | 0.0000 | | 3.470 | | |
| 33.0 | Holbrow | Florene Hunter Trust | 3657 Royal Meadow Rd Sherman Oaks CA 91403 | 18.0042 | 1.3870 | 1.3870 | 13.870 | 0.7472 | |
| 33.0 | Hunter | Martha Bell Non Mar Trust | 290 King of Prussia #108 Radnor PA 19087 | 94.2225 | 73.1440 | 12.862 | 4.2125 | 4.0000 | |
| 34.0 | Bell | | 4214 Waterwolf Drive Encino CA 91436 | 20.8144 | | | 16.879 | 3.1464 | |
| 36.0 | Izumi | | 140 South Lave Ave Suite 201 Pasadena CA 91101 | 42.6977 | 12.9064 | | 9.815 | | 4.0000 |
| 37.0 | Izumi | Mary Klaus Martin | 140 South Lave Ave Suite 201 Pasadena CA 91101 | 18.0042 | 1.3870 | 1.3870 | 13.870 | 0.7472 | |
| 38.0 | Klaus | Barbara Shea Non Mar Trust | 2800 28th Street Suite 383 Santa Monica CA 90405 | 11.8147 | 0.5833 | 0.5833 | 10.849 | 0.5514 | |
| 39.0 | Shea | Jutta Kurvis | 1211 S Fourth Street Santa Monica CA 90403 | 14.5100 | 14.5100 | 14.5100 | 14.510 | | |
| 40.0 | Kurvis | Charles E. Kunz | 114 Los Altos Drive Pasadena CA 91150 | 14.3630 | 14.3530 | 14.3530 | 13.870 | | |
| 41.0 | Kunz | Arthur J. Lacerte | 11121 Manningside Drive Whittier CA 90602 | 14.7300 | 1.3440 | | 12.900 | | 12.5000 |
| 41.0 | Lacerte | Wade and Dianne Lamming | 3971 Calle Del Sol Thousand Oaks CA 91360 | 21.9880 | 0.9600 | 0.9600 | 16.680 | 2.0922 | |
| 41.0 | Royce | Ronald L. Lema Fam Trust | 3100 Sawtelle Wood Drive Fullerton CA 92835 | 6.5499 | 0.0000 | | 5.590 | 2.0738 | 0.6851 |
| 44.0 | Lema | Gary M Logalbo | 30602 El Sueno Drive Malibu CA 90265 | 9.3044 | 0.0000 | | 8.910 | 0.344 | |
| 44.0 | Logalbo | Brian & Cindy McConnell | 478 Casserly Road Watsonville CA 95076 | 10.4764 | 0.0000 | | 9.320 | 1.1564 | |
| 45.0 | McConnell | WJ McGrath | 785 Oak Grave Drive Santa Barbara CA 93108 | 6.8603 | 0.0000 | | 6.540 | 0.3203 | |
| 46.0 | McGrath | Mia Kresser Murphy | 1501 Chelten Way South Pasadena CA 91030 | 14.7300 | 1.3440 | | 12.900 | | |
| 47.0 | Murphy | Lynn H Myers | 4335 Van Nuys Blvd #242 Sherman Oaks CA 91403 | 3.0000 | 0.0000 | | 3.000 | | |
| 48.0 | Myers | Ronald W Perlman | 15422 Ventura Blvd Sherman Oaks CA 91403 | 16.7849 | 1.3440 | | 13.440 | 2.0040 | |
| 48.0 | Perlman | Jeanette A. Richards Trust | 10755 E Tamarisk Way Scottsdale AZ 85262 | 6.9587 | 0.0000 | | 6.650 | 1.2067 | |
| 49.0 | Richards | Les Roden | 13050 Alkum Parkway Apt 1275 Napa CA 94559 | 3.0000 | 0.0000 | | 3.000 | | |
| 51.0 | Roden | Scott G. Runyon | 6233 Waterree CT Agoura Hills CA 91301 | 20.9788 | 0.0000 | | 19.800 | 0.3839 | |
| 52.0 | Runyon | Daniel B Scholefield | 6233 Waterree CT Agoura Hills CA 91301 | 7.7938 | 0.0000 | | 7.430 | 0.3659 | |
| 53.0 | Schofield | Scholefield Fam Trust | 290 King of Prussia #108 Radnor PA 19087 | 94.2225 | 73.1440 | 12.862 | 4.2125 | 4.0000 | |
| 53.0 | Schofield | Evan Bell Non Mar Trust | 315 Del Norte Road Ojai CA 93023 | 47.5044 | 4.4966 | | 38.560 | 3.8970 | |
| 54.0 | Bell | Charles E. Scoville | 9 Brookside Road Ridgfield CT 06877 | 5.6593 | 0.0000 | | 5.430 | 0.2659 | |
| 56.0 | Bell | Suzanne E. Scoville | 1460 Gatestone Way Atlanta GA 30339 | 4.0094 | 0.0000 | | 3.465 | 0.1697 | |
| 57.0 | Scoville | Peter S Scoville | 237 South Clark Drive Beverly Hills CA 90211 | 7.0897 | 0.0000 | | 6.770 | 0.2549 | |
| 58.0 | Scoville | Louis Spitz | 5536 Genesta WAR St. Louis MO 92266 | 3.4601 | 0.0000 | | 5.295 | | |
| 58.0 | Scoville | Drew Glaser | 901 1st Street Manhattan Beach CA 90266 | 11.1332 | 0.5833 | | 10.220 | 0.5269 | 0.0247 |
| 59.0 | Spitz | Cynthia Thomason | 22601 Pacific Coast Hwy Suite 200 Malibu CA 90265 | 13.8750 | 3.3250 | | 10.750 | | 4.0000 |
| 60.0 | Spitz | T. Brock Thomason III Trust | 315 Del Norte Road Ojai CA 93023 | 27.7440 | | 27.740 | 27.740 | 1.494 | 4.6412 |
| 61.0 | Glaser | David Trudeau | 7015 Parrish Way Cumming GA 30040 | 14.0982 | | 14.440 | 14.440 | 3.8970 | |
| 61.0 | Thomason | James & Susan Wasik | 6233 Waterree CT Agoura Hills CA 91301 | 33.3072 | 4.7204 | | 21.840 | 2.7257 | |
| 62.0 | Townsend | Shelagh Kresser | 3741 Robstone Drive Sherman Oaks CA 91423 | 5.0000 | 0.0000 | | 5.000 | | 4.0511 |
| 64.0 | Wasik | | | | | | | | |
| 66.0 | Kresser | | | | | | | | |
| 67.0 | Brown | Marc L. Brown | | | | | | | |

**Temblor Petroleum Company, LLC**
Unit Holders

2017 Capital

| PTR # | PARTNER'S NAME | Address | Total Units | Regular Units | 2004 Preferred Units | 2013 Preferred Units | 2016 Preferred Units | 2017 Preferred Units |
|---|---|---|---|---|---|---|---|---|
| 66.0 Lockridge | Erika Lockridge Trust | PO Box 566 Pebble Beach CA 93953 | 13.4041 | | | 10.750 | 1.5791 | |
| 69.0 Nanca | Dana Nanca | 2932 Halaulani Road Kilauea HI 96779 | 13.4528 | 1.0750 | | 10.750 | 0.5791 | 1.4487 |
| 70.0 Vosghanian | Maggie Vosghanian | 1718 W Mountain Ave Glendale CA 91201 | 10.0500 | 0.0000 | | 10.050 | | |
| 71.0 Schofield | Schofield Educ Trust | 6233 Watertree CT Agoura Hills CA 91301 | 12.3375 | | 3.2736 | 0.1603 | | 8.9036 |
| 71.0 Tomasson de Bo | Juliana Tomasson de Bowes | 1302 Sundial Drive Reston VA 20194 | 10.7500 | | 3.2736 | 0.1603 | | |
| 71.0 Schofield | Temblor Schofield Gen Prtnrp | 6233 Watertree CT Agoura Hills CA 91301 | 0.8816 | | | | 0.8816 | |
| 76.0 Hernandez | Jeanette Hernandez | 4641 Van Noord Ave Sherman Oaks CA 91423 | 30.0000 | 30.0000 | | | | |
| 76.0 Cullen | Donald Cullen | 4671 Via de la Luna Yorba Linda CA 92886 | 21.0624 | 10.6450 | 6.130 | 2.0916 | | 2.1898 |
| 77.0 Yoshida | Jeanette Hernandez | 712 E Azeisa Drive Montebello CA 90640 | 5.0000 | 5.0000 | | | | |
| 77.0 Yoshida | Randall Yoshida | 3356 Van Allen Place Topanga CA 90290 | 3.4700 | 0.0000 | 3.470 | | | |
| 78.0 Bryant | Samantha Bryant | 19333 Collins Ave Suite 2301 Sunny Isles Beach FL 33160 | 4.6554 | 0.0000 | 3.465 | 0.1667 | | 0.4247 |
| 79.0 Joseph | Lou Joseph | 4211 Wistend Lane Southport NC 28461 | 72.7028 | 62.6590 | | 3.3293 | | 7.6055 |
| 80.0 Bell | Bell | | 65.9973 | 62.6590 | | 3.3393 | | |
| 81.0 Bell | Martha A Bell | 10909 Baronet RD Owings Mills MD 21117 | 87.4934 | 82.0580 | | 3.0393 | | 6.1897 |
| 82.0 Shea | Barbara Shea | 1008 Shingletown Road Boalsburg PA 15827 | 65.9973 | 62.0580 | | 3.0393 | | 9.2064 |
| 82.0 Bell | Dr. Evan Bell | 6 Winbar Road Villanova PA 19085 | 65.0973 | 62.0580 | | 3.0393 | | |
| 82.0 Bell | Philip Bell | 8 Winbar Road Villanova PA 19085 | 5.0000 | 0.0000 | | 5.000 | | 17.1915 |
| 84.0 Bell | Luna a Rolling | 1550 Sapinwood Vilry San Marcos CA 92078 | 5.0000 | 0.0000 | | 5.000 | | |
| 84.0 Stevens | Andrew Stevens | 400 South Main Street Apt 603 Los Angeles CA 90013 | 94.2225 | 73.1449 | 12.662 | 4.2125 | 4.0000 | |
| 84.0 Stevens | Philip Bell Non Mar Trust | 290 King of Prussia #108 Radnor PA 19087 | 0.4964 | 0.0000 | 0.4712 | 0.0232 | | |
| 87.0 Glaser | Brent Glaser | 621 S Barrington Ave #301 Los Angeles CA 90049 | 2.5831 | 2.0000 | 0.000 | 0.1891 | | |
| 88.0 Glaser | T Prescott Kessley | 3333 Lake Street #15-D Houston TX 77098 | 2.0000 | 2.0000 | | 0.4712 | 0.0232 | |
| 89.0 Kessley | | 1316 South Carmelina Los Angeles CA 90025 | 0.0000 | 0.0000 | | | | |
| 90.0 Glaser | Baylson Glaser | 2461 Santa Monica BLVD Ste D Santa Monica CA 90404 | 0.4964 | 0.0000 | 0.4712 | 0.0232 | | |
| 91.0 Glaser | Brock Glaser | 5740 Quebec Lane Suite 700 Plano TX 75024 | 4.7000 | 4.7000 | | | | |
| 92.0 Vaid | | 12454 Dapple Drive Rancho Cucamonga CA 91739 | 4.7000 | 4.7000 | | | | 0.8073 |
| 92.0 Hively | Chris Hively | 1616 Carver ST Redondo Beach CA 90278 | 0.0075 | 0.5377 | | 1.2395 | | 0.1168 |
| 93.0 Hively | 5740 Family Holding LLC (Rahul Vaid) | 297 Theodori Lane Sonoma CA 95476 | 2.1168 | 0.0000 | | 1.0000 | | 1.0000 |
| 94.0 Shoemaker | Shoemaker Bros. LLC | 1616 Carver St Redondo Beach CA 90278 | 8.9008 | 0.5377 | 5.373 | 0.2895 | | 6.6906 |
| 94.0 Chambers | Ma_ Chambers | 2189 Dickenson Drive Carlsbad CA 92008 | 8.9008 | 0.5377 | 5.373 | 0.2895 | | 0.6906 |
| 94.0 Shoemaker | Shoemaker Fam_ Revoc Trust | | 8.9008 | 0.5377 | 5.373 | | | |
| 94.0 Shoemaker | Joshua and Shannon Shoemaker | 2026 Floral Drive Wilmington DE 19810 | 4.0000 | 0.0000 | | | | 4.0000 |
| 95.0 Clark | Carol Clark | 555 E Lancaster Ave Ste 640 Radnor PA 19087 | 16.0000 | 16.0000 | | | | 16.0000 |
| 95.0 Buckley | Walter Buckle, III | 40 Blakestee ST Cambridge MA 02139 | 5.0000 | 5.0000 | | | | 5.0000 |
| 102.0 Oliva | Mark & Victoria Oliva | 13063 Bluff Creek Dr Playa Vista CA 90094 | 5.0000 | 5.0000 | | | | 5.0000 |
| 103.0 Katzman | Gerald Katzman | 100 Ferncliff Suite S60 West Conshohocken CA 19428 | 4.0000 | 0.0000 | | 0.000 | | 4.0000 |
| 104.0 CCO | CCO Temblor Partners | 447 Howard Road Gladwyne PA 19035 | 166.6667 | | | | | 166.6667 |
| 104.0 Haab | F Christian Haab Jr | 1102 Old Gulph Road Bryn Mawr PA 19010 | 8.5558 | 0.0000 | | | | 8.5558 |
| 106.0 Haab | Kurt Haab | 617 Coopertown Rd Haverford PA 19041 | 9.1113 | 0.0000 | | | | 9.1113 |
| 106.0 Johnson | Craig S. Johnson | 570 Garden Lane Pasadena CA 91105 | 20.1978 | 0.0000 | | | | 20.1978 |
| 108.0 Fairchild | Charles Philip Fairchild Trust | 123 Oakwood Lane Phoenixville PA 19560 | 3.7724 | 0.0000 | | | | 3.7724 |
| 109.0 Merz | J Fredrick Merz | 2001 N Ocean Blvd Apt 4-5 Delray FL 33483 | 12.0000 | 0.0000 | | | | 12.0000 |
| 110.0 Twinbrook | Twinbrook Management Co, LLC | 2189 Sheringham Lane Los Angeles CA 90077 | 20.0000 | 0.0000 | | | | 20.0000 |
| 111.0 Twinbrook | Imperinvest LLC | 598 Bair Road Berwyn PA 19312 | 142.0000 | 142.0000 | | | | |
| 112.0 Ramsey | Steven Ramsey | | 11.0000 | 0.0000 | | | | 11.0000 |
| | | | 0.0000 | | | | | |
| | | | **2,781.1008** | **1,484.6625** | **729.2426** | **97.1373** | **162.9479** | **317.1702** |

Units
1,484.6625
729.2426
97.1373
162.9479
317.1702
2,781.1008

R-1