# United States Bankruptcy Court
## Eastern District of California

In re: **TEMBLOR PETROLEUM COMPANY, LLC**
　　　　　　　　　　　　　　　Debtor(s)

Case No.
Chapter　11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　April 9, 2020　　　　　　　Signature　/s/ Philip Bell
　　　　　　　　　　　　　　　　　　　　　　　Philip Bell

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.