| Fill in this information to identify the case: | |
|---|---|
| Debtor name | TEMBLOR PETROLEUM COMPANY, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders　　12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California Energy Exchange Corporation Attn: Timothy O. Wise 2981 Gold Canal Drive Rancho Cordova, CA 95670 | | Five Points Pipeline Expansion Project Supplemental Funding | Disputed | | | $2,918,274.73 |
| Commercial Trade, Inc. c/o Sandra Kuhn McCormack 5330 Office Center Court, Ste. C Bakersfield, CA 93309 | 661-632-2100 | Complaint - Kern County Superior Court Case No. BCV-19-103173 Judgment entered | | | | $2,352,219.05 |
| zPaul Graham Drilling P.O. Box 669 Rio Vista, CA 94571 | 800-336-7285 | Services rendered | | | | $1,214,415.00 |
| Phillip Bell 8 Wistar Road Villanova, PA 19085 | 917-209-0130 | Loans | | | | $706,923.73 |
| CW Bell TUW Res Tr FBO Evan 3140 N. Morning Drive Billings, MT 59102 | | Loan | | | | $485,089.00 |
| CW Bell TUW Res Tr FBO Barbara 10909 Baronet Road Owings Mills, MD 21117 | | Loan | | | | $485,089.00 |

Debtor **TEMBLOR PETROLEUM COMPANY, LLC**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CW Bell TUW Res Tr FBO Christy 4211 Westland Lane Southport Southport, NC 28461 | | Loan | | | | $485,089.00 |
| CW Bell TUW Res Tr FBO Martha 375 Star Light Drive Fort Mill, SC 29715 | | Loan | | | | $485,089.00 |
| CW Bell TUW Res Tr FBO Philip 8 Wistar Road Villanova, PA 19085 | | Loan | | | | $485,089.00 |
| Patriot Environmental Services, Inc. c/o Jeff J. Astarabadi, Esq. Much Shelist, PC 2 Park Plaza, Suite 1075 Irvine, CA 92614 | 562-436-2614 | Complaint-Los Angeles County Superior Court Case No. 19STCV40778 | | | | $274,000.00 |
| zGeo Drilling Fluids P.O. Box 1478 Bakersfield, CA 93302 | 661-325-5919 | Services rendered | | | | $268,532.34 |
| zHalliburton P.O. Box 301341 Dallas, TX 75303 | 281-871-4000 | Services rendered | | | | $223,701.11 |
| Key Energy Services, LLC c/o Will Rutledge, Esq. Dore Rothberg McKay 17171 Park Row, Suite 160 Houston, TX 77084 | 713-651-4300 | Complaint-Harris County Judicial District Case No. 2019-43534/Court 281 | | | | $198,322.88 |
| Redline Directional Services c/o Nathan M. Hodges Hodges Law Group 1925 G Street Bakersfield, CA 93301 | 530-219-2591 | Fresno County Superior Court Case No. 19CECG03157 | | | | $167,838.54 |
| zN.C. Brun & Son 25692 N. Cherokee Lane Galt, CA 95632 | 916-425-7752 | Services rendered | | | | $153,764.00 |

Debtor  **TEMBLOR PETROLEUM COMPANY, LLC**　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| zBurke<br>4747 Mariah Mesa Court<br>Paradise, CA 95969 | | Equipment rental | | | | $153,101.91 |
| zJD Rush Company<br>5900 East Lerdo Highway<br>Shafter, CA 93263 | 661-392-1900 | Purchase of materials | | | | $122,355.09 |
| zB&L Equipment Rental, Inc.<br>P.O. Box 22260<br>Bakersfield, CA 93390 | 661-589-9080 | Equipment rental | | | | $79,823.87 |
| zInternational Reservoir Technology<br>300 Union Blvd., Suite 400<br>Denver, CO 80228 | 303-279-0877 | Field Evaluation | | | | $74,250.00 |
| zEnergy Tubulars<br>3010 Old Ranch Parkway, Suite 400<br>Seal Beach, CA 90740 | 562-342-2850 | Services rendered | | | | $63,834.72 |