**4**
LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, CA 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TEMBLOR PETROLEUM COMPANY, LLC.<br><br>Debtor-in-Possession. | Case No. 20-11367-A-11<br>Chapter 11<br>DC No. LKW-2<br><br>Date: June 12, 2020<br>Time: 10:30 a.m.<br>Place: United States Courthouse<br>510-19th Street<br>Bakersfield, CA<br>Judge: Honorable Fredrick E. Clement |

**NOTICE OF HEARING ON FIRST APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LAW OFFICES OF LEONARD K. WELSH**

TO DEBTOR, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND PARTIES REQUESTING SPECIAL NOTICE:

NOTICE IS HEREBY GIVEN that the Law Offices of Leonard K. Welsh ("Applicant") will apply to the Bankruptcy Court for an allowance of compensation for services rendered and costs incurred by it in connection with the above-referenced case on June 12, 2020 at 10:30 a.m. in the United States Courthouse, 510-19th Street, Bakersfield, CA. Applicant is the attorney for Temblor Petroleum Company, LLC ("Debtor") in the above-referenced case. Applicant will request an allowance of $6,655.00 in attorneys fees and $27.95 in costs for services rendered and costs incurred from April 9, 2020 through April 30, 2020 as described in the First Application for Allowance of Fees and Expenses Filed by the Law Offices of Leonard K. Welsh ("the First Application"). The fees and expenses requested by Applicant will be paid from money on deposit in its Attorney Trust Account and the retainer paid to Applicant before Debtor filed its Chapter 11 case. Payment of the fees and costs requested by Applicant

from money on deposit in Applicant's Attorney Trust Account will not affect the administration of Debtor's Chapter 11 case or the operation of Debtor's business.

   This Notice of Hearing on First Application for Allowance of Fees and Expenses Filed by the Law Offices of Leonard K. Welsh is being filed and served pursuant to 11 USC Sections 330, 331, 502 and 503, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Practice for the United States Bankruptcy Court for the Eastern District of California. Opposition to approval of the First Application must be in writing and must be served and filed with the Clerk of Court not less than fourteen calendar days before the date of the hearing. A responding party who has no opposition to approval of the First Application may serve and file a statement to that effect designating the application in question. No party will be heard in opposition of the First Application at oral argument without good cause if written opposition to the application has not been timely filed. Failure to timely file the written opposition may be deemed a waiver of any opposition to approval of the First Application or may result in the imposition of sanctions pursuant to Local Rule 9014-1. **Further, the Court may resolve the matter without oral argument unless written opposition and supporting evidence are filed with the Clerk of Court and served on the moving party and the Court may strike any written opposition that is not timely filed and served.** Any objection to the approval of the First Application must be delivered to the persons identified in the Exhibit "1" attached hereto.

   Persons responding to the First Application can (a) determine whether the matter has been resolved without oral argument or whether the Court has entered a Tentative Ruling and (b) view any prehearing disposition by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing at the hearing on the First Application must view the prehearing disposition prior to the hearing per Local Rule 9014-1 (d) (3) (B),

Requests for particulars concerning the First Application should be directed to the undersigned.

Dated: May 7, 2020

LAW OFFICES OF LEONARD K. WELSH

By /s/ Leonard K. Welsh
LEONARD K. WELSH
Attorney for Debtor-in-Possession

EXHIBIT "1"

Temblor Petroleum Company
c/o Philip Bell
8 Wistar Road
Villanova, PA 19085

Office of US Trustee
2500 Tulare Street, Room 1401
Fresno, CA 93721

Leonard K. Welsh
Law Offices of Leonard K. Welsh
4550 California Avenue, Second Floor
Bakersfield, CA 93309
(ATTORNEY FOR DEBTOR)

California Energy Exchange Commission
c/o D. Keith B. Dunnagan
BPE Law Group, P.C.
2339 Gold Meadow Way, Suite 101
Gold River, CA 95670

Halliburton Energy Services, Inc.
c/o Jeff Carruth, Esq.
Weycer, Kaplan, Pulaski & Zuber
3030 Matlock Road, Suite 201
Arlington, TX 76015

Kings County Development Limited
c/o John J. Harris, Esq.
Casso & Sparks, LLP
13300 Crossroads Parkway North, Ste. 410
City of Industry, CA 91746

Tracy Hope Davis
c/o Office of the United States Trustee
Attn: Justin C. Valencia
2500 Tulare Street, Suite 1401
Fresno, CA 93721