UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re
TEMBLOR PETROLEUM COMPANY, LLC )

Case No. 20-11367

Debtor(s).

## AMENDMENT COVER SHEET

This form shall not be used to amend or modify plans.

I am amending the following documents:

- ☐ Petition
- ☐ Creditor Matrix
- ☑ List of 20 Largest Unsecured Creditors
- ☑ Schedules (check appropriate boxes). *See Instruction #4 below.*
  - ☐ A/B ☐ C ☐ D ☑ E/F ☐ G ☐ H ☐ I ☐ J
- ☑ Summary of Schedules of Assets and Liabilities
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders

A fee of $31 is required for:

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: May 19, 2020

Attorney's or *Pro Se* Debtor's Signature: /s/ Leonard K. Welsh

Printed Name: Leonard K. Welsh 097954

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: May 19, 2020

/s/ Philip Bell
Philip Bell
Debtor's Signature

Dated: May 20, 2020

Joint Debtor's Signature

### INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To <u>add</u> creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To <u>correct</u> the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To <u>delete</u> creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

Form EDC 2-015 Rev. 5/1/17

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy



Fill in this information to identify the case:

Debtor name: **TEMBLOR PETROLEUM COMPANY, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from Schedule A/B.................................................................................................... $ 0.00

    1b. Total personal property:
    Copy line 91A from Schedule A/B................................................................................................. $ 12,688,376.15

    1c. Total of all property:
    Copy line 92 from Schedule A/B................................................................................................. $ 12,688,376.15

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................... $ 5,373.56

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................... +$ 12,224,394.32  c

4. **Total liabilities**
   Lines 2 + 3a + 3b ........................................................................................................... $ 12,229,767.88  c

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.17** Nonpriority creditor's name and mailing address
John Linford
200 New Stine Rpoad, Suite 171
Bakersfield, CA 93309

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$1,086.91**

---

**3.18** Nonpriority creditor's name and mailing address
Key Energy Services, LLC
c/o Will Rutledge, Esq.
Dore Rothberg McKay
17171 Park Row, Suite 160
Houston, TX 77084

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Complaint-Harris County Judicial District Case No. 2019-43534/Court 281**

Is the claim subject to offset? ■ No ☐ Yes

**$198,322.88**

---

**3.19** Nonpriority creditor's name and mailing address
Keystone Diversified Energy, Inc.
14009 Cardigan Avenue
Bakersfield, CA 93314

Date(s) debt was incurred _
Last 4 digits of account number **ADDED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$1,351.19**

(handwritten: A)

---

**3.20** Nonpriority creditor's name and mailing address
Maria Chavez
6201 Victor Street, #B
Bakersfield, CA 93308

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cleaning Services**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.21** Nonpriority creditor's name and mailing address
Montrose Environmental Group
P.O. Box 741137
Los Angeles, CA 90074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Inspections**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.22** Nonpriority creditor's name and mailing address
OGSys
5801 Edwards Ranch Road, Suite 200
Fort Worth, TX 76109

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software Maintenance Fee**

Is the claim subject to offset? ■ No ☐ Yes

**$2,595.00**

---

**3.23** Nonpriority creditor's name and mailing address
Patriot Environmental Services, Inc.
c/o Jeff J. Astarabadi, Esq.
Much Shelist, PC
2 Park Plaza, Suite 1075
Irvine, CA 92614

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Complaint-Los Angeles County Superior Court Case No. 19STCV40778**

Is the claim subject to offset? ■ No ☐ Yes

**$274,000.00**

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.38 | Nonpriority creditor's name and mailing address<br>zBurke<br>4747 Mariah Mesa Court<br>Paradise, CA 95969 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153,101.91 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Equipment rental**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.39 | Nonpriority creditor's name and mailing address<br>zC. Case Company, Inc.<br>7010 W. Cerini Avenue<br>Riverdale, CA 93656 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,937.91 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Services rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.40 | Nonpriority creditor's name and mailing address<br>zCampos EPC, LLC<br>1401 Blake Street<br>Denver, CO 80202 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,448.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Services rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.41 | Nonpriority creditor's name and mailing address<br>zCanary Productions Services<br>17207 North Perimeter Drive, Suite 120<br>Scottsdale, AZ 85255 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,042.83 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Services rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.42 | Nonpriority creditor's name and mailing address<br>zCasing Specialties<br>12452 Snow Road<br>Bakersfield, CA 93314 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58,319.35 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Services rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.43 | Nonpriority creditor's name and mailing address<br>zChris P. Smith<br>6673 Avenida De Las Pescas<br>La Jolla, CA 92037 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $440.58 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Marketing services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.44 | Nonpriority creditor's name and mailing address<br>zCoastline Technologies<br>P.O. Box 729<br>Avila Beach, CA 93424 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,323.10 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Services rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TEMBLOR PETROLEUM COMPANY, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.66** Nonpriority creditor's name and mailing address
zPrimoris Services Corporation
P.O. Box 90022
Baton Rouge, LA 70879

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Compressor Lease**

Is the claim subject to offset? ■ No ☐ Yes

$86,102.54

---

**3.67** Nonpriority creditor's name and mailing address
zQuality Tong Service, Inc.
P.O. Box 91
Rio Oso, CA 95674

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of materials**

Is the claim subject to offset? ■ No ☐ Yes

$63,050.00

---

**3.68** Nonpriority creditor's name and mailing address
zRandy's Trucking, inc.
1050 Wood Street
Taft, CA 93268

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tank storage**

Is the claim subject to offset? ■ No ☐ Yes

$1,550.00

---

**3.69** Nonpriority creditor's name and mailing address
zResolute Production & Drilling
6241 Oasis Avenue
Bakersfield, CA 93307

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$10,539.30

---

**3.70** Nonpriority creditor's name and mailing address
zSmith Inernational, Inc.
P.O. Box 732136
Dallas, TX 75373

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of materials**

Is the claim subject to offset? ■ No ☐ Yes

$6,913.26

---

**3.71** Nonpriority creditor's name and mailing address
zTiger Cased Hole Services, Inc.
P.O. Box 733368
Dallas, TX 75373

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$48,543.75

---

**3.72** Nonpriority creditor's name and mailing address
zTRB Oilfield Services
7657 Downing Avenue
Bakersfield, CA 93308

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$29,599.21

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (if known) | |
|---|---|---|---|

**3.73** Nonpriority creditor's name and mailing address
zTyrion Integration
3300 Patton Way, Ste. 1
Bakersfield, CA 93308
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Services rendered**
Is the claim subject to offset? ■ No ☐ Yes

**$22,305.51**

**3.74** Nonpriority creditor's name and mailing address
zVector Environmental, Inc.
P.O. Box 10447
Bakersfield, CA 93389
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Compressor modification**
Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

**3.75** Nonpriority creditor's name and mailing address
zWeatherford US
Chase Bank of Texas
L.P.P.O. Box 301003
Dallas, TX 75303
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Services rendered**
Is the claim subject to offset? ■ No ☐ Yes

**$61,140.23**

**3.76** Nonpriority creditor's name and mailing address
zWest Coast Land Service
1230 Chester Avenue
Bakersfield, CA 93301
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Services rendered**
Is the claim subject to offset? ■ No ☐ Yes

**$5,878.29**

**3.77** Nonpriority creditor's name and mailing address
zZalco Laboraories, Inc.
4309 Armour Avenue
Bakersfield, CA 93308
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Testing services**
Is the claim subject to offset? ■ No ☐ Yes

**$4,155.00**

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Pros Incorporated<br>P.O. Box 20996<br>Bakersfield, CA 93390 | Line **3.10**<br>☐ Not listed. Explain ____ | — |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 5,373.56 |
| 5b. Total claims from Part 2 | 5b. + $ | 12,224,394.32 |

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 12 of 13
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 12,229,767.88 | C |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | TEMBLOR PETROLEUM COMPANY, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☒ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California Energy Exchange Corporation<br>Attn: Timothy O. Wise<br>2981 Gold Canal Drive<br>Rancho Cordova, CA 95670 | | Five Points Pipeline Expansion Project Supplemental Funding | Disputed | | | $2,918,274.73 |
| Commercial Trade, Inc.<br>c/o Sandra Kuhn McCormack<br>5330 Office Center Court, Ste. C<br>Bakersfield, CA 93309 | 661-632-2100 | Complaint - Kern County Superior Court Case No. BCV-19-103173 Judgment entered | | | | $2,352,219.05 |
| zPaul Graham Drilling<br>P.O. Box 669<br>Rio Vista, CA 94571 | 800-336-7285 | Services rendered | | | | $1,214,415.00 |
| Patriot Environmental Services, Inc.<br>c/o Jeff J. Astarabadi, Esq.<br>Much Shelist, PC<br>2 Park Plaza, Suite 1075<br>Irvine, CA 92614 | 562-436-2614 | Complaint-Los Angeles County Superior Court Case No. 19STCV40778 | | | | $274,000.00 |
| zGeo Drilling Fluids<br>P.O. Box 1478<br>Bakersfield, CA 93302 | 661-325-5919 | Services rendered | | | | $268,532.34 |
| zHalliburton<br>P.O. Box 301341<br>Dallas, TX 75303 | 281-871-4000 | Services rendered | | | | $223,701.11 |

Debtor **TEMBLOR PETROLEUM COMPANY, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Key Energy Services, LLC c/o Will Rutledge, Esq. Dore Rothberg McKay 17171 Park Row, Suite 160 Houston, TX 77084 | 713-651-4300 | Complaint-Harris County Judicial District Case No. 2019-43534/Court 281 | | | | $198,322.88 |
| Redline Directional Services c/o Nathan M. Hodges Hodges Law Group 1925 G Street Bakersfield, CA 93301 | 530-219-2591 | Fresno County Superior Court Case No. 19CECG03157 | | | | $167,838.54 |
| zN.C. Brun & Son 25692 N. Cherokee Lane Galt, CA 95632 | 916-425-7752 | Services rendered | | | | $153,764.00 |
| zBurke 4747 Mariah Mesa Court Paradise, CA 95969 | | Equipment rental | | | | $153,101.91 |
| zJD Rush Company 5900 East Lerdo Highway Shafter, CA 93263 | 661-392-1900 | Purchase of materials | | | | $122,355.09 |
| zPrimoris Services Corporation P.O. Box 90022 Baton Rouge, LA 70879 | 225-295-4830 | Compressor Lease | | | | $86,102.54 |
| zB&L Equipment Rental, Inc. P.O. Box 22260 Bakersfield, CA 93390 | 661-589-9080 | Equipment rental | | | | $79,823.87 |
| zInternational Reservoir Technology 300 Union Blvd., Suite 400 Denver, CO 80228 | 303-279-0877 | Field Evaluation | | | | $74,250.00 |
| zEnergy Tubulars 3010 Old Ranch Parkway, Suite 400 Seal Beach, CA 90740 | 562-342-2850 | Services rendered | | | | $63,834.72 |

Debtor **TEMBLOR PETROLEUM COMPANY, LLC**　　　　Case number *(if known)*　_____
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| zQuality Tong Service, Inc. P.O. Box 91 Rio Oso, CA 95674 | 530-695-3944 | Purchase of materials | | | | $63,050.00 |
| zWeatherford US Chase Bank of Texas L.P.P.O. Box 301003 Dallas, TX 75303 | | Services rendered | | | | $61,140.23 |
| zCasing Specialties 12452 Snow Road Bakersfield, CA 93314 | 661-399-5522 | Services rendered | | | | $58,319.35 |
| zNational Oilwell Varco P.O. Box 202631 Dallas, TX 75320 | | Services rendered | | | | $56,106.93 |
| zGeoguidance Drilling Services P.O. Box 42647 Bakersfield, CA 93384 | | Drilling services | | | | $54,556.00 |