**2**

LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, CA 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

TEMBLOR PETROLEUM COMPANY, LLC.

Debtor-in-Possession.

Case No. 20-11367-A-11
Chapter 11

## PROOF OF SERVICE BY MAIL

I, TRINETTE LIDGETT, declare:

1. I am employed in Kern County, California by a member of the bar of this court at whose direction the service was made. I am over the age of 18 and not a party to the within action. My business address is 4550 California Avenue, Second Floor, Bakersfield, CA 93309.

2. I served the following documents on the Debtor, the United States Trustee, interested parties, and parties requesting special notice, on May 20, 2020 by placing true copies thereof enclosed in a sealed envelope in the U.S. Mail at Bakersfield, California addressed as indicated to the attached mailing list:

A. AMENDMENT

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2020

/s/ Trinette Lidgett
TRINETTE LIDGETT

1

| | |
|---|---|
| 1 | Temblor Petroleum Company |
| 2 | c/o Philip Bell<br>8 Wistar Road |
| 3 | Villanova, PA 19085 |
| 4 | Office of US Trustee<br>2500 Tulare Street, Room 1401 |
| 5 | Fresno, CA 93721 |
| 6 | California Energy Exchange Commission |
| 7 | c/o D. Keith B. Dunnagan<br>BPE Law Group, P.C. |
| 8 | 2339 Gold Meadow Way, Suite 101<br>Gold River, CA 95670 |
| 9 | |
| 10 | Halliburton Energy Services, Inc.<br>c/o Jeff Carruth, Esq. |
| 11 | Weycer, Kaplan, Pulaski & Zuber<br>3030 Matlock Road, Suite 201 |
| 12 | Arlington, TX 76015 |
| 13 | Kings County Development Limited |
| 14 | c/o John J. Harris, Esq.<br>Casso & Sparks, LLP |
| 15 | 13300 Crossroads Parkway North, Ste. 410<br>City of Industry, CA 91746 |
| 16 | |
| 17 | Tracy Hope Davis<br>c/o Office of the United States Trustee |
| 18 | Attn: Justin C. Valencia<br>2500 Tulare Street, Suite 1401 |
| 19 | Fresno, CA 93721 |
| 20 | Keystone Diversified Energy, Inc. |
| 21 | 14009 Cardigan Avenue<br>Bakersfield, CA 93314 |
| 22 | Canary Productions Services |
| 23 | 17207 North Perimeter Drive, suite 120<br>Scottsdale, AZ 85255 |
| 24 | |
| 25 | Primoris Services Corporation<br>P.O. Box 90022 |
| 26 | Baton Rouge, LA 70879 |
| 27 | |
| 28 | |

2