# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re  
**TEMBLOR PETROLEUM COMPANY, LLC**  

           Debtor(s).

Case No. 20-11367

## AMENDMENT COVER SHEET

This form shall not be used to amend or modify plans.

I am amending the following documents:

- ☐ Petition
- ☐ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☒ Schedules (check appropriate boxes). *See Instruction #4 below.*
  - ☒ A/B ☐ C ☒ D ☒ E/F ☒ G ☐ H ☐ I ☐ J
- ☒ Summary of Schedules of Assets and Liabilities
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders

A fee of $31 is required for:

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: May 26, 2020

Attorney's or *Pro Se* Debtor's Signature: /s/ Leonard K. Welsh  
Printed Name: Leonard K. Welsh 097954

## DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: May 27, 2020

/s/ Philip Bell  
Philip Bell  
Debtor's Signature

Dated:

Joint Debtor's Signature

## INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

Form EDC 2-015 Rev. 5/1/17

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: **TEMBLOR PETROLEUM COMPANY, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): **20-11367**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 5,323,016.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................... $ 7,365,360.15

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................... $ 12,688,376.15

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $ 2,352,219.05

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................... $ 5,373.56

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................................................... +$ 9,905,621.51

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b      $ 12,263,214.12

Debtor  **TEMBLOR PETROLEUM COMPANY, LLC**  Case number (If known) **20-11367**

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.  $5,223,706.57

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ■ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 9: Real property

54. Does the debtor own or lease any real property?

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (If known) 20-11367 |
|---|---|---|
| | Name | |

55.1.     **ADDED**

| | | | | | |
|---|---|---|---|---|---|
| Working Interest in Witter Field | | | | | |
| Temblor Petroleum Company, LLc ("Temblor") has a 48.56% working interest in Witter Field. The value of Temblor's working interest is $1,519,909.00 | | | | | |
| Working Interest in Lynch Canyon Field | | | | | |
| Temblor has a 14.91% working interest in Lynch Canyon Field. The value of Temblor's working interest is $3,703,797.00 | | | | | |
| Working Interest in Hangman Hollow Field | | | | | |
| Temblor has a 24.44% working interest in Hangman Hollow Field. The value of Temblor's working interest is $9,315.00 | | | | | |
| Working Interest in Los Alamos Field | | | | | |
| Temblor has a 57.23% working interest in Los Alamos Field. The value of Temblor's working interest is $69,819.00 | | | | | |
| Working Interest in Lander Avenue Prospect | | | | | |
| Temblor has a 45% working interest in Lander Avenue Prospect. The value of Temblor's working interest is $20,176.00 | Fee Simple Determinable | $0.00 | N/A | | $5,323,016.00 |

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (If known) 20-11367 |
|---|---|---|
| | Name | |

☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

## Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | Notes receivable<br>Description (include name of obligor) | |
| 72. | Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | |
| 73. | Interests in insurance policies or annuities<br>General Liability Insurance<br>Property Insurance<br>Umbrella Insurance<br><br>St. Paul Fire & Marine Insurance Company<br>Policy No. XX-19-N4 | $0.00 |
| | Workers Compensation Insurance<br><br>Travelers Propertry Casualty Company of America<br>Policy No. XXN4-G | $0.00 |
| | Wells Bonds<br><br>See attached Exhibit "3" | $0.00 |
| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | |
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed Examples: Season tickets, country club membership<br>　　　DELETED<br>Working Interest in Witter Field<br><br>Temblor Petroleum Company, LLC ("Temblor") has a 48.56% working interest in Witter Field. The value of Temblor's working interest is $1,519,909.00 | $1,519,909.00 |

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (If known) 20-11367 |
|---|---|---|
| | Name | |

**DELETED**
Working Interest in Lynch Canyon Field

Temblor Petroleum Company, LLC ("Temblor") has a 14.91% working interest in Lynch Canyon Field. The value of Temblor's working interest is $3,703,797.00

$3,703,797.00

**DELETED**
Working Interest in Hangman Hollow Field

Temblor Petroleum Company, LLC ("Temblor") has a 24.44% working interest in Hangman Hollow Field. The value of Temblor's working interest is $9,315.00

$9,315.00

**DELETED**
Working Interest in Los Alamos Field

Temblor Petroleum Company, LLC ("Temblor") has a 57.23% working interest in Los Alamos Field. The value of Temblor's working interest is $69,819.00

$69,819.00

**DELETED**
Working Interest in Lander Avenue Prospect

Temblor Petroleum Company, LLC ("Temblor") has a 45% working interest in Lander Avenue Prospect. The value of Temblor's working interest is $20,176.00.

$20,176.00

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    $5,323,016.00

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

Fill in this information to identify the case:

Debtor name: **TEMBLOR PETROLEUM COMPANY, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): **20-11367**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Commercial Trade, Inc.**<br>Creditor's Name<br>c/o Sandra Kuhn<br>McCormack<br>5330 Office Center Court, Ste. C<br>Bakersfield, CA 93309<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Working Interest in Witter Field, Lynch Canyon Field, Hangman Hollow Field, Los Alamos Field, and Lander Avenue Prospect** | **$2,352,219.05** | **$5,323,016.00** |
| Creditor's email address, if known | Describe the lien<br>**Abstract of Judgment recorder 3/27/2020**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes | | |
| Date debt was incurred<br>Last 4 digits of account number | Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

A

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$2,352,219.05**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Pros Incorporated**<br>P.O. Box 20996<br>Bakersfield, CA 93390 | Line **2.1** | |

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **TEMBLOR PETROLEUM COMPANY, LLC**
Name

Case number (if known) _____

**3.10** Nonpriority creditor's name and mailing address
Commercial Trade, Inc.
c/o Sandra Kuhn McCormack
5330 Office Center Court, Ste. C
Bakersfield, CA 93309

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Complaint - Kern County Superior Court Case No. BCV-19-103173 Judgment entered**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,352,218.05**

D

---

**3.11** Nonpriority creditor's name and mailing address
County of Santa Barbara
123 Eat Anapamu Street
Santa Barbara, CA 93101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Idle Well Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$382.00**

---

**3.12** Nonpriority creditor's name and mailing address
CW Bell TUW Res Tr FBO Barbara
10909 Baronet Road
Owings Mills, MD 21117

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$485,089.00**

---

**3.13** Nonpriority creditor's name and mailing address
CW Bell TUW Res Tr FBO Christy
4211 Westland Lane Southport
Southport, NC 28461

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$485,089.00**

---

**3.14** Nonpriority creditor's name and mailing address
CW Bell TUW Res Tr FBO Evan
3140 N. Morning Drive
Billings, MT 59102

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$485,089.00**

---

**3.15** Nonpriority creditor's name and mailing address
CW Bell TUW Res Tr FBO Martha
375 Star Light Drive
Fort Mill, SC 29715

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$485,089.00**

---

**3.16** Nonpriority creditor's name and mailing address
CW Bell TUW Res Tr FBO Philip
8 Wistar Road
Villanova, PA 19085

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$485,089.00**

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (if known) | 20-11367 |
|---|---|---|---|

### 3.10
**Nonpriority creditor's name and mailing address**
County of Santa Barbara
123 Eat Anapamu Street
Santa Barbara, CA 93101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Idle Well Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$382.00**

---

### 3.11
**Nonpriority creditor's name and mailing address**
CW Bell TUW Res Tr FBO Barbara
10909 Baronet Road
Owings Mills, MD 21117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$485,089.00**

---

### 3.12
**Nonpriority creditor's name and mailing address**
CW Bell TUW Res Tr FBO Christy
4211 Westland Lane Southport
Southport, NC 28461

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$485,089.00**

---

### 3.13
**Nonpriority creditor's name and mailing address**
CW Bell TUW Res Tr FBO Evan
3140 N. Morning Drive
Billings, MT 59102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$485,089.00**

---

### 3.14
**Nonpriority creditor's name and mailing address**
CW Bell TUW Res Tr FBO Martha
375 Star Light Drive
Fort Mill, SC 29715

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$485,089.00**

---

### 3.15
**Nonpriority creditor's name and mailing address**
CW Bell TUW Res Tr FBO Philip
8 Wistar Road
Villanova, PA 19085

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$485,089.00**

---

### 3.16
A

**Nonpriority creditor's name and mailing address**
Eagle Petroleum
5201 California Avenue, Suite 220
Bakersfield, CA 93309

Date(s) debt was incurred _
Last 4 digits of account number **ADDED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Working interest income/deficit (Lynch Canyon)**

Is the claim subject to offset? ■ No ☐ Yes

**$33,446.24**

---

Debtor **TEMBLOR PETROLEUM COMPANY, LLC**     Case number (if known) **20-11367**
Name

---

**3.66** Nonpriority creditor's name and mailing address
zPrimoris Services Corporation
P.O. Box 90022
Baton Rouge, LA 70879

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Compressor Lease**

Is the claim subject to offset? ■ No ☐ Yes

$86,102.54

---

**3.67** Nonpriority creditor's name and mailing address
zQuality Tong Service, Inc.
P.O. Box 153
Live Oak, CA 95953

Date(s) debt was incurred __
Last 4 digits of account number **CORRECTED**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of materials**

Is the claim subject to offset? ■ No ☐ Yes

$63,050.00

---

**3.68** Nonpriority creditor's name and mailing address
zRandy's Trucking, inc.
1050 Wood Street
Taft, CA 93268

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tank storage**

Is the claim subject to offset? ■ No ☐ Yes

$1,550.00

---

**3.69** Nonpriority creditor's name and mailing address
zResolute Production & Drilling
6241 Oasis Avenue
Bakersfield, CA 93307

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$10,539.30

---

**3.70** Nonpriority creditor's name and mailing address
zSmith Inernational, Inc.
P.O. Box 732136
Dallas, TX 75373

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of materials**

Is the claim subject to offset? ■ No ☐ Yes

$6,913.26

---

**3.71** Nonpriority creditor's name and mailing address
zTiger Cased Hole Services, Inc.
P.O. Box 733368
Dallas, TX 75373

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$48,543.75

---

**3.72** Nonpriority creditor's name and mailing address
zTRB Oilfield Services
7657 Downing Avenue
Bakersfield, CA 93308

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$29,599.21

---

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (if known) | 20-11367 |
|---|---|---|---|

### 3.73
**Nonpriority creditor's name and mailing address**
zTyrion Integration
3300 Patton Way, Ste. 1
Bakersfield, CA 93308

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$22,305.51**

### 3.74
**Nonpriority creditor's name and mailing address**
zVector Environmental, Inc.
P.O. Box 10447
Bakersfield, CA 93389

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Compressor modification**

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

### 3.75
**Nonpriority creditor's name and mailing address**
zWeatherford US
Chase Bank of Texas
L.P.P.O. Box 301003
Dallas, TX 75303

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$61,140.23**

### 3.76
**Nonpriority creditor's name and mailing address**
zWest Coast Land Service
1230 Chester Avenue
Bakersfield, CA 93301

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$5,878.29**

### 3.77
**Nonpriority creditor's name and mailing address**
zZalco Laboraories, Inc.
4309 Armour Avenue
Bakersfield, CA 93308

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Testing services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,155.00**

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a $ | 5,373.56 | |
| 5b. Total claims from Part 2 | 5b + $ | 9,905,621.51 | c |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 9,910,995.07 | c |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | TEMBLOR PETROLEUM COMPANY, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 20-11367 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Debtor holds leases associated with the "Witter Field Project", "Los Alamos Field Project", and "Lander Avenue Prospect" ("the Fields"). Debtor's interests in the Fields are "Fee Simple Determinable" and are not Executory Contracts or Unexpired Leases. See Montana - Fresno Oil Company v. Powell, 219 CA 2d 653 (1963) and In re Laugharn, 88 F.2d 551 (9th Cir. 1937). See also Schedule A/B: Assets on file herein. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **CORRECTED** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Contract Type: Commercial Lease Description: 5201 California Avenue, Suite 340 Bakersfield, CA 93309 Terms: $2,953.00 per month for three years Beginning Date:11/1/2018 Debtor's Interest: Lessee | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Beretta Investment Group P.O. Box 9116 Bakersfield, CA 93309 |

Official Form 206G　　　　Schedule G: Executory Contracts and Unexpired Leases　　　　Page 1 of 2
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy