UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re
TEMBLOR PETROLEUM COMPANY, LLC

Debtor(s).

Case No. 20-11367

## AMENDMENT COVER SHEET

This form shall not be used to amend or modify plans.

I am amending the following documents:

- ☐ Petition
- ☐ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☑ Schedules (check appropriate boxes). *See Instruction #4 below.*
  - ☐ A/B ☐ C ☐ D ☑ E/F ☐ G ☐ H ☐ I ☐ J
- ☑ Summary of Schedules of Assets and Liabilities
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders

A fee of $31 is required for:

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: June 3, 2020

Attorney's or *Pro Se* Debtor's Signature: /s/ Leonard K. Welsh
Printed Name: Leonard K. Welsh 097954

## DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: June ___, 2020

/s/ Philip Bell
Philip Bell
Debtor's Signature

Dated:

Joint Debtor's Signature

## INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

Form EDC 2-015 Rev. 5/1/17

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **TEMBLOR PETROLEUM COMPANY, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  **20-11367**

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals　　　　　　　12/15

### Part 1:　Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from *Schedule A/B*......................................................................... $ 5,323,016.00

    1b. Total personal property:
    Copy line 91A from *Schedule A/B*....................................................................... $ 7,365,360.15

    1c. Total of all property:
    Copy line 92 from *Schedule A/B*......................................................................... $ 12,688,376.15

### Part 2:　Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............ $ 2,352,219.05

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................... $ 5,373.56

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........... +$ 9,996,450.69  *C*

4. **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 12,354,043.30  *C*

| Debtor | TEMBLOR PETROLEUM COMPANY, LLC | Case number (if known) | 20-11367 |
|---|---|---|---|

**A**

**3.17** Nonpriority creditor's name and mailing address
Irani Engineering
Attn: Ardeshir Irani
35131 Beach Road
Capistrano Beach, CA 92624

Date(s) debt was incurred  __ADDED__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ■ No  ☐ Yes

$90,829.18

---

**3.18** Nonpriority creditor's name and mailing address
John Linford
200 New Stine Rpoad, Suite 171
Bakersfield, CA 93309

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Fees__

Is the claim subject to offset? ■ No  ☐ Yes

$1,086.91

---

**3.19** Nonpriority creditor's name and mailing address
Key Energy Services, LLC
c/o Will Rutledge, Esq.
Dore Rothberg McKay
17171 Park Row, Suite 160
Houston, TX 77084

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Complaint-Harris County Judicial District Case No. 2019-43534/Court 281__

Is the claim subject to offset? ■ No  ☐ Yes

$198,322.88

---

**3.20** Nonpriority creditor's name and mailing address
Keystone Diversified Energy, Inc.
14009 Cardigan Avenue
Bakersfield, CA 93314

Date(s) debt was incurred __
Last 4 digits of account number __ADDED__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No  ☐ Yes

$1,351.19

---

**3.21** Nonpriority creditor's name and mailing address
Maria Chavez
6201 Victor Street, #B
Bakersfield, CA 93308

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cleaning Services__

Is the claim subject to offset? ■ No  ☐ Yes

$125.00

---

**3.22** Nonpriority creditor's name and mailing address
Montrose Environmental Group
P.O. Box 741137
Los Angeles, CA 90074

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Inspections__

Is the claim subject to offset? ■ No  ☐ Yes

$225.00

---

**3.23** Nonpriority creditor's name and mailing address
OGSys
5801 Edwards Ranch Road, Suite 200
Fort Worth, TX 76109

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software Maintenance Fee__

Is the claim subject to offset? ■ No  ☐ Yes

$2,595.00

---

Debtor **TEMBLOR PETROLEUM COMPANY, LLC**
Name

Case number (if known) **20-11367**

5a. Total claims from Part 1
5b. Total claims from Part 2

| | | |
|---|---|---|
| 5a. | $ | 5,373.56 |
| 5b. + | $ | 9,996,450.69 |

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c.

| 5c. | $ | 10,001,824.25 |
|---|---|---|