FORM L10 Amend to Correct the Notice of Commencement of Chapter 11 Case, Meeting of Creditors, and Fixing of Dates  (v.8.14)

20–11367 – A – 11

# UNITED STATES BANKRUPTCY COURT
### Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## AMENDMENT TO CORRECT THE NOTICE OF COMMENCEMENT OF CHAPTER 11 CASE, MEETING OF CREDITORS, AND FIXING OF DATES

**Case Number:** 20–11367 – A – 11

**Debtor Name(s), Social Security Number(s), and Address(es):**

TEMBLOR PETROLEUM COMPANY, LLC

95–4580018
 8 Wistar Road
Villanova, PA 19085

The Notice of Commencement of Case, Meeting of Creditors, and Fixing of Dates in this case contained incorrect information. The correct information regarding this case is contained in this amended notice.

| **Debtor's Attorney:** | Leonard K. Welsh<br>4550 California Ave 2nd Fl<br>Bakersfield, CA 93309 | **Trustee:** | No Trustee Appointed. |
|---|---|---|---|
| **Telephone Number:** | 661–328–5328 | **Telephone Number:** | |

### Meeting of Creditors

**Location:** Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1452, 1st Floor, Fresno, CA

**Date & Time:** 5/18/20    02:00 PM

### Discharge of Debtor

Deadline to file a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Types of Debts:    7/17/20

### Deadline to File a Proof of Claim

For all creditors (except a governmental unit):    8/17/20     For a governmental unit: 10/6/20

Dated:
6/16/20

For the Court,
Wayne Blackwelder , Clerk