**2**

LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, CA 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TEMBLOR PETROLEUM COMPANY, LLC.<br><br>Debtor-in-Possession. | Case No. 20-11367-A-11<br>Chapter 11<br>DC No. LKW-4<br><br>Date: July 12, 2020<br>Time: 10:30 a.m.<br>Place: United States Courthouse<br>        510-19th Street<br>        Bakersfield, CA<br>Judge: Honorable Fredrick E. Clement |

### NOTICE OF ENTRY OF ORDER

NOTICE IS HEREBY GIVEN that the ORDER annexed hereto was entered by the Honorable Fredrick Clement, United States Bankruptcy Judge, on June 16, 2020. The Order continues the Chapter 11 Status Conference to September 10 at 10:30 am at the location given in the Order.

Dated: June 18, 2020                      LAW OFFICES OF LEONARD K. WELSH

                                                         By: /s/ Leonard K. Welsh
                                                              LEONARD K. WELSH
                                                              Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re  
TEMBLOR PETROLEUM COMPANY, LLC,  
Debtor.

) Case No. 20-11367 - A - 11  
) Docket Control No.  
) Document No. 1  
) Date: 06/12/2020  
) Time: 10:30 AM  
) Dept: A

### Order

IT IS ORDERED that the status conference is continued to September 10, 2020 at 10:30 a.m. at the Bakersfield Federal Courthouse, 510 19th Street, Second Floor, Bakersfield, California. Not less than 14 days prior to the continued hearing date, debtor's counsel will file a status report.

Dated: Jun 16, 2020

Fredrick E. Clement  
United States Bankruptcy Judge

Status Conference Re: Chapter 11 Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Welsh, Leonard) (eFilingID: 6736304)