# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

**Case Title:** TEMBLOR PETROLEUM COMPANY, LLC

**Case No.:** 20-11367 - A - 11

**Docket Control No.** LKW-6

**Date:** 09/10/2020
**Time:** 10:30 AM

**Matter:** [99] - Motion/Application to Extend Time [LKW-6] Filed by Debtor TEMBLOR PETROLEUM COMPANY, LLC (shes)

**Judge: Jennifer E. Niemann**
**Courtroom Deputy: Rosalia Estrada**
**Reporter: Electronic Record**
**Department: A**

**APPEARANCES for:**
**Movant(s):**
(by phone) Debtor's Attorney - Leonard K. Welsh
**Respondent(s):**
(by phone) Creditor's Attorney - John J. Harris;
(by phone) Creditor's Attorney - Matthew Kirkpatrick;
(by phone) Creditor's Attorney - Jeffrey M. Schwartz

### CIVIL MINUTES

Motion Denied

The motion was DENIED. The court will issue an order.