# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

```
In re                                    ) Case No. 20-11367 - A - 11
TEMBLOR PETROLEUM COMPANY, LLC,          ) Docket Control No. LKW-6
Debtor.                                  ) Document No. 99
                                         ) Date: 09/10/2020
                                         ) Time: 10:30 AM
                                         ) Dept: A
```

### Order

For the reasons set forth in the court's minutes, docket number 157,

IT IS ORDERED that the Motion for Order Extending Time to Assume or Reject Unexpired Oil and Gas Leases, is DENIED.

Dated: September 10 2020

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

[99] - Motion/Application to Extend Time [LKW-6] Filed by Debtor TEMBLOR PETROLEUM COMPANY, LLC (shes)