**4**

LEONARD K. WELSH, CSB No. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com

Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-11367-A-11 |
| TEMBLOR PETROLEUM COMPANY, LLC | Chapter 11 |
| Debtor-in-Possession. | DC No. LKW-13 |
| | Date: January 7, 2021<br>Time: 10:30 a.m.<br>Place: United States Courthouse<br>510-19th Street<br>Bakersfield, CA<br>Judge: Honorable Jennifer E. Niemann |

### NOTICE OF HEARING ON APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT DATED NOVEMBER 24, 2020

TO DEBTOR-IN-POSSESSION, THE UNITED STATES TRUSTEE, THE SECURITIES AND EXCHANGE COMMISSION, ALL CREDITORS, EQUITY SECURITY HOLDERS, AND PARTIES REQUESTING SPECIAL NOTICE:

NOTICE IS HEREBY GIVEN that Temblor Petroleum Company, LLC ("Debtor") has filed a Disclosure Statement and Plan of Liquidation with the United States Bankruptcy Court for the Eastern District of California-Fresno Division.

Copies of Debtor's Disclosure Statement and Plan of Liquidation have been served on Debtor, the United States Trustee, the Securities and Exchange Commission, and parties requesting special notice as required by Bankruptcy Rule 3017. Copies of Debtor's Disclosure

1

Statement and Plan of Liquidation are available from the Law Offices of Leonard K. Welsh at 4550 California Avenue, Second Floor, Bakersfield, California 93309.

NOTICE IS HEREBY GIVEN that a hearing on the approval of Debtor's Disclosure Statement has been set for January 7, 2021 at 10:30 a.m. in the United States Bankruptcy Court, 510 19th Street, Bakersfield, California.

Persons who want to request copies of the Disclosure Statement and Plan of Liquidation must do so promptly if they are to receive copies of the Disclosure Statement and Plan of Liquidation in advance of the hearing.

Opposition to approval of the Disclosure Statement must be in writing and must be served and filed with the Clerk of Court not less than fourteen calendar days before the date of the hearing. A responding party who has no opposition to approval of the Disclosure Statement may serve and file a statement to that effect designating the Disclosure Statement in question. No party will be heard in opposition of the Disclosure Statement at oral argument without good cause if written opposition to the Disclosure Statement has not been timely filed. Failure to timely file written opposition may be deemed a waiver of any opposition to approval of the Disclosure Statement or may result in the imposition of sanctions pursuant to Local Rule 9014-1. **Further, the Court may resolve the matter without oral argument unless written opposition and supporting evidence are filed with the Clerk of Court and served on the moving party and the Court may strike any written opposition that is not timely filed and served.** Any objection to the approval of the Disclosure Statement must be delivered to the persons identified in the Exhibit "1" attached hereto. Requests for particulars concerning the Disclosure Statement should be directed to the undersigned.

Persons responding to the approval of the Disclosure Statement can (a) determine whether the matter has been resolved without oral argument or whether the Court has issued a Tentative Ruling and (b) view any pre-hearing disposition by checking the Court's website at www.caeb.uscourts.gov after

4:00 p.m. the day before the hearing. Parties appearing at the hearing on the approval of the Disclosure Statement must view the pre-hearing dispositions prior to the hearing per Local Rule of Practice 9014-1(d)(3)(B).

      Creditors will be notified of the approval of the Disclosure Statement and the procedure to be used in soliciting ballots for the purpose of confirming the Plan of Liquidation if the Disclosure Statement is approved as containing adequate information as required by 11 USC Section 1125.

Dated: November 24, 2020            LAW OFFICES OF LEONARD K WELSH

By /s/ Leonard K. Welsh
LEONARD K. WELSH
Attorney for Debtor-in-Possession

EXHIBIT "1"

| | |
|---|---|
| Temblor Petroleum Company<br>c/o Philip Bell<br>8 Wistar Road<br>Villanova, PA 19085<br>(DEBTOR) | Office of US Trustee<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721 |
| Leonard K. Welsh<br>Law Offices of Leonard K. Welsh<br>4550 California Avenue, Third Floor<br>Bakersfield, CA 93309<br>(ATTORNEY FOR DEBTOR) | California Energy Exchange Commission<br>c/o D. Keith B. Dunnagan<br>BPE Law Group, P.C.<br>2339 Gold Meadow Way, Suite 101<br>Gold River, CA 95670 |
| Halliburton Energy Services, Inc.<br>c/o Jeff Carruth, Esq.<br>Weycer, Kaplan, Pulaski & Zuber<br>3030 Matlock Road, Suite 201<br>Arlington, TX 76015 | Kings County Development Limited<br>c/o John J. Harris, Esq.<br>Casso & Sparks, LLP<br>13300 Crossroads Parkway North, Suite 410<br>City of Industry, CA 91746 |
| Tracy Hope Davis<br>c/o Office of the United States Trustee<br>Attn: Justin C. Valencia<br>2500 Tulare Street, Suite 1401<br>Fresno, CA 93721 | Petro-Lud, Inc.<br>c/o Clayton Ludington, President<br>12625 Jomani Drive, Suite 103<br>Bakersfield, CA 93312 |
| Petro-Lud, Inc.<br>c/o Michael N. Mills, Esq.<br>Stoel Rives, LLP<br>500 Capitol Mall, Suite 1600<br>Sacramento, CA 95814 | Eagle Petroleum Monterey<br>c/o Donald C. Oldaker<br>Cliffford & Brown<br>1430 Truxtun Avenue, No. 900<br>Bakersfield, CA 93301 |
| Inprovest, LLC<br>c/o Chris D. Kuhner, Esq.<br>Kornfield, Nyberg, Bendes, Kuhner & Little<br>1970 Broadway, Ste. 600<br>Oakland, CA 94612 | Paul Graham Drilling<br>c/o Thomas R. Phinney<br>Parkinson & Phinney<br>3600 American River Drive., Suite 145<br>Sacramento, CA 95864 |

4