**3**

LEONARD K. WELSH, CSB No. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com

Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TEMBLOR PETROLEUM COMPANY, LLC<br><br>Debtor-in-Possession. | Case No. 20-11367-A-11<br>Chapter 11<br>DC No. LKW-13<br><br>Date: January 7, 2021<br>Time: 10:30 a.m.<br>Place: United States Courthouse<br>　　　510-19th Street<br>　　　Bakersfield, CA<br>Judge: Honorable Jennifer E. Niemann |

## EXHIBITS TO DEBTOR'S DISCLOSURE STATEMENT DATED NOVEMBER 24, 2020

INDEX OF EXHIBITS:　　　　　　　　　　　　　　　　　　　　　　PAGE

EXHIBIT "A" – Projection of Money Available to Pay Post-petition
　　　　　Debt, Administrative Expense Claims, and Allowed Claims....　2

EXHIBIT "B" – Payments to be Made Under Debtor's Plan of
　　　　　Liquidation ...................................................................　3

Dated: November 24, 2020　　　　　LAW OFFICES OF LEONARD K WELSH

　　　　　　　　　　　　　　　　　　　By　/s/ Leonard K. Welsh
　　　　　　　　　　　　　　　　　　　　　LEONARD K. WELSH
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor-in-Possession

## EXHIBIT "A"

### Temblor Petroleum Company, LLC

### Sale of Assets

| | | |
|---|---|---|
| $ 3,039,818.36 | = | Market Value of Working Interest in Witter Field including Machinery & Equipment |
| $ 7,407,594.21 | = | Market Value of Working Interest in Lynch Canyon Field including Machinery & Equipment |
| $ 9,315.00 | = | Market Value of Working Interest in Hangman Hollow Field |
| $ 69,819.00 | = | Market Value of Working Interest in Los Alamos Field |
| $ 20,176.00 | = | Market Value of Working Interest in Lander Avenue Prospect |
| =============== | | |
| $10,546,722.57 | = | Total Market Value of Working Interests and Machinery & Equipment |
| $ 2,010,834.51 | = | Accounts Receivable |
| =============== | | |
| $12,557,557.08 | = | |

### Costs of Sale and Collection Costs

| | | |
|---|---|---|
| ( 421,868.90) | = | Energy Advisors Group Commission for sale of Working Interest and Machinery & Equipment (4%) |
| ( 301,625.17) | = | Accounts Receivables Collection Costs (15%) |
| =============== | | |
| $ 11,834,063.01 | = | Amount Available to Pay Post-petition Debt, Administrative Expense Claims, and Allowed Claims |

Exhibit __A__
Page __2__

EXHIBIT "B"

**Temblor Petroleum Company, LLC**

**Payments to be Made Under Debtor's Plan of Liquidation**

| | | |
|---|---|---|
| $ 11,834,063.01 | = | Amount Available to Pay Post-petition Debt, Administrative Expense Claims, and Allowed Claims |
| ( 3,038,982.00) | = | Class Two, Class Three, and Class Four Secured Claims |
| ( 250,000.00) | = | Post-petition Accounts Payable |
| ( 50,000.00) | = | Post-confirmation Professional Fees |
| ( 10,316.91) | = | Class One Priority Unsecured Claims |
| $ 8,484,764.10 | = | Amount Available to Pay General Unsecured Claims and Insider Claims |

Exhibit B
Page 3