3

LEONARD K. WELSH, CSB No. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com

Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-11367-A-11 |
| TEMBLOR PETROLEUM COMPANY, LLC | Chapter 11 |
| Debtor-in-Possession. | DC No. LKW-13 |
| | Date: January 7, 2021<br>Time: 10:30 a.m.<br>Place: United States Courthouse<br>510-19th Street<br>Bakersfield, CA<br>Judge: Honorable Jennifer E. Niemann |

### PROOF OF SERVICE BY MAIL

I, NELLY MARIN, declare:

1. I am employed in Kern County, CA by a member of the bar of this court at whose direction the service was made. I am over the age of 18 and not a party to the within action. My business address is 4550 California Avenue, Second Floor, Bakersfield, CA 93309.

2. I served the following documents on Debtor-in-Possession, the United States Trustee, the Securities and Exchange Commission, Equity Security Holders, and parties requesting special notice on November 24, 2020 by placing true copies thereof enclosed in a sealed envelope in the US Mail at Bakersfield, CA addressed as indicated on the attached mailing list:

1

a. DEBTOR'S DISCLOSURE STATEMENT DATED NOVEMBER 24, 2020,

b. EXHIBITS TO DEBTOR'S DISCLOSURE STATEMENT DATED NOVEMBER 24, 2020, and

c. DEBTOR'S PLAN OF LIQUIDATION DATED NOVEMBER 24, 2020

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 24, 2020      By    /s/ Nelly Marin
                                                         NELLY MARIN

| | |
|---|---|
| Temblor Petroleum Company<br>c/o Philip Bell<br>8 Wistar Road<br>Villanova, PA 19085<br>(DEBTOR) | Office of US Trustee<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721 |
| U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 | California Energy Exchange Commission<br>c/o D. Keith B. Dunnagan<br>BPE Law Group, P.C.<br>2339 Gold Meadow Way, Suite 101<br>Gold River, CA 95670 |
| Halliburton Energy Services, Inc.<br>c/o Jeff Carruth, Esq.<br>Weycer, Kaplan, Pulaski & Zuber<br>3030 Matlock Road, Suite 201<br>Arlington, TX 76015 | Kings County Development Limited<br>c/o John J. Harris, Esq.<br>Casso & Sparks, LLP<br>13300 Crossroads Parkway North, Suite 410<br>City of Industry, CA 91746 |
| Tracy Hope Davis<br>c/o Office of the United States Trustee<br>Attn: Justin C. Valencia<br>2500 Tulare Street, Suite 1401<br>Fresno, CA 93721 | Petro-Lud, Inc.<br>c/o Clayton Ludington, President<br>12625 Jomani Drive, Suite 103<br>Bakersfield, CA 93312 |
| Petro-Lud, Inc.<br>c/o Michael N. Mills, Esq.<br>Stoel Rives, LLP<br>500 Capitol Mall, Suite 1600<br>Sacramento, CA 95814 | Eagle Petroleum Monterey<br>c/o Donald C. Oldaker<br>Cliffford & Brown<br>1430 Truxtun Avenue, No. 900<br>Bakersfield, CA 93301 |
| Inprovest, LLC<br>c/o Chris D. Kuhner, Esq.<br>Kornfield, Nyberg, Bendes, Kuhner & Little<br>1970 Broadway, Ste. 600<br>Oakland, CA 94612 | Paul Graham Drilling<br>c/o Thomas R. Phinney<br>Parkinson & Phinney<br>3600 American River Drive., Suite 145<br>Sacramento, CA 95864 |