**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 20-11367 - A - 11
TEMBLOR PETROLEUM COMPANY, LLC,    ) Docket Control No. LKW-13
Debtor.                            ) Document No. 221
                                   ) Date: 01/07/2021
                                   ) Time: 10:30 AM
                                   ) Dept: A
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the hearing on approval of disclosure statement is CONTINUED to February 24, 2021 at 9:30 a.m. in Department A, Courtroom 11, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that not later than February 3, 2021, the debtor will file an amended plan and disclosure statement.

IT IS FURTHER ORDERED that not later than February 12, 2021, written objections may be filed.

Dated: January 08 2021

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

TEMBLOR PETROLEUM COMPANY, LLC
8 Wistar Road
Villanova PA 19085

Chris D. Kuhner
1970 Broadway, Suite 600
OAKLAND CA 94612

John J. Harris
13300 Crossroads Pkwy N #410
City of Industry CA 91746

Justin C. Valencia
2500 Tulare St #1401
Fresno CA 93721

Leonard K. Welsh
4550 California Ave 2nd Fl
Bakersfield CA 93309