```
2
LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, CA 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for Debtor-in-Possession
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

TEMBLOR PETROLEUM COMPANY, LLC,

　　Debtor-in-Possession.

Case No. 20-11367-A-11
Chapter 11
DC No. LKW-18

Date: April 28, 2021
Time: 9:30 a.m.
Place: Bankruptcy Court – Department A
United States Courthouse
2500 Tulare Street, Fifth Floor
Courtroom 11
Fresno, CA
Judge: Honorable Jennifer E. Niemann

## DECLARATION OF PHILIP F. BELL IN SUPPORT OF MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 FILED BY DEBTOR

I, PHILIP F. BELL, declare:

1. I am the Managing Member of Temblor Petroleum Company, LLC ("Debtor"). Debtor is a limited liability company organized and existing under the laws of the State of California. Debtor owns and operates a petroleum and oil production business and Debtor conducts its business in California.

2. Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code on April 9, 2020. Debtor is an oil and gas production company and Debtor is conducting its business as a "debtor-in-possession". A Trustee has not been sought or appointed to serve in Debtor's case and Debtor.

3. Debtor filed a First Amended Disclosure Statement and First Amended Plan of Liquidation on February 3, 2021 and a hearing on approval of the First Amended Disclosure

Statement was held on February 24, 2021. The Court did not approve Debtor's First Amended Disclosure Statement and, instead, the Court has ordered Debtor to file a Second Amended Disclosure Statement and Second Amended Plan of Liquidation by April 17, 2021.

4. Debtor has determined after consulting with its attorneys that it will be difficult for Debtor to confirm a Plan of Reorganization or Plan of Liquidation in its Chapter 11 case and, for that reason, it is in the best interest of all parties concerned for the Court to convert Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code.

5. The foregoing statements are within my personal knowledge and I can testify competently thereof if called as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2021      By: /s/ Philip F. Bell
                                PHILIP F. BELL