LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, CA 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

TEMBLOR PETROLEUM COMPANY, LLC.

Debtor-in-Possession.

Case No. 20-11367-A-11
Chapter 11
DC No. LKW-4

Date: March 31, 2021
Time: 9:30 a.m.
Place: United States Courthouse
2500 Tulare Street, Department A
Courtroom 11
Fresno, CA
Judge: Honorable Jennifer E. Niemann

## DEBTOR-IN-POSSESSION'S FOURTH CHAPTER 11 STATUS CONFERENCE STATEMENT

TO THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:

TEMBLOR PETROLEUM COMPANY, LLC ("Debtor") submits the following Fourth Chapter 11 Status Conference Statement:

A. **BACKGROUND**

1. Information about Debtor's background and the events leading to Debtor's Chapter 11 case is included in the "Debtor-in-Possession's Chapter 11 Status Conference Statement" filed on June 5, 2020. For that reason, the background information and information about the events leading to Debtor's Chapter 11 case will not be repeated in this Debtor-in-Possession's Fourth Chapter 11 Status Conference Statement.

**B. PRESENT STATUS**

2. Debtor filed a Motion for Order Converting Chapter 11 Case to Chapter 7 Filed by Debtor ("the Motion") on March 26, 2021 and the Motion is scheduled to be heard by the Court on April 28, 2021. Debtor expects the Motion to be granted and for Debtor's Chapter 11 case to be converted to Chapter 7 soon after April 28, 2021. For that reason, Debtor will not file a Second Amended Disclosure Statement or Second Amended Plan of Liquidation as ordered by the Court.

3. Debtor requests that the Chapter 11 Status Conference be continued to a date after April 28, 2021 to insure that Debtor's Chapter 11 case has been converted to Chapter 7.

Date: March 29, 2021      LAW OFFICES OF LEONARD K. WELSH

By:   /s/ Leonard K. Welsh
      LEONARD K. WELSH
      Attorneys for Debtor-in-Possession