UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re:    Temblor Petroleum Company, LLC

Case No.:    20-11367

**CHAPTER 11 MONTHLY OPERATING REPORT**

**MONTH ENDED:**    3/31/21

*Indicate if Amended*

**Petition Date:**   4/9/20

## SUMMARY OF FINANCIAL STATUS

1. **Debtor in possesion (or trustee) hereby submits this Monthly Operating Report on the:**
   ☐ CASH   ☒ ACCRUAL basis of accounting *(select one)* .

| 2. Cash Receipts & Disbursements | | Current Month | | Cumulative Since Filing |
|---|---|---|---|---|
| a. Total Cash Receipts | B | 8,000.00 | B | 68,881.03 |
| b. Total Cash Disbursements | B | 7,132.65 | B | 69,017.36 |
| c. Receipts Over/(Under) Disbusements *(Line 2a - 2b)* | B | 867.35 | B | (136.33) |
| d. Cash Balance Beginning of Month <u>and</u> at Filing | A | 269.39 | B/S | 1,273.07 |
| e. Cash Balance End of Month *(Line 2c + 2d)* | A | 1,136.74 | B/S | 1,136.74 |

| | | End of Current Month | | As of Filing Date |
|---|---|---|---|---|
| 3. **Accounts Receivable, Net** | C | 0.00 | B/S | 2,010,834.51 |
| 4. **Inventory** | D | 0.00 | B/S | 0.00 |
| 5. **Post-Petition/Administrative Liabilities:** | | | | |
| a. Post-Petition Accounts Payable | E | 296,468.38 | | N/A |
| b. Post-Petition Professional Fees/Exp Payable | E | 20,814.60 | | N/A |
| c. Post-Petition Pmts Due to Sec. Creditors/Lessors | E | 0.00 | | N/A |
| d. U.S. Trustee Fees Due | E | 0.00 | | N/A |
| e. Post-Petition Taxes Payable | F | 0.00 | | N/A |
| f. Other Post-Petition Liabilities **B/S** *(Lines 23, 24, 26 & 27)* | | 0.00 | | N/A |
| g. Unpaid Claims Under 11 U.S.C. § 503(b)(9) **B/S** | | 0.00 | B/S | N/A |

**During this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 6. | | X | Were any payments made to secured creditors or lessors? *If yes, attach detailed listing.* |
| 7. | | X | Were any payments made on *pre-petition unsecured* debts? *If yes, attach detailed listing.* |
| 8. | X | | Were any payments made to professionals? *If yes, attach a detailed listing.* |
| 9. | | | If the answer to #7 and/or #8 is **Yes**, were all such payments approved by the court? |
| 10. | | X | Were any payments made *to or on behalf of* owners, officers or other insiders? *If yes, attach detailed listing.* |

**As of the end of this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 11. | X | | Was the estate insured for liability, casualty and/or worker's comp. coverage? *If no, attach explanation.* |
| 12. | X | | Was the Debtor current in the filing of all tax and/or information returns? *If no, attach explanation.* |
| 13. | X | | Was the Debtor current in the payment of all <u>*post-petition*</u> taxes due? *If no, attach explanation.* |

I declare under penalty of perjury that I have reviewed this Monthly Report of Operations and, after making reasonable inquiry, believe that the information is true and correct.

| Date | Philip F. Bell | |
|---|---|---|
| | Name of Responsible Individual | Signature of Responsible Individual |

FOR MONTH ENDED: _____3/31/21_____

## SUMMARY OF FINANCIAL STATUS CONT'D

### 14. LIST OF REQUIRED ATTACHMENTS TO THE MONTHLY OPERATING REPORT

*"X" confirms the following documents are completed __and__ attached:*

| | | |
|---|---|---|
| a. | X | SCHEDULE A - Summary of Cash Accounts; *Indicate "N/A"* __if the debtor did not have any cash/bank accounts at anytime during the reporting period.__ |
| b. | X | SCHEDULE B - Statement of Cash Receipts and Cash Disbursements |
| c. | X | SCHEDULE C - Accounts Receivable; *Indicate "N/A" if none.* |
| d. | X | SCHEDULE D - Inventory; *Indicate "N/A" if none.* |
| e. | X | SCHEDULE E - Post Petition Liabilities; *Indicate "N/A" if none.* |
| f. | X | SCHEDULE F - Post Petition Federal and State Taxes; *Indicate "N/A" if none.* |
| g. | X | PROFIT/(LOSS) STATEMENT (P/L); *Indicate "N/A"* __if the debtor received authorization to file Monthly Operating Reports using the "Cash" basis method of accounting.__ |
| h. | X | BALANCE SHEET (B/S) |
| i. | | DETAILED LISTINGS required for a "Yes" response to questions #6, 7, 8 and/or 10 on Page 1 *Indicate "N/A"* __if no detailed listings are required.__ |
| j. | | EXPLANATIONS required for a "No" response to questions #11, 12 and/or 13 on Page 1 *Indicate "N/A"* __if no explanations are required.__ |
| k. | | Detailed Transaction Register, Bank Statement and Bank Reconciliation __for each account listed on Schedule A;__ *Indicate "N/A" if the debtor did not have any cash/bank accounts during the reporting period.* |

__If any the following Items are "N/A" (Not Applicable), they do not have to be provided with this Report:__
- SCHEDULE A
- SCHEDULES C __and__ D  *(both Schedules must be "N/A")*
- SCHEDULE E *(all sections of Schedule must be "N/A")*
- SCHEDULE F
- PROFIT/(LOSS) STATEMENT
- DETAILED LISTINGS for questions #6, 7, 8 AND 10.
- EXPLANATIONS for questions #11, 12 AND 13.
- DETAILED TRANSACTION REGISTERS, BANK STATEMENTS, BANK RECONCILIATIONS

FOR MONTH ENDED: ___3/31/21___

## SCHEDULE A
### RECAP OF CASH ACCOUNTS

_____ *Indicate if Debtor did not have any cash/bank accounts during the reporting period.*

| Name of Bank or Cash Account *(Incl. pre-petition & DIP accounts)* | Account Purpose *(i.e. gen, p/r, cc)* | Acct # (last 4 digits) | Beginning Balance | (+) Receipts | (+) Disbursements | (+/-) Transfers | Ending Balance | Register, Bank Stmt & Bank Rec. Provided "X" = yes |
|---|---|---|---|---|---|---|---|---|
| Citizens Business Bank | gen | 0283 | 97.53 | 8,000.00 | 7,096.65 | 0.00 | 1,000.88 | X |
| Citizens Business Bank | payroll | 0267 | 69.86 | 0.00 | 18.00 | 0.00 | 51.86 | X |
| Citizens Business Bank | tax | 0224 | 102.00 | 0.00 | 18.00 | 0.00 | 84.00 | X |
| | | | | | | | | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | Total | | 269.39 | 8,000.00 | 7,132.65 | 0.00 | 1,136.74 | |
| | Amt Per Sch B | | 8,000.00 | 7,132.65 | Amt Per **B/S** | | 1,136.74 | |
| | Diff. (should be $0) | | 0.00 | 0.00 | Diff. *(should be $0)* | | 0.00 | |

### Account Purpose Abbreviations

gen = general operating
p/r = payroll
tax = tax
cc = cash collateral
per = personal
bl = blocked
cash = cash on hand/petty cash

*Amounts reported on Schedule A MUST be supported by detailed transaction (i.e. check) registers*

FOR MONTH ENDED: _____ 3/31/21 _____

## SCHEDULE B
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | | Current Month | Cumulative Since Filing |
|---|---|---|---|
| 1 | **Cash Receipts:** | | |
| 2 | Cash sales (*ordinary course cash and merchant credit card sales*) | | |
| 3 | Rents/Leases Collected | | |
| 4 | Accounts Receivable Collected | C | |
| 5 | Interest Received | | |
| 6 | Proceeds from Sale of Estate Asset(s) | | |
| 7 | Borrowings (*from non-insiders*) | | |
| 8 | Funds from Shareholders, Partners or Other Insiders | | |
| 9 | Capital Contributions | | |
| 10 | Other Cash Receipts: | B/S | |
| 11 | Refunded Bank Fees | | 28.88 |
| 12 | Borrowing from members | 8,000.00 | 66,852.15 |
| 13 | SBA Loan | | 2,000.00 |
| 14 | | | |
| 15 | **Total Cash Receipts** A | 8,000.00 | 68,881.03 |
| 16 | **Cash Disbursements:** | | |
| 17 | Payments to Vendors for Merchandise | | |
| 18 | Administrative Expenses | 89.00 | 4,151.62 |
| 19 | Payments on Secured Debt (*detailed listing required*) | | |
| 20 | Payments on Pre-Petition Unsecured Debt (*detailed listing required*) | | |
| 21 | Rent/Lease Payments | | |
| 22 | Net Amts Paid to Owner(s), Officers & Insiders (*detailed listing required*) | | |
| 23 | Payroll (less employee withholding) | | |
| 24 | Taxes Paid: | | |
| 25 | Employee Withholding | | |
| 26 | Employer Payroll Taxes | | |
| 27 | Sales Taxes | | |
| 28 | Real Property Taxes | | |
| 29 | Other Taxes | | 4,000.00 |
| 30 | Payments to Professionals (*detailed listing required*) E | 7,043.65 | 30,209.35 |
| 31 | Other Cash Disbursements: | | |
| 32 | United States Trustee Fees E | | 1,300.00 |
| 33 | Draws and Distributions Paid to Owners (*detailed listing required*) | B/S | |
| 34 | Health Insurance | | 9,719.40 |
| 35 | Business Insurance | | 19,217.93 |
| 36 | Land Services | | 419.06 |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | **Total Cash Disbursements** A | 7,132.65 | 69,017.36 |
| 41 | **Net Increase/(Decrease) in Cash** | 867.35 | (136.33) |

SCHEDULE B

FOR MONTH ENDED: _____ 3/31/21 _____

## SCHEDULE C
## ACCOUNTS RECEIVABLE
_____ *Indicate if none*

|   |   |   |   | Aging of Pre Petition and Post-Petition Accounts Receivable |
|---|---|---|---|---|
| 1 | Ending Balance Reported in Prior Month | 0.00 | | |
| 2 | Add: New Receivables for this Month | | 0 - 30 Days | |
| 3 | Less: Amounts Collected this Month | 0.00 **B** | 31 - 60 Days | |
| 4 | Subtotal | 0.00 | 61 - 90 Days | |
| 5 | Adjustments (+/-) *(Explanation Required)* | | 90+ Days | 2,010,834.51 |
| 6 | Ending Balance | 0.00 | | 2,010,834.51 |
| 7 | Less: Allowance for Doubtful Accounts | | | |
| 8 | Accounts Receivable, Net | 0.00 **B/S** | | |

*Explanation for any Adjustments to Accounts Receivable:*

_____

_____

_____

## SCHEDULE D
## INVENTORY AND COST OF GOODS SOLD
_____ *Indicate if none*

| | | |
|---|---|---|
| 1 | Ending Balance Reported in Prior Month | |
| 2 | Add: Merchandise Purchased | |
| 3 | Adjustments (+/-) *(Explanation Required)* | |
| 4 | Less: Ending Balance | **B/S** |
| 5 | Cost of Goods Sold | 0.00 **P/L** |

*Explanation for any Adjustments to Inventory:*

_____

_____

_____

SCHEDULES C  D

FOR MONTH ENDED: _____3/31/21_____

## SCHEDULE E
## POST-PETITION LIABILITIES

### POST-PETITION ACCOUNTS PAYABLE

| | | | *Indicate if none* | | |
|---|---|---|---|---|---|
| | | | | **Post-Petition Aging** | |
| 1 | Ending Balance Reported in Prior Month | 279,447.61 | | | |
| 2 | Add: Debts Incurred this Month | 16,004.22 | 0 - 30 Days | 16,004.22 | |
| 3 | Less: Payments Made this Month | (1,016.55) | 31 - 60 Days | 7,779.97 | |
| 4 | Subtotal | 296,468.38 | 61 - 90 Days | 272,684.19 | |
| 5 | Adjustments (+/-) *(Explanation Required)* | | 90+ Days | | |
| 6 | Ending Balance | 296,468.38 B/S | | 296,468.38 | |

### POST-PETITION PROFESSIONAL FEES & EXPENSES PAYABLE

| | | | *Indicate if none* | | |
|---|---|---|---|---|---|
| | | | | **Post-Petition Aging** | |
| 7 | Ending Balance Reported in Prior Month | 15,352.30 | | | |
| 8 | Add: Fees/Exp Incurred this Month | 5,462.30 | | | |
| 9 | Less: Payments Made this Month | 0.00 B | 0 - 30 Days | 5,462.30 | |
| 10 | Less: Retainer(s) Applied this Month | 0.00 | 31 - 60 Days | 15,352.30 | |
| 11 | Subtotal | 20,814.60 | 61 - 90 Days | | |
| 12 | Adjustments (+/-) *(Explanation Required)* | | 90+ Days | | |
| 13 | Ending Balance | 20,814.60 B/S | | 20,814.60 | |

### POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| | | | X | *Indicate if none* | | |
|---|---|---|---|---|---|---|
| | | | | | **Post-Petition Aging** | |
| 14 | Ending Balance Reported in Prior Month | 0.00 | | | | |
| 15 | Add: Payments Due this Month | 0.00 | | 0 - 30 Days | | |
| 16 | Less: Payments Made this Month | 0.00 B | | 31 - 60 Days | | |
| 17 | Subtotal | 0.00 | | 61 - 90 Days | | |
| 18 | Adjustments (+/-) *(Explanation Required)* | | | 90+ Days | | |
| 19 | Ending Balance | 0.00 B/S | | | 0.00 | |

### U.S. TRUSTEE QUARTERLY FEES DUE

| | | | X | *Indicate if none* | | |
|---|---|---|---|---|---|---|
| | | | | | **Post-Petition Aging** | |
| 20 | Ending Balance Reported in Prior Month | 0.00 | | | | |
| 21 | Add: Fees Due this Month | 0.00 | | 0 - 30 Days | | |
| 22 | Less: Payments Made this Month | 0.00 B | | 31 - 60 Days | | |
| 23 | Subtotal | 0.00 | | 61 - 90 Days | | |
| 24 | Adjustments (+/-) *(Explanation Required)* | | | 90+ Days | | |
| 25 | Ending Balance | 0.00 B/S | | | 0.00 | |

*Explanation(s) for any Adjustments to Post-Petition Liabilities:*

_____

_____

SCHEDULE E

FOR MONTH ENDED: <u>3/31/21</u>

**SINCE NONE WAS INDICATED ON THIS SCHEDULE, THIS PAGE IS NOT REQUIRED IN THE CURRENT MONTH'S REPORT**

## SCHEDULE F
## POST-PETITION TAXES PAYABLE

<u>X</u> *Indicate if none*

1 Ending Balance Reported for Prior Month _____

2 **PAYROLL TAX LIABILITY THIS MONTH**

| 3 | | Withholding | Employer | Total | |
|---|---|---|---|---|---|
| 4 | Federal income tax | 0.00 | | 0.00 | |
| 5 | FICA | | | 0.00 | |
| 6 | Medi-care | | | 0.00 | |
| 7 | State income tax | | | 0.00 | |
| 8 | State disability | | | 0.00 | |
| 9 | Federal unemployment | | | 0.00 | |
| 10 | State unemployment | | | 0.00 | |
| 11 | Training Tax (ETT) | | | 0.00 | |
| 12 | Total | 0.00 | 0.00 | | |
| 13 | Total Payroll Taxes Incurred this Month | | | | 0.00 |

14 **OTHER TAX LIABILITIES THIS MONTH**

| 15 | Sales Tax | _____ | |
|---|---|---|---|
| 16 | Excise/Use Tax | _____ | |
| 17 | Real Property Tax | _____ | |
| 18 | Personal Property Tax | _____ | |
| 19 | Federal Income Tax | _____ | |
| 20 | State Income or Franchise Tax | _____ | |
| 21 | Other: _____ | _____ | |
| 22 | Total Other Taxes Incurred this Month | | 0.00 |

23 **SUMMARY OF PAYMENTS MADE THIS MONTH FOR POST-PETITION TAXES:**

| Bank Acct. # (last 4-digits) | Date Paid | Payee & Type of Tax | Check # | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| | | Total tax payments from *attached listing* | | |

| 24 | Total Payments Made on Post-Petition Tax Debts | 0.00 |
|---|---|---|
| 25 | Ending Balance | 0.00 |

SCHEDULE F

### PROFIT AND LOSS STATEMENT (P/L)
#### FOR MONTH ENDED: _____3/31/21_____

| | | Current Month | Cumulative Since Filing |
|---|---|---|---|
| 1 | **REVENUES** | | |
| 2 | Working Interest Revenue | (26,859.80) | (301,290.09) |
| 3 | Less: Sales Returns & Allowances | | |
| 4 | Less: Collected Taxes Included in Gross Sales | | |
| 5 | **Net Sales** | **(26,859.80)** | **(301,290.09)** |
| 6 | Less: Costs of Goods Sold | D | |
| 7 | **Gross Profit** | **(26,859.80)** | **(301,290.09)** |
| 8 | Rents/Leases | | |
| 9 | Interest | | |
| 10 | Other: | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | **TOTAL REVENUES** | **(26,859.80)** | **(301,290.09)** |
| 15 | **EXPENSES** | | |
| 16 | Compensation to Owner(s)/Officer(s)/Other Insider(s) | | |
| 17 | Payroll | | |
| 18 | Contract Labor | | |
| 19 | Rent/Lease | | 9,627.00 |
| 20 | Insurance | | 24,279.75 |
| 21 | Depreciation/Amortization | | |
| 22 | Taxes: Employer Payroll | | |
| 23 | Property | | |
| 24 | Federal & State Income/Franchise | | 4,000.00 |
| 25 | Other: ADP Fee | | 73.85 |
| 26 | | | |
| 27 | Health Insurance | | 9,719.40 |
| 28 | Utilities | | |
| 29 | Professional Fees/Exp *Unrelated to Bankruptcy* | | 365.00 |
| 30 | Repairs and Maintenance | | |
| 31 | Travel and Entertainment | | |
| 32 | Other: Internet/Broadband | 15.00 | 1,244.96 |
| 33 | Other Services | | 2,220.63 |
| 34 | Phone | 185.15 | 2,221.80 |
| 35 | Payroll Fees | | 697.59 |
| 36 | Bank Fees | | 1,191.58 |
| 37 | **TOTAL EXPENSES** | **200.15** | **55,641.56** |
| 38 | **PROFIT/(LOSS) FROM OPERATIONS** | **(27,059.95)** | **(356,931.65)** |
| 39 | **REORGANIZATION ITEMS** | | |
| 40 | Professional Fees/Expenses | 7,190.60 | 62,679.19 |
| 41 | (Gain)/Loss From Sale of Estate Assets | | |
| 42 | Other: | | |
| 43 | U.S. Trustee Quarterly Fees | | 1,300.00 |
| 44 | **TOTAL REORGANIZATION ITEMS** | **7,190.60** | **63,979.19** |
| 45 | **NET PROFIT/(LOSS)** | **(34,250.55)** B/S | **(420,910.84)** |

PROFIT LOSS STATEMENT

**BALANCE SHEET (B/S)**
AS OF MONTH ENDED:   3/31/21

| | | | End of Current Month | As of Filing Date |
|---|---|---|---:|---:|
| 1 | **ASSETS** | | | |
| 2 | Cash and Cash Equivalents | A | 1,136.74 | 1,273.07 |
| 3 | Accounts Receivable (Net) | C | 0.00 | 2,010,834.51 |
| 4 | Inventory | D | 0.00 | |
| 5 | Prepaid Expenses | | | |
| 6 | Retainer(s) Held by Professionals | | 0.00 | 19,640.50 |
| 7 | Commercial Real Property | 5,223,706.57 | | |
| 8 | Commercial Personal Property | 2,000.00 | | |
| 9 | Less: Accumulated Depreciation/Depletion | | | |
| 10 | Commercial Property Net of Accumulated Depr/Depl | | 5,225,706.57 | 5,225,706.57 |
| 11 | Loans to Owners/Insiders/Affiliates | | | |
| 12 | Other:   Investments | | 127,546.00 | 127,546.00 |
| 13 | Working interests in projects | | 5,323,016.00 | 5,323,016.00 |
| 14 | | | | |
| 15 | | | | |
| 16 | TOTAL ASSETS   *Line 47* | | **10,677,405.31** | **12,708,016.65** |
| 17 | **LIABILITIES and EQUITY** | | | |
| 18 | **POST-PETITION LIABILITIES:** | | | |
| 19 | Accounts Payable | E | 296,468.38 | 0.00 |
| 20 | Arrearages on Secured Debt & Executory Contracts | E | 0.00 | 0.00 |
| 21 | Professional Fees/Exp Payable | E | 11,225.80 | 0.00 |
| 22 | Taxes Payable | F | 0.00 | 0.00 |
| 23 | Salaries and Wages Payable | | | 0.00 |
| 24 | Notes Payable | | 0.00 | 3,132,368.73 |
| 25 | Other:   U.S. Trustee Fees Payable | E | 0.00 | 0.00 |
| 26 | | | | 0.00 |
| 27 | | | | 0.00 |
| 28 | **TOTAL POST-PETITION LIABILITIES** | | **307,694.18** | **3,132,368.73** |
| 29 | **PRE-PETITION LIABILITIES:** | | | |
| 30 | Secured Claims | | | |
| 31 | Priority Unsecured Claims: | | | |
| 32 | Tax Claims | | | |
| 33 | Wage Claims | | | |
| 34 | Other:   § 503(b)(9) Claims | | | |
| 35 | | | | |
| 36 | **Total Priority Unsecured Claims** | | **0.00** | **0.00** |
| 37 | General Unsecured Claims | | | |
| 38 | **TOTAL PRE-PETITION LIABILITIES** | | **0.00** | **0.00** |
| 39 | **TOTAL LIABILITIES** | | **307,694.18** | **0.00** |
| 40 | **EQUITY:** | | | |
| 41 | Equity/(Deficit) at Time of Filing | | 10,790,621.97 | 9,575,647.92 |
| 42 | Capital Stock | | | |
| 43 | Paid-in-Capital | | | |
| 44 | Post-Petition Contributions/(Distributions)/(Draws) *from Schedule E* | B | 0.00 | N/A |
| 45 | Post-Pet Profit/(Loss) or Change in Equity from Operations | | (420,910.84) | N/A |
| 46 | **TOTAL EQUITY/(DEFICIT)** | | **10,369,711.13** | **9,575,647.92** |
| 47 | **TOTAL LIABILITIES AND EQUITY**   *Line 16* | | **10,677,405.31** | **12,708,016.65** |

## REQUIRED DETAILED LISTINGS
### FOR MONTH ENDED: __3/31/21__

**ITEM # 6 ON PAGE 1 (PAYMENTS TO SECURED CREDITORS OR LESSORS)**
*Cash Payments to Secured Creditors and Lessors as Reported on Schedule B, Lines 19 & 21 .*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|------|---------|---------------------------|-------|--------|-------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | TOTAL | 0.00 |  |

**ITEM #7 ON PAGE 1 (PAYMENTS ON PRE-PETITION UNSECURED DEBTS)**
*Cash Payments for Pre-petition Unsecured Debts as Reported on Schedule B, Line 20.*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|------|---------|---------------------------|-------|--------|-------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | TOTAL | 0.00 |  |

**ITEM #8 ON PAGE 1 (PAYMENTS TO PROFESSIONALS)**
*Cash Payments to Professionals as Reported on Schedule B, Line 30.*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|------|---------|---------------------------|-------|--------|-------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | TOTAL | 0.00 |  |

**ITEM #10 ON PAGE 1 (PAYMENTS TO OWNERS, OFFICERS AND OTHER INSIDERS)**
*Net Payments to Owners and Other Insiders as Reported on Schedule B, Line 22.*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|------|---------|---------------------------|-------|--------|-------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | TOTAL | 0.00 |  |

*Draws and Distributions Paid to Owners as Reported on Schedule B, Line 33.*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|------|---------|---------------------------|-------|--------|-------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | TOTAL | 0.00 |  |

## REQUIRED EXPLANATIONS
FOR MONTH ENDED:  3/31/21

**ITEM #11 ON PAGE 1 (INSURANCE):**

**ITEM #12 ON PAGE 1 (TAX/INFORMATION RETURNS):**

**ITEM #13 ON PAGE 1 (PAYMENTS OF POST-PETITION TAXES):**

**Transaction Register**
**General Account ending in 0283**

Beginning Balance 4/17/2020                              $         -

| Date | Tranaction | | |
|------|------------|---|---|
| 4/30/2020 | Transfer from xxxx | $ | 27.97 |
| 4/30/2020 | Transfer from xxxx | $ | 979.82 |
| 4/30/2020 | Transfer to Payroll account xxxx | $ | (100.00) |
| 4/30/2020 | Transfer to Tax account xxxx | $ | (100.00) |
| 4/30/2020 | Service Charge | $ | (28.00) |

Ending Balance 4/30/2020                              $    779.79

| 5/4/2020 | Telephone tranefer fee reveral | $ | 5.00 |
|----------|-------------------------------|---|------|
| 5/4/2020 | Telephone tranefer fee reveral | $ | 5.00 |
| 5/4/2020 | Reversed/Waiver Service Charge | $ | 18.00 |
| 5/29/2020 | Service Charge | $ | (18.00) |

Ending Balance 5/29/2020                              $    789.79

| 6/5/2020 | Member Loan | $15,355.00 | |
|----------|-------------|---|---|
| 6/5/2020 | Wire fees | $ | (100.00) |
| 6/24/2020 | EFT - Blue Shield of CA | $ | (9,719.40) | Health insurance |
| 6/24/2020 | EFT - Bank Direct Capital | $ | (697.77) | Liability insurance |
| 6/30/2020 | Bank Charges | $ | (18.00) |

Ending Balance 6/30/2020                              $  5,609.62

| 7/1/2020 | Cost for Checks | $ | (25.25) |
|----------|-----------------|---|---------|
| 7/2/2020 | Member Loan | $ | 4,000.00 |
| 7/6/2020 | Willis of Texas (check 10001) | $ | (3,822.00) | Liability insurance |
| 7/9/2020 | Bank Credits | $ | 0.88 |
| 7/10/2020 | SBA Loan | $ | 2,000.00 |
| 7/15/2020 | Cost for Checks | $ | (13.22) |
| 7/20/2020 | Tranfer to Tax Account | $ | (5,000.00) |
| 7/20/2020 | Wire Fee | $ | (5.00) |
| 7/21/2020 | Willis of Texas (check 10001) | $ | (490.00) | Liability insurance |
| 7/24/2020 | Member Loan | $ | 1,371.00 |
| 7/27/2020 | Bank Direct (Insurance premium) | $ | (687.77) | Liability insurance |
| 7/27/2020 | Tranfer to Payroll | $ | (200.00) |
| 7/31/2020 | Member Loan | $ | 703.00 |
| 7/31/2020 | Service Charge | $ | (33.00) |

Ending Balance 7/31/2020                              $  3,408.26

| Date | Description | Amount | Note |
|---|---|---|---|
| 8/4/2020 | Transfer to Gatcell Operating | $ (75.00) | |
| 8/4/2020 | Transfer to Payroll (0267) | $ (401.01) | |
| 8/4/2020 | Check 1003 | $ (325.00) | US Trustee Payment |
| 8/4/2020 | Check 1004 | $ (1,436.57) | Retrive Temblor seismi |
| 8/18/2020 | West Coast Land online payment | $ (365.00) | Lease work |
| 8/25/2020 | BankDirect online payment | $ (697.77) | Liability insurance |
| 8/28/2020 | Transfer from Taxes (0224) | $ 500.00 | |
| 8/31/2020 | Bank Fees | $ (33.00) | |
| | Ending Balance 8/31/2020 | $ 574.91 | |
| 9/3/2020 | Loan from Member | $ 10,000.00 | |
| 9/3/2020 | Wire Fee | $ (20.00) | |
| 9/22/2020 | Loan From Member | $ 6,000.00 | |
| 9/22/2020 | Wire Fee | $ (20.00) | |
| 9/24/2020 | BankDirect online payment | $ (697.77) | Liability insurance |
| 9/28/2020 | Energy Advisors (check 1005) | $ (9,700.00) | Broker to sell assets |
| 9/28/2020 | Willis of Texas (check 1006) | $ (4,318.00) | Liability insurance |
| 9/30/2020 | Bank Fees | $ (33.00) | |
| | Ending Balance 9/30/2020 | $ 1,786.14 | |
| 10/13/2020 | Check 1007 | $ (419.06) | West Coast Land |
| 10/14/2020 | Loan From Member | $ 723.00 | |
| 10/26/2020 | BankDirect online payment | $ (697.77) | Liability insurance |
| 10/30/2020 | Service Charge | $ (33.00) | |
| | Ending Balance 10/31/2020 | $ 1,359.31 | |
| 11/6/2020 | US Trustee (check 1008) | $ (650.00) | Trusteee payment |
| 11/9/2020 | Loan from Member | $ 3,000.00 | |
| 11/9/2020 | Transfer from Payroll account | $ 2,500.00 | |
| 11/9/2020 | Wire fee | $ (20.00) | |
| 11/19/2020 | Leornard Welch (check 1009) | $ (5,316.50) | Legal fees |
| 11/25/2020 | BankDirect online payment | $ (697.77) | Liability insurance |
| 11/30/2020 | Service charge | $ (33.00) | |
| | Ending Balance 11/30/2020 | $ 142.04 | |
| 12/14/2020 | Loan from Member | $ 5,000.00 | |
| 12/14/2020 | Wire fee | $ (20.00) | |
| 12/28/2020 | BankDirect online payment | $ (697.77) | Liability insurance |
| 12/31/2020 | Service charge | $ (33.00) | |
| | Ending Balance 12/31/2020 | $ 4,391.27 | |

| Date | Description | Amount | Category |
|---|---|---|---|
| 1/6/2021 | Leonard Welch (check 1010) | $ (4,074.50) | Legal fees |
| 1/20/2021 | Loan from Member | $ 5,000.00 | |
| 1/20/2021 | Wire fee | $ (20.00) | |
| 1/22/2021 | BankDirect online payment | $ (697.77) | Liability insurance |
| 1/28/2021 | Leonard Welch (check 1011) | $ (4,074.70) | Legal fees |
| 1/26/2021 | Loan from Member | $ 4,500.00 | |
| 1/26/2021 | Wire fee | $ (20.00) | |
| 1/29/2021 | Service charge | $ (33.00) | |
| | Ending Balance 1/31/2021 | $ 4,971.30 | |
| 2/1/2021 | Leonard Welch (check 1012) | $ (4,318.00) | Legal fees |
| 2/12/2021 | US Trustee (check 1013) | $ (325.00) | |
| 2/22/2021 | Transfer from Taxes account | $ 300.00 | |
| 2/22/2021 | Transfer from Payroll account | $ 200.00 | |
| 2/24/2021 | BankDirect online payment | $ (697.77) | Liability insurance |
| 2/26/2021 | Service charge | $ (33.00) | |
| | Ending Balance 2/28/2021 | $ 97.53 | |
| 3/3/2021 | Loan from Member | $ 8,000.00 | |
| 3/3/2021 | Wire fee | $ (20.00) | |
| 3/10/2021 | Leonard Welch (check 1014) | $ (7,043.65) | |
| 3/31/2021 | Service charge | $ (33.00) | |
| | Ending Balance 3/31/2021 | $ 1,000.88 | |



**CITIZENS**
**BUSINESS BANK**
A Financial Services Company

PO Box 3938, Ontario, CA 91761

*Statement Ending 03/31/2021*

Temblor Petroleum Company LLC          Page 1 of 4
Account Number:511100283

## Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Phone Number | 888.222.5432 |
| ✉ | Website | cbbank.com |
| 🖵 | Email | customersupport@cbbank.com |

TEMBLOR PETROLEUM COMPANY LLC
DEBTOR-IN-POSSESSION
CASE # 20-11367
GENERAL
5201 CALIFORNIA AVE STE 340
BAKERSFIELD CA 93309-1672

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 511100283 | $1,000.88 |

## BUSINESS CHECKING-511100283

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 02/27/2021 | Beginning Balance | $97.53 | Minimum Balance | $97.53 |
| | 1 Credit(s) This Period | $8,000.00 | Average Ledger Balance | $2,414.49 |
| | 3 Debit(s) This Period | $7,096.65 | Average Available Balance | $2,414.49 |
| 03/31/2021 | Ending Balance | $1,000.88 | | |
| | Service Charges | $33.00 | | |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 03/03/2021 | WIRE/IN-202106201363;ORG PHILIP BELL;REF TS20210303112237 | $8,000.00 |
| | | 1 item(s) totaling $8,000.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/03/2021 | WIRE FEE | $20.00 |
| 03/31/2021 | SERVICE CHARGE | $33.00 |
| | | 2 item(s) totaling $53.00 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1014 | 03/10/2021 | $7,043.65 |

* Indicates skipped check number                    1 item(s) totaling $7,043.65

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/03/2021 | $8,077.53 | 03/10/2021 | $1,033.88 | 03/31/2021 | $1,000.88 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE: | $18.00 |

Member FDIC

Temblor Petroleum Company LLC     511100283     Statement Ending 03/31/2021     Page 2 of 4

| OUTSTANDING CHECKS | | INSTRUCTIONS |
|---|---|---|

| No. | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

PLEASE EXAMINE THIS STATEMENT AT ONCE AND IMMEDIATELY NOTIFY THE BANK OF ANY ERRORS.

,ALL ITEMS CREDITED ARE SUBJECT TO FINAL PAYMENT.

1. Compare each paid check with your check stub or register and mark as paid.
2. Bank balance shown on front of your statement.
3. Compare any deposits shown on statement, including bank originated credits, with those entered in your check register. Add any not shown on statement...................... _____
4. Subtotal............................................................................................................ _____
5. Subtract total of outstanding checks...................................................................... _____
6. Account Balance............................................................................................... _____
7. Your check book balance...................................................................................... _____
8. Subtract any bank charges including monthly service charge or transfers you have authorized and have been deducted on this statement............ _____
9. Adjusted check book balance................................................................................ _____

*Denotes a point at which one or more check serial numbers are unaccounted for this statement period. It may indicate outstanding checks or checks shown on previous statements.

## STATEMENTS AND IMAGES

Your account statement will include the following information with respect to each check paid against your account during the statement cycle: (1) the check number (2) the amount of the check; and (3) the date of the payment.
Copies of checks can be requested by calling customer service at (888) 222-5432. Please refer to our Bank Product and Service Information for applicable fees under Research Requests.

## THE FOLLOWING NOTICE CONCERNING ELECTRONIC TRANSFER APPLIES IF YOUR ACCOUNT IS MAINTAINED FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS CONTACT US AT:

Telephone: (888) 222-5432
or write us at:
Citizens Business Bank P O Box 51000, Ontario, CA 91761

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If you have a question concerning your statement, please be prepared to:

1. Provide your name and account number (if any).
2. Provide the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about and clearly explain why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

## BUSINESS CHECKING-511100283 (continued)

**Service Charge Summary (continued)**

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR BUS ONLINE - ENHNCD (50 | $15.00 |
| Total Service Charge | $33.00 |

Temblor Petroleum Company LLC     511100283     Statement Ending 03/31/2021     Page 4 of 4



1014    $7,043.65    3/10/2021



1014    $7,043.65    3/10/2021

**Transaction Register**
**Payroll DIP Account ending in 0267**

Beginning Balance 4/17/2020                    $          -

| Date | Tranaction | | |
|------|-----------|---|---|
| 4/30/2020 | Transfer from 0283 | $ | 100.00 |
| 4/30/2020 | Service Charge | $ | (18.00) |

Ending Balance 4/30/2020                        $      82.00

| 5/29/2020 | Service Charge | $ | (18.00) |

Ending Balance 5/29/2020                        $      64.00

| 6/30/2020 | Service Charge | $ | (18.00) |

Ending Balance 6/30/2020                        $      46.00

| 7/24/2020 | Overdraft Charge | $ | (15.00) |
| 7/24/2020 | ADP Payroll Fees | $ | (143.29) |
| 7/27/2020 | Tranfer from General | $ | 200.00 |
| 7/27/2020 | Overdraft Charge | $ | (35.00) |
| 7/29/2020 | Loan from Member | $ | 3,000.00 |
| 7/29/2020 | Wire Fee | $ | (20.00) |
| 7/31/2020 | Service Charge | $ | (18.00) |

Ending Balance 7/31/2020                        $   3,014.71

| 8/4/2020 | Transfer from General (0283) | $ | 401.01 | |
| 8/10/2020 | ADP | $ | (401.01) | ADP Service |
| 8/10/2020 | Wire fee | $ | (35.00) | |
| 8/31/2020 | Bank Fee | $ | (18.00) | |

Ending Balance 8/31/2020                        $   2,961.71

| 9/25/2020 | ADP | $ | (10.00) |
| 9/30/2020 | Bank Fee | $ | (18.00) |

Ending Balance 9/30/2020                        $   2,933.71

| 10/30/2020 | Bank Fee | $ | (18.00) |

Ending Balance 10/31/2020                       $   2,915.71

| | | | |
|---|---|---|---|
| 11/9/2020 | Transfer to general | $ | (2,500.00) |
| 11/30/2020 | Bank Fee | $ | (18.00) |
| | | | |
| Ending Balance 11/30/2020 | | $ | 397.71 |
| | | | |
| 12/31/2020 | Bank Fee | $ | (18.00) |
| | | | |
| Ending Balance 12/31/2020 | | $ | 379.71 |
| | | | |
| 1/27/2021 | ADP fee | $ | (73.85) |
| 1/29/2021 | Bank Fee | $ | (18.00) |
| | | | |
| Ending Balance 1/31/2021 | | $ | 287.86 |
| | | | |
| 2/22/2021 | Tranfer to General Account | $ | (200.00) |
| 2/26/2021 | Bank Fee | $ | (18.00) |
| | | | |
| Ending Balance 2/28/2021 | | $ | 69.86 |
| | | | |
| Service Charge | | $ | (18.00) |
| | | | |
| Ending Balance 3/31/2021 | | $ | 51.86 |



**CITIZENS BUSINESS BANK**

A Financial Services Company

PO Box 3938, Ontario, CA 91761

### Statement Ending 03/31/2021

Temblor Petroleum Company LLC      Page 1 of 2
Account Number:511100267

### Managing Your Accounts

| | | |
|---|---|---|
| Phone Number | 888.222.5432 | |
| Website | cbbank.com | |
| Email | customersupport@cbbank.com | |

TEMBLOR PETROLEUM COMPANY LLC
DEBTOR-IN-POSSESSION
CASE # 20-11367
PAYROLL
5201 CALIFORNIA AVE STE 340
BAKERSFIELD CA 93309-1672

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 511100267 | $51.86 |

## BUSINESS CHECKING-511100267

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 02/27/2021 | Beginning Balance | $69.86 | Minimum Balance | $69.86 |
| | 0 Credit(s) This Period | $0.00 | Average Ledger Balance | $69.86 |
| | 1 Debit(s) This Period | $18.00 | Average Available Balance | $69.86 |
| 03/31/2021 | Ending Balance | $51.86 | | |
| | Service Charges | $18.00 | | |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/31/2021 | SERVICE CHARGE | $18.00 |
| | | 1 item(s) totaling $18.00 |

### Daily Balances

| Date | Amount |
|---|---|
| 03/31/2021 | $51.86 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE: | $18.00 |
| Total Service Charge | $18.00 |

Member FDIC

| OUTSTANDING CHECKS | | INSTRUCTIONS |
|---|---|---|

| No. | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**PLEASE EXAMINE THIS STATEMENT AT ONCE AND IMMEDIATELY NOTIFY THE BANK OF ANY ERRORS.**

**ALL ITEMS CREDITED ARE SUBJECT TO FINAL PAYMENT.**

1. Compare each paid check with your check stub or register and mark as paid.
2. Bank balance shown on front of your statement.
3. Compare any deposits shown on statement, including bank originated credits, with those entered in your check register. Add any not shown on statement.
4. Subtotal.
5. Subtract total of outstanding checks.
6. Account Balance.
7. Your check book balance.
8. Subtract any bank charges including monthly service charge or transfers you have authorized and have been deducted on this statement.
9. Adjusted check book balance.

*Denotes a point at which one or more check serial numbers are unaccounted for this statement period. It may indicate outstanding checks or checks shown on previous statements.*

## STATEMENTS AND IMAGES

Your account statement will include the following information with respect to each check paid against your account during the statement cycle: (1) the check number (2) the amount of the check; and (3) the date of the payment.
Copies of checks can be requested by calling customer service at (888) 222-5432. Please refer to our Bank Product and Service Information for applicable fees under Research Requests.

## THE FOLLOWING NOTICE CONCERNING ELECTRONIC TRANSFER APPLIES IF YOUR ACCOUNT IS MAINTAINED FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS CONTACT US AT:

Telephone: (888) 222-5432
or write us at:
Citizens Business Bank P O Box 51000, Ontario, CA 91761

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If you have a question concerning your statement, please be prepared to:

1. Provide your name and account number (if any).
2. Provide the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about and clearly explain why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

**Transaction Register**
**Tax DIP Account ending in 0224**

| | | | |
|---|---|---|---|
| Beginning Balance 4/17/2020 | | $ | - |

| Date | Tranaction | | |
|---|---|---|---|
| 4/30/2020 | Transfer from 0283 | $ | 100.00 |
| 4/30/2020 | Service Charge | $ | (18.00) |
| Ending Balance 4/30/2020 | | $ | 82.00 |
| 5/29/2020 | Service Charge | $ | (18.00) |
| Ending Balance 5/29/2020 | | $ | 64.00 |
| 6/30/2020 | Service Charge | $ | (18.00) |
| Ending Balance 6/30/2020 | | $ | 46.00 |
| 7/20/2020 | Tranfer from General Account | $ | 5,000.00 |
| 7/21/2020 | Franchise Tax Board | $ | (800.00) |
| 7/21/2020 | Franchise Tax Board | $ | (800.00) |
| 7/21/2020 | Franchise Tax Board | $ | (800.00) |
| 7/21/2020 | Franchise Tax Board | $ | (800.00) |
| 7/21/2020 | Franchise Tax Board | $ | (800.00) |
| 7/31/2020 | Service Charge | $ | (18.00) |
| Ending Balance 7/31/2020 | | $ | 1,028.00 |
| 8/28/2020 | Transfer to General (0283) | $ | (500.00) |
| 8/31/2020 | Bank Fees | $ | (18.00) |
| Ending Balance 8/31/2020 | | $ | 510.00 |
| 9/30/2020 | Bank Fees | $ | (18.00) |
| Ending Balance 9/30/2020 | | $ | 492.00 |
| 10/30/2020 | Bank Fees | $ | (18.00) |
| Ending Balance 10/31/2020 | | $ | 474.00 |
| 11/30/2020 | Bank Fees | $ | (18.00) |
| Ending Balance 11/30/2020 | | $ | 456.00 |

| | | | |
|---|---|---|---|
| 12/31/2020 | Bank Fees | $ | (18.00) |
| Ending Balance 12/31/2020 | | $ | 438.00 |
| 12/31/2020 | Bank Fees | $ | (18.00) |
| Ending Balance 1/31/2021 | | $ | 420.00 |
| 2/22/2021 | Tranfer to General Account | $ | (300.00) |
| 2/26/2021 | Bank Fees | $ | (18.00) |
| Ending Balance 2/28/2021 | | $ | 102.00 |
| 3/31/2021 | Bank Fees | $ | (18.00) |
| Ending Balance 3/31/2021 | | $ | 84.00 |



## CITIZENS
## BUSINESS BANK
A Financial Services Company

PO Box 3938, Ontario, CA 91761

**Statement Ending 03/31/2021**

Temblor Petroleum Company LLC                    Page 1 of 2
Account Number:511100224

## *Managing Your Accounts*

TEMBLOR PETROLEUM COMPANY LLC
DEBTOR-IN-POSSESSION
CASE # 20-11367
TAXES
5201 CALIFORNIA AVE STE 340
BAKERSFIELD CA 93309-1672

Phone Number    888.222.5432

Website          cbbank.com

Email            customersupport@cbbank.com

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 511100224 | $84.00 |

## BUSINESS CHECKING-511100224

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 02/27/2021 | Beginning Balance | **$102.00** | Minimum Balance | $102.00 |
| | 0 Credit(s) This Period | $0.00 | Average Ledger Balance | $102.00 |
| | 1 Debit(s) This Period | $18.00 | Average Available Balance | $102.00 |
| 03/31/2021 | Ending Balance | **$84.00** | | |
| | Service Charges | $18.00 | | |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/31/2021 | SERVICE CHARGE | $18.00 |
| | | 1 item(s) totaling $18.00 |

### Daily Balances

| Date | Amount |
|---|---|
| 03/31/2021 | $84.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE: | $18.00 |
| Total Service Charge | $18.00 |

Member FDIC

Temblor Petroleum Company LLC          511100224          Statement Ending 03/31/2021          Page 2 of 2

| | | |
|---|---|---|
| **OUTSTANDING CHECKS** | | **INSTRUCTIONS** |

| No. | Amount |
|-----|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

**PLEASE EXAMINE THIS STATEMENT AT ONCE AND IMMEDIATELY NOTIFY THE BANK OF ANY ERRORS.**

**ALL ITEMS CREDITED ARE SUBJECT TO FINAL PAYMENT.**

1. Compare each paid check with your check stub or register and mark as paid.
2. Bank balance shown on front of your statement....................................................
3. Compare any deposits shown on statement, including bank originated credits, with those
   entered in your check register. Add any not shown on statement................................
4. Subtotal...............................................................................................
5. Subtract total of outstanding checks.............................................................
6. Account Balance......................................................................................
7. Your check book balance............................................................................
8. Subtract any bank charges including monthly service charge
   or transfers you have authorized and have been deducted on this statement..................
9. Adjusted check book balance.......................................................................

*Denotes a point at which one or more check serial numbers are unaccounted for this
statement period.  It may indicate outstanding checks or checks shown on previous statements.*

| | |
|---|---|
| **STATEMENTS AND IMAGES** | |

Your account statement will include the following information with respect to each check paid against your account during the statement cycle: (1) the check number (2) the amount of the check; and (3) the date of the payment.
Copies of checks can be requested by calling customer service at (888) 222-5432. Please refer to our Bank Product and Service Information for applicable fees under Research Requests.

**THE FOLLOWING NOTICE CONCERNING ELECTRONIC TRANSFER APPLIES IF YOUR ACCOUNT IS MAINTAINED FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS CONTACT US AT:**

Telephone: (888) 222-5432
or write us at:
Citizens Business Bank P O Box 51000, Ontario, CA 91761

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If you have a question concerning your statement, please be prepared to:

1. Provide your name and account number (if any).
2. Provide the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about and clearly explain why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the county of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 4550 California Avenue, Bakersfield, California 93309. My e-mail address is tlidgett@lkwelshlaw.com.

On April 19 **2021**, I served the foregoing document described as follows:

**CHAPTER 11 MONTHLY OPERATING REPORT**

[X] by placing the true copies thereof
[ ] by placing the original

addressed as stated on the attached Service List.

[X] **BY MAIL** I enclosed such document in sealed envelope(s) with the name(s) and address(s) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 19, 2021 at Bakersfield, California.

_____
Trinette Lidgett
Type or Print Name

_____
Signature

**SERVICE LIST**

1

Temblor Petroleum Company
2   c/o Philip Bell
8 Wistar Road
3   Villanova, PA 19085

4
Office of US Trustee
5   2500 Tulare Street, Room 1401
Fresno, CA  93721

6

California Energy Exchange Commission
7   c/o D. Keith B. Dunnagan
BPE Law Group, P.C.
8   2339 Gold Meadow Way, Suite 101
Gold River, CA 95670
9

10  Halliburton Energy Services, Inc.
c/o Jeff Carruth, Esq.
11  Weycer, Kaplan, Pulaski & Zuber
3030 Matlock Road, Suite 201
12  Arlington, TX 76015

13
Kings County Development Limited
14  c/o John J. Harris, Esq.
Casso & Sparks, LLP
15  13300 Crossroads Parkway North, Ste. 410
City of Industry, CA 91746
16

17  Tracy Hope Davis
c/o Office of the United States Trustee
18  Attn: Justin C. Valencia
2500 Tulare Street, Suite 1401
19  Fresno, CA 93721

20
Petro-Lud, Inc.
21  c/o Clayton Ludington, President
12625 Jomani Dr., Suite 104
22  Bakersfield, CA 93312

23
Michael N. Mills
24  Stoel Rives, LLP
500 Capitol Mall, Suite 1600
25  Sacramento, CA 95814

26

27

28