2
LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
1800 30th Street, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

TEMBLOR PETROLEUM COMPANY, LLC,

    Debtor-in-Possession.

Case No. 20-11367-A-11
Chapter 11
DC No. LKW-18

Date: April 28, 2021
Time: 9:30 a.m.
Place: Bankruptcy Court – Department A
        United States Courthouse
        2500 Tulare Street, Fifth Floor
        Courtroom 11
        Fresno, CA
Judge: Honorable Jennifer E. Niemann

## ORDER CONVERTING CHAPTER 11
## CASE TO CHAPTER 7 FILED BY DEBTOR

The Motion for Order Converting Chapter 11 Case to Chapter 7 Filed by Debtor ("the Motion") filed by Temblor Petroleum Company ("Debtor") came on for hearing on April 28, 2021 after notice to Debtor, the United States Trustee, all creditors, and parties requesting special notice.

After considering the Motion including the Declaration of Philip F. Bell in Support of Motion for Order Converting Chapter 11 Case to Chapter 7 Filed by Debtor filed on March 26, 2021, Proof of Service on Debtor, the United States Trustee, all creditors, and parties requesting special notice having been filed by Debtor, there being no objection or opposition to the Motion having been filed or made, and good cause appearing for the Motion to be granted,

31E8300.DOC          1

IT IS ORDERED that,

1. the Motion for Order Converting Chapter 11 Case to Chapter 7 Filed by Debtor filed by Debtor is granted and

2. the Chapter 7 case filed by Debtor is converted to Chapter 7 effective on entry of this Order.

Dated: May 05 2021

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

31E8300.DOC

2