**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** TEMBLOR PETROLEUM          **Case No.:** 20-11367 - A - 11
COMPANY, LLC

                                                   **Docket Control No.** LKW-15

                                                   **Date:** 05/06/2021
                                                   **Time:** 10:30 AM

**Matter:** Continued Amended Chapter 11 Disclosure Statement Filed by
Debtor TEMBLOR PETROLEUM COMPANY, LLC - [273] - Amended Chapter 11
Disclosure Statement [LKW-15] [221] Disclosure Statement Filed by
Debtor TEMBLOR PETROLEUM COMPANY, LLC (shes)

**Judge: Jennifer E. Niemann**
**Courtroom Deputy: Rosalia Estrada**
**Reporter: Not Recorded**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Hearing Dropped as moot

On May 5, 2021, this case was converted to one under Chapter 7. Doc.
#326. Therefore, the hearing on the disclosure statement was dropped
as moot.