United States Bankruptcy Court
Eastern District of California

In re:     Case No. 20-11367-A

TEMBLOR PETROLEUM COMPANY, LLC     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-1     User: shes     Page 1 of 4
Date Rcvd: May 05, 2021     Form ID: 309C     Total Noticed: 142

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TEMBLOR PETROLEUM COMPANY, LLC, 8 Wistar Road, Villanova, PA 19085-1513 |
| aty | + | Ashley Teesdale, 611 Anton Blvd #1400, Costa Mesa, CA 92626-1931 |
| aty | + | Chris D. Kuhner, 1970 Broadway, Suite 600, OAKLAND, CA 94612-2218 |
| aty | + | D. Keith B. Dunnagan, 2339 Gold Meadow Way, Suite 101, Gold River, CA 95670-6307 |
| aty | + | Donald C. Oldaker, 1801 18th St, Bakersfield, CA 93301-4308 |
| aty | + | Hyun Suk Choi, 23 S. Warren St 2nd Floor, Trenton, NJ 08608-2107 |
| aty | + | John J. Harris, 13300 Crossroads Pkwy N #410, City of Industry, CA 91746-3440 |
| aty | + | Justin C. Valencia, 2500 Tulare St #1401, Fresno, CA 93721-1326 |
| aty | + | Leonard K. Welsh, 1800 30th Street, Fourth Floor, Bakersfield, CA 93301-1919 |
| aty | + | Michael N. Mills, 500 Capitol Mall #1600, Sacramento, CA 95814-4740 |
| aty | + | Thomas R. Phinney, 3600 American River Drive, Suite 145, Sacramento, CA 95864-5960 |
| cr | + | California Energy Exchange Corporation, 2339 Gold Meadow Way #101, Gold River, CA 95670-6307 |
| cr | + | Eagle Petroleum Monterey, LLC, Clifford & Brown, a Professional Corpora, 1430 Truxtun Ave #900, Bakersfield, CA 93301-5226 |
| cr | + | Eagle Petroleum, LLC, Clifford & Brown, a Professional Corpora, 1430 Truxtun Ave #900, Bakersfield, CA 93301-5226 |
| cr | + | Halliburton Energy Services, Inc., 3030 Matlock Rd #201, Arlington, TX 76015-2936 |
| cr | + | Inproinvest, LLC, Kornfield, Nyberg, Bendes, Kuhner & Litt, 1970 Broadway, Suite 600, Oakland, CA 94612-2218 |
| cr | + | Kings County Development Limited, Casso and Sparks LLP, 13300 Crossroads Pkwy N #410, City of Industry, CA 91746-3440 |
| cr | + | Petro-Lud, Inc., 12625 Jomani Dr #104, Bakersfield, CA 93312-3445 |
| ustr | + | Tracy Hope Davis, Justin C. Valencia, 2500 Tulare St #1401, Fresno, CA 93721-1326 |
| 23036596 | + | Anthem Blue Cross, P O Box 54587, Los Angeles CA 90054-0587 |
| 23036597 | + | Anthem Blue Cross RX, P O Box 5283, Carol Stream IL 60197-5283 |
| 23044882 | + | B&L Equipment Rentals Inc, PO Box 22260, Bakersfield, CA 93390-2260 |
| 23036598 | + | Beretta Investment Group, P O Box 9116, Bakersfield CA 93389-9116 |
| 23052886 | + | Beretta Investment Group, a general partnership, Dessy & Dessy, APC, 1301 L Street, Bakersfield, CA 93301-4508 |
| 23036599 | + | Blue Shield of California, P O Box 749415, Los Angeles CA 90074-9415 |
| 23036600 | + | Bright Brown, 550 North Brand Blvd Ste 2100, Glendale CA 91203-3384 |
| 23063689 | + | Bright and Brown, 550 North Brand Blvd, Suite 2100, Glendale, CA 91203-3384 |
| 23036601 | + | Brighthouse Networks, P O Box 51013, Los Angeles CA 90051-5313 |
| 23036605 | + | CIPA, 1001 K Street 6th Floor, Sacramento CA 95814-3817 |
| 23036608 | + | CW Bell TUW Res Tr FBO Barbara, 10909 Baronet Road, Owings Mills MD 21117-3003 |
| 23036609 | + | CW Bell TUW Res Tr FBO Christy, 4211 Westland Lane Southport, Southport NC 28461-9088 |
| 23036610 | | CW Bell TUW Res Tr FBO Evan, 3140 N Morning Drive, Billings MT 59102 |
| 23036611 | + | CW Bell TUW Res Tr FBO Martha, 375 Star Light Drive, Fort Mill SC 29715-8397 |
| 23036612 | + | CW Bell TUW Res Tr FBO Philip, 8 Wistar Road, Villanova PA 19085-1513 |
| 23065002 | + | California Energy Exchange Corporation, BPE Law Group, P.C., 2330 Gold Meadow Way #101, Gold River CA 95670-4471 |
| 23145001 | + | California State Lands Commission, 100 Howe Avenue, Suite 100 South, Sacramento, CA 95825-8219 |
| 23134495 | + | Canary Production Services, LLC, PO Box 9123, Denver, CO 80209-0123 |
| 23036603 | + | Canon Financial Services Inc, 14904 Collections Center Drive, Chicago IL 60693-0149 |
| 23036604 | + | Cardmember Services, P O Box 19048, Saint Louis MO 63118-9048 |
| 23036607 | | County of Santa Barbara, 123 Eat Anapamu Street, Santa Barbara CA 93101 |
| 23073504 | + | Driltek, Inc., c/o Clifford & Brown, 1430 Truxtun Avenue, Suite 900, Bakersfield, CA 93301-5226 |
| 23065885 | + | Eagle Petroleum, 5201 California Avenue Suite 220, Bakersfield CA 93309-1689 |
| 23134507 | + | Eagle Petroleum, LLC, 1746-F South Victoria Avenue, #245, Ventura, CA 93003-6190 |
| 23101209 | + | Energy Tubulars, Inc., John D. Ott, 3020 Old Ranch Pkwy #300, Seal Beach, CA 90740-2751 |
| 23052885 | + | Fawn Kennedy Dessy, Dessy & Dessy, APC, 1301 L Street, Bakersfield, CA 93301-4508 |

Filed 05/07/21 — Case 20-11367 — Doc 331

| District/off: 0972-1 | User: shes | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 309C | Total Noticed: 142 |

| | | |
|---|---|---|
| 23075224 | + | Fred G. Rappleye, West Coast Land Service, 1230 Chester Ave, Bakersfield CA 93301-5432 |
| 23036304 | | Halliburton Energy Services, Inc., c/o Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C., Arlington, TX 76015 |
| 23122970 | + | Inproinvest, LLC, Chris D. Kuhner, 1970 Broadway, Suite 600, Oakland, CA 94612-2218 |
| 23071450 | + | Irani Engineering, Attn Ardeshir Irani, 35131 Beach Road, Capitstrano Beach CA 92624-1737 |
| 23105268 | + | JS, Much Shelist, 191 N. Wacker Drive, Chicago, IL 60606-1615 |
| 23036614 | + | John Linford, 200 New Stine Rpoad Suite 171, Bakersfield CA 93309-2653 |
| 23036615 | + | Key Energy Services LLC, c o Will Rutledge Esq, Dore Rothberg McKay, 17171 Park Row Suite 160, Houston TX 77084-4927 |
| 23115823 | + | Key Energy Services, LLC, C/O Dore Rothberg McKay, Attn. Allyson S, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| 23060580 | + | Keystone Diversified Energy Inc, 14009 Cardigan Avenue, Bakersfield CA 93314-9145 |
| 23036616 | + | Maria Chavez, 6201 Victor Street B, Bakersfield CA 93308-2911 |
| 23036617 | + | Montrose Environmental Group, P O Box 741137, Los Angeles CA 90074-1137 |
| 23036618 | + | Mountain Energy LLC, c o Rock Creek Oil Inc, 2100 McKinney 1550, Dallas TX 75201-6982 |
| 23058273 | + | N.C. Brun & Son, LLC, 25692 N Cherokee Lane, Galt CA 95632-8209 |
| 23045490 | + | National Oilwell Varco, L.P., Brian A. Baker, Stacy & Baker, P.C., 1010 Lamar, Suite 550, Houston, TX 77002-6394 |
| 23036619 | + | OGSys, 5801 Edwards Ranch Road Suite 200, Fort Worth TX 76109-4130 |
| 23036621 | + | PC Solutions, 9809 Casa Del Sol Drive, Bakersfield CA 93311-3028 |
| 23036620 | + | Patriot Environmental Services Inc, c o Jeff J Astarabadi Esq, Much Shelist PC, 2 Park Plaza Suite 1075, Irvine CA 92614-8587 |
| 23105269 | + | Patriot Environmental Services, Inc., Much Shelist c/o Jeffrey Schwartz, 191 N. Wacker Drive, Suite 1800, Chicago, IL 60606-1631 |
| 23102814 | + | Paul Graham Drilling and Service Company, Jill Graham, PO Box 669, Rio Vista CA 94571-0669 |
| 23036622 | + | Phillip Bell, 8 Wistar Road, Villanova PA 19085-1513 |
| 23128705 | + | Primoris Build, Own & Operate, LLC, Rutan & Tucker, LLP c/o Roger F. Friedma, 611 Anton Blvd., Ste. 1400, Costa Mesa, CA 92626-1931 |
| 23036623 | + | Primoris Services Corporation, P O Box 90022, Baton Rouge LA 70879-9022 |
| 23036624 | + | Pros Incorporated, P O Box 20996, Bakersfield CA 93390-0996 |
| 23065886 | + | Quality Tong Service Inc, P O Box 153, Live Oak CA 95953-0153 |
| 23051236 | + | Quill, Tom Riggleman, 7 Technology Cir, Columbia SC 29203-9591 |
| 23036625 | + | Redline Directional Services, c o Nathan M Hodges, Hodges Law Group, 1925 G Street, Bakersfield CA 93301-4321 |
| 23117354 | + | Redline Directional Services, LLC, Hodges Law Group, attn: Nathan M. Hodges, 1925 G Street, Bakersfield, CA 93301-4321 |
| 23134494 | + | Robin Lambourn, PO Box 9123, Denver, CO 80209-0123 |
| 23236238 | + | Ross Spence, Spence, Desenberg & Lee, PLLC, 1770 St. James Place, Suite 625, Houston, TX 77056-3500 |
| 23236239 | + | Santa Barbara County Air Pollution Control Distric, Ross Spence, Spence, Desenberg & Lee, PL, 1770 St. James Place, Suite 625, Houston, TX 77056-3500 |
| 23036627 | + | Stephens Production Company, 623 Garrison Avenue, Fort Smith AR 72901-2508 |
| 23062051 | + | TEMBLOR PETROLEUM, GROVER H. WALDON, ESQ., CLIFFORD & BROWN, 1430 TRUXTUN AVENUE, SUITE 900, BAKERSFIELD, CA 93301-5207 |
| 23036628 | + | Trio Petroleum Inc, 5401 Business Park South Suite 115, Bakersfield CA 93309-0713 |
| 23084994 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 23036629 | + | Unwired Broadbank Inc, 215 W Fallbrook Avenue Ste 203, Fresno CA 93711-5880 |
| 23036630 | + | Vern Jones Oil Gas Corp, 2981 Gold Canal Drive, Rancho Cordova CA 95670-6126 |
| 23059143 | + | Weatherford Artifical Lift Systems LLC, c/o Greg Koush, 2000 S, 2000 St. James Place, Houston, TX 77056-4123 |
| 23059147 | + | Weatherford U.S., L.P., c/o Greg Koush, 200, 2000 St. James Place, Houston, TX 77056-4123 |
| 23036631 | + | West Coast Land Service, 1230 Chester Avenue, Bakersfield CA 93301-5432 |
| 23036632 | + | Willis of Texas Inc, P O Box 731739, Dallas TX 75373-1739 |
| 23036595 | + | aAAA Quality Services Inc, P O Box 535, Farmersville CA 93223-0535 |
| 23036633 | + | zAAA Quality Services Inc, P O Box 535, Farmersville CA 93223-0535 |
| 23036634 | + | zAce Pump Inc, 848A W Centrury Street, Santa Maria CA 93455-1113 |
| 23036635 | + | zAmerican Geophysical Corporation, 5271 South Quebec Street, Englewood CO 80111-1804 |
| 23036636 | + | zB L Equipment Rental Inc, P O Box 22260, Bakersfield CA 93390-2260 |
| 23036637 | + | zBG Oil Tool LLC, P O Box 22704, Bakersfield CA 93390-2704 |
| 23036638 | + | zBlack Gold Valve Company LLC, P O Box 283, 135 Commercial Street, Princeton CA 95970-0283 |
| 23036639 | + | zBright Brown, 550 North Brand Blvd Suite 2100, Glendale CA 91203-3384 |
| 23036640 | + | zBurke, 4747 Mariah Mesa Court, Paradise CA 95969-6375 |
| 23036641 | + | zC Case Company Inc, 7010 W Cerini Avenue, Riverdale CA 93656-9622 |
| 23036648 | + | zCRACO, P O Box 13261, Bakersfield CA 93389-3261 |
| 23036642 | + | zCampos EPC LLC, 1401 Blake Street, Denver CO 80202-1325 |
| 23036643 | + | zCanary Productions Services, 14904 Collections Center Drive, Chicago IL 60693-0149 |
| 23036644 | + | zCasing Specialties, 12452 Snow Road, Bakersfield CA 93314-8015 |
| 23036645 | + | zChris P Smith, 6673 Avenida De Las Pescas, La Jolla CA 92037-6219 |
| 23036646 | + | zCoastline Technologies, P O Box 729, Avila Beach CA 93424-0729 |
| 23036647 | + | zCore Laboratories LP, P O Box 841787, Dallas TX 75284-1787 |
| 23036649 | + | zDriltek, 901 Tower Way Ste 102, Bakersfield CA 93309-1585 |
| 23036650 | + | zEarth Cycles Exploration LLC, 364 Bayan Court, Castle Rock CO 80104-5339 |
| 23036651 | + | zEnergy Tubulars, 3010 Old Ranch Parkway Suite 400, Seal Beach CA 90740-2750 |

| Recip ID | | Recipient |
|---|---|---|
| 23036652 | + | zGazelle Transportation LLC, 34915 Gazelle Court, Bakersfield CA 93308-9618 |
| 23036653 | + | zGeo Drilling Fluids, P O Box 1478, Bakersfield CA 93302-1478 |
| 23036654 | + | zGeodril Services, 9530 Hageman Road Suite B, Bakersfield CA 93312-3959 |
| 23036655 | + | zGeoguidance Drilling Services, P O Box 42647, Bakersfield CA 93384-2647 |
| 23036656 | + | zGeolog, P O Box 4406, El Dorado Hills CA 95762-0018 |
| 23036657 | + | zHalliburton, P O Box 301341, Dallas TX 75303-1341 |
| 23036658 | + | zInternational Reservoir Technology, 300 Union Blvd Suite 400, Denver CO 80228-1552 |
| 23036659 | + | zJD Rush Company, 5900 East Lerdo Highway, Shafter CA 93263-4023 |
| 23036660 | + | zJohn B Linford, 200 New Stine Road suite 171, Bakersfield CA 93309-2653 |
| 23036661 | + | zKey Energy Services, P O Box 4649, Houston TX 77210-4649 |
| 23036662 | + | zMid Valley Disposal, P O Box 12385, Fresno CA 93777-2385 |
| 23036663 | + | zN C Brun Son, 25692 N Cherokee Lane, Galt CA 95632-8209 |
| 23036664 | + | zNational Oilwell Varco, P O Box 202631, Dallas TX 75320-2631 |
| 23036665 | + | zOilfield Safety Anchor Service, 13061 Rosedale Highway, Box 115, Bakersfield CA 93314-7612 |
| 23036666 | + | zPaul Graham Drilling, P O Box 669, Rio Vista CA 94571-0669 |
| 23036667 | + | zPensinger Trailer Rental Inc, 1770 Golden State Avenue, Bakersfield CA 93301-1010 |
| 23036668 | + | zPrimoris Services Corporation, P O Box 90022, Baton Rouge LA 70879-9022 |
| 23036669 | + | zQuality Tong Service Inc, P O Box 91, Rio Oso CA 95674-0091 |
| 23036670 | + | zRandys Trucking inc, 1050 Wood Street, Taft CA 93268-4333 |
| 23036671 | + | zResolute Production Drilling, 6241 Oasis Avenue, Bakersfield CA 93307-9658 |
| 23036672 | + | zSmith Inernational Inc, P O Box 732136, Dallas TX 75373-2136 |
| 23036674 | + | zTRB Oilfield Services, 7657 Downing Avenue, Bakersfield CA 93308-5009 |
| 23036673 | + | zTiger Cased Hole Services Inc, P O Box 733368, Dallas TX 75373-3368 |
| 23036675 | + | zTyrion Integration, 3300 Patton Way Ste 1, Bakersfield CA 93308-5720 |
| 23036676 | + | zVector Environmental Inc, P O Box 10447, Bakersfield CA 93389-0447 |
| 23036677 | + | zWeatherford US, Chase Bank of Texas, L P P O Box 301003, Dallas TX 75303-1003 |
| 23036678 | + | zWest Coast Land Service, 1230 Chester Avenue, Bakersfield CA 93301-5432 |
| 23036679 | + | zZalco Laboraories Inc, 4309 Armour Avenue, Bakersfield CA 93308-4573 |

TOTAL: 133

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BJMVETTER.COM | May 06 2021 03:43:00 | Jeffrey M. Vetter, PO Box 2424, Bakersfield, CA 93303-2424 |
| smg | | EDI: EDD.COM | May 06 2021 03:43:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 06 2021 03:43:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 23036602 | | Email/Text: twise@gasbiz.com | May 06 2021 02:10:00 | California Energy Exchange Corporation, Attn Timothy O Wise, 2981 Gold Canal Drive, Rancho Cordova CA 95670 |
| 23036606 | + | Email/Text: tiffany@commercialtrade.com | May 06 2021 02:10:00 | Commercial Trade Inc, c o Sandra Kuhn McCormack, 5330 Office Center Court Ste C, Bakersfield CA 93309-1561 |
| 23061199 | + | Email/Text: tiffany@commercialtrade.com | May 06 2021 02:10:00 | Commercial Trade, Inc., 5330 Office Center Crt, Bakersfield CA 93309-1573 |
| 23135907 | | EDI: CALTAX.COM | May 06 2021 03:43:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 23036613 | + | EDI: CALTAX.COM | May 06 2021 03:43:00 | Franchise Tax Board, Special Procedures Section, P O Box 2952, Sacramento CA 95812-2952 |
| 23036303 | + | Email/Text: jcarruth@wkpz.com | May 06 2021 02:11:00 | Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C., 3030 Matlock Rd., Suite 201, Arlington, TX 76015-2936 |

TOTAL: 9

Filed 05/07/21    Case 20-11367    Doc 331

| District/off: 0972-1 | User: shes | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: May 05, 2021 | Form ID: 309C | Total Noticed: 142 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| acc | | Brown Armstrong |
| op | | Energy Advisors Group |
| 23128137 | | Kings County Development Limited |
| 23036626 | ##+ | Rock Creek Oil Inc, c o Travis Teague, 2100 McKiney 1550, Dallas TX 75201-6982 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021        Signature:    /s/Joseph Speetjens

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **TEMBLOR PETROLEUM COMPANY, LLC** <br> Name | EIN | **95–4580018** |
| United States Bankruptcy Court | **Eastern District of California** | Date case filed in chapter **11**: | **4/9/20** |
| Case number: | **20–11367 – A – 7** | Date case converted to chapter **7**: | **5/5/21** |

Official Form 309C (For Corporations or Partnerships)      10/20

# Notice of Conversion to Chapter 7 Bankruptcy Case – No Proof of Claim Deadline

**For the debtors listed above, a case was originally filed under chapter 11 on 4/9/20 and was converted to chapter 7 on 5/5/21.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | TEMBLOR PETROLEUM COMPANY, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 8 Wistar Road <br> Villanova, PA 19085 | |
| **4. Debtor's attorney** <br> Name and address | Leonard K. Welsh <br> 1800 30th Street, Fourth Floor <br> Bakersfield, CA 93301 | Contact phone: _____ |
| **5. Bankruptcy trustee** <br> Name and address | Jeffrey M. Vetter <br> PO Box 2424 <br> Bakersfield, CA 93303 | Contact phone: (661) 809–6806 |
| **6. Bankruptcy clerk's office** <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert E. Coyle United States Courthouse <br> 2500 Tulare Street, Suite 2501 <br> Fresno, CA 93721–1318 | Hours: M–F 9:00 AM – 4:00 PM <br> www.caeb.uscourts.gov <br> Phone: (559) 499–5800 <br> Date: 5/5/21 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 25, 2021 at 02:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** | Location: <br><br> **This meeting is being held telephonically. For telephonic information please go to www.caeb.uscourts.gov** |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |

Official Form 309C (For Corporations or Partnership) **Notice of Conversion to Chapter 7 Bankruptcy Case – No Proof of Claim Deadline**      page 1