**10**
LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
1800 30th Street, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TEMBLOR PETROLEUM COMPANY, LLC.<br><br>Debtor. | Case No. 20-11367-A-7<br>Chapter 7<br>DC No. LKW-19<br><br>Date: June 8, 2021<br>Time: 1:30 p.m.<br>Place: United States Courthouse<br>2500 Tulare Street, Fifth Floor<br>Courtroom 13<br>Fresno, CA<br>Judge: Honorable Jennifer E. Niemann |

### EXHIBITS TO EIGHTH AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LAW OFFICES OF LEONARD K. WELSH

INDEX OF EXHIBITS:                                                      PAGE

EXHIBIT "A" – Professional Biographies for Attorney and Legal Assistants
                Employed by Law Offices of Leonard K. Welsh............................ 2

EXHIBIT "B" – Time Entries for Services Rendered by Law Offices of Leonard
                K. Welsh from March 1, 2021 through April 30, 2021
                sorted by Task Code and Summary of Fees………..…............... 3-6

EXHIBIT "C" – Legal Services Agreement between Temblor Petroleum
                Company, LLC and Law Offices of Leonard K. Welsh................ 7-10

Dated: May 7, 2021                       LAW OFFICES OF LEONARD K WELSH

                                                    By /s/ Leonard K. Welsh
                                                    LEONARD K. WELSH
                                                    Attorney for Debtor

# EXHIBIT "A"

## Professional Biographies

**LEONARD K. WELSH**, Admitted to bar, 1981, California, U.S. District Court, Eastern, Central, Northern, and Southern Districts of California and U.S. Tax Court. Education: Brigham Young University (B.A., magna cum laude, 1977); Washington & Lee University (J.D., 1980). Employment: Law Offices of Leonard K. Welsh, Bakersfield, California. Certified as specialist in business and consumer bankruptcy law by American Board of Certification. Member American Bankruptcy Institute, Central California Bankruptcy Association, and Kern County Bankruptcy Forum. Selected as Southern California Super Lawyer by Law and Politics Magazine and Los Angeles Magazine. Adjunct Professor of Law at California State University – Bakersfield. Attorney – Delegate to Conference for United States District Court for Eastern District of California. Mr. Welsh has represented more than 100 debtors in reorganization cases filed under Chapter 11 and Chapter 12 of the Bankruptcy Code and has served as a Bankruptcy Dispute Resolution Advocate since 1999.

**TRINETTE M. LIDGETT**, Education: Regional Occupational Center (Legal Secretary, 1982). Employment: Legal Assistant, Law Offices of Leonard K. Welsh (2010 to Present), Legal Assistant, Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball (1998 to 2010), Legal Assistant, Law Offices of Leonard K. Welsh (1993 0 1998), Legal Secretary, Law Offices of Leonard K. Welsh (1984 – 1993), Price & Welsh (1982 – 1984); Board Member of Kern County Paralegal Association. Member American Bankruptcy Institute and Central California Bankruptcy Association.

Exhibit __A__

Page __2__

Temblor Petroleum Company, LLC
Chapter 11 Case No. 20-11367-A-11

**EXHIBIT "B"**
**TIME ENTRIES SORTED BY TASK CODE**
**TIME PERIOD MARCH 1, 2021 THROUGH APRIL 30, 2021**

<u>B110 Case Administration</u>

| Date | Atty | Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 03/03/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | EXCHANGED EMAILS WITH PHILIP BELL AND JOHN LINFORD REGARDING (1) CHAPTER 11 CASE, (2) CONFERENCE CALL WITH LEONARD K. WELSH AND (3) AGENDA FOR CONFERENCE CALL |
| 03/05/2021 | LKW | B110 | 350.00 | 0.50 | 175.00 | PREPARED EMAILS WITH PHILIP BELL, WILL MCGRATH AND JOHN LINFORD REGARDING (1) CHAPTER 11 CASE, (2) CONFERENCE CALL WITH LEONARD K. WELSH, AND (3) AGENDA FOR CONFERENCE CALL |
| 03/05/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | PREPARED DOCUMENTS FOR CONFERENCE CALL WITH PHILIP BELL, WILL MCGRATH, AND JOHN LINFORD INCLUDING (1) CORRESPONDENCE TO MR. LINFORD, (2) EXHIBIT TO FIRST AMENDED DISCLOSURE STATEMENT, AND (3) BILLING STATEMENT FOR FEBRUARY 2021 |
| 03/05/2021 | LKW | B110 | 350.00 | 0.50 | 175.00 | TELEPHONE CONFERENCE WITH PHILIP BELL, WILL MCGRATH, AND JOHN LINFORD REGARDING (1) CHAPTER 11, (2) OPTIONS AVAILABLE TO TEMBLOR PETROLEUM COMPANY, AND (3) ACTION PLAN FOR CLIENT AND ATTORNEYS |
| 03/11/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | EXCHANGED EMAILS WITH CLINT BAIRD REGARDING (1) MAILING ADDRESS FOR TEMBLOR PETROLEUM COMPANY AND (2) CASE ADMINISTRATION |
| 03/17/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | REVIEWED MONTHLY OPERATING REPORT FOR FEBRUARY 2021 AND FILE |
| 03/20/2021 | LKW | B110 | 350.00 | 0.50 | 175.00 | PREPARED LETTER TO PHILIP BELL REGARDING (1) CHAPTER 11 CASE, (2) MONTHLY OPERATING REPORT FOR FEBRUARY 2021 FILED BY TEMBLOR PETROLEUM COMPANY, AND (3) RECOMMENDATIONS FOR CLIENT IN CHAPTER 11 CASE |
| 03/23/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | EXCHANGED EMAILS WITH PHILIP BELL, WILL MCGRATH, AND JOHN LINFORD REGARDING (1) CHAPTER 11 CASE, (2) TELEPHONE CONFERENCE WITH LEONARD K. WELSH, AND (3) AGENDA FOR TELEPHONE CONFERENCE |
| 03/24/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | PREPARED FOR TELEPHONE CONFERENCE WITH PHILIP BELL, WILL MCGRATH, AND JOHN LINFORD INCLUDING (1) REVIEWED COURT DOCKET AND FILE AND (2) PREPARED OUTLINE FOR CONFERENCE |
| 03/24/2021 | LKW | B110 | 350.00 | 0.50 | 175.00 | TELEPHONE CONFERENCE WITH PHILIP BELL AND JOHN LINFORD REGARDING (1) CHAPTER 11 CASE, (2) OPTIONS AVAILABLE TO TEMBLOR PETROLEUM COMPANY, AND (3) RECOMMENDATION THAT CLIENT CONVERT CHAPTER 11 CASE TO CHAPTER 7 |
| 03/24/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | LEGAL RESEARCH REGARDING (1) MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 FILED BY DEBTOR, (2) LAW TO BE CITED IN MOTION, AND (3) SERVICE OF PROCESS |
| 03/24/2021 | LKW | B110 | 350.00 | 1.00 | 350.00 | PREPARED MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 FILED BY DEBTOR INCLUDING (1) NOTICE, (2) MOTION, AND (3) DECLARATION |
| 03/26/2021 | LKW | B110 | 350.00 | 0.30 | 105.00 | EXCHANGED EMAILS WITH PHILIP BELL REGARDING (1) CHAPTER 11 CASE, (2) MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 FILED BY DEBTOR, AND (3) SERVICE OF PROCESS |

Exhibit ___B___
Page ___3___

| Date | Atty | Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 03/26/2021 | LKW | B110 | 350.00 | 0.30 | 105.00 | TELEPHONE CONFERENCES WITH WILL MCGRATH AND PHILIP BELL REGARDING (1) MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 FILED BY DEBTOR, (2) CHAPTER 7 CASE, AND (3) LAW |
| 03/26/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | REVIEWED AND SIGNED MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 FILED BY DEBTOR INCLUDING (1) NOTICE AND (2) MOTION |
| 03/27/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | EXCHANGED EMAILS WITH JEFFREY SCHWARTZ AND JOHN HARRIS REGARDING (1) MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7, (2) HEARING SCHEDULED FOR APRIL 28, 2021, AND (3) CASE ADMINISTRATION |
| 03/29/2021 | LKW | B110 | 350.00 | 0.50 | 175.00 | PREPARED DEBTOR-IN-POSSESSION'S FOURTH CHAPTER 11 STATUS CONFERENCE STATEMENT |
| 03/30/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | REVIEWED PREHEARING DISPOSITION CALENDAR REGARDING CHAPTER 11 STATUS CONFERENCE SCHEDULED FOR MARCH 31, 2021-CONFERENCE CONTINUED TO MAY 6, 2021 |
| 04/19/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | REVIEWED (1) MONTHLY OPERATING REPORT FOR MARCH 2021 AND (2) FILE |
| 04/27/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | REVIEWED PREHEARING DISPOSITION CALENDAR REGARDING MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 FILED BY DEBTOR-MOTION GRANTED |
| 04/29/2021 | LKW | B110 | 350.00 | 0.20 | 70.00 | PREPARED EMAIL TO PHILIP BELL, WILL MCGRATH, AND JOHN LINFORD REGARDING (1) MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 FILED BY DEBTOR AND (2) CASE ADMINISTRATION |
| **Total for B110** | | | | 6.70 | 2,345.00 | BILLED |

**B130 Asset Disposition**

| Date | Atty | Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 04/01/2021 | LKW | B130 | 350.00 | 0.20 | 70.00 | PREPARED EMAILS TO MICHAEL DINI REGARDING (1) MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 FILED BY TEMBLOR PETROLEUM COMPANY AND (2) TREATMENT OF OIL, GAS, AND MINERAL LEASE IN CHAPTER 7 CASE |
| **Total for B130** | | | | 0.20 | 70.00 | BILLED |

**B160 Fee/Employment Applications**

| Date | Atty | Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 03/09/2021 | TML | B160 | 125.00 | 0.20 | 25.00 | PREPARED EMAIL TO PHILIP BELL REGARDING (1) SEVENTH APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LAW OFFICES OF LEONARD K. WELSH AND (2) SERVICE OF PROCESS |
| 03/10/2021 | LKW | B160 | 350.00 | 0.20 | 70.00 | REVIEWED AND SIGNED SEVENTH APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LAW OFFICES OF LEONARD K. WELSH INCLUDING (1) NOTICE, (2) APPLICATION, (3) EXHIBITS, AND (4) DECLARATION |
| 03/31/2021 | LKW | B160 | 350.00 | 0.30 | N/C | EXCHANGED EMAILS WITH PHILIP BELL REGARDING (1) FEES AND COSTS OWED TO LEONARD K. WELSH AND (2) PAYMENT OF FEES AND COSTS OWED TO LAW FIRM |
| 04/07/2021 | LKW | B160 | 350.00 | 0.10 | 35.00 | REVIEWED PREHEARING DISPOSITION CALENDAR REGARDING SEVENTH APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LAW OFFICES OF LEONARD K. WELSH- APPLICATION APPROVED |
| 04/08/2021 | LKW | B160 | 350.00 | 0.20 | 70.00 | PREPARED ORDER APPROVING SEVENTH APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LAW OFFICES OF LEONARD K. WELSH |



Exhibit ___B___
Page ___4___

| Date | Atty | Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 04/13/2021 | TML | B160 | 125.00 | 0.20 | 25.00 | PREPARED EMAIL TO PHILIP BELL REGARDING ORDER APPROVING SEVENTH APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LAW OFFICES OF LEONARD K. WELSH |
| Total for B160 | | | | 0.90 | 225.00 | BILLED |
| | | | | 0.30 | 105.00 | NO CHARGED |

### B210 Business Operations

| Date | Atty | Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 03/03/2021 | LKW | B210 | 350.00 | 0.20 | 70.00 | REVIEWED (1) MODEL FORM OPERATING AGREEMENT BETWEEN TEMBLOR PETROLEUM COMPANY AS OPERATOR AND SIGNATORY PARTIES AS NON-OPERATORS, (2) COURT DOCKET, AND (3) FILE |
| 03/12/2021 | LKW | B210 | 350.00 | 0.20 | 70.00 | EXCHANGED EMAILS WITH CLARENCE MOORE REGARDING (1) CHAPTER 11 CASE, (2) EDD ACCOUNT FOR TEMBLOR PETROLEUM COMPANY AND (3) BUSINESS OPERATIONS IN CHAPTER 11 CASE |
| Total for B210 | | | | 0.40 | 140.00 | BILLED |

### B240 Tax Issues

| Date | Atty | Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 03/02/2021 | LKW | B240 | 350.00 | 0.20 | 70.00 | REVIEWED (1) EMAILS FROM CLINT BAIRD AND PHILIP BELL, (2) TAX VOUCHERS PREPARED BY BROWN ARMSTRONG, AND (3) FILE |
| 04/19/2021 | LKW | B240 | 350.00 | 0.20 | 70.00 | EXCHANGED EMAILS WITH PHILIP BELL REGARDING (1) INCOME TAX RETURNS AND FORM K-1'S FOR 2021 PREPARED BY BROWN ARMSTRONG AND (2) LAW |
| Total for B240 | | | | 0.40 | 140.00 | BILLED |

### B310 Claims Administration and Objections

| Date | Atty | Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 03/25/2021 | LKW | B310 | 350.00 | 0.30 | 105.00 | LEGAL RESEARCH REGARDING (1) TREATMENT OF LOANS FROM MEMBERS IN CHAPTER 7 CASE, (2) EQUITABLE SUBORDINATION, AND (3) LAW TO BE CITED IN EMAIL TO PHILIP BELL |
| 03/25/2021 | LKW | B310 | 350.00 | 0.20 | 70.00 | EXCHANGED EMAILS WITH PHILIP BELL REGARDING (1) TREATMENT OF LOANS FROM MEMBERS IN CHAPTER 7 CASE, (2) EQUITABLE SUBORDINATION, AND (3) LAW |
| 04/01/2021 | LKW | B310 | 350.00 | 0.20 | 70.00 | TELEPHONE CONFERENCE WITH HENRY KNIGHT REGARDING (1) CHAPTER 11 CASE, (2) SANTA BARBARA AIR POLLUTION CONTROL DISTRICT, AND (3) CLAIMS ADMINISTRATION |
| 04/06/2021 | LKW | B310 | 350.00 | 0.30 | 105.00 | TELEPHONE CONFERENCE WITH STEVEN ROWLEE REGARDING (1) CHAPTER 11 CASE, (2) TRIO PETROLEUM, LLC AND (3) CLAIMS ADMINISTRATION |
| Total for B310 | | | | 1.00 | 350.00 | BILLED |

### B320 Plan and Disclosure Statement (including Business Plan)

| Date | Atty | Code | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 03/09/2021 | LKW | B320 | 350.00 | 1.00 | 350.00 | PREPARED EX PARTE APPLICATION FOR ORDER EXTENDING TIME FOR DEBTOR TO FILE SECOND AMENDED DISCLOSURE STATEMENT AND SECOND AMENDED PLAN OF LIQUIDATION INCLUDING (1) APPLICATION, (2) DECLARATION, AND (3) ORDER |
| 03/12/2021 | LKW | B320 | 350.00 | 0.20 | 70.00 | EXCHANGED EMAILS WITH JOHN HARRIS REGARDING (1) EX PARTE APPLICATION FOR ORDER EXTENDING TIME FOR DEBTOR TO FILE SECOND AMENDED DISCLOSURE STATEMENT AND SECOND AMENDED PLAN OF REORGANIZATION AND (2) PLAN ADMINISTRATION |
| Total for B320 | | | | 1.20 | 420.00 | BILLED |



Exhibit __B__
Page __5__

**B500 Litigation**

| Date | Atty | Task | Activity | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 03/03/2021 | LKW | B500 | | 350.00 | 0.20 | 70.00 | REVIEWED EMAILS FROM PHILIP BELL AND TRAVIS TEAGUE REGARDING (1) TEMBLOR PETROLEUM COMPANY V. CALIFORNIA ENERGY EXCHANGE LAWSUIT AND (2) TELEPHONE CONFERENCE WITH LEONARD K. WELSH |
| 04/26/2021 | LKW | B500 | A101 | 350.00 | 0.20 | 70.00 | REVIEWED NOTICE OF CONTINUED STATUS CONFERENCE RE BANKRUPTCY FILED BY MUCH SHELIST IN PATRIOT ENVIRONMENTAL SERVICE V. TEMBLOR PETROLEUM COMPANY LAWSUIT |

Total for B500                        0.40      140.00    BILLED

**GRAND TOTALS**

11.20    3,830.00    BILLED
0.30      105.00    NO CHARGED

Exhibit __B__
Page __6__

# LAW OFFICES OF LEONARD K. WELSH

4550 California Avenue, Second Floor
Bakersfield, CA 93309

Phone: 661-328-5328
Fax: 661-760-9900

**Attorney**
Leonard K. Welsh\*

**Legal Assistants**
Trinette M. Lidgett

November 26, 2019

Temblor Petroleum
c/o Philip Bell
8 Wistar Road,
Villanova, PA 19085

Re:　Temblor Petroleum, LLC – Chapter 11 Representation

Dear Mr. Bell:

　　Thank you for retaining the Law Offices of Leonard K. Welsh ("the Firm") to represent Temblor Petroleum, LLC ("Temblor") in connection with a Chapter 11 case to be filed in the United States Bankruptcy Court for the Eastern District of California. The following is a statement of the Firm's policies regarding representation and billing procedures. Please review this information so that there are no misunderstandings concerning the nature and scope of the Firm's employment and the method of our compensation. Please contact me if you have any questions.

　　**Representation**. The services that the Firm will perform for Temblor will be limited to representing it in a Chapter 11 case to be filed in the United States Bankruptcy Court for the Eastern District of California. The Firm will perform all legal services for Temblor which may be necessary in its Chapter 11 case except as set forth below.

　　**Limitations on Scope of Representation**. The Firm's representation in this matter is limited solely to Temblor and no other individuals or entities associated with Temblor due to applicable Bankruptcy laws **unless expressly agreed otherwise in writing.**

　　FURTHERMORE, THE FIRM IS NOT BEING RETAINED TO GIVE TAX ADVICE AS TO THE RAMIFICATION OF ANY AND ALL TRANSACTIONS AND EVENTS INVOLVED IN THE REPRESENTATION, AND TEMBLOR ACKNOWLEDGES THAT IT HAS BEEN ADVISED TO SEEK INDEPENDENT TAX ADVICE AND PROCURE ITS OWN TAX REPRESENTATION ACCORDINGLY.

　　**Fees and Recordkeeping**. A retainer of $30,000.00 will be required to be paid to the Firm by Temblor before a Chapter 11 case can be filed for it. The retainer represents security for payment of fees and costs to be incurred by the Firm in connection with its representation of Temblor. The Firm will deposit the retainer into its Attorney-Client Trust Account and Temblor hereby grants a security interest in the retainer in favor of the Firm to secure payment of fees and costs to be incurred by the Firm in connection with its representation of

Exhibit ___C___
P ___7___

\*Certified Specialist in Business Bankruptcy Law
and Consumer Bankruptcy Law by the
American Board of Certification

Temblor. The security interest granted to the Firm by this Agreement will be perfected by possession of the retainer by the Firm as permitted by law. See *Cetenko v. United California Bank*, 30 Cal. 3d 528 (1982) and Commercial Code Section 9304(1).

The Firm's fees are computed on an hourly basis in accordance with the standard rates of the attorney and legal assistants performing the work. Currently, these rates are:

| | |
|---|---|
| LEONARD K. WELSH | $350.00 PER HOUR |
| LEGAL ASSISTANTS | $125.00 PER HOUR |

The Firm's rates are subject to change and the applicable rates will be those in effect at the time the services are rendered. The Firm will keep accurate records of the time it devotes to Temblor's case including conferences (both in person and over the telephone), negotiations, factual investigation, legal research and analysis, document preparation and revision, travel on behalf of Temblor, and other related matters. We record our time in units of tenths of an hour.

**Costs and Expenses**. The Firm typically incurs and pays on behalf of our clients only those costs arising in connection with legal services which do not exceed $250.00. Charges in excess of $250.00 will be forwarded to Temblor for direct payment. Costs and expenses advanced or paid by the Firm on behalf of Temblor and will be billed in addition to fees for services and will be itemized on Temblor's invoice.

Typical costs incurred include long distance telephone charges, telecopy charges, messenger, courier and express delivery charges, printing and reproduction costs, filing fees, deposition and transcript costs, appraisal fees, witness fees, travel and parking expenses as well as all other costs incurred in the course of this matter. The Firm incurs outside costs as agents for our clients and incurs internal expenses on behalf of our clients, who agree that these costs will be paid on a regular basis.

It is impossible to determine in advance the amount of time that will be needed to complete any particular case or the total amount of fees or costs which may be incurred. Attorneys occasionally are requested to estimate the amount of fees and costs likely to be incurred in connection with a particular matter. If the Firm furnishes an estimate, it is based on our professional judgment, but is with the understanding that it is not a maximum or fixed fee quotation. The ultimate cost frequently differs from the amount estimated.

**Billing Arrangements and Terms of Payment**. The Firm will keep you informed of the work being done on Temblor's case and it will receive an invoice each month describing the work performed and the expenses incurred and/or paid by it from its retainer during the preceding month. After the Chapter 11 Case is filed, the Firm will not withdraw any money on deposit in its Attorney-Client Trust Account in Temblor's name for payment of fees or costs owed to the Firm until such withdrawal has been authorized by the Bankruptcy Court or the Chapter 11 case has been dismissed. However, Temblor will pay the invoices delivered to it by the Firm when the retainer has been reduced to $2,500.00 after authorization for payment by the Bankruptcy Court or dismissal of the Chapter 11 case. The Firm's billing procedures are designed to be simple and clear. I encourage you to contact me if you have any questions regarding a statement, or if you disagree with the amount of our fee or with any of our bills. Typically, questions or problems that are raised promptly can be resolved to the satisfaction of all with little inconvenience. If no questions are raised regarding a statement, the Firm will assume that you understand and accept the statement.

Exhibit C
P. 8

November 26, 2019
Page 3

    The Firm has found that in order for a proper attorney-client relationship to exist and be successful, it is necessary that legal fees be paid promptly and in accordance with the fee arrangement. Only in this way can the attorney and the client maintain the mutual confidence in each other which is necessary for the proper representation of the client. Accordingly, the Firm will give you prompt notice if Temblor's account becomes delinquent, and you agree to bring the amount current. If the delinquency continues and Temblor does not arrange satisfactory payment terms, the Firm will withdraw from the representation and pursue collection of its account. Temblor agrees to pay the costs of collecting the debt, including court costs, filing fees, reasonable attorneys' fees and other costs of collection. In matters resulting in a judgment, settlement or other payment in favor of Temblor, the Firm shall have a lien thereon to the extent of any unpaid fees or costs. Temblor agrees to venue and jurisdiction in Kern County, California if it does not file for relief under the Bankruptcy Code or the United States Bankruptcy Court for the Eastern District of California if it does file for relief under the Bankruptcy Code. This agreement is entered into in Bakersfield, California and shall be subject to the laws of the State of California.

    **Conclusion of Services**. When services in regard to this matter have concluded, all unpaid fees and costs shall become immediately due and payable. Upon request, the Firm will deliver Temblor's files to you, along with any personal property in the Firm's possession. Should the Firm decide, in its sole discretion, to copy, in whole or in part, the file or any other materials delivered to you, such copies will be made at your expense and Temblor shall be responsible for such copy costs.

    Unless the Firm is contacted to make other arrangements, the Firm will store Temblor's file for a minimum of five years. The Firm will then attempt to contact you to make arrangements for the final disposition of the file or for its destruction. We urge you to notify us of changes of address to ensure that you may be located should you wish the file not to be destroyed.

    **Termination**. In the event that Temblor determines that it does not want this firm to continue to represent it, you have the right to terminate the Firm's services upon written notice at any time. The Firm also has the right to terminate its services to Temblor after such termination has been authorized by the Bankruptcy Court if it fails (a) to pay in full each statement as submitted, (b) to cooperate on a reasonable request, or (c) to disclose material facts, or if the Firm determines that continuing services to you would be unethical, impractical, or improper. Termination of our services, by either party, will not affect Temblor's responsibility for payment of legal services rendered and expenses incurred before termination and in connection with an orderly transition of the matter (including the cost incurred in making copies of the file or other papers released to you).

    **Error and Omissions Insurance**. The Firm maintains errors and omissions insurance coverage applicable to the services which we render.

    Please review this letter and please feel free to discuss with me any questions you may have. If you agree to the terms of this agreement, please sign and date this letter in the space provided below. The signed letter should be returned to my office. I would like to thank you again for retaining the Firm to represent Temblor. I look forward to working with you.

Exhibit    C
P.        9

November 26, 2019
Page 4

                                       Sincerely yours,

                                       */s/ Leonard K. Welsh*

                                       Leonard K. Welsh

LKW:nm

**APPROVED AND ACCEPTED:**

Dated: ~~November _____, 2019~~

January 27, 2020                    TEMBLOR PETROLEUM, LLC

                                       By _/s/ Philip Bell_____
                                            PHILIP BELL

                                         [By the above signature, I also acknowledge receipt of a copy of this Retainer Agreement.]

## CONFIDENTIAL COMMUNICATIONS

     The Firm will engage in confidential communications as a part of your bankruptcy case. You hereby authorize the Firm to communicate with persons associated with your case and you via telecopier, e-mail, and cellular telephone, even through these methods of communication have some risk of being accessed by unauthorized third parties.

E-mail address: ███████████████████

       TEMBLOR PETROLEUM, LLC

By _/s/ Philip Bell_____
     PHILIP BELL

Exhibit C
P. 10