3
LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
1800 30th Street, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

TEMBLOR PETROLEUM COMPANY, LLC.

Debtor.

Case No. 20-11367-A-7
Chapter 7
DC No. LKW-19

Date: June 8, 2021
Time: 1:30 p.m.
Place: United States Courthouse
2500 Tulare Street, Fifth Floor
Courtroom 13
Fresno, CA
Judge: Honorable Jennifer E. Niemann

### DECLARATION OF LEONARD K. WELSH IN SUPPORT OF EIGHTH AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LAW OFFICES OF LEONARD K. WELSH

I, LEONARD K. WELSH, declare:

1. I am an attorney at law admitted to practice law before all courts of the State of California. I am admitted to practice law before the United States District Court for Eastern District of California and I am the owner of the Law Offices of Leonard K. Welsh ("My Office"). My Office is the attorney of record for Temblor Petroleum Company, LLC ("Debtor") in the above-referenced case.

2. My Office is seeking an allowance of $3,830.00 in attorneys fees and $186.03 in costs for services rendered and costs incurred from March 1, 2021 through April 30, 2021 as described in the Eighth and Final Application for Allowance of Fees and Expenses Filed by Law Offices of Leonard K. Welsh on file herein ("the Eighth and Final Application").

3. I prepared the Eighth and Final Application and I am familiar with the information contained in the Eighth and Final Application and the Exhibits to Eighth and Final Application for Allowance of Fees and Expenses Filed by Law Offices of Leonard K. Welsh on file herein ("the

1

Exhibits"). All of the information contained in the Eighth and Final Application and the Exhibits is correct. Additionally, the Eighth and Final Application and the Exhibits reflect the services rendered and costs incurred by My Office from March 1, 2021 through April 30, 2021 as a part of Debtor's Chapter 11 case.

4. Professional profiles of the attorneys and legal assistants employed by My Office who worked on Debtor's case during the time period covered by the Eighth and Final Application are attached as Exhibit "A" to the Exhibits. The attorneys and legal assistants employed by My Office who worked on Debtor's case have extensive experience in representing debtors in cases filed under Chapter 7, 11, 12 and 13 of the Bankruptcy Code. I have represented more than 100 debtors in reorganization cases filed under Chapter 11 and Chapter 12 of the Bankruptcy Code and I am certified as a specialist in business and consumer bankruptcy law by the American Board of Certification.

5. My office provided 11.50 hours of legal services for Debtor from March 1, 2021 through April 30, 2021. The value of the 11.50 hours of services rendered by My Office is $3,830.00. A recapitulation of the services rendered by My Office from March 1, 2021 through April 30, 2021 is included in the Exhibits as Exhibit "B".

6. The services rendered by My Office described in the Eighth and Final Application were necessary to the administration of Debtor's Chapter 11 case. The fees requested by My Office in the Eighth and Final Application are reasonable based upon the size and complexity of Debtor's case. A copy of My Office's Legal Services Agreement with Debtor is included in the Exhibits as Exhibit "C".

7. I understand that the fees and expenses requested by My Office will be paid by Debtor's Members because the Chapter 7 estate does not have the money needed to pay the fees and costs owed to My Office.

8. My Office is requesting through the Eighth and Final Application that approval of the fees and expenses heretofore allowed and authorized for payment to it in Debtor's Chapter 11 case be confirmed by the Court.

9. The foregoing statements are within my personal knowledge and I can testify competently thereof if called as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2021         By: /s/ Leonard K. Welsh
                               LEONARD K. WELSH