LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF LEONARD K. WELSH
1800 30th Street, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

TEMBLOR PETROLEUM COMPANY, LLC.

Debtor.

Case No. 20-11367-A-7
Chapter 7
DC No. LKW-19

Date: June 8, 2021
Time: 1:30 p.m.
Place: United States Courthouse
2500 Tulare Street, Fifth Floor
Courtroom 13
Fresno, CA
Judge: Honorable Jennifer E. Niemann

## DECLARATION OF PHILIP F. BELL IN SUPPORT OF EIGHTH AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LAW OFFICES OF LEONARD K. WELSH

I, PHILIP F. BELL, declare:

1. I am the Managing Member of Temblor Petroleum Company, LLC ("Debtor"). Debtor is a limited liability company organized and existing under the laws of the State of California. Debtor owns a petroleum and oil production business and Debtor conducts its business in California.

2. Debtor filed a Voluntary Petition Under Chapter 11 in the United States Bankruptcy Court for the Eastern District of California on April 9, 2020 and Debtor operated its business as a "Debtor-in-Possession" in its Chapter 11 case. Debtor's Chapter 11 case was converted to Chapter 7 on May 5, 2021 and Jeffrey Vetter has been appointed to serve as the Trustee in Debtor's Chapter 7 case. The Law Offices of Leonard K. Welsh is the attorney of record for Debtor in its bankruptcy case.

3. The Law Offices of Leonard K. Welsh is seeking authorization from the Bankruptcy Court for Debtor's Members to pay $4,016.03 to it as compensation for services rendered and costs advanced by the firm from March 1, 2021 through April 30, 2021 through its Eighth and Final Application for Allowance of Fees and Expenses Filed by Law Offices of Leonard K. Welsh ("the Eighth and Final Application").

4. I have reviewed the Eighth and Final Application and have determined that the Eighth and Final Application reflects the services rendered by the Law Offices of Leonard K. Welsh for Debtor from March 1, 2021 through April 30, 2021 as a part of Debtor's Chapter 11 case.

5. Debtor has no objection to the Bankruptcy Court authorizing Debtor's Members to pay $4,016.03 to the Law Offices of Leonard K. Welsh as payment in full for the attorneys fees and costs owed to the firm for services rendered and costs incurred by the firm from March 1, 2021 through April 30, 2021.

6. The fees and expenses requested by Law Offices of Leonard K. Welsh will be paid by Debtor's Members. The fees and expenses requested by the Law Offices of Leonard K. Welsh will have to be paid by Debtor's Members because the Chapter 11 estate does not have the money needed to pay the fees and expenses requested by the Law Offices of Leonard K. Welsh at the present time.

7. Payment of the fees and costs requested by the Law Offices of Leonard K. Welsh will not affect the administration of Debtor's Chapter 7 case because the fees and costs owed to the law firm will be paid by Debtor's Members and not Debtor's bankruptcy estate.

8. The foregoing statements are within my personal knowledge and I can testify competently thereof if called as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2021          By: /s/ *Philip F. Bell*
                                                PHILIP F. BELL