3

LEONARD K. WELSH, CSB No. 097954
LAW OFFICES OF LEONARD K. WELSH
1800 30TH Street, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 328-5328
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TEMBLOR PETROLEUM COMPANY, LLC.,<br><br>        Debtor. | Case No. 20-11367-A-7<br><br>Chapter 7<br><br>DC No. LKW-19<br><br>Date:   June 8, 2021<br>Time:   1:30 p.m.<br>Place:  United States Courthouse<br>         2500 Tulare Street, Fifth Floor<br>         Fresno, CA<br>Judge: Honorable Jennifer E. Niemann |

## NOTICE OF ENTRY OF ORDER AUTHORIZING ALLOWANCE OF FEES AND EXPENSES AND PAYMENT TO DEBTOR'S ATTORNEYS

    NOTICE IS HEREBY GIVEN that the ORDER AUTHORIZING ALLOWANCE OF FEES AND EXPENSES AND PAYMENT TO DEBTOR'S ATTORNEYS annexed hereto was entered by the Honorable Jennifer E. Niemann, United States Bankruptcy Judge, on June 10, 2021.

Dated: June 16, 2021                             LAW OFFICES OF LEONARD K. WELSH

                                                    By: /s/   Leonard K. Welsh
                                                           LEONARD K. WELSH
                                                           Attorneys for Debtor

LEONARD K. WELSH, CSB No. 097954
LAW OFFICES OF LEONARD K. WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-11367-A-7 |
| TEMBLOR PETROLEUM COMPANY, LLC., | Chapter 7 |
| Debtor-in-Possession. | DC No. LKW-19 |
| | Date: June 8, 2021 |
| | Time: 1:30 p.m. |
| | Place: United States Courthouse |
| | 2500 Tulare Street, Fifth Floor |
| | Fresno, CA |
| | Judge: Honorable Jennifer E. Niemann |

## ORDER AUTHORIZING ALLOWANCE OF FEES AND EXPENSES AND PAYMENT TO DEBTOR'S ATTORNEYS

The Eighth and Final Application for Allowance of Fees and Expenses Filed by Law Offices of Leonard K. Welsh ("the Eighth and Final Application") came on for hearing on June 8, 2021 after notice to Temblor Petroleum Company, LLC ("Debtor"), the United States Trustee, the Chapter 7 Trustee, all creditors, and parties requesting special notice.

After considering the Eighth and Final Application, there being no objection to the Eighth and Final Application having been filed or made and Proof of Service on Debtor, the United States Trustee, the Chapter 7 Trustee, all creditors, and parties requesting special notice having been filed herein:

IT IS ORDERED, ADJUDGED and DECREED that:

1. the Eighth and Final Application for Allowance of Fees and Expenses Filed by Law Offices of Leonard K. Welsh ("the Eighth and Final Application") is approved,

RECEIVED
June 09, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006980613

2. $3,830.00 is reasonable compensation for the services rendered and $186.03 is reasonable compensation for the costs incurred by the Law Offices of Leonard K. Welsh as Debtor's attorney from March 1, 2021 through April 30, 2021,

3. the Law Offices of Leonard K. Welsh is allowed $3,830.00 for services rendered and $186.03 for costs incurred by the firm as Debtor's attorney from March 1, 2021 through April 30, 2021,

4. Debtor's Members are authorized to pay the fees and costs allowed by this Order to the Law Offices of Leonard K. Welsh as payment in full for the fees and costs incurred by the firm from March 1, 2021 through April 30, 2021 in accordance with the Order Granting Motion for Order Authorizing Debtor's Members to Pay Fees and Costs Incurred by Debtor's Attorneys entered by the Court on December 10, 2020, and

5. All fees and expenses awarded to the Law Offices of Leonard K. Welsh on an interim basis in Debtor's Chapter 11 case are confirmed as a final award for fees and expenses incurred by the firm in Debtor's case.

Dated: June 10 2021

Honorable Jennifer E. Niemann
United States Bankruptcy Judge