D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com

Attorney for Chapter 7 Trustee Jeffrey M. Vetter

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:

TEMBLOR PETROLEUM COMPANY, LLC.

DEBTOR.

Bankruptcy Case No.: 2020-11367

Chapter 7

DMG-6

## MOTION TO FURTHER EXTEND DEADLINE TO ASSUME EXECUTORY CONTRACTS AND LEASES

TO THE HONORABLE JENNIFER E. NIEMANN, UNITED STATES BANKRUPTCY JUDGE:

Chapter 7 Trustee Jeffrey Vetter ("Trustee") represents as follows:

1. Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on April 9, 2020. This case converted to Chapter 7 on May 5, 2021. Jeffrey M. Vetter is the acting Chapter 7 Trustee in this case.

2. Among the assets of the estate are the Debtor's non-operator interests in various oil and gas leases that are attached as exhibits to Debtor's Schedule "G" and that are associated with what the Debtor describes as the "Witter Field Project". A true and correct copy of

FURTHER MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS AND

LEASES

1

Debtor's Schedule "G" with exhibits is filed concurrently with this Motion as Exhibit "A". There is continued interest in the acquisition of these assets expressed to the Trustee and request by parties in interest that the deadline be extended. The Trustee has interviewed representatives of the Debtor and representatives of the entity that was hired while this case was in Chapter 11 and has come to a determination that the Chapter 7 estate should continue to pursue attempting to sell this asset. The value and ability to sell these assets is not yet determined by the Trustee. There are also operator expenses involved in these assets that may make the sale difficult. However, the Trustee, out of caution seeks to preserve the rights the Chapter 7 estate may have in these interests by again extending the deadline with which these interests may be determined to be assumed or rejected under 11 U.S.C. Section 365(d)(1). By this motion, the Trustee requests that the deadline be extended 90 days from the date set for hearing in this matter.

3. Cause exists for granting this Motion and extending the deadline on the basis that the Trustee believes the status quo with regard to the Debtor's interests in these executory contracts should be maintained pending his investigation into the assets and liabilities of the estate and the attempted marketing of these interests. The Trustee believes that no harm or interest will occur to other parties to the executory contracts by the granting of this motion. 11 U.S.C. Section 365(d)(2) allows the Court to extend the deadline.

WHEREFORE, Trustee moves the Court for an order extending the deadline to assume and/or reject executory contracts as described herein for a period of 90 days from the date of hearing and for such other and further relief appropriate under the circumstances of this case.

Dated: February 7, 2021

_____
D. Max Gardner, Attorney for Chapter 7
Trustee

FURTHER MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS AND

LEASES

2