RECEIVED
March 03, 2022
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0007069020

D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com
Attorney for Chapter 7 Trustee Jeffrey M. Vetter

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Bankruptcy Case No.: 2020-11367

IN RE:

Chapter 7

TEMBLOR PETROLEUM COMPANY, LLC.

DMG-4

DEBTOR.

**ORDER ON
MOTION TO SELL ESTATE'S INTEREST
IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b)**
(DEBTOR'S WORKING INTEREST IN LYNCH CANYON FIELD
MONTEREY COUNTY, CA)

Date: February 23, 2021
Time: 1:30 p.m.
Place: 2500 Tulare Street, 5th Floor
Courtroom 12, Fresno, CA
Judge: Hon. Jennifer Niemann

Hearing on the Chapter 7 Trustee Jeffrey M. Vetter's Motion to Sell Estate's Interest in Property Pursuant to 11 U.S.C. Section 363(b) came on before this Court at the above date, time and place. D. Max Gardner appeared on behalf of the Chapter 7 Trustee. Jeffrey M. Vetter appeared as the Chapter 7 Trustee. Donald C. Oldaker appeared on behalf of the prospective buyer Eagle Petroleum Monterey, LLC and on behalf of the buyer's affiliate, CalNRG Operating, LLC. Leonard K. Welsh appeared on behalf of the Debtor.

The Court entered findings of fact and conclusions of law in its civil minute order filed as docket no. 394, which are incorporated into this Order.

There were no higher and better bids stated at the time of hearing. There was no timely filed opposition to the Motion filed by a party in interest. The Court, having reviewed the Motion and supporting documentation, and the representations of counsel, and good cause appearing, ORDERS as follows:

1. The Chapter 7 Trustee is authorized to sell the Chapter 7 estate's interest consisting of the Debtor's Oil and Gas Working Interest Lynch Canyon Field, Monterey County, California to Eagle Petroleum Monterey, LLC.

2. A broker's commission of $10,000 is authorized to be paid to the Court-appointed broker.

3. The default of the responding parties is entered.

Approved as to form and content:

CLIFFORD & BROWN

Dated: March 3, 2022

By _____
Donald Oldaker, Attorneys for
CalNRG Operating, LLC

Dated: March 03 2022

_____
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

ORDER ON MOTION FOR AUTHORITY
TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. §363(b)   2