D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com

Attorney for Chapter 7 Trustee Jeffrey M. Vetter

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>TEMBLOR PETROLEUM COMPANY, LLC.<br><br>DEBTOR. | Bankruptcy Case No.: 2020-11367<br><br>Chapter 7<br><br>DC: JMV-1<br><br>**NOTICE OF INTENT TO ABANDON INTEREST IN ESTATE PROPERTY** |

TO ALL PARTIES IN INTEREST:

In accordance with the provisions of 11 U.S.C. § 554 (a) and Bankruptcy Rule 6007, the undersigned, the duly qualified and acting Chapter 7 Trustee of the estate of the above-captioned debtors intends to and will abandon the following described property as burdensome and inconsequential value to the estate unless, within 14 days from the date of service of this Notice, a creditor or other interested party files a written objection and request for hearing with the Clerk of the U.S. Bankruptcy Court at 2500 Tulare Street, Fresno, California, 93721, and serves a copy of such request to counsel to the Chapter 7 Trustee, at the address shown at the upper left-hand corner of this Notice. If no written objections are received within the period described above, the abandonment will be effectuated by placing a Notice of Abandonment in the Court's file. No

NOTICE OF INTENT TO ABANDON

1

further notices will be sent. The Trustee intends to abandon the following real and personal property as assets that are encumbered by consensual liens or otherwise claimed as exempt by the above-captioned debtors:

Any and all oil, gas and/or mineral interests claimed by the Debtor Temblor Petroleum Company, including those associated with and described as the Witter Field.

Dated: June 1, 2022

Jeffrey M. Vetter
Chapter 7 Trustee