D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com
Attorney for Chapter 7 Trustee Jeffrey M. Vetter

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

TEMBLOR PETROLEUM COMPANY, LLC.

DEBTOR.

Bankruptcy Case No.: 2020-11367

Chapter 7

DMG-8

### NOTICE OF HEARING ON
### MOTION TO SELL ESTATE'S INTEREST
### IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b)
(DEBTOR'S WORKING INTEREST IN HANGMAN HOLLOW
FIELD MONTEREY COUNTY, CA)

Date: August 10, 2022
Time: 1:30 p.m.
Place: 2500 Tulare Street, 5th Floor
Courtroom 11, Fresno, CA
Judge: Hon. Jennifer Niemann

NOTICE IS HEREBY GIVEN that the Motion to Sell Estate's Intertest in Property Pursuant to 11 U.S.C. Section 363 (b) will be heard at the above date, time and place.

By this Motion, sale of the real property commonly known as Debtor Temblor Petroleum Company LLC's Oil and Gas Working Interest, Hangman Hollow Field, Monterey County, CA. Trustee has received an offer from Trio Petroleum LLC to sell the interest for $10,000.

It is the Trustee's recommendation that any party wishing to overbid for the subject property must perform and/or provide the following:

  a. Provide certified funds in the amount of $10,000 prior to the time of the sale, and no later than the close of business on August 3, 2022 to Jeffrey Vetter, PO Box 2424, Bakersfield, CA 93303, 661-809-6806. Any unsuccessful bidder's deposit shall be returned at the conclusion of the sale motion hearing;

NOTICE OF HEARING ON MOTION FOR AUTHORITY
TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. §363(b)　1

b. Proof in the form of a letter of credit, or some other written pre-qualification for any financing that may be required to complete the purchase of the subject property sufficient to cover the necessary overbid amount;

c. Proof that any successful over bidder can and will close the sale within 30 days of delivery of a certified copy of the Court's order approving the sale and execute a purchase agreement for the subject property;

d. Any successful overbid shall have the $10,000 deposit applied to the successful overbid price;

e. In the event a successful over bidder fails to close the sale within 30 days of delivery of a certified copy of the Court's order approving the sale and execute a purchase agreement for the subject property, then the $10,000 deposit shall become non-refundable;

f. Overbids be made by attending the hearing telephonically by dialing 1- 866-582-6878. (Reservations with Courtcall must be made in advance no later than the day before the hearing.)

h. All overbids shall be in the minimum amount of $1,000.00.

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Respondents can determine whether this matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

A copy of the Motion and supporting documents may be obtained by contacting the undersigned. Further questions may be directed to the Chapter 7 Trustee.

Dated: July 12, 2022

D. Max Gardner, Attorney at Law
Attorney for Chapter 7 Trustee,
Jeffrey M. Vetter

/ / / /

NOTICE OF HEARING ON MOTION FOR AUTHORITY
TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. §363(b) 2

ADDENDUM

| | |
|---|---|
| **TEMBLOR PETROLEUM COMPANY, LLC**<br>8 Wistar Road<br>Villanova, PA 19085 | Leonard K. Welsh<br>1800 30th Street, Fourth Floor<br>Bakersfield, CA 93301 |
| **Jeffrey M. Vetter**<br>PO Box 2424<br>Bakersfield, CA 93303<br>(661) 809-6806 | D. Max Gardner<br>930 Truxtun Ave., Suite 203<br>Bakersfield, CA 93301 |

*U.S. Trustee*
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

JEFF CUTIEN
3030 Matlock Rd., Suite 201
Arlington, TX 76015

John J. Harris
Casso & Sparks LLP
13300 Crossroads Pkwy North, Suite 410
City of Industry, CA 91746

Petro-Lud, Inc. c/o Clayton Ludington, President
12625 Jomani Dr., Suite 104
Bakersfield, CA 93312

Michael N. Mills Stoel Rives LLP 500 C
Capitol Mall, Suite 1600
Sacramento, CA 95814

Keith Dunnagan
Matthew Kirpatrick
Carl H Block
BPE Law Group PC
2339 Gold Meadow Way, Ste 101
Gold River, CA 95670

NOTICE OF HEARING ON MOTION FOR AUTHORITY
TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. §363(b) 3