D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com
Attorney for Chapter 7 Trustee Jeffrey M. Vetter

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

TEMBLOR PETROLEUM COMPANY, LLC,

DEBTOR

Bankruptcy Case No.: 2020-11367

Chapter 7

DC No.: DMG-8

## EXHIBIT TO MOTION TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363(b)
(DEBTOR'S WORKING INTEREST HANGMAN HOLLOW FIELD, MONTEREY, COUNTY, CA)

| EXHIBIT | DESCRIPTION | NUMBER OF PAGES |
|---|---|---|
| "A" | Offer Letter | 1 |

Executed on July 13, 2022, at Bakersfield, California.

                                                 /s/ D. Max Gardner
                                             D. Max Gardner, Attorney for Trustee

EXHIBIT COVER SHEET

1

# EXHIBIT

# A



# TRIO PETROLEUM LLC

5401 Business Park South, Suite 115　　Bakersfield, California 93309-0713
FAX: (661) 324-1122
TEL: (661) 324-3911

June 29, 2022

Mr. Jeffrey M. Vetter
Chapter 7 Trustee
P.O. Box 2424
Bakersfield, CA 93303
661-809-6806
jeffreyvetter@hotmail.com

RE:　Offer to Purchase
　　　Hangman Hollow Project
　　　Monterey County, CA

Dear Jeff:

In response to your June 28, 2022, email and as a follow up to Trio Petroleum LLC's offer dated June 15, 2022, please find enclosed our check payable to "the bk estate of temblor" in the amount of Two Thousand Dollars ($2,000.00) which represents a deposit toward the Ten Thousand Dollar ($10,000.00) proposed purchase price for all of Temblor's right, title, and interest in and to the Hangman Hollow Project, Monterey County, California.

The balance due of Eight Thousand Dollars ($8,000.00) will be promptly tendered upon court approval and the exchange of an appropriate transfer document.

Please keep us informed as this process moves forward and don't hesitate to let me know if there is anything else that you require from us. Thanks.

Very truly yours,

Trio Petroleum LLC

Steven A. Rowlee
Vice President

*ltr 062922 trans deposit bankruptcy trustee*