D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Avenue, Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com

Attorney for Chapter 7 Trustee Jeffrey M. Vetter

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2020-11367 |
|---|---|
| TEMBLOR PETROLEUM COMPANY, LLC, | Chapter 7 |
| Debtor | DC No.: DMG-8 |

## PROOF OF SERVICE

I, the undersigned, declare: I am and was at the times of the service hereunder mentioned, over the age of eighteen (18) years, and not a party to the within cause. My business address is 930 Truxtun Avenue, Suite 203, Bakersfield, CA 93301. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 13, 2022, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the following document(s):

1. **MOTION TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b) [DEBTOR'S WORKING INTEREST HANGMAN HOLLOW FIELD, MONTEREY COUNTY, CA]**

2. **DECLARATION OF JEFFREY M. VETTER IN SUPPORT OF MOTION TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363(b) [DEBTOR'S WORKING INTEREST IN HANGMAN HOLLOW PROJECT, MONTEREY COUNTY, CA]**

3. **EXHIBIT TO MOTION TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363(b) [DEBTOR'S WORKING INTEREST IN HANGMAN HOLLOW PROJECT, MONTEREY COUNTY, CA]**

4. **NOTICE OF HEARING ON MOTION TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363(b) [DEBTOR'S WORKING INTEREST IN HANGMAN HOLLOW FIELD MONTEREY COUNTY, CA]**

In a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Jeffrey M. Vetter<br>Chapter 7 Trustee<br>P.O. Box 2424<br>Bakersfield, CA 93303 | Jeff Cutien<br>3030 Matlock Rd.,<br>Suite 201<br>Arlington, TX 76015 |
| Temblor Petroleum Company LLC<br>8 Wistar Road<br>Villanova, PA 19085 | U.S. Trustee<br>Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721 |
| John J. Harris<br>Casso & Sparks LLP<br>13300 Crossroads Pkwy North, Suite 410<br>City of Industry, CA 91746 | Petro-Lud, Inc. c/o Clayton Ludington, President<br>12625 Jomani Dr., Suite 104<br>Bakersfield, CA 93312 |
| Michael N. Mills Stoel Rives LLP<br>500 C Capitol Mall, Suite 1600<br>Sacramento, CA 95814 | Leonard K. Welsh<br>1800 30th Street, Fourth Floor<br>Bakersfield, CA 903301 |
| Keith Dunnagan<br>Matthew Kirpatrick<br>Carl H Block<br>BPE Law Group PC<br>2339 Gold Meadow Way, Ste 101<br>Gold River, CA 95670 | Jeff Cutien<br>3030 Matlock Rd., Suite 201<br>Arlington, TX 76015 |

*In addition, Notice of Hearing served on attached list in the following manner:*

[ x ] (BY MAIL) on the date indicated below, at Bakersfield, California, by placing / / the original or / x / a true copy thereof enclosed in a sealed envelope. I am readily familiar with the firm's practice of collection and processing of documents for mailing. Under that practice it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2022, at Bakersfield, California.

           /s/*Jenifer Gardner*
           Jenifer Gardner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-1<br>Case 20-11367<br>Eastern District of California<br>Fresno<br>Wed Jul 13 10:51:05 PDT 2022 | Anthem Blue Cross<br>P O Box 54587<br>Los Angeles CA 90054-0587 | Anthem Blue Cross RX<br>P O Box 5283<br>Carol Stream IL 60197-5283 |
| B&L Equipment Rentals Inc<br>PO Box 22260<br>Bakersfield, CA 93390-2260 | Barbara Shea<br>10909 Baronet Road<br>Owings Mills, MD 21117-3003 | Beretta Investment Group<br>P O Box 9116<br>Bakersfield CA 93389-9116 |
| Beretta Investment Group, a general partners<br>Dessy & Dessy, APC<br>1301 L Street<br>Bakersfield, CA 93301-4508 | Blue Shield of California<br>P O Box 749415<br>Los Angeles CA 90074-9415 | Bright Brown<br>550 North Brand Blvd Ste 2100<br>Glendale CA 91203-3384 |
| Bright and Brown<br>550 North Brand Blvd, Suite 2100<br>Glendale, CA 91203-3384 | Brighthouse Networks<br>P O Box 51013<br>Los Angeles CA 90051-5313 | CIPA<br>1001 K Street 6th Floor<br>Sacramento CA 95814-3817 |
| CW Bell TUW Res Tr FBO Barbara<br>10909 Baronet Road<br>Owings Mills MD 21117-3003 | CW Bell TUW Res Tr FBO Barbara - Post Ch 11<br>10909 Baronet Road<br>Owings Mills, MD 21117-3003 | CW Bell TUW Res Tr FBO Christy<br>4211 Westland Lane Southport<br>Southport NC 28461-9088 |
| CW Bell TUW Res Tr FBO Christy- Post Ch 11 l<br>4211 Westland Lane<br>Southport, NC 28461-9088 | CW Bell TUW Res Tr FBO Evan<br>3140 N Morning Drive<br>Billings MT 59102 | CW Bell TUW Res Tr FBO Evan- Post Ch 11 loan<br>3140 N Morning Drive<br>Billings, MT 59012 |
| CW Bell TUW Res Tr FBO Martha<br>375 Star Light Drive<br>Fort Mill SC 29715-8397 | CW Bell TUW Res Tr FBO Martha - Post Ch 11 l<br>375 Star Light Drive<br>Fort Mill, SC 29715-8397 | CW Bell TUW Res Tr FBO Philip<br>8 WISTAR RD<br>VILLANOVA, PA 19085-1513 |
| California Energy Exchange Corporation<br>2339 Gold Meadow Way #101<br>Gold River, CA 95670-6307 | (p)CALIFORNIA ENERGY EXCHANGE CORPORATION<br>ATTN TIMOTHY O WISE<br>2981 GOLD CANAL DRIVE<br>RANCHO CORDOVA CA 95670-6126 | California Energy Exchange Corporation<br>BPE Law Group, P.C.<br>2330 Gold Meadow Way #101<br>Gold River CA 95670-4471 |
| California State Lands Commission<br>300 S Spring St #1702<br>Los Angeles, CA 90013-1256 | California State Lands Commission<br>100 Howe Avenue, Suite 100 South<br>Sacramento, CA 95825-8219 | Canary Production Services, LLC<br>PO Box 9123<br>Denver, CO 80209-0123 |
| Canon Financial Services Inc<br>14904 Collections Center Drive<br>Chicago IL 60693-0149 | Cardmember Services<br>P O Box 19048<br>Saint Louis MO 63118-9048 | Hyun Suk Choi<br>23 S. Warren St 2nd Floor<br>Trenton, NJ 08608-2107 |

| | | |
|---|---|---|
| Christy W. Bell Jr.<br>4211 Westland Lane<br>Southport, NC 28461-9088 | Commercial Trade Inc<br>c o Sandra Kuhn McCormack<br>5330 Office Center Court Ste C<br>Bakersfield CA 93309-1561 | Commercial Trade, Inc.<br>5330 Office Center Crt<br>Bakersfield CA 93309-1573 |
| County of Santa Barbara<br>123 Eat Anapamu Street<br>Santa Barbara CA 93101 | Tracy Hope Davis<br>Justin C. Valencia<br>2500 Tulare St #1401<br>Fresno, CA 93721-1326 | Driltek, Inc.<br>c/o Clifford & Brown<br>1430 Truxtun Avenue, Suite 900<br>Bakersfield, CA 93301-5226 |
| D. Keith B. Dunnagan<br>2339 Gold Meadow Way, Suite 101<br>Gold River, CA 95670-6307 | Eagle Petroleum<br>5201 California Avenue Suite 220<br>Bakersfield CA 93309-1689 | Eagle Petroleum Monterey, LLC<br>Clifford & Brown, a Professional Corpora<br>1430 Truxtun Ave #900<br>Bakersfield, CA 93301-5226 |
| Eagle Petroleum, LLC<br>Clifford & Brown, a Professional Corpora<br>1430 Truxtun Ave #900<br>Bakersfield, CA 93301-5226 | Eagle Petroleum, LLC<br>1746-F South Victoria Avenue, #245<br>Ventura, CA 93003-6190 | Energy Tubulars, Inc.<br>John D. Ott<br>3020 Old Ranch Pkwy #300<br>Seal Beach, CA 90740-2751 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fawn Kennedy Dessy<br>Dessy & Dessy, APC<br>1301 L Street<br>Bakersfield, CA 93301-4508 | Franchise Tax Board<br>Special Procedures Section<br>P O Box 2952<br>Sacramento CA 95812-2952 |
| Fred G. Rappleye<br>West Coast Land Service<br>1230 Chester Ave<br>Bakersfield CA 93301-5432 | D. Max Gardner<br>930 Truxtun Ave., Suite 203<br>Bakersfield, CA 93301-4700 | Halliburton Energy Services, Inc.<br>3030 Matlock Rd #201<br>Arlington, TX 76015-2936 |
| Halliburton Energy Services, Inc.<br>c/o Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>Arlington, TX 76015 | John J. Harris<br>13300 Crossroads Pkwy N #410<br>City of Industry, CA 91746-3440 | Inproinvest, LLC<br>Kornfield, Nyberg, Bendes, Kuhner & Litt<br>1970 Broadway, Suite 600<br>Oakland, CA 94612-2218 |
| Inproinvest, LLC<br>Chris D. Kuhner<br>1970 Broadway, Suite 600<br>Oakland, CA 94612-2218 | International Reservoir Technologies, Inc<br>300 Union Blvd. Suite 400<br>Lakewood, CO 80228-1552 | Irani Engineering<br>Attn Ardeshir Irani<br>35131 Beach Road<br>Capitstrano Beach CA 92624-1737 |
| Irani Engineering, Inc.<br>231 Monarch Bay<br>Dana Point, CA 92629-3436 | JS<br>Much Shelist<br>191 N. Wacker Drive<br>Chicago, IL 60606-1615 | Jamie Dreher<br>621 Capitol Mall<br>18th Flooir<br>Sacramento, CA 95814-4724 |
| Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>3030 Matlock Rd., Suite 201<br>Arlington, TX 76015-2936 | John Linford<br>200 New Stine Rpoad Suite 171<br>Bakersfield CA 93309-2653 | Keith Dunnagan<br>2339 Gold Meadow Way Suite 101<br>Gold River, CA 95670-6307 |

Key Energy Services LLC
c o Will Rutledge Esq
Dore Rothberg McKay
17171 Park Row Suite 160
Houston TX 77084-4927

Key Energy Services, LLC
C/O Dore Rothberg McKay, Attn. Allyson S
17171 Park Row, Suite 160
Houston, TX 77084-4927

Keystone Diversified Energy Inc
14009 Cardigan Avenue
Bakersfield CA 93314-9145

Kings County Development Limited
Casso and Sparks LLP
13300 Crossroads Pkwy N #410
City of Industry, CA 91746-3440

Chris D. Kuhner
1970 Broadway, Suite 600
OAKLAND, CA 94612-2218

Maria Chavez
6201 Victor Street B
Bakersfield CA 93308-2911

Michael N. Mills
500 Capitol Mall #1600
Sacramento, CA 95814-4740

Montrose Environmental Group
P O Box 741137
Los Angeles CA 90074-1137

Mountain Energy LLC
c o Rock Creek Oil Inc
2100 McKinney 1550
Dallas TX 75201-6982

N.C. Brun & Son, LLC
25692 N Cherokee Lane
Galt CA 95632-8209

National Oilwell Varco, L.P.
Brian A. Baker
Stacy & Baker, P.C.
1010 Lamar, Suite 550
Houston, TX 77002-6394

OGSys
5801 Edwards Ranch Road Suite 200
Fort Worth TX 76109-4130

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721-1326

Donald C. Oldaker
1801 18th St
Bakersfield, CA 93301-4308

PC Solutions
9809 Casa Del Sol Drive
Bakersfield CA 93311-3028

Patriot Environmental Services Inc
c o Jeff J Astarabadi Esq
Much Shelist PC
2 Park Plaza Suite 1075
Irvine CA 92614-8587

Patriot Environmental Services, Inc.
Much Shelist c/o Jeffrey Schwartz
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1631

Paul Graham Drilling and Service Company
Jill Graham
PO Box 669
Rio Vista CA 94571-0669

Petro-Lud, Inc.
12625 Jomani Dr #104
Bakersfield, CA 93312-3445

Philip Bell - Loan at Chapt. 11 Filing
8 WISTAR RD
Villanova, PA 19085-1513

Philip Bell - Loans during Chapter 11
8 WISTAR RD
VILLANOVA, PA 19085-1513

Phillip Bell
8 Wistar Road
Villanova PA 19085-1513

Thomas R. Phinney
3600 American River Drive, Suite 145
Sacramento, CA 95864-5960

Primoris Build, Own & Operate, LLC
Rutan & Tucker, LLP c/o Roger F. Friedma
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931

Primoris Services Corporation
P O Box 90022
Baton Rouge LA 70879-9022

Pros Incorporated
P O Box 20996
Bakersfield CA 93390-0996

Quality Tong Service Inc
P O Box 153
Live Oak CA 95953-0153

Quill
Tom Riggleman
7 Technology Cir
Columbia SC 29203-9591

Redline Directional Services
c o Nathan M Hodges
Hodges Law Group
1925 G Street
Bakersfield CA 93301-4321

Redline Directional Services, LLC
Hodges Law Group
attn: Nathan M. Hodges
1925 G Street
Bakersfield, CA 93301-4321

| | | |
|---|---|---|
| Robin Lambourn<br>PO Box 9123<br>Denver, CO 80209-0123 | Rock Creek Oil Inc<br>c o Travis Teague<br>2100 McKiney 1550<br>Dallas TX 75201-6982 | Ross Spence<br>Spence, Desenberg & Lee, PLLC<br>1770 St. James Place<br>Suite 625<br>Houston, TX 77056-3500 |
| Santa Barbara County Air Pollution Control D<br>Ross Spence, Spence, Desenberg & Lee, PL<br>1770 St. James Place, Suite 625<br>Houston, TX 77056-3500 | Leena M. Sheet<br>300 South Spring Street #1702<br>Los Angeles, CA 90013-1256 | Smith International, Inc.<br>Dore Rothberg McKay, P.C.<br>17171 Park Row, Suite 160<br>Houston, TX 77084-4927 |
| Stephens Production Company<br>623 Garrison Avenue<br>Fort Smith AR 72901-2508 | TEMBLOR PETROLEUM<br>GROVER H. WALDON, ESQ.<br>CLIFFORD & BROWN<br>1430 TRUXTUN AVENUE, SUITE 900<br>BAKERSFIELD, CA 93301-5207 | TEMBLOR PETROLEUM COMPANY, LLC<br>8 Wistar Road<br>Villanova, PA 19085-1513 |
| Travis Teague<br>579 Oakland Dr<br>Coppell, TX 75019 | Ashley Teesdale<br>611 Anton Blvd #1400<br>Costa Mesa, CA 92626-1931 | Tiger Cased Hole Services, Inc.<br>c/o Allen Bryson, PLLC<br>211 North Center Street<br>Longview, TX 75601-7221 |
| Trio Petroleum Inc<br>5401 Business Park South Suite 115<br>Bakersfield CA 93309-0713 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | UNITED STATES TRUSTEE<br>2500 TULARE STREET, SUITE 1401<br>FRESNO, CA 93721-1326 |
| Unwired Broadbank Inc<br>215 W Fallbrook Avenue Ste 203<br>Fresno CA 93711-5880 | Justin C. Valencia<br>2500 Tulare St #1401<br>Fresno, CA 93721-1326 | Vern Jones Oil & Gas Corporation<br>Jamie P. Dreher - Downey Brand LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4731 |
| Vern Jones Oil Gas Corp<br>2981 Gold Canal Drive<br>Rancho Cordova CA 95670-6126 | Jeffrey M. Vetter<br>PO Box 2424<br>Bakersfield, CA 93303-2424 | Weatherford Artifical Lift Systems LLC<br>c/o Greg Koush<br>2000 S<br>2000 St. James Place<br>Houston, TX 77056-4123 |
| Weatherford U.S., L.P.<br>c/o Greg Koush<br>200<br>2000 St. James Place<br>Houston, TX 77056-4123 | Leonard K. Welsh<br>1800 30th Street, Fourth Floor<br>Bakersfield, CA 93301-1932 | West Coast Land Service<br>1230 Chester Avenue<br>Bakersfield CA 93301-5432 |
| Willis of Texas Inc<br>P O Box 731739<br>Dallas TX 75373-1739 | aAAA Quality Services Inc<br>P O Box 535<br>Farmersville CA 93223-0535 | zAAA Quality Services Inc<br>P O Box 535<br>Farmersville CA 93223-0535 |
| zAce Pump Inc<br>848A W Centrury Street<br>Santa Maria CA 93455-1113 | zAmerican Geophysical Corporation<br>5271 South Quebec Street<br>Englewood CO 80111-1804 | zB L Equipment Rental Inc<br>P O Box 22260<br>Bakersfield CA 93390-2260 |

zBG Oil Tool LLC
P O Box 22704
Bakersfield CA 93390-2704

zBlack Gold Valve Company LLC
P O Box 283
135 Commercial Street
Princeton CA 95970-0283

zBright Brown
550 North Brand Blvd Suite 2100
Glendale CA 91203-3384

zBurke
4747 Mariah Mesa Court
Paradise CA 95969-6375

zC Case Company Inc
7010 W Cerini Avenue
Riverdale CA 93656-9622

zCRACO
P O Box 13261
Bakersfield CA 93389-3261

zCampos EPC LLC
1401 Blake Street
Denver CO 80202-1325

zCanary Productions Services
14904 Collections Center Drive
Chicago IL 60693-0149

zCasing Specialties
12452 Snow Road
Bakersfield CA 93314-8015

zChris P Smith
6673 Avenida De Las Pescas
La Jolla CA 92037-6219

zCoastline Technologies
P O Box 729
Avila Beach CA 93424-0729

zCore Laboratories LP
P O Box 841787
Dallas TX 75284-1787

zDriltek
901 Tower Way Ste 102
Bakersfield CA 93309-1585

zEarth Cycles Exploration LLC
364 Bayan Court
Castle Rock CO 80104-5339

zEnergy Tubulars
3010 Old Ranch Parkway Suite 400
Seal Beach CA 90740-2750

zGazelle Transportation LLC
34915 Gazelle Court
Bakersfield CA 93308-9618

zGeo Drilling Fluids
P O Box 1478
Bakersfield CA 93302-1478

zGeodril Services
9530 Hageman Road Suite B
Bakersfield CA 93312-3959

zGeoguidance Drilling Services
P O Box 42647
Bakersfield CA 93384-2647

zGeolog
P O Box 4406
El Dorado Hills CA 95762-0018

zHalliburton
P O Box 301341
Dallas TX 75303-1341

zInternational Reservoir Technology
300 Union Blvd Suite 400
Denver CO 80228-1552

zJD Rush Company
5900 East Lerdo Highway
Shafter CA 93263-4023

zJohn B Linford
200 New Stine Road suite 171
Bakersfield CA 93309-2653

zKey Energy Services
P O Box 4649
Houston TX 77210-4649

zMid Valley Disposal
P O Box 12385
Fresno CA 93777-2385

zN C Brun Son
25692 N Cherokee Lane
Galt CA 95632-8209

zNational Oilwell Varco
P O Box 202631
Dallas TX 75320-2631

zOilfield Safety Anchor Service
13061 Rosedale Highway
Box 115
Bakersfield CA 93314-7612

zPaul Graham Drilling
P O Box 669
Rio Vista CA 94571-0669

zPensinger Trailer Rental Inc
1770 Golden State Avenue
Bakersfield CA 93301-1010

zPrimoris Services Corporation
P O Box 90022
Baton Rouge LA 70879-9022

zQuality Tong Service Inc
P O Box 91
Rio Oso CA 95674-0091

zRandys Trucking inc
1050 Wood Street
Taft CA 93268-4333

zResolute Production Drilling
6241 Oasis Avenue
Bakersfield CA 93307-9658

zSmith Inernational Inc
P O Box 732136
Dallas TX 75373-2136

zTRB Oilfield Services
7657 Downing Avenue
Bakersfield CA 93308-5009

zTiger Cased Hole Services Inc
P O Box 733368
Dallas TX 75373-3368

zTyrion Integration
3300 Patton Way Ste 1
Bakersfield CA 93308-5720

zVector Environmental Inc
P O Box 10447
Bakersfield CA 93389-0447

zWeatherford US
Chase Bank of Texas
L P P O Box 301003
Dallas TX 75303-1003

zWest Coast Land Service
1230 Chester Avenue
Bakersfield CA 93301-5432

zZalco Laboraories Inc
4309 Armour Avenue
Bakersfield CA 93308-4573

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

California Energy Exchange Corporation
Attn Timothy O Wise
2981 Gold Canal Drive
Rancho Cordova CA 95670

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Brown Armstrong

(d)CW Bell TUW Res Tr FBO Philip
8 Wistar Road
Villanova PA 19085-1513

(u)Eagle Petroleum Monterey, LLC

(u)Eagle Petroleum, LLC

(u)Energy Advisors Group

(u)Hanwha Resources (USA) Corporation

(u)Kings County Development Limited

(u)Paul Graham Drilling

(u)Primoris Build Own and Operate LLC

(u)Ratzlaff Tamberi & Wong

(u)Travis Teague

(d)Trio Petroleum LLC
5401 Business Park South
Suite 115
Bakersfield, CA 93309-0713

End of Label Matrix
Mailable recipients　162
Bypassed recipients　 12
Total　　　　　　　 174