D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com
Attorney for Chapter 7 Trustee Jeffrey M. Vetter

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

TEMBLOR PETROLEUM COMPANY, LLC.

DEBTOR.

Bankruptcy Case No.: 2020-11367

Chapter 7

DMG-9

**DECLARATION OF JEFFREY M. VETTER**
**MOTION TO SELL ESTATE'S INTEREST**
**IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b)**
(DEBTOR'S WORKING INTEREST WITTER FIELD
aka WEST FIVE POINTS),

Date:   September 14, 2022
Time:   1:30 p.m.
Place:  2500 Tulare Street, 5th Floor
        Courtroom 11, Fresno, CA
Judge:  Hon. Jennifer Niemann

I, Jeffrey M. Vetter, declare as follows:

1. I am a resident of Kern County, California. I make this declaration based upon my own personal knowledge and could competently testify to the matters contained herein if called upon to do so.

2. Temblor Petroleum filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on April 9, 2020. The case converted to Chapter 7 on May 5, 2021. I am the appointed Chapter 7 Trustee in this case.

3. I move this Court for an order authorizing the sale of the real and/or personal property commonly known as Debtor Temblor Petroleum Company LLC's Oil and Gas Working Interest, Witter Field, aka West Five Points pursuant to 11 U.S.C. §363(b).

4. I have received an offer from Petro Lud in the amount of $25,000, subject to higher and better bid in the procedure discussed herein.

5. The essential terms of the sale are:

    a. $25,000 sales price.

    b. Initial deposit of $2,000.

    c. A total of $5,000 paid to Energy Advisors Group for commission.

    d. The sale of the subject property is in "as-is" condition, and buyer is subject to any all liens, encumbrances, charges, taxes, fees and delinquencies attributed to the Debtor's share of joint interest liabilities.

/ / / /

6. This sale is subject to higher and better bids at the time of the hearing on this motion. Interested parties will be provided notice of the date and time of the hearing on this sale and the over bid terms in the following paragraph will be utilized.

7. It is my recommendation that any party wishing to overbid for the subject property must perform and/or provide the following:

    a. Provide certified funds in the amount of $2,000 prior to the time of the sale, and no later than the close of business on September 4, 2022 to Jeffrey Vetter, PO Box 2424, Bakersfield, CA 93303, 661-809-6806. Any unsuccessful bidder's deposit shall be returned at the conclusion of the sale motion hearing.

    b. Provide proof in the form of a letter of credit, or some other written pre-qualification for any financing that may be required to complete the purchase of the subject property sufficient to cover the necessary overbid amount;

    c. Provide proof that any successful over bidder can and will close the sale within 30 days of delivery of a certified copy of the Court's order approving the sale and execute a purchase agreement for the subject property;

    d. Any successful overbid shall have the $2,000 deposit applied to the successful overbid price;

    e. In the event a successful over bidder fails to close the sale within 30 days of delivery of a certified copy of the Court's order approving the sale and execute a purchase agreement for the subject property, then the $2,000 deposit shall become non-refundable;

    f. Overbids be made by attending the hearing telephonically by dialing 1-866-582-6878.

    h. All overbids shall be in the minimum amount of $1,000.00.

DECLARTION OF JEFFREY M. VETTER IN SUPPORT OF MOTION
TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. §363(b) 3

       i. The sale of the subject property is in "as-is" condition with no warranty or representations, express, implied or otherwise by the bankruptcy estate, the Debtor or its representatives, the Trustee, or his representatives.

8. Regarding the proposed commissions to be paid under the sale of the subject property, the total brokers' commission shall not exceed $5,000. In the event of an overbid of $1,000 or more, the commission shall be 25% of any amount exceeding the $25,000 purchase price. Energy Advisor's Group was employed by the Debtor on September 30, 2020.

9. I believe that the subject property has a fair market value equal to the value of the sale set forth above based upon my investigation of the market and following my consultations with Debtor and the firm who has marketed and sought a buyer on behalf of the estate. I have in the course of serving on the Chapter 7 panel, developed my own list of oil and gas contacts and have over the past year, circulated the information to such contacts but I have not received any interest in the subject property. Based upon my investigation and after efforts described herein submit that the proposed sale and overbid terms are fair, reasonable, and will generate a sale of the subject property in conformity with terms set forth above under current market conditions.

10. I submit that the sale of the subject property with the overbid provisions set forth above are in the best interest of the estate and should be authorized by the Court. I believe that the offer obtained through the sale and overbid procedure will represent the current market value of the subject property and insure that the best and highest offer that can be obtained. The sale will be beneficial to the bankruptcy estate and funds for payment of claims in this Chapter 7 estate.

/ / / /

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 10, at Bakersfield, California.

/s/ Jeffrey M. Vetter
Jeffrey M. Vetter