Filed 08/31/22　　　　　　　　　　　　Case 20-11367　　　　　　　　　　　　Doc 437

JEFFREY M. VETTER
CHAPTER 7 TRUSTEE
P.O. BOX 2424
BAKERSFIELD, CA 93303
(661) 809-6806

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

IN RE:

TEMBLOR PETROLEUM COMPANY, LLC

Debtor.

Case No: 20-11367-A-7
Chapter 7
DCN: DMG-8

DATE: AUGUST 10, 2022
TIME: 1:30 PM
PLACE: U.S. Bankruptcy Court
2500 Tulare St, 5th Floor
Fresno, California
JUDGE: Honorable Jennifer E. Niemann

## RETURN ON SALE

Jeffrey M. Vetter, Trustee herein, respectfully represents to this court that he has sold the bankruptcy estate's interest in the asset as follows:

- Working Interest in Hangman Hollow Field, Monterey, California.

Notice of the sale was mailed to all creditors, parties in interest, and any parties requesting special notice. No objection having been received, the above-noted property was sold to Prudent Resources, for the sum of $$101,000.00.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 31, 2022

/s/ Jeffrey M. Vetter
JEFFREY M. VETTER, TRUSTEE