JEFFREY M. VETTER
CHAPTER 7 TRUSTEE
P.O. BOX 2424
BAKERSFIELD, CA 93303
(661) 809-6806

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

TEMBLOR PETROLEUM COMPANY, LLC,        Debtor(s).

Case No: 20-11367-A-7

Chapter 7

DC No. JMV-2

**ORDER AUTHORIZING TRUSTEE TO PAY ADMINISTRATIVE EXPENSE TAX**

Date:   October 6, 2022
Time:   10:00 a.m.
Place:  U.S. Bankruptcy Court
        510 19th Street
        Bakersfield, CA
Judge:  Jennifer E. Niemann

The Chapter 7 Trustee has made *his Application for Order Authorizing Trustee to Pay Administrative Tax Expense* ("the Application") filed by Jeffrey M. Vetter, Chapter 7 Trustee ("the Trustee"), was heard by the Honorable Jennifer E. Niemann at the date and time noted above.

Notice was proper to the Debtor, the U.S. Trustee, and all creditors. No opposition to the granting of the Application was filed or presented at the hearing. The Court found good cause to grant the Application.

**WHEREFORE**, the court orders that:

1.    1.    the Application is granted;

2.    2.    The estate is authorized to pay $2,918.96 to Trustee Insurance Agency.

Respectfully submitted by:

/s/
Jeffrey M. Vetter
Chapter 7 Trustee

E-filed by: Jeffrey M. Vetter
661-809-6806

jeffreyvetter@hotmail.com

Dated: October 07 2022

Honorable Jennifer E. Niemann
United States Bankruptcy Judge