1  D. MAX GARDNER, ESQ. (CSB No. 132489)
   930 Truxtun Ave., Suite 203
2  Bakersfield, CA 93301
   661-864-7373 tel.
3  661-864-7366 fax
   dmgardner@dmaxlaw.com
4  Attorney for Chapter 7 Trustee Jeffrey M. Vetter

5
                    UNITED STATES BANKRUPTCY COURT
6                    EASTERN DISTRICT OF CALIFORNIA

7                                    | Bankruptcy Case No.: 2020-11367
8  IN RE:                            | Chapter 7
9  TEMBLOR PETROLEUM COMPANY, LLC.   | DMG-8
10
11              DEBTOR.
12
13
14

15              MOTION TO AMEND
       ORDER ON MOTION TO SELL ESTATE'S INTEREST
16     IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b)
       (DEBTOR'S WORKING INTEREST HANGMAN HOLLOW FIELD,
17                    MONTEREY COUNTY, CA)

18                          Date:
19                          Time:
                            Place:
20                          Judge:  Hon. Jennifer Niemann

21

22     TO THE HONORABLE JENNIFER E. NIEMANN, UNITED STATES

23  BANKRUPTCY JUDGE:

24

25        1.    This is a motion to amend an order that previously approved the sale of the

26  Debtor's working interest in an oilfield described as "Hangman Hollow" in Monterey County

27  California.  This motion is filed without setting for hearing on the basis that the sale was

                    MOTION TO AMEND ORDER        1

previously approved as to the proposed buyer, subject to higher and better bid.  However, after auction, in which the price to be paid went up dramatically, the sellers representing both the high bid and back up bid did not complete the sale.  This leaves the original buyer still willing to purchase the interest.

2.    The hearing on this matter  took place on August 10, 2022. This Court entered an order approving the sale under Docket no. 432 on August 19, 2022.

3.    The original offer to purchase was from Trio Petroleum LLC ("Trio")  in the amount of $10,000.  At hearing, Trio did not enter a higher bid and the Court conducted a competitive bidding process between Genautica Oil and Prudent Resources.  After bidding, Prudent Resources was authorized to purchase the subject property for $101,000.  The Court authorized the sale to Genautica Oil for $86,000 as a back up bid.

4.    Both Genautica Oil and Prudent Resources did not complete the sale.  Both buyers 0 have expressed their unawareness of pre-existing liens and encumbrances against the property.

5.    Trio Petroleum is willing to purchase the subject property "as is".

6.    The Trustee intends on keeping the deposits of both Genautica Oil and Prudent Resources and has advised them to seek relief from the Court' order by way of separate motion if they believe they are entitled to a refund of the deposit.

WHEREFORE, THE TRUSTEE RESPECTFULLY PRAYS AS FOLLOWS:

1.    That this Court grant the Motion to Amend Order on Motion to Sell Estate's Interest in Property Pursuant to 11 U.S.C. Section 363(b);

2.    That the Court execute an order authorizing the sale of the Debtor's interest in the property heretofore described as Hangman Hollow to Trio Petroleum in the sum of $10,.000 and;

3.  For such further relief as may be appropriate.

Dated:  November _3_, 2022

D. Max Gardner, Attorney for Chapter 7
Trustee, Jeffrey M. Vetter