D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com
Attorney for Chapter 7 Trustee Jeffrey M. Vetter

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>TEMBLOR PETROLEUM COMPANY, LLC.<br><br>DEBTOR. | Bankruptcy Case No.: 2020-11367<br><br>Chapter 7<br><br>DMG-8 |

**DECLARATION OF JEFFREY M. VETTER
IN SUPPORT OF MOTION TO AMEND
ORDER ON MOTION TO SELL ESTATE'S INTEREST
IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b)**
(DEBTOR'S WORKING INTEREST HANGMAN HOLLOW FIELD,
MONTEREY COUNTY, CA)

Date:
Time:
Place:
Judge: Hon. Jennifer Niemann

I, Jeffrey M. Vetter, declare as follows:

1. I am a resident of Kern County, California. I make this declaration based upon my own personal knowledge and could competently testify to the matters contained herein if called upon to do so. I am the Chapter 7 Trustee in this matter.

DECLARATION OF JEFFREY VETTER     1

2. The hearing on this matter, in which I sought authority to sell the estate's interest in the property commonly referred to as the working interest in Hangman Hollow, took place on August 10, 2022.

3. The original offer to purchase was from Trio Petroleum LLC ("Trio") in the amount of $10,000. At hearing, Trio did not enter a higher bid and the Court conducted a competitive bidding process between Genautica Oil and Prudent Resources. After bidding, Prudent Resources was authorized to purchase the subject property for $101,000. The Court authorized the sale to Genautica Oil for $86,000 as a back up bid.

4. Both Genautica Oil and Prudent Resources did not complete the sale. Both buyers have expressed their unawareness of pre-existing liens and encumbrances against the property.

5. Trio Petroleum is willing to purchase the subject property "as is".

6. The Trustee intends on keeping the deposits of both Genautica Oil and Prudent Resources and has advised them to seek relief from the Court' order by way of separate motion if they believe they are entitled to a refund.

7. The Court's order did not include authorization to sell to the original bidder.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 2, 2022, at Bakersfield, California

_____
Jeffrey M. Vetter

DECLARATION OF JEFFREY VETTER    2