D.MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373

Attorney for: Ch 7 Trustee Jeffrey M. Vetter

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>TEMBLOR PETROLEUM COMPANY, LLC<br><br><br><br>Debtor(s) | **Bankruptcy Case No.:** 2020-11367<br>**Docket Control Number:** DMG-8<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:　August 10, 2022<br>Hearing Time:　1:30 p.m.<br>Location:　2500 Tulare St., Ctrm 11, Fresno, CA<br>Judge:　Hon. Jennifer E. Niemann |
|---|---|
| <br>v.<br><br><br>Plaintiff(s)<br><br><br><br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

## CERTIFICATE OF SERVICE OF

1) MOTION TO AMEND ORDER ON MOTION TO SELL ESTATE'S INTEREST IN PROPERTY
2) DECLARATION OF JEFFREY M VETTER IN SUPPORT OF MOTION
3) AMENDED ORDER ON MOTION TO SELL ESTATE'S INTEREST IN PROPERTY

1

EDC Form 7-005, Rev. 10/22

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status.** I am ☐ an attorney of record in this case/adversary proceeding, or ☐ trustee, or ☑ my business/employer is ATTORNEY MAX GARDNER____ and my ☑ business address or ☐ mailing address if not a business is:
   930 TRUXTUN AVE., SUITE 203_____.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.)

   ☑ **Chapter 7 case** (indicate below if subject to limited noticing; check all that are applicable.)

       ☑ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. (*Check all that are applicable.*)

           ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).

           ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 12 or 13 case** (indicate below if subject to limited noticing; check all that are applicable.)

       ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

       ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

       ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____.

   ☐ **Chapter 9 case** (indicate below if subject to limited noticing)

       ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 11 case** (indicate below if subject to limited noticing)

       ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

       ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 15 case**

   ☐ **Adversary Proceeding**

4. **About the Documents Served**
   On November 3_____, 20 22__, by the method(s) specified below, the following documents were served (*list in space provided*):
   1) MOTION TO AMEND ORDER ON MOTION TO SELL ESTATE'S INTEREST IN PROPERTY
   2) DECLARATION OF JEFFREY M VETTER IN SUPPORT OF MOTION
   3) AMENDED ORDER ON MOTION TO SELL ESTATE'S INTEREST IN PROPERTY

   **or** ☐ those documents described in the list appended hereto and numbered **Attachment 4.**

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

   ☑ Debtor(s)
   ☐ Debtor's attorney(s)
   ☑ Trustee
   ☑ U.S. Trustee
   ☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter.
   ☐ Plaintiff(s)
   ☐ Defendant(s)
   ☐ All committee members
   ☐ Attorney for committee members
   ☐ Equity security holders
   ☐ Persons who have filed a Request for Notice

   ☐ All creditors and parties in interest (Notice of Hearing only)
   ☐ Only creditors that have filed claims (Notice of Hearing only)
   ☐ All creditors and parties in interest
   ☐ Fewer than all creditors (*check at least one below*)
       ☐ Creditors that have filed claims
       ☐ Creditors holding allowed secured claims
       ☐ Creditors holding allowed priority unsecured claims
       ☐ Creditors holding leases or executory contracts that have been assumed
       ☐ 20 largest creditors
   ☐ Administrative claimants
   ☑ Other party(ies) in interest

6. <u>How Service is Accomplished</u>

   A. ☑ **Rule 7004 Service.** *(Check at least one, if applicable.)*

      1. ☑ **First Class Mail**

         Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1***.

      2. ☐ **Certified Mail**

         Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2***.

      3. ☐ **Publication**

         Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3***.

   B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check at least one, if applicable.)*

      1. ☑ **Electronic Service on Registered Users of the Court's Electronic Filing System.**

         Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1***.

      2. ☑ **U.S. Mail**

         Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

         a. **Parties in interest**

            ☐ **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B2***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

            ☐ **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2***.

         b. ☐ **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3***.

         c. ☑ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4***.

      3. ☐ **Other Methods of Service**

         Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5***.

7. <u>Who Accomplished Service</u>

   A. **Attorney/Trustee** *(Check as many as apply)*

   **Rule 7004 Service**
   - [x] § 6A(1): First Class Mail
   - [ ] § 6A(2): Certified Mail
   - [ ] § 6A(3): Publication

   **Rule 5 Service**
   - [x] § 6B(1): Elec. Service on Registered e-Filers
   - [x] § 6B(2)(a): U.S. Mail
   - [ ] § 6B(2)(b): Request for Special Notice
   - [ ] § 6B(2)(c): Other Parties in Interest § 5
   - [ ] § 6B(3): Other Methods of Service

   B. **Third Party Service Provider** *(Check as many as apply)*

   **Rule 7004 Service**
   - [ ] § 6A(1): First Class Mail
   - [ ] § 6A(2): Certified Mail
   - [ ] § 6A(3): Publication

   **Rule 5 Service**
   - [ ] § 6B(1): Elec. Service on Registered e-Filers
   - [ ] § 6B(2)(a): U.S. Mail
   - [ ] § 6B(2)(b): Request for Special Notice
   - [ ] § 6B(2)(c): Other Parties in Interest § 5
   - [ ] § 6B(3): Other Methods of Service

**Attorney/Trustee** *(includes regularly employed staff members)*:

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on <u>November 3</u>, 20<u>22</u>, at <u>Bakersfield</u>         <u>CA</u>.
                                                City            State

<u>Jenifer Gardner</u>                    *(signed)* Jenifer Gardner
Print Name                               Signature

**Third Party Service Provider** *(if applicable)*:

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20_____, at _____.
                                                 City            State

_____           _____
Name                                     Signature

_____
Company Name

_____
Address

_____
City        State    Zip Code

## SERVICE LIST

**TEMBLOR PETROLEUM COMPANY, LLC**
8 Wistar Road
Villanova, PA 19085

**Jeffrey M. Vetter**
PO Box 2424
Bakersfield, CA 93303
(661) 809-6806

*U.S. Trustee*
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

JEFF CUTIEN
3030 Matlock Rd.,
Suite 201
Arlington, TX 76015

John J. Harris
Casso & Sparks LLP
13300 Crossroads Pkwy North, Suite 410
City of Industry, CA 91746

Petro-Lud, Inc. c/o Clayton Ludington, President
12625 Jomani Dr., Suite 104
Bakersfield, CA 93312

Michael N. Mills Stoel Rives LLP 500 C
Capitol Mall, Suite
1600 Sacramento, CA 95814

Keith Dunnagan
Matthew Kirpatrick
Carl H Block
BPE Law Group PC
2339 Gold Meadow Way, Ste 101, Gold River, CA 95679

**Leonard K. Welsh**
1800 30th Street, Fourth Floor
Bakersfield, CA 93301

Kris Pitta
Prudent Resources, LLC
16225 Park Ten Pl, Suite 500
Houston, TX 77084
(*and via email*)

Daniel Scholefield
Genautica Oil
6233 Watertree Court
Agora Hills, CA 91301
(*and via email*)