D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com
Attorney for Chapter 7 Trustee Jeffrey M. Vetter

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

TEMBLOR PETROLEUM COMPANY, LLC.

DEBTOR.

Bankruptcy Case No.: 2020-11367

Chapter 7

DMG-8

**AMENDED ORDER ON
MOTION TO SELL ESTATE'S INTEREST
IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b)**
(DEBTOR'S WORKING INTEREST HANGMAN HOLLOW FIELD,
MONTEREY COUNTY, CA)

Date: August 10, 2022
Time: 1:30 p.m.
Place: 2500 Tulare Street, 5th Floor
　　　　Courtroom 11, Fresno, CA
Judge: Hon. Jennifer Niemann

　　Hearing on the Chapter 7 Trustee Jeffrey M. Vetter's ("Trustee") Motion to Sell Estate's Interest in Property Pursuant to 11 U.S.C. Section 363(b) ("Motion") came on before this Court at the above date, time and place. D. Max Gardner appeared on behalf of the Trustee, who was also present. Appearing at Court was Steve Rowley as the designated person for the proposed

buyer Trio Petroleum. Dan Scofield appeared as the designated person for the entity Genautica Oil, an interested bidder. Chris Pita appeared as the designated person for Prudent Resources, an interested bidder. No opposition to the Motion was filed prior or stated at the time of hearing. The Court made pre-hearing findings of fact and conclusions of law, which are incorporated into this Order and which granted the Motion. At hearing the Court conducted an auction resulting in the following highest bid and second highest bid:

| | |
|---|---|
| Prudent Resources | $101,000 |
| Genautica Oil | $86,000 |

Upon recommendation of and request by the Trustee, the Court ORDERS as follows:

1. The Trustee is authorized to sell the estate's interest in Debtor's Working Interest in Hangman Hollow Field, Monterey County, California, ("the subject property") to Prudent Resources, for $101,000.

2. In the event Prudent Resources is unable to complete the sale authorized herein within 30 days from the entry of this Order, the Trustee is authorized to sell the estate's interest in the subject property to Genautica Oil for $86,000.

3. The Trustee is also authorized to sell the subject property to the original bidder, Trio Petroleum, LLC for the sum of $10,000 as a result of the higher and better bids not being completed.

Dated: November 03 2022

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

AMENDED ORDER ON MOTION FOR AUTHORITY
TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. §363(b)  2