D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel
661-864-7366 fax

Attorney for Chapter 7 Trustee Jeffrey M. Vetter

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**TEMBLOR PETROLEUM COMPANY, LLC.**<br><br>Debtor(s). | Case No: 2020-11367<br><br>Chapter 7<br><br>DC No. JMV-1<br><br>**TRUSTEE'S NOTICE OF INTENT TO ABANDON REAL AND PERSONAL PROPERTY**<br><br>Date: n/a<br>Time<br>Place:<br>Judge: Hon Jennifer E. Niemann |

**TO THE CREDITORS OF THE ABOVE-NAMED DEBTORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that in accordance with the provisions of 11 U.S.C. § 554 (a) and Bankruptcy Rule 6007, the undersigned, the duly qualified and acting Chapter7 Trustee of the estate of the above-captioned debtors intends to and will abandon the property described herein as burdensome and of inconsequential value to the estate unless. Within 14 days from the date of service of this Notice, a creditor or other interested party may file a written objection and request for hearing with the Clerk of the U.S. Bankruptcy Court at 2500 Tulare St., Fresno, California, 93721, and serve a copy of such request to Jeffrey M. Vetter, Chapter 7 Trustee, at

2

the address shown below. If no written objections are received within the period described above, the abandonment will be effectuated by placing a Notice of Abandonment in the Court's file. No further notices will be sent.

The Trustee intends to abandon the following real and personal property as assets that are encumbered by consensual liens, claimed as exempt by the above-captioned debtors or otherwise burdensome to the estate:

Working Interest in Los Alamos Field. Temblor Petroleum Company, LLC. (Temblor) has a 57.23% working interest in Los Alamos Field.

Objections not timely served will be deemed waived.

Dated: November 7, 2022

/s/
Jeffrey M. Vetter
Chapter 7 Trustee
PO Box 2424
Bakersfield, CA 93303
661-809-6806