JEFFREY M. VETTER
CHAPTER 7 TRUSTEE
P.O. BOX 2424
BAKERSFIELD, CA 93303
(661) 809-6806

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

IN RE:

TEMBLOR PETROLEUM COMPANY, LLC

Debtor.

Case No: 20-11367-A-7

Chapter 7

DCN: DMG-8

DATE: AUGUST 10, 2022
TIME: 1:30 PM
PLACE: U.S. Bankruptcy Court
1300 18th Street, Ste. A
Bakersfield, CA 93301
JUDGE: Honorable Jennifer E. Niemann

## AMENDED
## RETURN ON SALE

Jeffrey M. Vetter, Trustee herein, respectfully represents to this court that he has sold the bankruptcy estate's interest in the assets as follows:

- Working Interest in Hangman Hollow Field, Monterey, California.

Notice of the sale was mailed to all creditors, parties in interest, and any parties requesting special notice. No objection having been received, the above-noted property was sold to TRIO PETROLEUM, LLC, for the sum of $10,000.00.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 14, 2022

/s/ Jeffrey M. Vetter
JEFFREY M. VETTER, TRUSTEE