**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

**Case Title:** TEMBLOR PETROLEUM COMPANY, LLC

**Case No.:** 20-11367 - A - 7

**Docket Control No.** JMV-1

**Date:** 11/16/2022
**Time:** 1:30 PM

**Matter:** Continued Notice of Intent to Abandon Interest in Estate Property - [408] - Notice of Intent to Abandon Interest in Estate Property [JMV-1] (dpas)

**Judge: Jennifer E. Niemann**
**Courtroom Deputy: Bethany Soto**
**Reporter: Electronic Record**
**Department: A**

**APPEARANCES for:**
**Movant(s):**

**Respondent(s):**

**CIVIL MINUTES**

HEARING TO BE HELD ON 12/14/2022 at 1:30 PM at Fresno Courtroom 11, Department A

For the reasons stated on the record, the notice of intent to abandon interest in estate property was continued to December 14, 2022, at 1:30 p.m.

The trustee shall submit a status report not later than December 7, 2022.

The court will issue an order.