STRADLING YOCCA CARLSON & RAUTH, P.C.
Paul R. Glassman (State Bar No. 76536)
Tatiana Ingman (State Bar No. 314284)
10100 Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
　　　　 tingman@stradlinglaw.com

Attorneys for Genautica Oil Holdings, LP

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TEMBLOR PETROLEUM COMPANY, LLC<br><br>　　　　　　　　　　　　　　　Debtor. | Case No. 2020-11367<br><br>Chapter 7<br><br>DMG-8 |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Genautica Oil Holdings, LP

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) Party in interest

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Appellant appeals from order amending prior order of the Court approving the sale of the estate's interest in property. A copy of the order is attached as Exhibit A.

2. State the date on which the judgment, order, or decree was entered: November 3, 2022

---

Official Form 417A　　　　　　Notice of Appeal and Statement of Election　page　　　　1

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Chapter 7 Trustee, Jeffrey M. Vetter　　Attorney: D. Max Gardner
   930 Truxtun Ave., Suite 203
   Bakersfield, CA 93301
   (661) 864-7373

2. Party: Debtor, Temblor Petroleum Company, LLC　　Attorney: Leonard K. Welsh
   1800 30th Street, Fourth Floor
   Bakersfield, CA 93301
   (661) 328-5328

3. Party: Bider, Kris Pitta
   Prudent Resources, LLC
   16225 Park Ten Pl, Suite 500
   Houston, TX 77084

4. Party: Buyer, Steven A. Rowlee
   5401 Business Park South, Suite 115
   Bakersfield, CA 93309-0713
   (661) 324-3911

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Paul R. Glassman*　　　　　　　　　　　　　　　　　　Date: November 17, 2022
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

STRADLING YOCCA CARLSON & RAUTH, P.C.
Paul R. Glassman (State Bar No. 76536)
Tatiana Ingman (State Bar No. 314284)
10100 Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
　　　　tingman@stradlinglaw.com

# Exhibit A

D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com
Attorney for Chapter 7 Trustee Jeffrey M. Vetter

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

TEMBLOR PETROLEUM COMPANY, LLC.

DEBTOR.

Bankruptcy Case No.: 2020-11367

Chapter 7

DMG-8

**AMENDED ORDER ON
MOTION TO SELL ESTATE'S INTEREST
IN PROPERTY PURSUANT TO 11 U.S.C. SECTION 363 (b)**
(DEBTOR'S WORKING INTEREST HANGMAN HOLLOW FIELD,
MONTEREY COUNTY, CA)

Date: August 10, 2022
Time: 1:30 p.m.
Place: 2500 Tulare Street, 5th Floor
        Courtroom 11, Fresno, CA
Judge: Hon. Jennifer Niemann

Hearing on the Chapter 7 Trustee Jeffrey M. Vetter's ("Trustee") Motion to Sell Estate's Interest in Property Pursuant to 11 U.S.C. Section 363(b) ("Motion") came on before this Court at the above date, time and place. D. Max Gardner appeared on behalf of the Trustee, who was also present. Appearing at Court was Steve Rowley as the designated person for the proposed

buyer Trio Petroleum. Dan Scofield appeared as the designated person for the entity Genautica Oil, an interested bidder. Chris Pita appeared as the designated person for Prudent Resources, an interested bidder. No opposition to the Motion was filed prior or stated at the time of hearing. The Court made pre-hearing findings of fact and conclusions of law, which are incorporated into this Order and which granted the Motion. At hearing the Court conducted an auction resulting in the following highest bid and second highest bid:

| | |
|---|---|
| Prudent Resources | $101,000 |
| Genautica Oil | $86,000 |

Upon recommendation of and request by the Trustee, the Court ORDERS as follows:

1. The Trustee is authorized to sell the estate's interest in Debtor's Working Interest in Hangman Hollow Field, Monterey County, California, ("the subject property") to Prudent Resources, for $101,000.

2. In the event Prudent Resources is unable to complete the sale authorized herein within 30 days from the entry of this Order, the Trustee is authorized to sell the estate's interest in the subject property to Genautica Oil for $86,000.

3. The Trustee is also authorized to sell the subject property to the original bidder, Trio Petroleum, LLC for the sum of $10,000 as a result of the higher and better bids not being completed.

Dated: November 03 2022

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

AMENDED ORDER ON MOTION FOR AUTHORITY
TO SELL ESTATE'S INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. §363(b)    2