FORM EDC2850 Bankruptcy Appeal Transmittal Form (v.8.14)　　　　20–11367 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:** 20–11367 – A – 7　　　　**DCN:** DMG–8

**Debtor Name(s) and Address(es):**

TEMBLOR PETROLEUM COMPANY, LLC
8 Wistar Road
Villanova, PA 19085

TO:　U.S. District Court
　　　2500 Tulare Street, Suite 1501, Fresno, California 93721 ((559) 499–5600).

FROM:　U.S. Bankruptcy Court
　　　　Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order): Jennifer E. Niemann

Date Notice of Appeal Filed: 11/17/22

Date of Entry of Order Appealed From: 11/3/22

Date Bankruptcy Case Filed: 4/9/20

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties: 11/18/22

Filing Fee Paid? Yes

Dated:　　　　　　　　　　　　　　For the Court,
11/18/22　　　　　　　　　　　　　Wayne Blackwelder , Clerk