

FILED
DEC 22 2022
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>TEMBLOR PETROLEUM COMPANY, LLC<br><br><br><br>Debtor(s). | District Court Case No.    22-cv-01507-ADA<br><br>Bankruptcy Court Case No. 20-11367-A-7<br><br>Docket Control No.    DMG-8 |

## CERTIFICATE OF RECORD TO DISTRICT COURT RE: BANKRUPTCY CASES

    The undersigned Deputy Clerk of the U.S. Bankruptcy Court for the Eastern District of California, certifies that the record with respect to the above-captioned matter is complete for purposes of appeal. Pursuant to Fed.R.Bankr.P. 8007(b), the original record will be retained by this court. Excerpts of the record, including transcripts, shall be filed and served with briefs as an appendix, pursuant to Fed.R. Bankr.P. 8009(d).

Dated:    12/22/22

FOR THE COURT
WAYNE BLACKWELDER, CLERK

U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814

By: _____
Deputy Clerk    Richard Lopez
Modesto Division, (209) 521-5160

EDC 2-078 (Rev. 10/22)