Trio Petroleum LLC
Steven A. Rowlee, Vice President
5401 Business Park South, Suite 115
Bakersfield, CA 93309-0713
(661) 324-3911
rowlee@triopetroleum.com

```
        ┌─────────────────────────────┐
        │  ⊣⊤ᴚꟻ     FILED             │
        │           MAR 23 2023        │
        │  UNITED STATES BANKRUPTCY COURT │
        │  EASTERN DISTRICT OF CALIFORNIA │
        └─────────────────────────────┘
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 20-11367-A-7 |
| Temblor Petroleum Company, LLC, | Chapter 7 |
| | DCN: PRG-1 |
| Debtor. | Trio's Opposition to Motion of Genautica Oil Holdings, LP to Vacate Sale Order, as Amended |
| | Date: April 6, 2023 |
| | Time: 10:00 a.m. |
| | Place: US Courthouse |
| | 510 19th Street |
| | Bakersfield, CA |
| | Judge: Hon. Jennifer E. Niemann |

To The Honorable Jennifer E. Niemann:

Trio Petroleum LLC ("Trio"), opposes Genautica Oil Holdings, LP's ("Genautica") motion to set aside the *Amended Order on Motion to Sell Estate's Interest in Property Pursuant to 11 U.S.C. Section 363(b) (Debtor's Working Interest Hangman Hollow Field, Monterey County, CA)* (the "Sale Order").

Trio is the buyer under the Sale Order. By the *Declaration of Terence B. Eschner in Support of Trio's Opposition to Motion of Genautica Oil Holdings, LP to Vacate Sale Order, as Amended* ("Eschner Declaration"), Trio seeks to correct the record regarding certain assertions made in the motion.

Dated: March __22__, 2023                    Trio Petroleum LLC

By: _____          Original
     Steven A. Rowlee
     Vice President