1  STRADLING YOCCA CARLSON & RAUTH, P.C.
   Paul R. Glassman (State Bar No. 76536)
2  Tatiana Ingman (State Bar No. 314284)
   10100 Santa Monica Blvd., Suite 1400
3  Los Angeles, CA 90067
   Telephone: (424) 214-7000
4  Facsimile: (424) 214-7010
   E-mail: pglassman@stradlinglaw.com
5          tingman@stradlinglaw.com

6  Attorneys for Genautica Oil Holdings, LP

7

8

9                    **UNITED STATES BANKRUPTCY COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

12  In re                                  Case No. 2020-11367

13  TEMBLOR PETROLEUM COMPANY, LLC         Chapter 7
                                  Debtor.
14                                         Docket Control Number: PRG-3

15                                         **EXHIBITS TO DECLARATION OF**
                                           **DAN SCHOLEFIELD IN SUPPORT OF**
16                                         **AMENDED MOTION OF GENAUTICA**
                                           **OIL HOLDINGS, LP TO VACATE**
17                                         **SALE ORDER, AS AMENDED**

18
                                           Hearing
19                                         Date:  June 14, 2023
                                           Time:  1:30 p.m.
20                                         Place:  2500 Tulare Street, Suite 2501
                                                   Fresno, CA 93721
21

22                                         Judge:  Hon. Jennifer Niemann

23

24

25

26

27

28

                                    **0001**

# INDEX

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | Transcript of the August 8, 2022 auction | 0003-0021 |
| B | 2021 Marketing Materials | 0022-0026 |
| C | 2021 Marketing Materials with the relevant portions highlighted | 0027-0031 |
| D | Sept. 13 Email | 0032-0034 |
| E | 2022 Marketing Materials | 0035-0039 |
| F | 2022 Marketing Materials with the relevant portions highlighted | 0040-0044 |
| G | August 17, 2022 email exchange with Adams (without attachments) | 0045-0050 |

# EXHIBIT A

1    UNITED STATES BANKRUPTCY COURT

2    EASTERN DISTRICT OF CALIFORNIA

3    Case No. 20-11367

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7        TEMBLOR PETROLEUM COMPANY, LLC,

8

9            Debtor.

10    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11                    United States Bankruptcy Court

12                    2500 Tulare Street, Suite 2501

13                    Fresno, California 93721

14

15                    October 8, 2022

16

17

18

19

20

21    B E F O R E :

22    HON JENNIFER E. NIEMANN

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO:  UNKNOWN

1   HEARING re Auction

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Benjamin Graham, CET #1394

1    A P P E A R A N C E S :

2

3    D. MAX GARDNER, ATTORNEY-AT-LAW

4         Attorney for Chapter 7 Trustee, Jeffrey M. Vetter

5         930 Truxtun Avenue, Suite 203

6         Bakersfield, CA 93301

7

8    BY:  D. MAX GARDNER, ESQ.

9

10   CASSO & SPARKS, LLP

11        Attorney for Creditor, Kings County Development Limited

12        13300 Crossroads Parkway North, Suite 410

13        City of Industry, CA 91746

14

15   BY:  JOHN J. HARRIS, ESQ.

16

17   ALSO PRESENT:

18

19   KRIS PITTA, Prudent Resources

20   DANIEL B. SCHOLEFIELD, Genautica Oil Holdings LP

21   STEVEN ROWLEE, Trio Petroleum

22

23

24

25

1                 P R O C E E D I N G S

2           THE COURT:  Next matter, please.

3           CLERK:  Matter Number 5, for Temblor Petroleum

4    Company, LLC.

5           THE COURT:  May I have appearance of counsel for

6    the trustee?

7           MR. GARDNER:  Good afternoon, Your Honor.  Max

8    Gardner.  Appearing also in my office is Jeffrey M. Vetter,

9    Chapter 7 trustee.

10          THE COURT:  Okay, and counsel for Kings County

11   Development Limited?

12          MR. HARRIS:  Good afternoon, Your Honor.  John

13   Harris, on behalf of creditor, Kings County Development

14   Limited.

15          THE COURT:  And interested -- the appearance --

16   please state your first and last name of interested party,

17   Kris Pitta.

18          MR. PITTA:  Yes.  This is Kris Pitta from Prudent

19   Resources LLP.

20          THE COURT:  I'm sorry.  Can you just repeat that

21   one more time?

22          MR. PITTA:  Kris Pitta, from Prudent Resources

23   LLC.

24          THE COURT:  Are you a bidder, Mr. Pitta?  Is

25   Prudent Resources a bidder?

1           MR. PITTA:  Yes, ma'am.  Yes, ma'am.

2           THE COURT:  Okay, and Mr. Scholefield?

3           MR. SCHOLEFIELD:  Yes.  This is Dan Scholefield.

4  I'm a bidder with Genautica Oil Holdings LP.

5           THE COURT:  Can you please spell that?

6           MR. SCHOLEFIELD:  G-E-N-A-U-T-I-C-A, Oil Holdings

7  LP.

8           THE COURT:  Okay, and is there any other

9  appearances in this matter?

10         Okay.  Mr. Gardner?

11         MR. GARDNER:  Yes, Your Honor.  Thank you for the

12  tentative.  I've reviewed it.  In light of the two bidders

13  that are present, we would request that the Court conduct an

14  auction in the procedure or the protocol that was filed.  We

15  indicated there would be $1,000 increments.  The trustee

16  would accept the highest bid as being the higher and better

17  bid, and if that auction concludes successfully today, we'd

18  ask that the Court award or authorize the sale to that

19  higher or highest bid with a backup provision if we were

20  unable to complete the transaction within 30 days from the

21  entry of the order approving the sale that we would accept

22  the follow-up bid.

23         THE COURT:  Is there anybody appearing on behalf

24  of Trio Petroleum?  Okay.  We do.  Do you want to come

25  forward, please, sir, and please state your name for the

Veritext Legal Solutions
www.veritext.com
0008
212-267-6868        516-608-2400

1    record.

2              MR. ROWLEE:  My name is Steven Rowlee.

3              THE COURT:  And can you please spell your first

4    and last name, please?

5              MR. ROWLEE:  Steven, S-T-E-V-E-N, last name

6    Rowlee, R-O-W-L-E-E, representing Trio Petroleum.

7              THE COURT:  Okay.  All right.  Mr. Harris, did you

8    have anything you wanted to say before the Court starts the

9    bidding?

10             MR. HARRIS:  No, Your Honor.  I just had a

11   procedural point to bring up afterwards.  Thank you.

12             THE COURT:  After the bidding's complete?

13             MR. HARRIS:  No, with --

14             THE COURT:  Can you -- what is the procedural

15   issue?

16             MR. HARRIS:  Your Honor, at the hearing on June

17   29, on the trustee's motion of intent to abandon, counsel

18   for the trustee indicated that a motion seeking authority

19   for the trustee to sign a quitclaim to Kings County

20   Development Limited would be filed and would be heard at the

21   same time as this motion.  Nothing has happened, and so my

22   procedural point was simply to come back to that point and

23   see if we could get a hearing date.

24             THE COURT:  Okay.

25             MR. HARRIS:  Thank you.

1          THE COURT:  Very well.  We'll --

2          MR. HARRIS:  But no points with respect to this

3 sale.

4          THE COURT:  Okay.  Very well.  Okay.  Mr. Gardner,

5 how do we --

6          MR. GARDNER:  Yeah.  I think --

7          THE COURT:  -- how should we proceed with respect

8 to the sale?

9          MR. GARDNER:  As I indicated, Your Honor, we have

10 three bidders present.  The protocol provides for $1,000

11 increments.  As far as the Court conducting it, we would

12 request that the Court entertain bids from each of the three

13 parties and, as I indicated, we would accept the highest bid

14 as the highest and best bid, and then assuming the Court

15 grants that sale for that amount, then we would ask as a

16 backup that the second highest bid be able to conclude if we

17 weren't able to finish the first sale within 30 days of the

18 Court entering an order.

19          THE COURT:  Okay.  Well, Mr. -- well, I don't

20 think Trio Petroleum needs to be bidding against itself.  So

21 Mr. Gardner, do you have a preference as to whether Prudent

22 Resources LLC or Genautica Oil Holdings LP submits the first

23 overbid?

24          MR. GARDNER:  We do not have a preference as to

25 the order of bidding.

1          THE COURT:  Okay.  Mr. Pitta, on behalf of Prudent

2     Resources?

3          MR. PITTA:  Yes.  I would like to go with -- start

4     with $11,000.

5          THE COURT:  Do you have an overbid above $10,000

6     with a minimum overbid of at least $1,000?

7          MR. PITTA:  I think we can only go by $1,000, Your

8     Honor, right?  That's why I'm starting at $11,000.

9          THE COURT:  I'm sorry.  Do you have a -- are you

10    bidding $11,000?

11         MR. PITTA:  Yes, ma'am.

12         THE COURT:  Mr. Scholefield, on behalf of

13    Genautica Oil Holdings?

14         MR. SCHOLEFIELD:  Yes, Your Honor.  We will bid

15    $15,000.

16         THE COURT:  Okay.  Mr. Rowlee, on behalf of Trio

17    Petroleum or, Mr. Pitta, on behalf of Prudent Resources?

18    You need to say into the -- you need to speak into the

19    microphone.

20         MR. ROWLEE:  No bid from Trio.

21         THE COURT:  Okay.  Okay.  Mr. Pitta, there's a

22    $15,000 bid from Genautica Oil Holdings.  Do you wish to

23    increase your bid on behalf of Prudent Resources?

24         MR. PITTA:  Yes, Your Honor.  We would like to bid

25    $16,000.

1          THE COURT:  $16,000?

2          MR. PITTA:  Yes.  Yes, Your Honor.

3          THE COURT:  Okay.  Mr. Scholefield?

4          MR. SCHOLEFIELD:  Yes, Your Honor.  We will

5   increase our bid to $20,000.

6          THE COURT:  Okay.  Mr. Pitta?

7          MR. PITTA:  Yes, Your Honor.  We would like to go

8   with $25,000.

9          THE COURT:  $25,000?

10          MR. PITTA:  Yes, Your Honor.

11          THE COURT:  Okay.  Mr. Scholefield?

12          MR. SCHOLEFIELD:  Yes, Your Honor.  We will go to

13   $26,000.

14          THE COURT:  Okay.  Mr. Pitta?

15          MR. PITTA:  Yes, Your Honor.  We would like to go

16   with $31,000.

17          THE COURT:  I'm sorry.  Can you repeat that?

18          MR. PITTA:  We would like to go with $31,000.

19          THE COURT:  $31,000?

20          MR. PITTA:  Yes.

21          THE COURT:  Okay.  Mr. Scholefield?

22          MR. SCHOLEFIELD:  $32,000.

23          THE COURT:  Okay.  Mr. Pitta?

24          MR. PITTA:  Yes, Your Honor.  We would like to go

25   with $41,000.

1          THE COURT:  Okay.  Mr. Scholefield?

2          MR. SCHOLEFIELD:  Could you repeat that?  I'm

3     sorry, Your Honor.  I couldn't hear.

4          THE COURT:  $41,000.

5          MR. PITTA:  $41,000.

6          THE COURT:  Mr. Pitta, that was $41,000?

7          MR. PITTA:  Yeah.  That is correct, Your Honor.

8          THE COURT:  Okay.

9          MR. SCHOLEFIELD:  Forty-two.  $42,000.

10          THE COURT:  Okay.  Mr. Pitta?

11          MR. PITTA:  We would like to go with $46,000, Your

12     Honor.

13          THE COURT:  Okay.  Mr. Scholefield?

14          MR. SCHOLEFIELD:  Yes.  We will go with $50,000.

15          THE COURT:  Okay.  Mr. Pitta?

16          MR. PITTA:  Yes, Your Honor.  We would like to go

17     with $61,000.

18          THE COURT:  Okay.  Mr. Scholefield?

19          MR. SCHOLEFIELD:  Your Honor, we would like to --

20     we've reached a point, a price point above which we would be

21     willing to bid higher; however, we were not given adequate

22     information about the outstanding liabilities that we're

23     being asked to assume and we'd like to have the balance of

24     that information provided in order to place a higher bid.

25     So we request that that information be provided to us and

1    that the bidding be continued at a later time and in order

2    for us to place a higher bid, but have an understanding of

3    what the outstanding liabilities are.

4              THE COURT:  Mr. Gardner?

5              MR. GARDNER:  Just one moment, Your Honor.  Your

6    Honor, I've conferred with Mr. Vetter.  He is requesting

7    that we proceed with the auction in its current -- the way

8    that it's currently postured and noticed interested parties.

9              THE COURT:  Okay.  So Mr. Scholefield, the trustee

10   wants to finalize the bidding today and not continue this,

11   this bidding, for a further time.

12             MR. SCHOLEFIELD:  Okay.  So we would be willing to

13   increase our bid in this event.  The current bid is what?

14             THE COURT:  $61,000.

15             MR. SCHOLEFIELD:  We will bid $62,000.

16             THE COURT:  Okay.

17             MR. PITTA:  Yes, Your Honor.  This is Prudent

18   Resources.  We would like to go with $66,000.

19             THE COURT:  Okay.  Mr. Scholefield?

20             MR. SCHOLEFIELD:  Yes.  We will go to $70,000.

21             THE COURT:  Okay.  Mr. Pitta?

22             MR. PITTA:  Yes, Your Honor.  We'd like to go with

23   $75,000.

24             THE COURT:  Okay.  Mr. Scholefield?

25             MR. SCHOLEFIELD:  $80,000.

1           THE COURT:  Okay.  Mr. Pitta?

2           MR. PITTA:  $85,000.

3           THE COURT:  Do you want to repeat that, please?

4           MR. PITTA:  $85,000, Your Honor.

5           THE COURT:  $85,000.  Okay.  Mr. Scholefield?

6           MR. SCHOLEFIELD:  $86,000.

7           THE COURT:  Okay.  Mr. Pitta?

8           MR. PITTA:  Yes, Your Honor.  One second.

9           THE COURT:  Okay.

10          MR. PITTA:  Yes, Your Honor.  We would like to bid

11   $101,000.

12          THE COURT:  $101,000.  Okay.  Mr. Scholefield?

13          MR. SCHOLEFIELD:  We are dropping out of the

14   bidding, Your Honor.

15          THE COURT:  Okay.  Mr. Gardner?

16          MR. GARDNER:  Your Honor, thank you for conducting

17   the auction.  The trustee would then recommend that the

18   order authorizing the sale to Prudent Resources be entered.

19   We would prepare the form of the order for Mr. Pitta or his

20   designee to sign off.  The amount would be $101,000.  We

21   would then as an alternate, an alternate sale, that it

22   provides for a sale to Genautica Oil to be signed off by Mr.

23   Scholefield or his designee in the amount of $86,000.

24          THE COURT:  Okay.  Mr. Pitta, do you have any

25   questions regarding what Mr. Gardner just said?

Veritext Legal Solutions
www.veritext.com   **0015**
212-267-6868       516-608-2400

1          MR. PITTA:  No, Your Honor.  We concur.

2          THE COURT:  Okay, and Mr. Scholefield, does

3    Genautica Oil Holdings LP agree to be a backup bidder --

4    have a backup bid of $86,000?

5          MR. SCHOLEFIELD:  Yes, we do.

6          THE COURT:  Okay.  Then, Mr. Gardner, if there

7    isn't anything else, will you please prepare a form of order

8    and have representatives for Prudent Resources and Genautica

9    Oil Holdings sign off on the form of order?

10          MR. GARDNER:  I will, Your Honor.  Thank you.

11          THE COURT:  Thank you.  Is there anything else

12    with respect to this matter?  Very well.  Thank you.  That

13    ends this --

14

15          (Whereupon these proceedings were concluded

16

17

18

19

20

21

22

23

24

25

1            C E R T I F I C A T I O N

2

3      I, Benjamin Graham, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7

8   Benjamin Graham, CET-1394

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date: December 27, 2022

**&**

**&** 3:10

**1**

**1,000** 5:15 7:10
  8:6,7
**10,000** 8:5
**101,000** 12:11
  12:12,20
**11,000** 8:4,8,10
**11501** 14:23
**12151** 14:6
**13300** 3:12
**1394** 2:25 14:8
**15,000** 8:15,22
**16,000** 8:25 9:1

**2**

**20,000** 9:5
**20-11367** 1:3
**2022** 1:15 14:25
**203** 3:5
**25,000** 9:8,9
**2500** 1:12
**2501** 1:12
**26,000** 9:13
**27** 14:25
**29** 6:17

**3**

**30** 5:20 7:17
**300** 14:22
**31,000** 9:16,18
  9:19
**32,000** 9:22
**330** 14:21

**4**

**41,000** 9:25 10:4
  10:5,6
**410** 3:12

**42,000** 10:9
**46,000** 10:11

**5**

**5** 4:3
**50,000** 10:14

**6**

**61,000** 10:17
  11:14
**62,000** 11:15
**66,000** 11:18

**7**

**7** 3:4 4:9
**70,000** 11:20
**75,000** 11:23

**8**

**8** 1:15
**80,000** 11:25
**85,000** 12:2,4,5
**86,000** 12:6,23
  13:4

**9**

**91746** 3:13
**930** 3:5
**93301** 3:6
**93721** 1:13

**a**

**abandon** 6:17
**able** 7:16,17
**accept** 5:16,21
  7:13
**accurate** 14:4
**adequate** 10:21
**afternoon** 4:7,12
**agree** 13:3
**alternate** 12:21
  12:21

**amount** 7:15
  12:20,23
**anybody** 5:23
**appearance** 4:5
  4:15
**appearances** 5:9
**appearing** 4:8
  5:23
**approving** 5:21
**asked** 10:23
**assume** 10:23
**assuming** 7:14
**attorney** 3:3,4
  3:11
**auction** 2:1 5:14
  5:17 11:7 12:17
**authority** 6:18
**authorize** 5:18
**authorizing**
  12:18
**avenue** 3:5
**award** 5:18

**b**

**b** 1:21 3:20
**back** 6:22
**backup** 5:19
  7:16 13:3,4
**bakersfield** 3:6
**balance** 10:23
**bankruptcy** 1:1
  1:11,23
**behalf** 4:13 5:23
  8:1,12,16,17,23
**benjamin** 2:25
  14:3,8
**best** 7:14
**better** 5:16
**bid** 5:16,17,19
  5:22 7:13,14,16
  8:14,20,22,23

  8:24 9:5 10:21
  10:24 11:2,13
  11:13,15 12:10
  13:4
**bidder** 4:24,25
  5:4 13:3
**bidders** 5:12
  7:10
**bidding** 6:9 7:20
  7:25 8:10 11:1
  11:10,11 12:14
**bidding's** 6:12
**bids** 7:12
**bring** 6:11

**c**

**c** 3:1 4:1 5:6
  14:1,1
**ca** 3:6,13
**california** 1:2,13
**case** 1:3
**casso** 3:10
**certified** 14:3
**cet** 2:25 14:8
**chapter** 3:4 4:9
**city** 3:13
**clerk** 4:3
**come** 5:24 6:22
**company** 1:7 4:4
**complete** 5:20
  6:12
**conclude** 7:16
**concluded** 13:15
**concludes** 5:17
**concur** 13:1
**conduct** 5:13
**conducting** 7:11
  12:16
**conferred** 11:6
**continue** 11:10

continued 11:1
correct 10:7
counsel 4:5,10
  6:17
country 14:21
county 3:11 4:10
  4:13 6:19
court 1:1,11 4:2
  4:5,10,15,20,24
  5:2,5,8,13,18,23
  6:3,7,8,12,14,24
  7:1,4,7,11,12,14
  7:18,19 8:1,5,9
  8:12,16,21 9:1,3
  9:6,9,11,14,17
  9:19,21,23 10:1
  10:4,6,8,10,13
  10:15,18 11:4,9
  11:14,16,19,21
  11:24 12:1,3,5,7
  12:9,12,15,24
  13:2,6,11
creditor 3:11
  4:13
crossroads 3:12
current 11:7,13
currently 11:8

**d**

d 3:3,8 4:1
dan 5:3
daniel 3:20
date 6:23 14:25
days 5:20 7:17
debtor 1:9
december 14:25
designee 12:20
  12:23
development
  3:11 4:11,13
  6:20

district 1:2
don't 7:19
dropping 12:13

**e**

e 1:21,21,22 3:1
  3:1 4:1,1 5:6 6:5
  6:5,6,6 14:1
eastern 1:2
ecro 1:25
ends 13:13
entered 12:18
entering 7:18
entertain 7:12
entry 5:21
esq 3:8,15
event 11:13

**f**

f 1:21 14:1
far 7:11
filed 5:14 6:20
finalize 11:10
finish 7:17
first 4:16 6:3
  7:17,22
follow 5:22
foregoing 14:3
form 12:19 13:7
  13:9
forty 10:9
forward 5:25
fresno 1:13
further 11:11

**g**

g 4:1 5:6
gardner 3:3,8
  4:7,8 5:10,11
  7:4,6,9,21,24
  11:4,5 12:15,16
  12:25 13:6,10

genautica 3:20
  5:4 7:22 8:13,22
  12:22 13:3,8
given 10:21
go 8:3,7 9:7,12
  9:15,18,24
  10:11,14,16
  11:18,20,22
good 4:7,12
graham 2:25
  14:3,8
grants 7:15

**h**

happened 6:21
harris 3:15 4:12
  4:13 6:7,10,13
  6:16,25 7:2
hear 10:3
heard 6:20
hearing 2:1 6:16
  6:23
higher 5:16,19
  10:21,24 11:2
highest 5:16,19
  7:13,14,16
holdings 3:20
  5:4,6 7:22 8:13
  8:22 13:3,9
hon 1:22
honor 4:7,12
  5:11 6:10,16 7:9
  8:8,14,24 9:2,4
  9:7,10,12,15,24
  10:3,7,12,16,19
  11:5,6,17,22
  12:4,8,10,14,16
  13:1,10

**i**

increase 8:23
  9:5 11:13
increments 5:15
  7:11
indicated 5:15
  6:18 7:9,13
industry 3:13
information
  10:22,24,25
intent 6:17
interested 4:15
  4:16 11:8
issue 6:15
i'm 8:9 9:17

**j**

j 3:15
jeffrey 3:4 4:8
jennifer 1:22
john 3:15 4:12
judge 1:23
june 6:16

**k**

kings 3:11 4:10
  4:13 6:19
kris 3:19 4:17,18
  4:22

**l**

l 6:6
law 3:3
legal 14:20
liabilities 10:22
  11:3
light 5:12
limited 3:11
  4:11,14 6:20
llc 1:7 4:4,23
  7:22

**llp** 3:10 4:19
**lp** 3:20 5:4,7
　7:22 13:3

**m**

**m** 3:4 4:8
**ma'am** 5:1,1
　8:11
**matter** 1:5 4:2,3
　5:9 13:12
**max** 3:3,8 4:7
**microphone**
　8:19
**mineola** 14:23
**minimum** 8:6
**moment** 11:5
**motion** 6:17,18
　6:21

**n**

**n** 3:1 4:1 5:6 6:5
　14:1
**name** 4:16 5:25
　6:2,4,5
**need** 8:18,18
**needs** 7:20
**niemann** 1:22
**north** 3:12
**noticed** 11:8
**number** 4:3
**ny** 14:23

**o**

**o** 1:21 4:1 6:6
　14:1
**october** 1:15
**office** 4:8
**oil** 3:20 5:4,6
　7:22 8:13,22
　12:22 13:3,9
**okay** 4:10 5:2,8
　5:10,24 6:7,24

　7:4,4,19 8:1,16
　8:21,21 9:3,6,11
　9:14,21,23 10:1
　10:8,10,13,15
　10:18 11:9,12
　11:16,19,21,24
　12:1,5,7,9,12,15
　12:24 13:2,6
**old** 14:21
**order** 5:21 7:18
　7:25 10:24 11:1
　12:18,19 13:7,9
**outstanding**
　10:22 11:3
**overbid** 7:23 8:5
　8:6

**p**

**p** 3:1,1 4:1
**parkway** 3:12
**parties** 7:13
　11:8
**party** 4:16
**petroleum** 1:7
　3:21 4:3 5:24
　6:6 7:20 8:17
**pitta** 3:19 4:17
　4:18,18,22,22
　4:24 5:1 8:1,3,7
　8:11,17,21,24
　9:2,6,7,10,14,15
　9:18,20,23,24
　10:5,6,7,10,11
　10:15,16 11:17
　11:21,22 12:1,2
　12:4,7,8,10,19
　12:24 13:1
**place** 10:24 11:2
**please** 4:2,16 5:5
　5:25,25 6:3,4
　12:3 13:7

**point** 6:11,22,22
　10:20,20
**points** 7:2
**postured** 11:8
**preference** 7:21
　7:24
**prepare** 12:19
　13:7
**present** 3:17
　5:13 7:10
**price** 10:20
**procedural** 6:11
　6:14,22
**procedure** 5:14
**proceed** 7:7 11:7
**proceedings**
　13:15 14:4
**protocol** 5:14
　7:10
**provided** 10:24
　10:25
**provides** 7:10
　12:22
**provision** 5:19
**prudent** 3:19
　4:18,22,25 7:21
　8:1,17,23 11:17
　12:18 13:8

**q**

**questions** 12:25
**quitclaim** 6:19

**r**

**r** 1:21 3:1 4:1
　6:6 14:1
**reached** 10:20
**recommend**
　12:17
**record** 6:1 14:4

**regarding** 12:25
**repeat** 4:20 9:17
　10:2 12:3
**representatives**
　13:8
**representing** 6:6
**request** 5:13
　7:12 10:25
**requesting** 11:6
**resources** 3:19
　4:19,22,25 7:22
　8:2,17,23 11:18
　12:18 13:8
**respect** 7:2,7
　13:12
**reviewed** 5:12
**right** 6:7 8:8
**road** 14:21
**rowlee** 3:21 6:2
　6:2,5,6 8:16,20

**s**

**s** 3:1 4:1 6:5
**sale** 5:18,21 7:3
　7:8,15,17 12:18
　12:21,22
**scholefield** 3:20
　5:2,3,3,6 8:12
　8:14 9:3,4,11,12
　9:21,22 10:1,2,9
　10:13,14,18,19
　11:9,12,15,19
　11:20,24,25
　12:5,6,12,13,23
　13:2,5
**second** 7:16 12:8
**see** 6:23
**seeking** 6:18
**sign** 6:19 12:20
　13:9

**signature** 14:6
**signed** 12:22
**simply** 6:22
**sir** 5:25
**solutions** 14:20
**sorry** 4:20 8:9
    9:17 10:3
**sparks** 3:10
**speak** 8:18
**spell** 5:5 6:3
**start** 8:3
**starting** 8:8
**starts** 6:8
**state** 4:16 5:25
**states** 1:1,11
**steven** 3:21 6:2,5
**street** 1:12
**submits** 7:22
**successfully**
    5:17
**suite** 1:12 3:5,12
    14:22

**t**

**t** 5:6 6:5 14:1,1
**temblor** 1:7 4:3
**tentative** 5:12
**thank** 5:11 6:11
    6:25 12:16
    13:10,11,12
**think** 7:6,20 8:7
**three** 7:10,12
**time** 4:21 6:21
    11:1,11
**today** 5:17 11:10
**transaction** 5:20
**transcribed** 2:25
**transcript** 14:4
**trio** 3:21 5:24
    6:6 7:20 8:16,20

**true** 14:4
**trustee** 3:4 4:6,9
    5:15 6:18,19
    11:9 12:17
**trustee's** 6:17
**truxtun** 3:5
**tulare** 1:12
**two** 5:12 10:9

**u**

**u** 5:6
**u.s.** 1:23
**unable** 5:20
**understanding**
    11:2
**united** 1:1,11
**unknown** 1:25

**v**

**v** 6:5
**veritext** 14:20
**vetter** 3:4 4:8
    11:6

**w**

**w** 6:6
**want** 5:24 12:3
**wanted** 6:8
**wants** 11:10
**way** 11:7
**we've** 10:20
**willing** 10:21
    11:12
**wish** 8:22

**x**

**x** 1:4,10

**y**

**yeah** 7:6 10:7

# EXHIBIT B



Formerly PLS Divestment Services

Login



## COURT ORDERED SALE ☆

Producing Properties
All Standard Disclaimers Apply & Seller Rights Retained

🖶

| Deal Overview | Data Room |
|---|---|



**CALIFORNIA PORTFOLIO FOR SALE**

3-Properties; 2-Prospects; 2-Discoveries

FRESNO & MONTEREY

FIVE POINTS & LYNCH CANYON FIELDS

HANGMAN HOLLOW, LANDER AVENUE,

& LOS ALAMOS PROSPECTS

2-DISCOVERIES READY TO EXPLOIT

3-D Seismic Defined. 14-Sq. Miles

15-100% OPERATED & NonOperated WI

Recently Restarted Lynch Field

Prospects Ready to Drill

Fully Automated Facilities

OOIP & OGIP: 70 MMBO & 115-265 BCF

Light Oil: 44 API. High BTU Gas

**CHAPTER 7 BANKRUPTCY**

**PP 8837DV**

Login For More Access      Contact Us

### Chapter 7 Bankruptcy Sale Process

**Energy Advisors Group** is helping **Temblor Holdings** market their West Coast-operated & non-operated assets in Fresno & Monterey Cos., CA as part of a Judge Ordered Sale, authorized and approved by the United States Bankruptcy Court for the Eastern District of California.

The assets, a mixture of properties and prospects include enough "critical mass" that might act as a "company starter" for the right buyer or "booster asset" for another operator seeking to expand in California. In light of finding one buyer for all the assets, the Court may consider breaking up the package accordingly.

Recent Updates (5/21/21):

-Process just changed from a Chapter 11 to a Chapter 7

-The Lynch Canyon project is under new management (New Investors Bought Eagle)

-Lynch Canyon was recently restarted without steam support (Making ~150 BOPD Gross, ~20 BOPD Net)

-Hangman Hollow project just received steam injection permit.

**CALIFORNIA PROSPECTS & DEVELOPMENT OPPORTUNITIES**

5-Property Groups; 3-Properties; 2-Prospects; 2-Discoveries.

COURT ORDERED BANKRUPTCY SALE PROCESS

FRESNO & MONTEREY CO.,

FIVE POINTS, LYNCH CANYON, HANGMAN HOLLOW, LANDER AVENUE & LOS ALAMOS

Select Prospects & Projects Ready To Drill.

Certain Fields Are Fully Automated Facilities

3-D Seismic Defined Projects. 14-Sq. Miles Seismic Available

15-100% OPERATED & NonOperated WI For Sale.

OOIP & OGIP: 70 MMBO & 115-265 BCF

Premium Prices Achieved. Light Oil: 44 API. High BTU Gas

**5--ASSET GROUPS FOR SALE.**

Here are more details by individual property and prospect:



Login ≡

**FIVE POINTS FIELD---**

New discovery. Light oil. (44 API) production with associated high BTU gas

Seller targeting: 3 MMBO OOIP and 15 MCF OGIP

Temblor owns a 48.55% working interest with a 37.88% NRI and the project is currently shut-in.

This individual project has been fully drilled and is new purchaser needs to secure a gas reinjection permit.

The log of Witter Field shows a uniform 100-foot pay zone.



**LYNCH CANYON PROPERTY---**

Producing heavy oil field with 14.91% working Interest for sale and 12.43% NRI.

Produced 150 BOPD without steam injection in Dec '20.

Just received AFE to restart steam injection.

23 MMBO OOIP and 7.0-10 MM barrels recoverable

**HANGMAN HOLLOW FIELD---**

New discovery. One mile from Lynch Canyon.

24.44% Working Interest, 20.37% NRI

The Hangman Hollow field is currently idled pending final approval of steam injection

Temblor recently received aquifer exemption to enable steam flood injection

The estate highlights 4.0 million barrels of original oil in place and 2.0 mm barrels recoverable;

<u>**There are 2 Prospects Ready To Drill and Develop**</u>

**LANDER AVENUE GAS PROSPECT---**



**Energy Advisors Group**
Formerly PLS Divestment Services

Login

**LOS ALAMOS PROSPECT---**

Monterey Shale Prospect w/ 700 Ft;

100% ownership position through Temblor affiliates;

Light oil column at 10,000 foot depth

40 MM barrels in original area.

Company records show that Los Alamos could be a 100 MM barrel project if the trend extends over all of Temblor's acreage

Potential farmout to partners for initial development.

TO LEARN MORE

Energy Advisors Group

Mr. Wesley Adams

Consultant

3323 N Midland Dr Ste 113 Box 226

Midland, TX 79707

USA

Phone: 432-553-2413 and Fax: Direct: 432-553-2413 Cell Cell: 432-553-2413

Email: wadams@energyadvisors.com

**Questions Regarding This Asset?** Email [Wes Adams 432-553-2413 Cell](#)

# Related Deals



**EASTERN SHELF OPERATIONS FOR SALE**

**SHALLOW OIL PLAY**

**Code: PP 1885DV**



**MARATHON OKLAHOMA WELL FOR SALE**

**SOUTHERN OKLAHOMA HOXBAR**

**Code: PP 4345DV**



**CHOLLA SELLING GAS LEASES**

**SHALLOW GAS RESERVES**

**Code: PP 6900DV**



**MANNVILLE DEVELOPMENT**

**U MANNVILLE; REX OIL; SPIRIT RIVER**

**Code: PP 11153DV**



**Formerly PLS Divestment Services**

Login



Energy Advisors Group offers engineering, geological and valuation services by the hour or by the project.

# EXHIBIT C



Formerly PLS Divestment Services

Login ☰

---

PP **COURT ORDERED SALE** ☆

Producing Properties

All Standard Disclaimers Apply & Seller Rights Retained

🖨

| Deal Overview | Data Room |
|---|---|



**CALIFORNIA PORTFOLIO FOR SALE**

3-Properties; 2-Prospects; 2-Discoveries

<u>FRESNO & MONTEREY</u>

FIVE POINTS & LYNCH CANYON FIELDS

HANGMAN HOLLOW, LANDER AVENUE,

& LOS ALAMOS PROSPECTS

2-DISCOVERIES READY TO EXPLOIT

3-D Seismic Defined. 14-Sq. Miles

15-100% OPERATED & NonOperated WI

Recently Restarted Lynch Field

Prospects Ready to Drill

Fully Automated Facilities

OOIP & OGIP: 70 MMBO & 115-265 BCF

Light Oil: 44 API. High BTU Gas

**CHAPTER 7 BANKRUPTCY**

**PP 8837DV**

Login For More Access    Contact Us

**Chapter 7 Bankruptcy Sale Process**

**Energy Advisors Group** is helping **Temblor Holdings** market their West Coast-operated & non-operated assets in Fresno & Monterey Cos., CA as part of a Judge Ordered Sale, authorized and approved by the United States Bankruptcy Court for the Eastern District of California.

The assets, a mixture of properties and prospects include enough "critical mass" that might act as a "company starter" for the right buyer or "booster asset" for another operator seeking to expand in California. In light of finding one buyer for all the assets, the Court may consider breaking up the package accordingly.

Recent Updates (5/21/21):

-Process just changed from a Chapter 11 to a Chapter 7

-The Lynch Canyon project is under new management (New Investors Bought Eagle)

-Lynch Canyon was recently restarted without steam support (Making ~150 BOPD Gross, ~20 BOPD Net)

-Hangman Hollow project just received steam injection permit.

**CALIFORNIA PROSPECTS & DEVELOPMENT OPPORTUNITIES**

5-Property Groups; 3-Properties; 2-Prospects; 2-Discoveries.

COURT ORDERED BANKRUPTCY SALE PROCESS

<u>FRESNO & MONTEREY CO</u>.,

FIVE POINTS, LYNCH CANYON, HANGMAN HOLLOW, LANDER AVENUE & LOS ALAMOS

Select Prospects & Projects Ready To Drill.

Certain Fields Are Fully Automated Facilities

3-D Seismic Defined Projects. 14-Sq. Miles Seismic Available

<u>15-100% OPERATED & NonOperated WI For Sale</u>.

OOIP & OGIP: 70 MMBO & 115-265 BCF

Premium Prices Achieved. Light Oil: 44 API. High BTU Gas

**5--ASSET GROUPS FOR SALE.**

Here are more details by individual property and prospect:



Login ≡

**FIVE POINTS FIELD---**

New discovery. Light oil. (44 API) production with associated high BTU gas

Seller targeting: 3 MMBO OOIP and 15 MCF OGIP

Temblor owns a 48.55% working interest with a 37.88% NRI and the project is currently shut-in.

This individual project has been fully drilled and is new purchaser needs to secure a gas reinjection permit.

The log of Witter Field shows a uniform 100-foot pay zone.



**LYNCH CANYON PROPERTY---**

Producing heavy oil field with 14.91% working Interest for sale and 12.43% NRI.

Produced 150 BOPD without steam injection in Dec '20.

Just received AFE to restart steam injection.

23 MMBO OOIP and 7.0-10 MM barrels recoverable

**HANGMAN HOLLOW FIELD---**

New discovery. One mile from Lynch Canyon.

24.44% Working Interest, 20.37% NRI

The Hangman Hollow field is currently idled pending final approval of steam injection

Temblor recently received aquifer exemption to enable steam flood injection

The estate highlights 4.0 million barrels of original oil in place and 2.0 mm barrels recoverable;

**There are 2 Prospects Ready To Drill and Develop**

**LANDER AVENUE GAS PROSPECT---**



Login ☰

**LOS ALAMOS PROSPECT---**

Monterey Shale Prospect w/ 700 Ft;

100% ownership position through Temblor affiliates;

Light oil column at 10,000 foot depth

40 MM barrels in original area.

Company records show that Los Alamos could be a 100 MM barrel project if the trend extends over all of Temblor's acreage

Potential farmout to partners for initial development.

TO LEARN MORE

Energy Advisors Group

Mr. Wesley Adams

Consultant

3323 N Midland Dr Ste 113 Box 226

Midland, TX 79707

USA

Phone: 432-553-2413 and Fax: Direct: 432-553-2413 Cell Cell: 432-553-2413

Email: wadams@energyadvisors.com

**Questions Regarding This Asset?** Email [Wes Adams 432-553-2413 Cell](Wes Adams 432-553-2413 Cell)

# Related Deals



**EASTERN SHELF OPERATIONS FOR SALE**

**SHALLOW OIL PLAY**

**Code: PP 1885DV**



**MARATHON OKLAHOMA WELL FOR SALE**

**SOUTHERN OKLAHOMA HOXBAR**

**Code: PP 4345DV**



**CHOLLA SELLING GAS LEASES**

**SHALLOW GAS RESERVES**

**Code: PP 6900DV**



**MANNVILLE DEVELOPMENT**

**U MANNVILLE; REX OIL; SPIRIT RIVER**

**Code: PP 11153DV**

Energy CALIFORNIA PORTFOLIO FOR SALE

Login ☰

# Energy **Advisors** Group
### Formerly PLS Divestment Services



**Energy Advisors Group offers engineering, geological and valuation services by the hour or by the project.**

# EXHIBIT D

 **Gmail**

**Dan Scholefield <dan.scholefield@gmail.com>**

## Fw: Hangman Hollow
1 message

**jeffrey vetter** <jeffreyvetter@hotmail.com>                              Tue, Sep 20, 2022 at 5:22 PM
To: Dan Scholefield <dan.scholefield@gmail.com>, Wesley Adams <wadams@energyadvisors.com>

dan:  i have not received a response to my email below.  if you intend to close the sale, payment in full must be received not later than october 13, 2022 by 5pm pst.  if payment is not received by that time - the $10k deposit of genautica oil will be forfeited to the estate.  thank you, jeff vetter

**JEFFREY M. VETTER**
**Chapter 7 Trustee**
**P.O. Box 2424**
**Bakersfield, CA 93303**
**661-809-6806**
**jeffreyvetter@hotmail.com**

**From:** jeffrey vetter <jeffreyvetter@hotmail.com>
**Sent:** Tuesday, September 13, 2022 11:35 AM
**To:** Wesley Adams <wadams@energyadvisors.com>; Dan Scholefield <dan.scholefield@gmail.com>
**Subject:** Fw: Hangman Hollow

dan:  the winning bidder has not performed and the sale will not be completed.  as the backup bidder, the offer of genautica oil holdings will be accepted.  please remit the balance of your bid($76,000.00) to the po box below.  please make the check payable to, "the bk estate of temblor".  thank you, jeff vetter

**JEFFREY M. VETTER**
**Chapter 7 Trustee**
**P.O. Box 2424**
**Bakersfield, CA 93303**
**661-809-6806**
**jeffreyvetter@hotmail.com**

**From:** Kris Pitta <kris_pitta@prudentresourcesllc.com>
**Sent:** Tuesday, September 13, 2022 6:57 AM
**To:** jeffrey vetter <jeffreyvetter@hotmail.com>; Wesley Adams <wadams@energyadvisors.com>
**Subject:** Hangman Hollow

Jeff, Wes:

I hope things are going well. We just learned from CalGEM that Hangman Hollows have to go through PAL review and injection permit is not valid. We were misled by letter sent to Steve Rowlee (Trio) in 2019 and not sharing the letter sent in 2021 by CalGEM about discrepancies of the injection permit. We will not be proceeding with Hangman Hollow anymore. I appreciate if you return our deposit $10,000. Thank you.

**0033**

Thanks,
Kris K. Pitta
Founder and CEO
Prudent Resources LLC
Main: (713) 395 - 4045
Cell:   (713) 775 – 5761

# EXHIBIT E



## COURT ORDERED SALE ☆

Producing Properties
All Standard Disclaimers Apply & Seller Rights Retained



## CALIFORNIA PORTFOLIO SALE

2-Properties; 2-Prospects; 2-Discoveries

<u>FRESNO & MONTEREY</u>

FIVE POINTS FIELD,

LANDER AVENUE & LOS ALAMOS PROSPECTS

2-DISCOVERIES READY TO EXPLOIT

3-D Seismic Defined. 14-Sq. Miles

15-100% OPERATED & NonOperated WI

Prospects Ready to Drill

Fully Automated Facilities

OOIP & OGIP: 70 MMBO & 115-265 BCF

Light Oil: 44 API. High BTU Gas

**CHAPTER 7 BANKRUPTCY**

**PP 8837DV**

### Chapter 7 Bankruptcy Sale Process

**Energy Advisors Group** is helping **Temblor Holdings** market their West Coast-operated & non-operated assets in Fresno & Monterey Cos., CA as part of a Judge Ordered Sale, authorized and approved by the United States Bankruptcy Court for the Eastern District of California.

The assets, a mixture of properties and prospects include enough "critical mass" that might act as a "company starter" for the right buyer or "booster asset" for another operator seeking to expand in California. In light of finding one buyer for all the assets, the Court may consider breaking up the package accordingly.

**Recent Updates (9/6/22):**

Lynch Canyon interest recently sold.

Hangman Hollow Interest under contact.

Additional information regarding the Witter field interest added to the VDR.

### NOTICE OF SALE OF WITTER FIELD

Date: September 14th, 2022

Time: 1:30 PM (Pacific)

Location: 2500 Tulare Street, 5th Floor

Courtroom 11, Fresno , CA

Judge: Hon. Jennifer Neimann

**See the Temblor Witter Notice of Sale in the Witter Public Sale Documents for specific bid instructions.**

**0036**

Instructions.

Documents related to the sale are available as Item 2 in the public documents in the VDR. All bidders should do their own due diligence before participating in the sale.

**Regarding Witter Field working interest:**
Temblor sold a 10% working interest to Inproinvest in 2018. That agreement contains a "clawback" provision whereby if Inproinvest does not achieve a certain return by a certain date (which they did not), then they are assigned 10% of Temblor's working interest (or 4.856% working interest) until they achieve a certain return. Inproinvest has recorded this security.

**CALIFORNIA PROSPECTS & DEVELOPMENT OPPORTUNITIES**
1-Property; 2-Prospects.
COURT ORDERED BANKRUPTCY SALE PROCESS
FRESNO & MONTEREY CO.,
FIVE POINTS (WITTER FIELD), LANDER AVENUE & LOS ALAMOS
Select Prospects & Projects Ready To Drill.
Certain Fields Are Fully Automated Facilities
3-D Seismic Defined Projects. 14-Sq. Miles Seismic Available
15-100% OPERATED & NonOperated WI For Sale.
OOIP & OGIP: 70 MMBO & 115-265 BCF
Premium Prices Achieved. Light Oil: 44 API. High BTU Gas

**4--ASSET GROUPS FOR SALE.**
Here are more details by individual property and prospect:

**There are 2-Producing Property Projects For Sale**

**FIVE POINTS FIELD---**
New discovery. Light oil. (44 API) production with associated high BTU gas
Seller targeting: 3 MMBO OOIP and 15 MCF OGIP
Temblor owns a 48.55% working interest with a 37.88% NRI and the project is currently shut-in.
This individual project has been fully drilled and is new purchaser needs to secure a gas reinjection permit.

The log of Witter Field shows a uniform 100-foot pay zone.





**HANGMAN HOLLOW FIELD---**
New discovery. One mile from Lynch Canyon.
24.44% Working Interest, 20.37% NRI
The Hangman Hollow field is currently idled
The estate highlights 4.0 million barrels of original oil in place and 2.0 mm barrels recoverable;

**There are 2 Prospects Ready To Drill and Develop**

**LANDER AVENUE GAS PROSPECT---**
100-250 BCF of gas plus potential liquids.
Temblor owns a 45% ownership stake in the Lander Avenue prospect and seeks a partner to drill

**LOS ALAMOS PROSPECT---**
Monterey Shale Prospect w/ 700 Ft;
100% ownership position through Temblor affiliates;
Light oil column at 10,000 foot depth
40 MM barrels in original area.
Company records show that Los Alamos could be a 100 MM barrel project if the trend extends over all of Temblor's acreage
Potential farmout to partners for initial development.

TO LEARN MORE
Energy Advisors Group
Mr. Wesley Adams
VP- Business Development & Execution

VP - Business Development & Execution
3323 N Midland Dr Ste 113 Box 226
Midland, TX 79707
USA
Phone: 432-553-2413 and Fax: Direct: 432-553-2413 Cell Cell: 432-553-2413
Email: wadams@energyadvisors.com

**Questions Regarding This Asset?** Email [Wes Adams 432-553-2413 Cell](#)

# EXHIBIT F



## COURT ORDERED SALE ☆

Producing Properties
All Standard Disclaimers Apply & Seller Rights Retained



## CALIFORNIA PORTFOLIO SALE

2-Properties; 2-Prospects; 2-Discoveries
FRESNO & MONTEREY
FIVE POINTS FIELD,
LANDER AVENUE & LOS ALAMOS PROSPECTS
2-DISCOVERIES READY TO EXPLOIT
3-D Seismic Defined. 14-Sq. Miles
15-100% OPERATED & NonOperated WI
Prospects Ready to Drill
Fully Automated Facilities
OOIP & OGIP: 70 MMBO & 115-265 BCF
Light Oil: 44 API. High BTU Gas
**CHAPTER 7 BANKRUPTCY**
**PP 8837DV**

### Chapter 7 Bankruptcy Sale Process

**Energy Advisors Group** is helping **Temblor Holdings** market their West Coast-operated & non-operated assets in Fresno & Monterey Cos., CA as part of a Judge Ordered Sale, authorized and approved by the United States Bankruptcy Court for the Eastern District of California.

The assets, a mixture of properties and prospects include enough "critical mass" that might act as a "company starter" for the right buyer or "booster asset" for another operator seeking to expand in California. In light of finding one buyer for all the assets, the Court may consider breaking up the package accordingly.

### Recent Updates (9/6/22):

Lynch Canyon interest recently sold.
Hangman Hollow Interest under contact.
Additional information regarding the Witter field interest added to the VDR.

### NOTICE OF SALE OF WITTER FIELD

Date: September 14th, 2022
Time: 1:30 PM (Pacific)
Location: 2500 Tulare Street, 5th Floor
Courtroom 11, Fresno , CA
Judge: Hon. Jennifer Neimann

**See the Temblor Witter Notice of Sale in the Witter Public Sale Documents for specific bid instructions.**

Instructions.

Documents related to the sale are available as Item 2 in the public documents in the VDR. All bidders should do their own due diligence before participating in the sale.

**Regarding Witter Field working interest:**
Temblor sold a 10% working interest to Inproinvest in 2018. That agreement contains a "clawback" provision whereby if Inproinvest does not achieve a certain return by a certain date (which they did not), then they are assigned 10% of Temblor's working interest (or 4.856% working interest) until they achieve a certain return. Inproinvest has recorded this security.

**CALIFORNIA PROSPECTS & DEVELOPMENT OPPORTUNITIES**
1-Property; 2-Prospects.
COURT ORDERED BANKRUPTCY SALE PROCESS
FRESNO & MONTEREY CO.,
FIVE POINTS (WITTER FIELD), LANDER AVENUE & LOS ALAMOS
Select Prospects & Projects Ready To Drill.
Certain Fields Are Fully Automated Facilities
3-D Seismic Defined Projects. 14-Sq. Miles Seismic Available
15-100% OPERATED & NonOperated WI For Sale.
OOIP & OGIP: 70 MMBO & 115-265 BCF
Premium Prices Achieved. Light Oil: 44 API. High BTU Gas

**4--ASSET GROUPS FOR SALE.**
Here are more details by individual property and prospect:

**There are 2-Producing Property Projects For Sale**

**FIVE POINTS FIELD---**
New discovery. Light oil. (44 API) production with associated high BTU gas
Seller targeting: 3 MMBO OOIP and 15 MCF OGIP
Temblor owns a 48.55% working interest with a 37.88% NRI and the project is currently shut-in.
This individual project has been fully drilled and is new purchaser needs to secure a gas reinjection permit.

The log of Witter Field shows a uniform 100-foot pay zone.





**HANGMAN HOLLOW FIELD---**
New discovery. One mile from Lynch Canyon.
24.44% Working Interest, 20.37% NRI
The Hangman Hollow field is currently idled
The estate highlights 4.0 million barrels of original oil in place and 2.0 mm barrels recoverable;

**There are 2 Prospects Ready To Drill and Develop**

**LANDER AVENUE GAS PROSPECT---**
100-250 BCF of gas plus potential liquids.
Temblor owns a 45% ownership stake in the Lander Avenue prospect and seeks a partner to drill

**LOS ALAMOS PROSPECT---**
Monterey Shale Prospect w/ 700 Ft;
100% ownership position through Temblor affiliates;
Light oil column at 10,000 foot depth
40 MM barrels in original area.
Company records show that Los Alamos could be a 100 MM barrel project if the trend extends over all of Temblor's acreage
Potential farmout to partners for initial development.

TO LEARN MORE
Energy Advisors Group
Mr. Wesley Adams
VP, Business Development & Execution

VP - Business Development & Execution
3323 N Midland Dr Ste 113 Box 226
Midland, TX 79707
USA
Phone: 432-553-2413 and Fax: Direct: 432-553-2413 Cell Cell: 432-553-2413
Email: wadams@energyadvisors.com

**Questions Regarding This Asset?** Email [Wes Adams 432-553-2413 Cell](#)

# EXHIBIT G

 Gmail

**Dan Scholefield <dan.scholefield@gmail.com>**

___

## RE: Temblor Petroleum - Hangman Hollow
1 message

___

**Wesley Adams** <wadams@energyadvisors.com>                     Wed, Aug 17, 2022 at 11:42 AM
To: Dan Scholefield <dan.scholefield@gmail.com>

Dan,

Attached is Document 417 which is the offer instructions for the sale.

**Wesley Adams**

Cell: 432.553.2413

___

**From:** Dan Scholefield <dan.scholefield@gmail.com>
**Sent:** Wednesday, August 17, 2022 1:26 PM
**To:** Wesley Adams <wadams@energyadvisors.com>
**Subject:** Fwd: Temblor Petroleum - Hangman Hollow

fyi

---------- Forwarded message ---------
From: **jeffrey vetter** <jeffreyvetter@hotmail.com>
Date: Mon, Aug 1, 2022 at 5:43 PM
Subject: Re: Temblor Petroleum - Hangman Hollow
To: Dan Scholefield <dan.scholefield@gmail.com>, max gardner NEW <dmgardner@dmaxlaw.com>

dan:  see the attached doc's.

we cannot wire money.  in the alternative, please get a $10k money order/cashier's check made payable to "the bk estate of temblor".   if the service does not deliver to the po box below please let me know and i will give you a physical address.  ==email me a **copy of the check and the tracking number** from usps/ups/fedex and will be sufficient to allow bidding.==

thank you, jeff vetter

**JEFFREY M. VETTER**

**0046**

**Chapter 7 Trustee**

**P.O. Box 2424**

**Bakersfield, CA 93303**

**661-809-6806**

**jeffreyvetter@hotmail.com**

---

**From:** Dan Scholefield <dan.scholefield@gmail.com>
**Sent:** Monday, August 1, 2022 5:11 PM
**To:** jeffrey vetter <jeffreyvetter@hotmail.com>; dmgardner@dmaxlaw.com <dmgardner@dmaxlaw.com>
**Subject:** Re: Temblor Petroleum - Hangman Hollow


Max:


Per our phone conversation this afternoon and my prior discussions with Jeff, please forward the Declaration and the other relevant filings to me via email regarding the TEMBLOR PETROLEUM COMPANY, LLC interest in Hangman Hollow and wire instructions for the $10,000 deposit required to bid.


Thank you,


Dan Scholefield

310-924-1889




On Mon, Aug 1, 2022 at 11:17 AM jeffrey vetter <jeffreyvetter@hotmail.com> wrote:

> dan:  see the attached notice.  if you intend to make an offer a deposit has to be rec'd by 8/3.
> thanks, jeff
>
>
>
> **JEFFREY M. VETTER**
>
> **Chapter 7 Trustee**
>
> **P.O. Box 2424**
>
> **Bakersfield, CA 93303**
>
> **661-809-6806**
>
> **jeffreyvetter@hotmail.com**
>
> ---
>
> **From:** Dan Scholefield <dan.scholefield@gmail.com>
> **Sent:** Tuesday, July 5, 2022 6:04 PM

**To:** jeffrey vetter <jeffreyvetter@hotmail.com>
**Subject:** Re: Temblor Petroleum - Hangman Hollow


Hangman


On Tue, Jul 5, 2022, 6:03 PM jeffrey vetter <jeffreyvetter@hotmail.com> wrote:

> What interest was it? Was it hangman hollow or Witter?
>
>
> Sent from my Verizon, Samsung Galaxy smartphone
> Get Outlook for Android
>
> ---
>
> **From:** Dan Scholefield <dan.scholefield@gmail.com>
> **Sent:** Tuesday, July 5, 2022 5:57:00 PM
> **To:** jeffrey vetter <jeffreyvetter@hotmail.com>
> **Subject:** Re: Temblor Petroleum - Hangman Hollow
>
>
> Jeff,
>
>
> Is the Temblor interest being offered/sold free of liability in the bankruptcy proceeding? An investor group would like to present an offer, but those details are necessary.
>
>
> Thanks,
>
>
> Dan Scholefield
>
>
> On Wed, Jun 22, 2022 at 4:07 PM jeffrey vetter <jeffreyvetter@hotmail.com> wrote:
>
>> dan: there is not a notice of abandonment docketed yet.  only a notice of intent.
>>
>>
>>
>> **JEFFREY M. VETTER**
>>
>> **Chapter 7 Trustee**
>>
>> **P.O. Box 2424**
>>
>> **Bakersfield, CA 93303**
>>
>> **661-809-6806**
>>
>> **jeffreyvetter@hotmail.com**
>>
>> ---
>>
>> **From:** jeffrey vetter <jeffreyvetter@hotmail.com>
>> **Sent:** Wednesday, June 22, 2022 4:06 PM

**To:** Dan Scholefield <dan.scholefield@gmail.com>
**Subject:** Re: Temblor Petroleum - Hangman Hollow

dan:  tomorrow i am meeting with max gardner, the estate attorney, regarding several topics.  i should be able to get back to you by monday.  if you have not heard from me, please email.  max is copied on this email.  thanks, jeff

**JEFFREY M. VETTER**

**Chapter 7 Trustee**

**P.O. Box 2424**

**Bakersfield, CA 93303**

**661-809-6806**

**jeffreyvetter@hotmail.com**

---

**From:** Dan Scholefield <dan.scholefield@gmail.com>
**Sent:** Wednesday, June 22, 2022 3:59 PM
**To:** jeffreyvetter@hotmail.com <jeffreyvetter@hotmail.com>
**Subject:** Re: Temblor Petroleum - Hangman Hollow

Hi Jeff,

I'm following up on my email of last week. You were going to email me a copy of the Temblor Petroleum abandonment notice; is it possible for you to do that? We would like to submit an offer to purchase the Temblor Interest.

Many thanks,

Dan Scholefield

On Thu, Jun 16, 2022 at 7:00 AM Dan Scholefield <dan.scholefield@gmail.com> wrote:

Dear Mr. Vetter,

Thank you for your time and for forwarding the abandonment notice discussed in our phone conversation yesterday, Wednesday June 15, 2022, regarding the Temblor Petroleum Company, LLC oil and gas working interest in the Hangman Hollow Field located in Monterey County, California.

As a working interest partner in the field, Genautica Oil Holdings LP would like the opportunity to bid on Temblor's interest. Any information you can forward regarding the status of proceedings is greatly appreciated.


Sincerely,


Dan Scholefield

Genautica Oil Holdings GP, LLC

Managing Member

(310) 924-1889

---

 **temb notice Doc 417.pdf**
1001K