Michael J. Gomez (State Bar No. 251571)
　mgomez@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
　gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California  90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor
TRIO PETROLEUM, LLC

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TEMBLOR PETROLEUM COMPANY, LLC,<br><br>　　Debtor. | CASE No. 2020-11367<br><br>Chapter 7<br><br>DCN: PRG-3<br><br>**DECLARATION OF STEVEN ROWLEE IN SUPPORT OF TRIO PETROLEUM, LLC'S STATEMENT OF POSITION**<br><br>Date:　　June 14, 2023<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 11, Dept. A<br>　　　　　2500 Tulare Street, Fifth Floor<br>　　　　　Fresno, CA 93721<br><br>Judge:　　Hon. Jennifer Niemann |

4931237v1 | 101458-0001

1

DECLARATION OF STEVEN ROWLEE

I, Steven A. Rowlee, declare:

1. I am a Vice President of Trio Petroleum LLC ("Trio"). I am over 18 years-old. Trio is the operator of various oil and gas properties including a property known as the Hangman Hollow Area of the McCool Ranch Oil Field ("Hangman Hollow") that is located in Monterey County, California. I have been the Vice President of Trio since 2002 and have been an employee of Trio since 1984. I have personal knowledge of the matters set forth in this Declaration, except where stated upon information and belief. I was involved with proposing and submitting Trio's bid to the Chapter 7 Trustee of Temblor Petroleum Company, LLC (the "Debtor") for the bankruptcy estate's interest Hangman Hollow.

2. I have read and reviewed the following documents that were filed by Genautica Oil Holdings, LP ("Genautica"): 1) the NOTICE OF MOTION AND MOTION OF GENAUTICA OIL HOLDINGS, LP TO VACATE SALE ORDER, AS AMENDED" (the "Motion"); 2) the DECLARATION OF DAN SCHOLEFIELD IN SUPPORT OF THE MOTION OF GENAUTICA OIL HOLDINGS, LP TO VACATE SALE ORDER, AS AMENDED (the "Scholefield Declaration" or "Scholefield Decl."), and; 3) the EXHIBITS TO DECLARATION OF DAN SCHOLEFIELD IN SUPPORT OF MOTION OF GENAUTICA OIL HOLDINGS, LP TO VACATE SALE ORDER, AS AMENDED (the "Exhibits").

3. **Trio's Bid**. The cash portion of Trio's bid to the Chapter 7 Trustee for the Debtor's interest in Hangman Hollow was $10,000. In addition, the Debtor had been in arrears to Trio for its interest in Hangman Hollow since 2018 and currently owes over $242,000.00 to Trio for its working-interest share of Hangman Hollow expenditures. As part of its bid for Hangman Hollow, and conditioned upon Trio being the successful bidder for the Debtor's share of Hangman Hollow, Trio also offered to waive this obligation. Accordingly, Trio's effective total bid was

over $252,000.00. Trio's position is that any successful bidder other than Trio would be obligated to Trio for the Debtor's arrears.

4. **Genautica's Relationship with Trio.** Besides the Debtor being in arrears to Trio for its working-interest in Hangman Hollow, Genautica, which also owns a share of Hangman Hollow, is also in arrears to Trio for its working-interest in Hangman Hollow. This has been going on for years. Genautica has been in default to cover its share of its expenses since 2015 and owes Trio over $240,000.

5. Genautica, being working-interest owner in Hangman Hollow, and Mr. Scholefield have known for some time that Hangman Hollow is a producing property that is currently shut-in and idle.

6. **The Sale of the Debtor's Interest.** Despite various suggestions in the Scholefield Declaration, Trio was not involved in the Chapter 7 Trustee's marketing efforts for the sale of the estate's interest in Hangman Hollow and Trio certainly did not collaborate with the Chapter 7 Trustee or his brokers on the marketing. Trio did not provide any information to the Chapter 7 Trustee or his brokers regarding Hangman Hollow in connection with the Chapter 7 Trustee's marketing efforts. Trio has previously provided information regarding Hangman Hollow to Genautica, to the Debtor before its bankruptcy and to others as well (including, the California Division of Oil, Gas, and Geothermal Resources, CalGEM, WaterBoards, Petroleum Listing Services, Energy Advisors Group, Energy Net), and it is possible that the Chapter 7 Trustee's brokers re-purposed some of those materials, but I do not know for sure. Trio was not asked to and nor did it assist in preparing or reviewing the marketing materials. Trio did not confer with the Chapter 7 Trustee or his brokers regarding the marketing materials, and it did not review them until after the sale hearing.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

7. **Being a Stalking Horse Bidder.** Ultimately, Trio reluctantly agreed to be a stalking horse bidder because, among other things: (a) no one else seemed to be interested in the estate's interest in Hangman Hollow; (b) it would be difficult to operate the property unless the interest involved in the bankruptcy was settled, even though it would cost Trio additional funds on top of what was already owed by Debtor, and (c) Trio kept having to deal with working-interest holders such as the Debtor and Genautica who keep failing to perform their obligations and cover their expenses, impeding any progress.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and if called as a witness I could and would testify competently thereto.

Signed on May 30, 2023, at Bakersfield, California.



Steven A. Rowlee

4931237v1 | 101458-0001

4

DECLARATION OF STEVEN ROWLEE