**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** TEMBLOR PETROLEUM COMPANY, LLC

**Case No.:** 20-11367 - A - 7

**Docket Control No.** PRG-3
**Date:** 06/14/2023
**Time:** 1:30 PM

**Matter:** [518] - Amended Motion/Application to Vacate [PRG-3]. [500] Motion/Application to Vacate/Reconsider/Set Aside Filed by Interested Party Genautica Oil Holdings, LP (jlns)

**Judge: Jennifer E. Niemann**
**Courtroom Deputy: Bethany Soto**
**Reporter: Not Recorded**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion Denied without prejudice, Resolved without Oral Argument

The court will issue an order.

This matter was DENIED WITHOUT PREJUDICE for improper notice.

The Clerk's Matrix of Creditors used by the moving party to serve notice of the motion does not comply with Local Rule of Practice ("LBR") 7005-1(c), which requires that the Clerk's Matrix of Creditors used to serve a notice be downloaded not more than 7 days prior to the date notice is served. Here, the moving party served notice of the motion on May 16, 2023, using a Clerk's Matrix of Creditors that was generated on February 3, 2023. Doc. #523. Accordingly, service of notice of the motion does not comply LBR 7005-1(c).