**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>TEMBLOR PETROLEUM COMPANY, LLC,<br>            Debtor. | ) Case No. 20-11367 - A - 7<br>) Docket Control No. PRG-3<br>) Document No. 518<br>) Date: 06/14/2023<br>) Time: 1:30 PM<br>) Dept: A |

**Order**

For the reasons set forth in the court's minutes, docket number 535,

IT IS ORDERED that the amended motion to vacate is DENIED WITHOUT PREJUDICE.

Dated: June 15 2023

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

[518] - Amended Motion/Application to Vacate [PRG-3]. [500] Motion/Application to Vacate/Reconsider/Set Aside Filed by Interested Party Genautica Oil Holdings, LP (jlns)