4
RATZLAFF TAMBERI & GILL, LLP
7650 North Palm Avenue, Suite 105
Fresno, CA 93711
(559) 432-0300


Accountants for Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| In the matter of<br><br>Temblor Petroleum Company, LLC<br><br>Debtor(s). | Case No. **20-11367-A-7F**<br>DC No. **RTW-2**<br>Chapter 7<br>Hearing Date: November 25, 2025<br>Time: 1:30 P.M.<br>Place: 2500 Tulare, 5th Floor<br>Dept: A, Courtroom 11<br>Judge: Jennifer E. Niemann |
|---|---|

<u>FINAL APPLICATION FOR ALLOWANCE OF PROFESSIONAL FEES AND
EXPENSES ACCOUNTANTS FOR TRUSTEE</u>

TO THE HONORABLE JENNIFER E. NIEMANN, UNITED STATES BANKRUPTCY JUDGE:

The Application of RATZLAFF, TAMBERI & GILL, LLP, respectfully represents:

1. RATZLAFF TAMBERI & GILL, LLP (hereinafter referred to as "Applicant") is a certified public accountancy firm engaged by Jeffrey Vetter, Trustee, in the above-captioned bankruptcy estate and makes this application for final allowance of compensation and expenses pursuant to Section 330 of the

Bankruptcy Code ("Code") for professional services rendered and for reimbursement of out-of-pocket expenses necessarily incurred in advising and assisting the Trustee.

2. Applicant was employed by the Trustee to perform accounting services under section 327 of the Code pursuant to an approved Order of this Court entered on the 10th day of March, 2022.

3. Applicant has rendered accounting services since its appointment, the 10th day of March, 2022 and this Application for Fees and Expenses refers to the period through September 24, 2025.

4. Applicant has received no prior allowance of compensation or reimbursement of expenses.

5. All professional services for which this final allowance of compensation and expenses requested were performed by the Applicant for and on behalf of the Chapter 7 estate and not on behalf of any committee, creditor, or any other person.

6.  The reasonable value of the services and expenses rendered by the Applicant for the period February 28, 2022, through September 24, 2025, is $9,934.55. Attached as Exhibit "A" is the time record for the subject period specifying and detailing the services and expenses rendered.

7.  The factors considered in arriving at said fee include the time and labor required, the novelty and difficulty of the questions, the skill required to perform these services properly, the preclusion of other employment, customary fees, and limitations, the experience, reputation and ability of Applicant, and awards in similar cases including fees previously allowed by this Court and other Bankruptcy Courts. Further details on Applicant's experience, background and specialization are shown on the Declaration of Christopher A. Ratzlaff, filed concurrently with this Application.

8.  The time necessarily and reasonably spent on behalf of the Trustee and the Chapter 7 estate from February 28, 2022, through September 24, 2025, was 37.6 hours. The work performed is more particularly described in the Declaration of Christopher A. Ratzlaff.

WHEREFORE, Applicant prays for an allowance of compensation to Applicant from the estate for accounting services and expenses for a total of $9,934.55 from February 28, 2022, through September 24, 2025.

It is understood that although the fees may be approved by the Court, that they will not be paid out by the Trustee until such time as the Trustee determines that there will be enough funds to pay 100% of all administration claims or until the date set for hearing of the Trustee's Final Report has passed.

DATED: 10/07/25

RATZLAFF TAMBERI & GILL, LLP

_____
CHRISTOPHER A. RATZLAFF, CPA