3
RATZLAFF TAMBERI & GILL, LLP
7650 North Palm Avenue, Suite 105
Fresno, California 93711
(559) 432-0300

Accountants for Trustee

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| In the matter of<br><br>**Temblor Petroleum Company, LLC**<br><br>　　　　Debtor(s). | Case No. **20-11367-A-7F**<br>DC No. **RTW-2**<br>Chapter 7<br>Hearing Date: November 25, 2025<br>Time: 1:30 P.M.<br>Place: 2500 Tulare, 5th Floor<br>Dept. A, Courtroom 11<br>Judge: Hon. Jennifer E. Niemann |
|---|---|

DECLARATION IN SUPPORT OF FINAL APPLICATION
FOR ALLOWANCE OF ACCOUNTANT'S FEES

　　I, Christopher A. Ratzlaff, being first duly sworn upon my oath, declare as follows:

　　1.　I am a Partner and a member of the firm of RATZLAFF TAMBERI & GILL, LLP, (the Applicant), and I am a Certified Public Accountant.

　　2.　By Order entered on the 10th day of March, 2022, this Court approved the employment of Applicant to perform accounting services on behalf of the estate.

Filed 10/07/25 Case 20-11367 Doc 547

3. Pursuant to the Order and the request of the Trustee, the Applicant performed such services as are more specifically described in the Application for Final Fees and Expenses, Exhibit "A".

4. I have read the Application and state that all of the services described therein were necessary and were performed by me or other members of the firm of RATZLAFF TAMBERI & GILL, LLP at my request and direction. Further, the time spent on the performance of such services and the values thereof are reasonable under the circumstances.

5. I have practiced my profession in the Fresno, California area for more than twenty-eight years and am familiar with the cost of comparable services other than in a case under Title 11 of the United States Code and know that the fees and rates stated in the Application are reasonable.

6. Applicant has received no prior allowance of compensation or reimbursement of expenses.

7. Applicant has not entered into any agreement or understanding with any other person other than the members of the firm of RATZLAFF, TAMBERI & GILL, LLP for the sharing of compensation for services rendered in connection with this case.

I certify under penalty of perjury that the above and foregoing is true and correct.

Dated: 10/07/25                    RATZLAFF TAMBERI & GILL, LLP

_____
CHRISTOPHER A RATZLAFF, CPA